NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

C.D. Michel - SBN 144258
Anna M. Barvir - SBN 268728
Tiffany D. Cheuvront - SBN 317144
Michel & Associates, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Tel.: (562) 216-4444

ATTORNEY(S) FOR: Plaintiffs Junior Sports Magazines, Inc., et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Junior Sports Magazines, Inc., et al.

Plaintiff(s),

v.

Rob Bonta, in his official capacity as Attorney General of the State of California

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiffs Junior Sports Magazines, Inc., et al. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Plaintiffs are not aware of any persons, associations of persons, firms, partnerships, or corporations that may have a pecuniary interest in the outcome of this litigation. | |

July 8, 2022
Date

s/ Anna M. Barvir
Signature

Attorney of record for (or name of party appearing in pro per):

Anna M. Barvir