1 ROB BONTA
Attorney General of California
2 MARK R. BECKINGTON
Supervising Deputy Attorney General
3 KEVIN J. KELLY
Deputy Attorney General
4 State Bar No. 337425
 300 South Spring Street, Suite 9012
5  Los Angeles, CA 90013
 Telephone: (213) 269-6615
6  E-mail: Kevin.Kelly@doj.ca.gov
*Attorneys for Defendant Rob Bonta*
7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

12

| | |
|---|---|
| **JUNIOR SPORTS MAGAZINES INC. et al.,** | 2:22-CV-04663-CAS-JC |
| Plaintiffs, | |
| v. | **NOTICE OF APPEARANCE OF KEVIN J. KELLY ON BEHALF OF DEFENDANT ROB BONTA** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California et al.,** | |
| | Judges:    Hon. Christina A. Snyder and Magistrate Judge Jacqueline Chooljian |
| Defendants. | |
| | Action Filed: July 8, 2022 |

PLEASE TAKE NOTICE that Deputy Attorney General Kevin J. Kelly hereby enters his appearance in this matter as counsel for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California. Mr. Kelly is a member of the State Bar of California and is admitted to practice in the United States District Court for the Central District of California. His contact information is as follows:

> Kevin J. Kelly
> Deputy Attorney General
> State Bar No. 337425
> 300 S. Spring St., Ste. 9012
> Los Angeles, CA 90013
> Telephone: (213) 269-6615
> Fax: (916) 731-2124
> E-mail: Kevin.Kelly@doj.ca.gov

Dated: July 12, 2022

Respectfully Submitted,

ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General

*/s/ Kevin J. Kelly*
KEVIN J. KELLY
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2022, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: July 12, 2022                              */s/ Kevin J. Kelly*
                                                  KEVIN J. KELLY