| *Attorney or Party without Attorney:* <br> Anna M. Barvir, Esq., Bar #268728 <br> Michel & Associates, P.C. <br> 180 East Ocean Blvd., Suite 200 <br> Long Beach, CA 90802 <br> *Telephone No:* 562-216-4444   *FAX No:* 562-216-4445 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiffs Junior Sports Magazines, Inc., et al. | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court Central District Of California

*Plaintiff:* Junior Sports Magazines Inc., et al.
*Defendant:* Rob Bonta,

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* <br> 2:22-CV-04663-CAS (JCx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification and Notice of Interested Parties; Notice of Assignment to US Judges; Notice to Parties of Court- Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a US Magistrate Judge.

3. a. Party served:   Rob Bonta, in his official capacity as Attorney General for the State of California
   b. Person served:   Officer Silkwood, Person Authorized to Accept

4. Address where the party was served:   Attorney General's Office
   1300 "I" Street
   Sacramento, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jul. 11, 2022 (2) at: 3:50PM

7. *Person Who Served Papers:*
   a. John M. Adams

   1500 W. El Camino Avenue, #510
   Sacramento, CA 95833
   855-5VALPRO, Fax (866) 900-4665
   Valpro www.ValproAttorneyServices.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $205.00

   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   2014-45
      (iii) County:   Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Mon, Jul. 11, 2022

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(John M. Adams)   michel.49101