C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Incorporated, Raymond Brown, California Youth Shooting Sports Association, Redlands California Youth Clay Shooting Sports Inc., California Rifle & Pistol Association, Inc., The CRPA Foundation, and Gun Owners of California

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN; CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION; REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS INC.; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE CRPA FOUNDATION; GUN OWNERS OF CALIFORNIA; and SECOND AMENDMENT FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br> Defendants. | CASE NO: 2:22-cv-04663-CAS (JCx) <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing Date:   August 22, 2022 <br> Hearing Time:   10:00 a.m. <br> Courtroom:   8D <br> Judge:   Christina A. Snyder |

1

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that on August 22, 2022, at 10:00 a.m. in Courtroom 8D of the above-captioned court, located at First Street Courthouse, 350 W. First Street, Los Angeles, California 90012, Plaintiffs Junior Sports Magazines Incorporated, Raymond Brown, California Youth Shooting Sports Association, Redlands California Youth Clay Shooting Sports Inc., California Rifle & Pistol Association, Inc., The CRPA Foundation, Gun Owners of California, and the Second Amendment Foundation (collectively, "Plaintiffs") will move for a preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure. Specifically, Plaintiffs will seek an order temporarily enjoining Defendant Attorney General Rob Bonta, employees, agents, successors in office, and all District Attorneys, County Counsel, and City Attorneys holding office in the state of California, as well as their successors in office, from Business & Professions Code section 22949.80 during the pendency of this action.

Plaintiffs have simultaneously filed, and the Court will soon consider, Plaintiffs' Ex Parte Application for an Order Shortening Time to Hear Plaintiffs' Motion for Preliminary Injunction, which seeks an order that this motion be heard on August 8, 2022, at 10:00 a.m. in the above-entitled court. Barvir Decl. ¶ 3. The Court has not yet ruled on Plaintiffs' request, and counsel for Defendant Bonta has stated that he would oppose that request. *Id.*

Plaintiffs bring this motion because section 22949.80 violates Plaintiffs' rights to free speech, association, and assembly protected by the First Amendment, as well as their rights to equal protection under the law protected by the Fourteenth Amendment. Unless this Court orders the requested preliminary relief, Plaintiffs will continue to suffer actual and substantial irreparable harm as described in the memorandum of points and authorities filed simultaneously herewith.

This application is made on the grounds set forth in the accompanying memorandum of points and authorities, the signed declarations of Anna M. Barvir,

2

1  Raymond Brown, Anna Canon, Jon Coleman, Andy Fink, Steve Gomez, Alan

2  Gottlieb, Kent Kappen, Richard Minnich, Sam Paredes, Allison Rangel, and Rick

3  Ryan, and all exhibits attached thereto, all pleadings and papers filed in this action,

4  the argument of counsel, and further evidence as the Court may consider at or before

5  a hearing on this Application or the hearing on the Order to Show Cause and

6  preliminary injunction requested herein.

7

8  Dated:  July 19, 2022                    MICHEL & ASSOCIATES, P.C.

9                                           s/ Anna M. Barvir
                                            Anna M. Barvir
10                                          Counsel for Plaintiffs Junior Sports Magazines
                                            Incorporated, Raymond Brown, California
11                                          Youth Shooting Sports Association, Inc.,
                                            Redlands California Youth Clay Shooting
12                                          Sports Inc., California Rifle & Pistol
                                            Association, Inc., The CRPA Foundation, and
13                                          Gun Owners of California

14  Dated:  July 19, 2022                   LAW OFFICES OF DONALD KILMER, APC

15                                          s/ Donald Kilmer
                                            Donald Kilmer
16                                          Counsel for Plaintiff Second Amendment
                                            Foundation
17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

1
2
3

## CERTIFICATE OF SERVICE
### IN THE UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

4
5

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:    2:22-cv-04663-CAS (JCx)

6

IT IS HEREBY CERTIFIED THAT:

7
8
9

     I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

10

     I am not a party to the above-entitled action. I have caused service of:

11
12

### PLAINTIFFS' NOTICE OF MOTION AND MOTION
### FOR PRELIMINARY INJUNCTION

13
14

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

15
16
17
18

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

19
20

     I declare under penalty of perjury that the foregoing is true and correct.

21

Executed July 20, 2022.

22
23

_____
Laura Palmerin

24
25
26
27
28