1  C.D. Michel-SBN 144258
   Anna M. Barvir-SBN 268728
2  Tiffany D. Cheuvront-SBN 317144
   MICHEL & ASSOCIATES, P.C.
3  180 East Ocean Blvd., Suite 200
   Long Beach, CA 90802
4  Telephone: (562) 216-4444
   Fax: (562) 216-4445
5  Email: cmichel@michellawyers.com

6  Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California
   Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting
7  Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA
   Foundation, and Gun Owners of California, Inc.
8
9  Donald Kilmer-SBN 179986
   Law Offices of Donald Kilmer, APC
10 14085 Silver Ridge Road
   Caldwell, Idaho 83607
11 Telephone: (408) 264-8489
   Email: Don@DKLawOffice.com

12 Attorney for Plaintiff Second Amendment Foundation

13           IN THE UNITED STATES DISTRICT COURT

14           CENTRAL DISTRICT OF CALIFORNIA

15 JUNIOR SPORTS MAGAZINES          CASE NO: 2:22-cv-04663-CAS (JCx)
   INC., RAYMOND BROWN,
16 CALIFORNIA YOUTH SHOOTING        **DECLARATION OF ANNA M. BARVIR**
   SPORTS ASSOCIATION, INC.,        **IN SUPPORT OF PLAINTIFFS'**
17 REDLANDS CALIFORNIA              **MOTION FOR PRELIMINARY**
   YOUTH CLAY SHOOTING              **INJUNCTION**
18 SPORTS, INC., CALIFORNIA
   RIFLE & PISTOL ASSOCIATION,      Hearing Date:    August 22, 2022
19 INCORPORATED, THE CRPA           Hearing Time:    10:00 a.m.
   FOUNDATION, AND GUN              Courtroom:       8D
20 OWNERS OF CALIFORNIA, INC.;      Judge:           Christina A. Snyder
   and SECOND AMENDMENT
21 FOUNDATION,

22              Plaintiffs,

23          v.

24 ROB BONTA, in his official capacity
   as Attorney General of the State of
25 California; and DOES 1-10,

26              Defendant.

27

28

                              1
                DECLARATION OF ANNA M. BARVIR

## DECLARATION OF ANNA M. BARVIR

1.      I, Anna M. Barvir, am an attorney at the law firm Michel & Associates, P.C., attorneys of record for Plaintiffs in this action. I am licensed to practice law before the United States District Court for the Central District of California. I am also admitted to practice before the Eastern, Northern, and Southern Districts of California, as well as the courts of the state of California, the Supreme Court of the United States, and the D.C., Fourth, Ninth, and Tenth Circuit Courts of Appeals. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2.      On July 18, 2022, I e-mailed Deputy Attorney General Kevin J. Kelly via email to inform him of Plaintiffs' intention to file a motion for preliminary injunction, as well as an ex parte application for an order shortening time to hear Plaintiffs' anticipated preliminary injunction motion. The Court has not yet ruled on Plaintiffs' ex parte application, and Mr. Kelly stated that his client would oppose Plaintiffs' it.

3.      On or about July 19, 2022, I visited the New York Times website and viewed and saved a copy of Anna North, *Marketing Guns to Children*, N.Y. Times (Feb. 19, 2016), *available at* https://archive.nytimes.com/takingnote.blogs.nytimes. com/2016/02/19/marketing-guns-to-children/. A true and correct copy is attached hereto as **Exhibit 28**.

4.      On or about July 19, 2022, I visited and viewed the official Twitter feed of Assemblymember Rebecca Bauer-Kahan, the author of Assembly Bill 2571. From there, I viewed and saved a copy of Press Release, *Assemblymember Bauer-Kahan's Legislation to Regulate Gun Advertisements Targeting Children Heads to the Governor* (June 30, 2022), *available at* https://twitter.com/BauerKahan/status/1542571180883730433. A true and correct copy is attached hereto as **Exhibit 29.**

5.      On or about July 19, 2022, I visited the official website of Assemblymember Rebecca Bauer-Kahan, the author of Assembly Bill 2571. From

1    there, I viewed and saved a copy of Press Release, *Assemblymember Bauer-Kahan*

2    *Introduces Legislation to Regulate Manipulative Gun Advertisements Targeting*

3    *Children* (Feb. 18, 2022), *available at* https://a16.asmdc.org/press-

4    releases/20220218-assemblymember-bauer-kahan-introduces-legislation-regulate-

5    manipulative-gun. A true and correct copy is attached hereto as **Exhibit 30.**

6          6.      On or about July 13, 2022, I visited and viewed the official Twitter

7    feeds of Governor Gavin Newsom and Assemblymember Rebecca Bauer-Kahan.

8    From there, I searched for "tweets" wherein they referenced Assembly Bill 2571 or

9    AB 2571. I then saved a copy of each "tweet" search result. A true and correct copy

10   of a collection relevant "tweets" from Governor Gavin Newsom and

11   Assemblymember Rebecca Bauer-Kahan is attached hereto as **Exhibit 31.**

12         7.      On or about July 19, 2022, I visited https://wildlife.ca.gov/, the official

13   website for the State of California, Department of Fish & Wildlife. From there, I

14   navigated to the page for "California Hunter Education" and viewed and saved a

15   copy of  State of California – Department of Fish & Wildlife DFW Form 1043:

16   Student Consent. A true and correct copy is attached hereto as **Exhibit 32.**

17

18         I declare under penalty of perjury that the foregoing is true and correct.

19   Executed within the United States on July 19, 2022

20
                                    *s/ Anna M. Barvir*
21                                  Anna M. Barvir
                                    Declarant
22

23

24

25

26

27

28

DECLARATION OF ANNA M. BARVIR

# EXHIBIT 28

# The New York Times

The Opinion Pages

Taking Note
The Editorial Page Editor's Blog
# Marketing Guns to Children

**By Anna North**    February 19, 2016 10:05 am

The gun industry markets a variety of products explicitly to children, a new report shows, from armed stuffed animals to lighter versions of rifles. And some see kids as a vital group of future gun buyers who need to be brought into the fold at a young age.

The report, called "Start Them Young" and issued on Thursday by the Violence Policy Center, lists a variety of firearms meant at least partly for children. It mentions the Crickett rifle, a gun made for children by the company Keystone Sporting Arms. Keystone's website and some of its merchandise bear the image of "Davey Crickett," a gun-wielding cartoon insect. The company sells Davey Crickett hats, dog tags and pins, as well as a Davey Crickett Beanie Baby, listed as "not for children under three years of age."

Keystone's website also sells books featuring "Little Jake," a boy who uses his gun to bring down a bear and save an African village from a marauding elephant. The publisher of the books says Little Jake is actually older than he looks: "Little Jake is a fictional character in his late teens. While small in stature so that young children may relate to him, Little Jake is old enough to hunt and fish safely on his own without adult supervision."

"Start Them Young" also cites the rise of .22-caliber versions of higher-caliber rifles, often produced with lightweight materials. According to an article in the trade magazine Shooting Sports Retailer, "these guns bring the coolness and fun of the tactical rifle to kids and less serious shooters." The website of the retailer Gander Mountain describes one such weapon thus: "Designed for the indoor range and the youth shooter, this Carbon15 .22 LR Rimfire lightweight is sure to add new dimensions to your Bushmaster shooting pleasure. Operational controls are functionally and ergonomically identical to AR-15 type rifles."

The report makes the case that the gun industry and some gun-rights advocates see putting guns in the hands of children as a crucial recruitment move. In a 2012 report, the National Shooting Sports Foundation, the gun industry's trade association, explicitly recommended that gun manufacturers market to children: "To help hunting and target shooting get a head start over other activities, stakeholders such as managers and manufacturers should target programs toward youth 12 years old and younger. This is the time that youth are being targeted with competing activities." An online ad for a Marlin XT rifle features a father and son and boasts, "FOR THE FUTURE OF OUR SPORT, IT'S THE MOST POWERFUL FIREARM ON EARTH." And the editor-in-chief of the magazine Junior Shooters wrote in 2012:

> Each person who is introduced to the shooting sports and has a positive experience is another vote in favor of keeping our American heritage and freedom alive. They may not be old enough to vote now, but they will be in the future. And think about how many lives they will come in contact with that they can impact!

In 2015, at least 282 people were accidentally shot by a child under 18, according to the group Everytown for Gun Safety. This year, the count is already up to 33.

And while weapons designed for children may be lighter, they are still deadly — "Start Them Young" notes that a five-year-old Kentucky boy accidentally killed his two-year-old sister with a Crickett rifle in April 2013. He had gotten the gun as a birthday present.

© 2017 The New York Times Company

California Notices

California Notices

# EXHIBIT 29



# Assemblymember Bauer-Kahan's Legislation to Regulate Gun Advertisements Targeting Children Heads to the Governor

*AB 2571 would prohibit the dangerous advertising of firearms to children and youth.*

For Immediate Release
June 30, 2022
Contact: Shawn Kumagai – Shawn.Kumagai@asm.ca.gov
925-244-1600 office

**Sacramento, CA** – Today, AB 2571 by Assemblymember Rebecca Bauer-Kahan (D-Orinda), which prohibits marketing firearms to children, passed the Assembly Floor on concurrence with a vote of 56 -14 This bill is part of Governor Newsom's priority package of gun control measures, which will go into effect immediately upon his signature.

"Guns are not toys-- they are deadly weapons," said Assemblymember Bauer-Kahan. "California has some of the strongest gun laws in the country and it is unconscionable that we still allow advertising weapons of war to our children. Our kids have a right to live long, happy lives, free of gun violence."

Gun manufacturers view children as their next generation of advocates, targeting them with everything from children's books about guns to special smaller weapons designed to make it easier for children to hold and shoot. The advertising for these weapons is completely shameless. Children in California are not allowed to buy or own a gun, yet guns are advertised specifically to children across all forms of media including cartoons, video games, and social media. Gun manufacturers use children's books, mascots, apparel, guns adorned in cartoons, and brightly colored logos to appeal specifically to children and youth.[1] Firearm companies have expanded to advertising on social media platforms in order to connect youth to their gun-selling websites. These platforms include YouTube, Twitter, social media influencers, and streaming services that children and youth disproportionately frequent.

AB 2571 would prohibit firearm manufacturers from continuing their malicious and manipulative marketing programs targeting children and youth. It would allow the California Attorney General or a district attorney, city attorney, or a county counsel in California to bring a civil action for a violation. Additionally, it would prohibit a firearm industry member from using, disclosing, or compiling a minor's personal information if that information is intended to be used for advertising or marketing to that minor.

Gun violence has been cited as the third leading cause of death for Californian children and youth between ages 1-17. In 2021 nationwide, there were approximately 259 unintentional shootings by children, resulting in 104 deaths and 168 injuries.[2] 91% of the victims in these shootings by children were also under 18, often siblings of the children who did the shooting. This violence is pervasive and the trend is rising. Action to keep weapons out of the hands of children is long overdue.

AB 2571 is joint authored by Asm. Mike Gipson (D-Los Angeles), and coauthored by Asm. Jesse Gabriel (D-Woodland Hills), Asm. Christina Garcia (D - Downey), Asm. Miguel Santiago (D-Los Angeles), and Asm. Phil Ting (D – San Francisco).

### 

[1] startthemyoung.pdf (vpc.org)
[2] https://www.npr.org/2021/08/31/1032725392/guns-death-children

# EXHIBIT 30

7/4/22, 6:38 PM | Assemblymember Bauer-Kahan Introduces Legislation to Regulate Manipulative Gun Advertisements Targeting ... Rebecca Bauer-Kahan Representing ...

Case 2:22-cv-04663-CAS-JC Document 12-3 Filed 07/20/22 Page 11 of 28 Page ID #:276

# Assemblymember Bauer-Kahan Introduces Legislation to Regulate Manipulative Gun Advertisements Targeting Children

## AB 2571 restricts dangerous advertising of firearms to children and youth.

### FOR IMMEDIATE RELEASE:

**Friday, February 18, 2022**

Jordan Curley
Chief of Staff
916-319-2016
Jordan.curley@asm.ca.gov

**Sacramento, CA** – At a press conference today in San Diego, Assemblymember Rebecca Bauer-Kahan (D-Orinda), joined Governor Gavin Newsom, Attorney General Rob Bonta and others in announcing the introduction of AB 2571.  AB 2571 seeks to restrict the malicious and manipulative firearms marketing geared towards children and youth.  This bill comes at a time where California has experienced a collision of two major public health crises over the past years: COVID-19 and gun violence.

"California is a leader and one of the states with the strongest gun laws, it is remarkable that we still allow the marketing of weapons of war to our children" said

## Search form

Search

## Connect with us:

 

## Capitol Office

Sacramento, CA 95814
Phone: (916) 319-2016
Fax: (916) 319-2116

## District Office

12677 Alcosta Boulevard, Suite 395

Assemblymember Bauer-Kahan, "Your children, my three kids, have a right to live long, happy lives, free of gun violence."

Gun violence has been cited as the third leading cause of death for Californian children and youth between ages 1-17.  Approximately 3 million children are directly exposed to gun violence each year- at home, at school, in their communities, and social media. Exposure to gun violence has resulted in children's injuries, emotional trauma, and death.

The gun industry has targeted a younger audience through children's books, mascots, apparel, and guns adorned in cartoons and brightly colored logos to appeal specifically to children and youth.[1] Firearm companies have expanded to advertising on social media platforms to connect youth to their gun selling websites. These platforms include YouTube, Twitter, social media influencers, and streaming services that children and youth disproportionately frequent.

The last time any attempts to regulate firearm marketing was in 2014 through the unsuccessful passage of the federal Children's Firearm Marketing Safety Act. Since then, gun violence by and affecting children has skyrocketed - in 2021 alone there were approximately 259 unintentional shootings by children, resulting in 104 deaths and 168 injuries.[2]

AB 2571 will limit the type of advertising and marketing geared towards children and youth.

"Gun manufacturers are responsible for the killings that result from their marketing of guns specifically to our children- the mass shooting at Sandy Hook Elementary being one of the most egregious examples of this. Gun

San Ramon, CA 94583
Phone: (925) 244-1600

manufacturers target kids with everything from children's books about guns to special smaller weapons to make it easier for them to hold and shoot. The gun manufacturers are targeting our children to maximize profits, without any concern for the countless lives lost by children to gun violence" said Assemblymember Bauer-Kahan, "Taking away this tool of violent indoctrination from the gun industry is a vital step to ending the cycle of gun violence and protecting California's kids."

At the press conference, Governor Newsom noted, "I have no issue with guns or gun owners. I have serious issues with gun violence. I have serious issues with a company that thinks it's okay to market a JR-15 modeled after a weapon of war, an AR-15 that took the lives of 20 precious first graders and six adults at Sandy Hook, and to promote it with a skull and bone and a pacifier. How the hell do they think that's okay"? "Selling stickers, t-shirts, and hats marketing not a toy gun, but a JR-15, to start them early."

AB 2571 now awaits assignment to committee.

[1] startthemyoung.pdf (vpc.org)

[2] https://www.npr.org/2021/08/31/1032725392/guns-death-children

## Contact

**Capitol Office:** State Capitol
Sacramento, CA 95814
Tel: (916) 319-2016 | Fax: (916) 319-2116
**District Office:**
12677 Alcosta Boulevard, Suite 395
San Ramon, CA 94583

Tel: (925) 244-1600

Privacy and Conditions of Use | Accessibility | General Disclaimer | © 2022 California State Assembly Democratic Caucus

# EXHIBIT 31



← **Tweet**

🔍 Search Twitter

**Asm Rebecca Bauer-Kahan** ✔
@BauerKahan

Gun manufacturers are responsible for the killings that result from their marketing of guns specifically to our children. Taking away this tool of violent indoctrination from the gun industry is a vital step to ending the cycle of gun violence and protecting Ca's kids #ab2571

11:36 AM · Feb 18, 2022 · Twitter Web App

**35** Retweets   **26** Quote Tweets   **109** Likes

💬           🔁           ♡           ⬆️

Tweet your reply                     Reply

**Cat Jones** @CatLucyJones · Feb 18
Rep ying to @BauerKahan
Thank you!

💬 1        🔁        ♡

**Matt** @tweetingmatty · Feb 18
Rep ying to @BauerKahan
Can you show me an examp e of an advertisement?

💬 1        🔁        ♡ 11       ⬆️

**Jason Armstrong** @Jasonarm92 · Feb 18
That wou d be a no. Notice in the press re ease Ca ifornia simu taneous y has some of the toughest gun aws and spiking gun vio ence, proving yet again words on paper written by po iticians aren t the panacea to pp doing evi or reck ess things. Bauer-Kahan can t be this dumb.

💬        🔁        ♡        ⬆️

**William** @Keshtath · Feb 18
Rep ying to @BauerKahan
Vio ent indoctrination...

A Tribute to the Original,
Traditional, One-Hundred-Percent, Red-Blooded,
Two-Fisted, All-American Christmas...

**Relevant people**

**Asm Rebe...** ✔          Follow
@BauerKahan
Assemb ymember to the 16th District covering parts of Contra Costa and A ameda Counties.

**What's happening**

MLB · 1 hour ago
**Mets at Braves**
Trending with #LFGM,
Char ie Morton

**#SolarOpposites**
New Season streaming on Hu u.
🎬 Promoted by So ar Opposites

Trending
**Perjury**
7,147 Tweets

Trending in United States
**Jayson Tatum**
A vira photo of a supposed Michae B. Jordan wax figure has some saying that it resemb es Ce tics star Jayson Tatum instead

🏠 Home
# Explore
🔔 Notifications
✉️ Messages
🔖 Bookmarks
📋 Lists
👤 Profile
⋯ More
**Tweet**

**Messages**



Dress and 6-Inch
Platform Sandals

Show more

Terms of Service   Privacy Po icy
Cookie Po icy   Accessibi ity   Ads info
More ···   © 2022 Twitter,  nc.

reply    1

**Tony Simon** @2nd4Everyone · Feb 18
Rep ying to @BauerKahan
Chi dren can t purchase guns. Nice try though.

6

**Millz** @mi  z_un imited · Feb 18
Rep ying to @BauerKahan
How about you fix your socioeconomic prob em that is the
root cause. But what do   know   m not a po itician.

1

**Don Shift** @DonShift3 · Feb 18
Rep ying to @BauerKahan
Just cut to the chase and make guns i ega  a ready, wou d
you?

2    1    1

**Michael v19.3.7 (PCore: Voluntary...** @ion ... · Feb 18
guns are forever  ega  in the united states

1    11

**Don Shift** @DonShift3 · Feb 18
 was being ironic because they're trying to out aw them by
the death of a thousand cuts instead of just getting to the
point.

1    5

**Michael v19.3.7 (PCore: Voluntary...** @ion ... · Feb 18
yaya i dig you

there s no room to be ironic here…they   enjoy taking the
guns ironica  y too

1    2



Tweet

**Asm Rebecca Bauer-Kahan** ✔
@BauerKahan

One step closer to holding gun companies accountable for targeting our children. #AB2571 has passed the Assembly Judiciary Committee.

10:23 AM · Apr 26, 2022 · Twitter Web App

**51** Retweets   **33** Quote Tweets   **223** Likes

Tweet your reply                                    Reply

**W@tt$** @dunk ergeist76 · Apr 26
Rep ying to @BauerKahan
When do we start ho ding Car companies accountab e for drunk drivers? Or Po iticians accountab e for their ack of fo owing The Constitution, and Bi of Rights? Heck, even enforcing the AOC who WONT pay dues.

○      ⇄      ♡ 8      ⬆

**DW** @TheDrewWe ch · Apr 26
Rep ying to @BauerKahan
Hoo ywood g orifies why not go after them?

○ 1      ⇄      ♡ 12      ⬆

**W@tt$** @dunk ergeist76 · Apr 26
Go after Arno d and S y who s specifica y have said"Guns are bad"…but every one of their damn movies have guns..go figure.

○      ⇄      ♡ 4      ⬆

**Robert Boojahideen** @Rob_Boojahideen · Apr 26
Rep ying to @BauerKahan
My favorite quote regarding unconstitutiona gun contro .
"The Government isn t the one taking your rights away. Peop e in the Goverment are taking your rights away. Peop e who have names and addresses."

○      ⇄      ♡ 2      ⬆

**Jimmy Meyer** @Gigantor68 · Apr 27
Rep ying to @BauerKahan and @gunpo icy
Awesome!! Can't wait to sue Chevy for my bad driving!!

○      ⇄      ♡      ⬆

**Pro Libertate** @Pro_Libertate · Apr 26
Rep ying to @BauerKahan and @gunpo icy
"To preserve iberty, it is essentia that the who e body of the peop e a ways possess arms, and be taught a ike, especia y when young, how to use them…."

Federa Farmer XV (Richard Henry Lee) January 25, 1788

○ 1      ⇄ 3      ♡ 13      ⬆

Relevant people

**Asm Rebe…** ✔      Follow
@BauerKahan
Assemb ymember to the 16th District covering parts of Contra Costa and A ameda Counties.

What's happening

MLB · 1 hour ago
**Mets at Braves**
Trending with Char ie Morton

**#SolarOpposites** 👬
New Season streaming on Hu u.
▷ Promoted by So ar Opposites

Food · Trending
**Five Guys**
2,285 Tweets

Trending
**Perjury**
7,434 Tweets

🄶 The US … ✔ · 1 hour ago
**Good Morning America's**

Messages



🇺🇸🇺🇸 **B Chapp 22** 🇺🇸🇺🇸 @cha mette123 · Apr 26   ...
Amen Brother!!

💬            ⟲            ♡ 2            ⬆

**Spicy McHaggis** ✉ @MoeFugger76 · Apr 26   ...
Rep ying to @BauerKahan
Why not focus your attention on the under ying causes of
firearm deaths?

💬 2            ⟲            ♡ 39            ⬆

**Dr. Mauser** @Dr_Mauser · Apr 26   ...
And if you don t want to focus on suicide, then your next
best bet is to go after drug gangs and other crimina s.

💬            ⟲            ♡            ⬆

This Tweet is from an account that no onger exists. Learn more

⋮   Show rep ies

**BadProcessTweeter** @SunnyShades561 · Apr 26   ...
Rep ying to @BauerKahan and @gunpo icy
Ho d pe osi iab e for her district and stock purchases

💬            ⟲            ♡ 1            ⬆

**Khyle** @thisdudekhy e · Apr 26   ...
Rep ying to @BauerKahan and @gunpo icy
Wi you ho d car manufacturers responsib e for peop e using
them to cause accidents and ki ing peop e?

💬            ⟲            ♡ 3            ⬆

**Beer For My Horses** @ParkinJon · Apr 26   ...
Rep ying to @BauerKahan and @gunpo icy
Wou dn't it be easier to simp y make it i ega to se a gun to
a minor?? Oh, wait😂

💬            ⟲            ♡ 47            ⬆

**Namronmada** @ADAMNAMRON · Apr 26   ...
Rep ying to @BauerKahan and @gunpo icy
How about ho d crimina s accountab e for their decisions

💬            ⟲            ♡            ⬆

**Boss Chonk, Hunter of Fascists an...** @bos... · Apr 27   ...
Rep ying to @BauerKahan
Gun companies are not "targeting our chi dren" with ads.

💬            ⟲            ♡            ⬆

**Silicon Strategies** @si iconstrat · Apr 26   ...
Rep ying to @BauerKahan and @gunpo icy
 know a ton about marketing, and can attest that kids wou d
not be a meaningfu audience for gun makers (aside from
Daisy or junior hunters).

Hence, the bi is point ess.

💬            ⟲            ♡            ⬆



🐦

🏠 Home

# Explore

🔔 Notifications ②

✉ Messages

🔖 Bookmarks

📄 Lists

👤 Profile

⋯ More

**Tweet**

🔍 Search Twitter

Terms of Service   Privacy Po icy
Cookie Po icy   Accessibi ity   Ads info
More ···   © 2022 Twitter, nc.

**Messages**            ✉   ⌃













Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

Tweet

**Asm Rebecca Bauer-Kahan**
@BauerKahan

#AB2571 to protect children from gun advertising has passed Senate Judiciary! Firearm companies shamelessly market to our youngest children, while accidental shootings by children skyrocket. This must end, and will end by AB 2571 banning these reckless advertisements.

3:36 PM · Jun 14, 2022 · Twitter Web App

**7** Retweets **1** Quote Tweet **17** Likes

Tweet your reply Reply

**AmericanMitch** @american_mitch · Jun 14
Rep ying to @BauerKahan
Do you have examp es?

At a ?

m a constituent of yours and have questions.

1

**Xeisenberg-XRP** @Majestic_XRP · Jun 16
Rep ying to @BauerKahan
t's difficu t to take anyone serious when trying to egis ate something they know itt e about...

instagram.com
Nuance Bro (@nuancebro) • nstagram ree

## More Replies

**Superman Fan** @supermanfan19 · Ju 3
Rep ying to @BauerKahan
So... you re protecting chi dren from... the #1stAmendment? P ease exp ain your funding source for the costs of the awsuit in your future. #Ca TheLawyers

**B Chapp 22** @cha mette123 · Jun 14
Rep ying to @BauerKahan
B ah, b ah, b ah. have ived in Ca ifornia my who e ife. Never seen a gun advertised, ever! Like ever! You are a iar and you are gas ighting to your constituents!!

Search Twitter

## Relevant people

**Asm Rebe...** @BauerKahan Follow
Assemb ymember to the 16th District covering parts of Contra Costa and A ameda Counties.

## What's happening

MLB · 1 hour ago
**Mets at Braves**
Trending with Char ie Morton

**#SolarOpposites**
New Season streaming on Hu u.
Promoted by So ar Opposites

Entertainment · Trending
**#CoryMonteith**
2,022 Tweets

Trending
**Perjury**
7,267 Tweets

**Glamour** · 2 hours ago
**Sophia Bush on Why the**

Messages

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

## Thread

**Asm Rebecca Bauer-Kahan** @BauerKahan

#AB2571 to end gun advertising to children has passed the Senate! Firearm companies are advertising shamelessly to our kids. Guns are the leading cause of death for children and we must end this dangerous marketing now.

9:34 PM · Jun 29, 2022 · Twitter Web App

**24** Retweets **1** Quote Tweet **109** Likes

Tweet your reply
Reply

**Asm Rebecca Bauer-Kah...** @BauerKah... · Jun 29
Rep ying to @BauerKahan
@MomsDemand @bradybuzz @Everytown @GiffordsCourage @StudentsDemand
2 11

**Jen B** @jpen98 · Jun 30
Rep ying to @BauerKahan
Thank you @BauerKahan for your eadership on this issue! Together we can #EndGunVio ence! #CALeg
2

**😷Emily A😷 Text READY to 6...** @Emi yAi... · Jun 29
Rep ying to @BauerKahan
Thank you @BauerKahan for your seeming y end ess efforts to promote sensib e gun vio ence prevention egis ation. This @MomsDemand vo unteer appreciates you 👊🙌👏
1 7

**Cat Jones** @CatLucyJones · Jun 29
Rep ying to @BauerKahan
Thank you Asm. RBK!
1 6

**Wendy Wheatcroft, MEd** ☮ @Wendy4SD · Jun 29
Rep ying to @BauerKahan and @ChinaKatSun
Thank you, sister!!!!
1 8

**Patricia Boe** @RestingBoeFace · Jun 29
Rep ying to @BauerKahan
👏👏👏
1 6

**Emily** @e_c an · Jun 29
Rep ying to @BauerKahan

Search Twitter

### Relevant people

**Asm Rebe...** @BauerKahan
Follow
Assemb ymember to the 16th District covering parts of Contra Costa and A ameda Counties.

### What's happening

MLB · 1 hour ago
**Mets at Braves**
Trending with Char ie Morton

**#SolarOpposites**
New Season streaming on Hu u.
Promoted by So ar Opposites

Trending
**Sean Hannity**
5,449 Tweets

Po itics · Trending
**92% of Democrats**
Peop e react to President Joe Biden's comment to a reporter during the White House Congressiona Picnic on Tuesday that a 'po showed that 92% of Democrats, if ran, wou d vote for me'
15.7K Tweets

POPSUG... · Last night
**Lily James Looks Like a Totally Different Person With Blunt Fringe and Bleached Brows**

Show more

Terms of Service Privacy Po icy Cookie Po icy Accessibi ity Ads info More ··· © 2022 Twitter, nc.

Messages

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

← **Thread**

**Asm Rebecca Bauer-Kahan** @BauerKahan

#AB2571 protecting our children from firearm advertising is heading to the governor! Kids are not allowed to buy these deadly weapons, they should not be marketed to. This bill will save young lives.

PRESS RELEASE

**Assemblymember Bauer-Kahan's Legislation to Regulate Gun Advertisements Targeting Children Heads to the Governor**

11:10 AM · Jun 30, 2022 · Twitter Web App

**9** Retweets **1** Quote Tweet **35** Likes

Tweet your reply Reply

**Asm Rebecca Bauer-Kah...** @BauerKah... · Jun 30
Rep ying to @BauerKahan
@MomsDemand @bradybuzz
@Everytown
@GiffordsCourage
@StudentsDemand
1 6

**Christopher Duncan** @kida oha2767 · Ju 3
Rep ying to @BauerKahan
Great job Rebecca! Shame on Repub icans who either voted no or abstained.

**Krystal L** @Kitt937 · Jun 30
Rep ying to @BauerKahan
CA @momsdemand is so gratefu for your eadership on this @BauerKahan!
1 2 7

**Laura A.** @ aura adida · Jun 30
👏👏👏👏👏👏
2

**Laurie Wolfe** 🌻 ✌ @ auriejwo fe · Jun 30
Rep ying to @BauerKahan

Search Twitter

**Relevant people**

**Asm Rebe...** @BauerKahan Follow
Assemb ymember to the 16th District covering parts of Contra Costa and A ameda Counties.

**What's happening**

MLB · 1 hour ago
**Mets at Braves**
Trending with Char ie Morton

**#SolarOpposites**
New Season streaming on Hu u.
Promoted by So ar Opposites

Food · Trending
**Five Guys**
2,238 Tweets

Trending
**Sidney Powell**
47K Tweets

War in Ukraine · L VE
**Latest updates on the**

**Messages**

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

## Thread

**Asm Rebecca Bauer-Kahan**
@BauerKahan

Proud to have partnered with Governor Newsom to save young lives with #AB2571. Guns are not toys. There is no reason a child should have a gun so they should not see predatory ads for these weapons.

> **Gavin Newsom** @GavinNewsom · Ju 1
> Governor candidate, CA
> This is an AR-15. A weapon of war. The gun industry is open y marketing these to K DS. With cartoons and mini JR-15s.
>
> These don't be ong in the hands of our kids or on our streets.
>
> just signed 2 bi s that ban ghost guns and these sick marketing p oys.

8:29 AM · Ju 1, 2022 · Twitter Web App

**7** Retweets **1** Quote Tweet **40** Likes

Tweet your reply Reply

**Asm Rebecca Bauer-Kahan** @BauerKahan · Ju 1
Rep ying to @BauerKahan
@MomsDemand

@bradybuzz

@Everytown

@GiffordsCourage

@StudentsDemand

1 9

**Patricia Boe** @RestingBoeFace · Ju 2
Rep ying to @BauerKahan
So gratefu for your eadership on gun sense egis ation!

1 3

Search Twitter

### Relevant people

**Asm Rebe...** Follow
@BauerKahan
Assemb ymember to the 16th District covering parts of Contra Costa and A ameda Counties.

**Gavin New...** Follow
@GavinNewsom
Governor candidate, CA
Husband to @JenSiebe Newsom and father. 40th Governor of Ca ifornia. Former Lt. Governor of Ca ifornia. Former San Francisco Mayor. Persona account.

### What's happening

MLB · 1 hour ago
**Mets at Braves**
Trending with Char ie Morton

**#SolarOpposites**
New Season streaming on Hu u.
Promoted by So ar Opposites

Messages

Home

Explore

Notifications

Messages

Bookmarks

Lists

Profile

More

Tweet

← Tweet

**Gavin Newsom** @GavinNewsom
Governor candidate, CA

This is VILE.

A skull & crossbones with a pacifier on weapon of war.

Made to look “cute” to appeal to kids.

The manufacturer calls this a “JR-15.”

Every NRA-backed politician should condemn this.

6:28 PM · Feb 16, 2022 · Twitter for iPhone

**1,638** Retweets **1,249** Quote Tweets **7,496** Likes

Tweet your reply — Reply

**Firearms Policy Coalition** @gunpo icy · Feb 16
Rep ying to @GavinNewsom
You’re a vi e tyrant. Leave peop e a one.
20 115 3,994

**Kevin Dalton** @KevinUncensored · Feb 16
Rep ying to @GavinNewsom
This is V LE
Focus on the peop e itera y dying on the sidewa ks of Ca ifornia instead of a perfect y ega .22 ca iber rif e you think is scary

Search Twitter

## Relevant people

**Gavin New...** @GavinNewsom — Follow
Governor candidate, CA

Husband to @JenSiebe Newsom and father. 40th Governor of Ca ifornia. Former Lt. Governor of Ca ifornia. Former San Francisco Mayor. Persona account.

## What’s happening

MLB · 1 hour ago
**Mets at Braves**
Trending with #LFGM, Char ie Morton

**#SolarOpposites**
New Season streaming on Hu u.
Promoted by So ar Opposites

Trending
**Perjury**
7,229 Tweets

Trending in United States
**Jayson Tatum**

Messages

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

← **Tweet**

**Gavin Newsom** @GavinNewsom
Governor candidate, CA

This is an AR-15. A weapon of war. The gun industry is openly marketing these to KIDS. With cartoons and mini JR-15s.

These don't belong in the hands of our kids or on our streets.

I just signed 2 bills that ban ghost guns and these sick marketing ploys.

From **Office of the Governor of California**

7:07 AM · Ju 1, 2022 · Twitter for iPhone

**2,742** Retweets **1,480** Quote Tweets **15.9K** Likes

Tweet your reply Reply

**Jeremy Knauff** @jeremyknauff · Ju 1
Rep ying to @GavinNewsom
🤣 My kid knows how to hand e a weapon better than you.

Search Twitter

## Relevant people

**Gavin New...** @GavinNewsom Follow
Governor candidate, CA
Husband to @JenSiebe Newsom and father. 40th Governor of Ca ifornia. Former Lt. Governor of Ca ifornia. Former San Francisco Mayor. Persona account.

## What's happening

MLB · 1 hour ago
**Mets at Braves**
Trending with #LFGM, Char ie Morton

**#SolarOpposites**
New Season streaming on Hu u.
Promoted by So ar Opposites

Po itics · Trending
**Jim Jordan**
141K Tweets

The US... · 2 hours ago
Good Morning America's

Messages

# EXHIBIT 32

 State of California – Department of Fish and Wildlife
**STUDENT CONSENT**
DFW 1043 (NEW 01/05/17)



This form must be turned in before class begins in order to participate in the class.
Note to Instructor – This form shall be retained for a period of 3 years.

| **1)** Provide student name and review release information | STUDENT NAME: _____ |
| --- | --- |

I understand there is an inherent risk in the use of firearms. I hereby RELEASE the State of California, the Department of Fish and Wildlife and all other departments, agencies, commissions, boards, institutions, officials, employees and agents of the State, from any and all liability for any and all causes of actions which I [we] may hereafter have on account of any and all injuries to the participant's person or property, including death, arising out of or related in any way to the Participant's participation in the Department of Fish and Wildlife Hunter Education Course, whether such injury results from the negligence of the State of California, the Department of Fish and Wildlife or any other departments, agencies, commissions, boards, institutions, officials, employees and agents of the State. or from any other cause.

**2)**

Based on the student's age, complete Box A Or Box B

**A) Student is 17 years old or younger**

I, _____,
give my consent for my son/daughter, to participate in this hunter education course and give my express permission for my son/daughter to handle, manipulate and / or use firearms. **I have read this release and understand and agree to its terms.**

_____

Signature of parent or guardian

_____

Date (mm/dd/yy)

**B) Student is 18 years old or older**

**I have read this release and understand and agree to its terms.**

_____

Signature of student

_____

Date (mm/dd/yy)

**3)**

Mark appropriate box

Any person is allowed to participate in a Hunter Education course. However, certain individuals are restricted or prohibited from possessing firearms, ammunition, and/or dangerous weapons because of a court order, prior conviction, immigration status, or other reason.

☐ NOT RESTRICTED – the student named above is NOT restricted or prohibited from possessing firearms, ammunition, and/or dangerous weapons.

☐ RESTRICTED – the student named above is restricted or prohibited from possessing firearms, ammunition, and/or dangerous weapons. Speak with the instructor prior to the class.

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:    2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

  I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

  I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
 *Attorney for Defendant*

  I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

Laura Palmerin