C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION, <br><br>Plaintiffs, <br><br>v. <br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br>Defendant. | CASE NO: 2:22-cv-04663-CAS (JCx) <br><br>**DECLARATION OF JONATHAN L. COLEMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** <br><br>Hearing Date: August 22, 2022 <br>Hearing Time: 10:00 a.m. <br>Courtroom: 8D <br>Judge: Christina A. Snyder |

1

DECLARATION OF JONATHAN L. COLEMAN

**DECLARATION OF JON COLEMAN**

1.      I, Jonathan L. Coleman, am the Vice President of Plaintiff California Youth Shooting Sports Association, Inc. ("CYSSA"), a plaintiff in the above-entitled action and make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.      CYSSA is a non-profit athletic and educational organization incorporated under the laws of the state of California, with headquarters in Valley Springs, California.

3.      CYSSA is committed to promoting and preserving the clay shooting sports among youth in California. To that end, CYSSA offers participation in its youth clay shooting program, the CYSSA Clay Target Program, a team-based youth development program for boys and girls, grades 12 and under. The Program allows youth to participate in supervised shotgun shooting sports programs taught by certified coaches and emphasizes safety and skill development in clay shooting.

4.      Through this program, CYSSA regularly engages with minors through advertising, marketing, and other communications promoting youth competitive shooting events and practices where firearms, ammunition, and related products are lawfully possessed, handled, and used by youth.

5.      Specifically, CYSSA holds State Trap Championships and "series shoots" at ranges across the state through a partnership with ranges and sponsors who give generously to help ensure that youth shooting sports thrive in California.

6.      To promote participation and attendance at such events requires that CYSSA distribute printed and electronic communications concerning these events and programs. These communications might include images and/or written depictions of minors handling or using firearms and related products. These shooting events and programs also involve signage, discussions, branded merchandise, and other communications depicting minors enjoying or otherwise

2

encouraging minors to possess and use lawful firearms for lawful purposes. A true and correct copy of a CYSSA advertisement for the 2022 U.S. Open Youth Clay Shooting Championship, an example of the sort of event advertising CYSSA engages in, is attached hereto as **Exhibit 10.**

7.     CYSSA's website provides youth shooters' "stats" and shooters' standings, as well as a calendar of youth events, a gallery of images from various youth shooting competitions where minors are depicted lawfully using firearms, handbooks for competitive trap shooting, range and gun safety videos, links to partner ranges, and more helpful resources for youth and parents engaged in the shooting sports. A true and correct copy of the CYSSA website's "Home Page" is attached hereto as **Exhibit 11.** A true and correct copy of the CYSSA Handbook, available on the CYSSA website, is attached hereto as **Exhibit 12.**

8.     The passage of AB 2571 has caused great concern and confusion among our youth shooters and parents, as well as our organization. Indeed, CYSSA is unsure what can and cannot be communicated to our current and prospective youth participants and their families as a result of AB 2571. We are thus curbing the promotion of competitive and recreational shooting events on our website, social media, and any communications to youth in California. We reasonably fear that any attempt by the organization to engage in these activities exposes the organization to substantial liability under AB 2571.

9.     But for the enactment and enforcement of AB 2571, we would be preparing advertising, marketing, and other communications promoting participation in the 2022 to 2023 season and events, encouraging new youth shooter participation, registering youth for the new season, and posting general news and information about participation in youth shooting sports. As it stands now, our website is frozen in time.

10.     Teams and participants must be registered for sporting clay division by September 1st of each year and for trap and skeet by February 1st of each year in

DECLARATION OF JONATHAN L. COLEMAN

order to participate and gain the requirements necessary to be State Championship qualified. CYSSA is unable to share this vital information with youth currently because of AB 2571. Being unable to promote these programs and deadlines in youth shooting competition will likely have devastating effects on youth being eligible to compete.

     I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on July 19, 2022.

                                  *s/ Jonathan L. Coleman*
                                  Jonathan L. Coleman
                                  Declarant

DECLARATION OF JONATHAN L. COLEMAN

# EXHIBIT 10



YSSF YOUTH SHOOTING SPORTS FEDERATION · UNITED STATES OPEN YOUTH CLAY SHOOTING CHAMPIONSHIP

2022 U.S.OPEN

CLARK COUNTY SHOOTING COMPLEX

# U.S. OPEN YOUTH CLAY SHOOTING
## NATIONAL CHAMPIONSHIP

TOURNAMENT DATES
July 5 - 9 , 2022

11357 N. DECATUR BLVD
LAS VEGAS, NEVADA

AWARDS CATEGORIES:
INDIVIDUAL 1st-5th in JV/Varsity - 1st -3rd FOR ALL OTHER LEVELS
SQUADS FOR ALL DISCIPLINES BY AGE CATEGORY; TEAM; AND HIGH OVERALL.
YOUNG ADULT, VARSITY, JUNIOR VARSITY, INTERMEDIATE ADVANCED, INTERMEDIATE ENTRY & ROOKIES

---

July 5 : SKEET, FIRST 100 TARGETS July 6 : SKEET, SECOND 100 TARGETS
July 7 : SPORTING CLAYS, 100 TARGETS July 8 : TRAP, FIRST 100 TARGETS
July 9 : TRAP, SECOND 100 TARGETS AND AWARDS CEREMONY

---

THE U.S. OPEN YOUTH CLAY SHOOTING CHAMPIONSHIP INCLUDES THE DISCIPLINES OF SKEET, SPORTING CLAYS, AND TRAP FOR YOUNG ADULTS AND 12TH GRADE AND BELOW. THIS U.S. OPEN IS AN OPPORTUNITY FOR YOUTH SHOOTING TEAMS AND INDIVIDUALS TO COMPETE AT A NATIONALLY-ADVERTISED EVENT WITH COMPETITORS FROM AROUND THE COUNTRY. PARTICIPANTS WILL ENJOY COMPETING ON 28 COMBINATION TRAP/SKEET FIELDS, TWO SPORTING CLAY COURSES, AND A 5-STAND FIELD. ENJOY A SAFE, FUN, FAMILY ORIENTED, SHOOTING EVENT AND EXTEND YOUR STAY FOR A HOLIDAY IN BEAUTIFUL #VEGASSTRONG.

TOURNAMENT & HOTEL INFO: www/shootcyssa.com/usopen REGISTRATION/QUESTIONS: shootreports@shootcyssa.com

HOSTED BY THE YOUTH SHOOTING SPORTS FEDERATION | www.shootcyssa.com

## 2022 U.S. Open Registration Confirmation
### Youth Clay Shooting National Championship - HOSTED BY CYSSA / YSSF

Thank you for registering for the 11th annual 2022 U.S. Open National Youth Clay Shooting Championship!  We look forward to seeing you soon. This confirmation will provide important event information for you as you plan to travel to Las Vegas. Please read the information carefully.

1) **Tournament Location:**   Clark County Shooting Complex, 11357 N Decatur Blvd., Las Vegas, NV.
2) **Dates and times:**    Dates and times for the various activities, including athlete/team check-in and start time for the various shoot disciplines can be found at www.youthclayshooting.com and clicking on the tab labeled "Schedule".
3) **Firearms Policies:**    Firearms are no longer allowed on certain hotel properties. Clark County Range has arranged for a valet tag check in/out service for firearm storage in a secured location at Clark County Shooting Complex. If you would like to use the Clark County gun valet service, please read the following procedure:

1. Upon arriving in Las Vegas, proceed to the Clark County Shooting Complex Shotgun Center (main clubhouse). Purchase a firearm valet claim tag ($15 per case for the week) the customer service representative will escort you into the safe room to secure your firearm(s). Firearms must be in a case.

2. Attach one portion of the valet tag to your firearm case and retain the other half of the claim ticket as proof for checking your firearm in/out with the Clark County staff.

3. Storage Hours: The firearm valet service will be staffed and available for firearm check in/out the following dates/time:

Monday July 4th:          8am – 5:30pm
Tuesday July 5th:         6:45am – 5:30pm
Wednesday July 6th:      6:45am – 10:30pm
Thursday July 7th:        6:45am – 10:30pm
Friday July  8th:          6:45am – 5:30pm
Saturday July 9th:        6:45am – 5:30pm
Sunday July 10th:        6:45am -  5:00pm Final check-out

If your travel plans don't fall within the above times please contact the complex manager, Mr. Steve Carmichael at (702) 239-4446 for special Gun Valet arrangements.

4) **Team Registration:**    Head coach will check in with the shoot coordinator at the shotgun center
5) **Host Hotel:**    Sun Coast Hotel and Casino, 9090 Alta Dr., Las Vegas, NV 89145. www.suncoastcasino.com/groups. Click on Group Code and enter Reservation Group Code or call group reservations department at 866-636-7111 and use Reservation Group ID - **ACLAY22**.
6) **Shoot Fees:**    Shoot fees for the tournament are as follows:
Skeet: $110 (200 targets) - Sporting Clays: $80 (100 targets) - Trap: $110 (200 targets)
7) **Practice Fees:**    Clark County Shooting Complex fees for practice rounds is as follows:  $4.75/25 for trap and skeet; .33 per target for Sporting Clays.

### Thank You for participating in the 2021 US Open
### Stanley Chan 916-425-7080
Revised 5/23/2022

# CALIFORNIA YOUTH SHOOTING SPORTS
# 2021-2022 SCHOLARSHIP APPLICATION

Name_____ Age_____

Physical Address_____
　　　　　　　　　　Street & Number

Mailing Address_____

　　　　　　　_____
　　　　　　　　　　City, State & Zip Code

Parent/Guardian Name_____

Home Telephone_____

E-Mail_____

　　　　Choice of college, trade school or other institution to which you have been
　　　　accepted:_____

　　　　Additional institutions you have applied to:_____

　　　　_____

　　　　_____

　　　　Your intended college major, career and/or vocation:_____

　　　　_____

　　　　Mail Scholarship Applications To:  CYSSA Scholarship
　　　　　　　　　　　　　　　　　　　　　4805 Verena Lane
　　　　　　　　　　　　　　　　　　　　　Sacramento, CA. 95835

*Applications are to be mailed using USPS and must be postmarked by
Application Deadline date to be eligible.*

**Application Deadline:  MAY 1, 2022**



**facebook**

Email or phone | Password | Log In | Forgot Account?

**California Youth Shooting Sports Association CYSSA**

🔒 Private group · **2.2K members**

[ Join group ] [ ⌄ ]

**About**     Discussion

**About this group**

The CYSSA Clay Target Program is a team based YOUTH DEVELOPMENT PROGRAM for boys and girls, grades 12 and under, that provides it's participants... **See more**

🔒 **Private**
Only members can see who's in the group and what they post.

👁 **Visible**
Anyone can find this group.

📍 **California**

👥 **General**

🕐 **History**
Group created on June 19, 2016 See more

**Members · 2.2K**

**Activity**

💬 **1 new post today**
33 in the last month

👥 **2,212 total members**
No new members in the last week

👥 **Created 6 years ago**

# CYSSA SCHOLARSHIP APPLICATION

*Application Deadline*
**May 1**

1. List HIGH SCHOOL ACTIVITIES (honors, awards, elected offices, leadership roles, organizations, programs or activities, etc) over the past three years. (Continue on back if necessary.)

_____
_____
_____
_____

2. Detail your PARTICIPATION in CYSSA.

_____
_____
_____
_____

3. List COMMUNITY ACTIVITIES (recognizing and meeting community needs, participation and innovative contributions to activities that may extend beyond your community, etc.) over the past three years.

_____
_____
_____
_____

4. WHAT ARE YOUR GOALS?

_____
_____
_____
_____

5. WHY ARE YOU APPLYING for this scholarship and how will it be used to realize your goals.

_____
_____
_____
_____

6. Provide any ADDITIONAL INFORMATION ABOUT YOURSELF that would assist the CYSSA Scholarship Committee with its decision.

_____
_____
_____
_____

7. Attach a COPY OF YOUR ACADEMIC PERFORMANCE—transcript with current classes—with this application.

8. Provide a SYNOPSIS OF YOUR CAREER GOALS(S). Detail how/why you have selected your chosen vocation. Include your planned academic preparations.

_____
_____
_____
_____

I understand this application information will remain confidential and is true and correct.

Signature_____Date_____



California Youth Shooting
Sports Association



HOME    CALENDARS    DIRECTORY    INFO    REGISTRATION    COACH NEWS    LINKS TO RANGES    US OPEN    🔍

## EVENTS

Home / EVENTS



**REGISTER YOUR TEAM**

**PRE SQUAD FORMS**

**US OPEN YOUTH CLAY SHOOTING CHAMPIONSHIPS**
**TRAP, SKEET AND SPORTING CLAYS**

July 5-9, 2022
Clark Co. Shooting Complex
Las Vegas, Nevada

(See below for Additional Details)

| SHOOT-SUMMARY | HOTEL RATES AND DISCOUNTS CODE | SCHEDULE-OF-EVENTS | REGISTRATION INFORMATION |



Congratulations
2022
CYSSA Scholarship Winners

Aiden Adams
Hunter Vandre
Alejo Peralton
Jordan Johnson
Michael Martinez

In remembrance of Phil Murphy
One of the founders of CYSSA

   



**US OPEN LAS VEGAS, NEVADA**



**CYSSA HANDBOOKS**







Copyright 2016 ShootCYSSA | All Rights Reserved | Powered by 2zlick.com

# CYSSA ®
California Youth Shooting
Sports Association

| HOME | CALENDARS | DIRECTORY | INFO | REGISTRATION | COACH NEWS | LINKS TO RANGES | US OPEN |

## GUIDES & INSTRUCTIONS

Home / Guides & Instructions

HERE IS A LIST OF PRINTABLE INSTRUCTIONAL GUIDES IN PDF FORMAT.

| GUIDES AND INSTRUCTIONS |
| --- |
| CYSSA Handbook |
| CYSSA Handbook International Trap |
| 10 Steps to Starting a Team |
| Head Coach Guidelines |
| CYSSA Shotgun Sport Director Duties |
| Team Registration Guide |
| Trap Series Shoot Guide |
| How to Use the Score Sheets for Trap |
| What is Trap |
| Starting a High School Shooting Club |

  



**REGISTER YOUR TEAM**

**PRE SQUAD FORMS**



Congratulations
2022
CYSSA Scholarship Winners

Aiden Adams
Hunter Vandre
Alejo Peralton
Jordan Johnson
Michael Martinez

*In remembrance of Phil Murphy*
*One of the founders of CYSSA*

US OPEN LAS VEGAS, NEVADA



CYSSA HANDBOOKS



California Youth Shooting
Sports Association

2021
Official Handbook



California Youth Shooting
Sports Association

2021
International Trap
Official Handbook



Copyright 2016 ShootCYSSA | All Rights Reserved | Powered by 2click.com



**CYSSA**
California Youth Shooting
Sports Association

HOME    CALENDARS    DIRECTORY    INFO    REGISTRATION    COACH NEWS    LINKS TO RANGES    US OPEN

## HIGH FIVE DIVISIONS

Home / High Five Divisions

**CYSSA HIGH FIVE DIVISIONS FOR TRAP**

**HIGH SCHOOL – DIVISION I** (1,800+ enrollment)
Antelope HS
Atwater HS
Clayton Valley Charter HS
Granite Bay HS
De La Salle HS
Del Oro HS
Roseville HS
Woodcreek HS

**HIGH SCHOOL – DIVISION II** (851-1,799)
Calaveras HS
Galt HS
Lincoln HS
Oakmont HS
River Valley HS
Sonora HS
St. Mary's HS
Summerville HS
Yuba City HS

**HIGH SCHOOL – DIVISION III** (up to 850)
Berean Christian HS
Bishop Manogue HS
Capital Christian HS
Colfax HS
Lassen HS
Mariposa HS
Marysville HS
North Tahoe HS
Sutter Union HS
Truckee HS

**OPEN GUN CLUB**
A&A Shooters
Angels Gun Club
Auburn Goldminers
Carson City Hot Shots
Comstock Claybusters
Coon Creek
Delta Valley
Diablo Valley Shotgun Sports
East Nicolaus Sportsman's Club
El Dorado Trap Team
Feather River Claybusters
Kingsburg Trap Club
Liberty Youth Shooters
Los Banos Tiger Trap Team
Martinez Gun Club
Outlaws
Sierra Valley Trap Team
Truckee Sport Shooters
Wilton Christian School Trap Team
Yolo Sportsman's Association Claybusters

**JUNIOR GUN CLUB**
*All of the Gun Club Teams plus*
Del Oro Jr. Trap Team
Depoali Middle School Rattlesnakes
Gold Country Shooters
Liberty Youth Shooting Team
Mother Lode Nuggets
Mariposa Youth
Truckee Sport Shooters
Woodcreek Area Youth Shooters

REGISTER YOUR TEAM
PRE SQUAD FORMS



Congratulations
2022
CYSSA Scholarship Winners

Aiden Adams
Hunter Vandre
Alejo Peralton
Jordan Johnson
Michael Martinez

*In remembrance of Phil Murphy*
*One of the founders of CYSSA*

**US OPEN LAS VEGAS, NEVADA**



**CYSSA HANDBOOKS**



California Youth Shooting
Sports Association

2021
Official Handbook



California Youth Shooting
Sports Association

2021
International Trap
Official Handbook



Gallery



  



Copyright 2016 ShootCYSSA | All Rights Reserved | Powered by 2click.com

**CYSSA**
California Youth Shooting
Sports Association

HOME    CALENDARS    DIRECTORY    INFO    REGISTRATION    COACH NEWS    LINKS TO RANGES    US OPEN    🔍

## SCHOLARSHIP APPLICATION

Home / Scholarship Application

REGISTER YOUR TEAM

PRE SQUAD FORMS

For CYSSA graduating seniors to apply, complete both forms and mail by USPS using the address located at the bottom of the "Applicant Information Form" Post marked on or before **MAY 1** or email to Jon Coleman jonc9119@comcast.net You Click on the forms below to download.

1. Applicant Information Form
2. CYSSA Scholarship Application

   





**Congratulations**
2022
CYSSA Scholarship Winners

Aiden Adams
Hunter Vandre
Alejo Peralton
Jordan Johnson
Michael Martinez

In commemoration of Phil Murphy
One of the founders of CYSSA

**US OPEN LAS VEGAS, NEVADA**



**CYSSA HANDBOOKS**



California Youth Shooting
Sports Association
2021
Official Handbook



California Youth Shooting
Sports Association
2021
International Trap
Official Handbook



Gallery

Copyright 2016 ShootCYSSA | All Rights Reserved | Powered by 2slick.com



shootcyssa.com

| The CRPA Foundation - CRPA | shootcyssa.com | shootcyssa.com | Officers, Board of Directors, Commit... | CYSSA Handbook – shootcyssa.com | Information – shootcyssa.com | High Five Divisions – shootcyssa.com |

# CYSSA
California Youth Shooting
Sports Association

**HOME**   **CALENDARS**   **DIRECTORY**   **INFO**   **REGISTRATION**   **COACH NEWS**   **LINKS TO RANGES**   **US OPEN**   🔍

## HIGH FIVE DIVISIONS

Home / High Five Divisions

Guides & Instructions

Gallery

CYSSA Handbook

CYSSA Handbook
International Trap

Team Codes

Range and Gun Safety
Video

High Five Divisions

Scholarship
Application

**REGISTER YOUR TEAM**

**PRE SQUAD FORMS**

### CYSSA HIGH FIVE DIVISIONS FOR TRAP

**HIGH SCHOOL – DIVISION I** (1,800+ enrollment)
Antelope HS
Atwater HS
Clayton Valley Charter HS
Granite Bay HS
De La Salle HS
Del Oro HS
Roseville HS
Woodcreek HS

**HIGH SCHOOL – DIVISION II** (851-1,799)
Calaveras HS
Galt HS
Lincoln HS
Oakmont HS
River Valley HS
Sonora HS
St. Mary's HS
Summerville HS
Yuba City HS

**HIGH SCHOOL – DIVISION III** (up to 850)

*Scholarship*

**Congratulations**
**2022**
**CYSSA Scholarship Winners**

**Aiden Adams**
**Hunter Vandre**
**Alejo Peralton**
**Jordan Johnson**
**Michael Martinez**

In remembrance of Phil Murphy
-One of the founders of CYSSA –

**US OPEN LAS VEGAS, NEVADA**

CLARK COUNTY SHOOTING COMPLEX



California Youth Shooting
Sports Association

HOME    CALENDARS    DIRECTORY    INFO    REGISTRATION    COACH NEWS    LINKS TO RANGES    US OPEN    🔍

## INFORMATION

Home / Information



**REGISTER YOUR TEAM**

**PRE SQUAD FORMS**

### HERE IS A LIST OF PRINTABLE INSTRUCTIONAL GUIDES IN PDF FORMAT.

| DIRECTORY |
|-----------|
| Guides & Instructions |
| News |
| Gallery |
| CYSSA Handbook |
| Team Codes |



Congratulations
2022
CYSSA Scholarship Winners

Aiden Adams
Hunter Vandre
Alejo Peralton
Jordan Johnson
Michael Martinez

In remembrance of Phil Murphy
-One of the founders of CYSSA -

**US OPEN LAS VEGAS, NEVADA**







| Information – shootcyssa.com | Scholarship Application – shootcyssa.com |

## SCHOLARSHIP APPLICATION

Home / Scholarship Application



For CYSSA graduating seniors to apply, complete both forms and mail by USPS using the address located at the bottom of the "Applicant Information Form" Post marked on or before **MAY 1** or email to Jon Coleman jonc9119@comcast.net You Click on the forms below to download.

1. Applicant Information Form
2. CYSSA Scholarship Application







REGISTER YOUR TEAM

PRE SQUAD FORMS



US OPEN LAS VEGAS, NEVADA





shootcyssa.com

Information – shootcyssa.com                    Gallery – shootcyssa.com

# CYSSA®
## California Youth Shooting
## Sports Association

HOME    CALENDARS    DIRECTORY    INFO    REGISTRATION    COACH NEWS    LINKS TO RANGES    US OPEN    Q

## GALLERY

Home / Gallery



**REGISTER YOUR TEAM**

**PRE SQUAD FORMS**

### Scholarship

**Congratulations**
2022
CYSSA Scholarship Winners

**Aiden Adams**
**Hunter Vandre**
**Alejo Peralton**
**Jordan Johnson**
**Michael Martinez**

In remembrance of Phil Murphy
-One of the founders of CYSSA -

**US OPEN LAS VEGAS, NEVADA**





Pages [ 1 ] [ 2 ] [ 3 ] [ 4 ] [ 5 ]



information – shootcyssa.com | Gallery – shootcyssa.com | High Five Divisions – shootcyssa.com

**CYSSA.**
California Youth Shooting
Sports Association

HOME   CALENDARS   DIRECTORY   INFO   REGISTRATION   COACH NEWS   LINKS TO RANGES   US OPEN   Q

## HIGH FIVE DIVISIONS

Home / High Five Divisions

REGISTER YOUR TEAM

PRE SQUAD FORMS

Scholarship
**Congratulations**
2022
CYSSA Scholarship Winners

**Aiden Adams**
**Hunter Vandre**
**Alejo Peralton**
**Jordan Johnson**
**Michael Martinez**

In remembrance of Phil Murphy
–One of the founders of CYSSA –

### CYSSA HIGH FIVE DIVISIONS FOR TRAP

**HIGH SCHOOL – DIVISION I** (1,800+ enrollment)
Antelope HS
Atwater HS
Clayton Valley Charter HS
Granite Bay HS
De La Salle HS
Del Oro HS
Roseville HS
Woodcreek HS

**HIGH SCHOOL – DIVISION II** (851-1,799)
Calaveras HS
Galt HS
Lincoln HS
Oakmont HS
River Valley HS
Sonora HS
St. Mary's HS
Summerville HS
Yuba City HS

**HIGH SCHOOL – DIVISION III** (up to 850)

US OPEN LAS VEGAS, NEVADA

CLARK COUNTY SHOOTING COMPLEX

| | | | |
|---|---|---|---|
| Information – shootcyssa.com | Gallery – shootcyssa.com | High Five Divisions – shootcyssa.com | |

HOME    CALENDARS    DIRECTORY    INFO    REGISTRATION    COACH NEWS    LINKS TO RANGES    US OPEN    Q

**HIGH SCHOOL – DIVISION III** (up to 850)
Berean Christian HS
Bishop Manogue HS
Capital Christian HS
Colfax HS
Lassen HS
Mariposa HS
Marysville HS
North Tahoe HS
Sutter Union HS
Truckee HS

**OPEN GUN CLUB**
A&A Shooters
Angels Gun Club
Auburn Goldminers
Carson City Hot Shots
Comstock Claybusters
Coon Creek
Delta Valley
Diablo Valley Shotgun Sports
East Nicolaus Sportsman's Club
El Dorado Trap Team
Feather River Claybusters
Kingsburg Trap Club
Liberty Youth Shooters
Los Banos Tiger Trap Team
Martinez Gun Club
Outlaws
Sierra Valley Trap Team
Truckee Sport Shooters
Wilton Christian School Trap Team
Yolo Sportsman's Association Claybusters

**JUNIOR GUN CLUB**
*All of the Gun Club Teams plus*
Del Oro Jr. Trap Team
Depoali Middle School Rattlesnakes
Gold Country Shooters
Liberty Youth Shooting Team
Mother Lode Nuggets
Mariposa Youth
Truckee Sport Shooters
Woodcreek Area Youth Shooters



U.S. OPEN YOUTH CLAY SHOOTING
NATIONAL CHAMPIONSHIP
LAS VEGAS, NEVADA

CYSSA HANDBOOKS

California Youth Shooting
Sports Association

2021
Official Handbook

CYSSA
www.shootcyssa.com
California Youth Shooting
Sports Association

2021



shootcyssa.com

Information – shootcyssa.com | EVENTS – shootcyssa.com

CYSSA®
California Youth Shooting Sports Association

HOME CALENDARS DIRECTORY INFO REGISTRATION COACH NEWS LINKS TO RANGES US OPEN

# EVENTS

Home / EVENTS

REGISTER YOUR TEAM

PRE SQUAD FORMS

## US OPEN YOUTH CLAY SHOOTING CHAMPIONSHIPS
## TRAP, SKEET AND SPORTING CLAYS

July 5-9, 2022
Clark Co. Shooting Complex
Las Vegas, Nevada

(See below for Additional Details)

SHOOT-SUMMARY | HOTEL RATES AND DISCOUNTS CODE | SCHEDULE-OF-EVENTS | REGISTRATION INFORMATION

CALIFORNIA WATERFOWL · WHITE FLYER · CALIFORNIA RIFLE & PISTOL ASSOCIATION · FRIENDS OF NRA · NATIONAL RIFLE ASSOCIATION

US OPEN LAS VEGAS, NEVADA

shootcyssa.com

Information – shootcyssa.com    2022-Flyer.jpg 4,336×5,611 pixels



**CLARK COUNTY SHOOTING COMPLEX**

2022 U.S.OPEN

**U.S. OPEN YOUTH CLAY SHOOTING NATIONAL CHAMPIONSHIP**

11357 N. DECATUR BLVD
**LAS VEGAS, NEVADA**

**TOURNAMENT DATES**
July 5 - 9 , 2022

**AWARDS CATEGORIES:**
INDIVIDUAL 1st-5th in JV/Varsity - 1st -3rd FOR ALL OTHER LEVELS
SQUADS FOR ALL DISCIPLINES BY AGE CATEGORY; TEAM; AND HIGH OVERALL.
YOUNG ADULT, VARSITY, JUNIOR VARSITY, INTERMEDIATE ADVANCED
INTERMEDIATE ENTRY & ROOKIES

July 5   : SKEET, FIRST 100 TARGETS     July 6 : SKEET, SECOND 100 TARGETS
July 7: SPORTING CLAYS, 100 TARGETS   July 8 : TRAP, FIRST 100 TARGETS
July 9 : TRAP, SECOND 100 TARGETS AND AWARDS CEREMONY

THE U.S. OPEN YOUTH CLAY SHOOTING CHAMPIONSHIP INCLUDES THE DISCIPLINES OF SKEET, SPORTING CLAYS, AND TRAP FOR YOUNG
ADULTS AND 12TH GRADE AND BELOW. THIS U.S. OPEN IS AN OPPORTUNITY FOR YOUTH SHOOTING TEAMS AND INDIVIDUALS TO COMPETE
AT A NATIONALLY-ADVERTISED EVENT WITH COMPETITORS FROM AROUND THE COUNTRY. PARTICIPANTS WILL ENJOY COMPETING ON 28
COMBINATION TRAP/SKEET FIELDS, TWO SPORTING CLAY COURSES, AND A 5-STAND FIELD. ENJOY A SAFE, FUN, FAMILY ORIENTED,
SHOOTING EVENT AND EXTEND YOUR STAY FOR A HOLIDAY IN BEAUTIFUL #VEGASSTRONG.

TOURNAMENT & HOTEL INFO: www/shootcyssa.com/usopen REGISTRATION/QUESTIONS:  shootreports@shootcyssa.com

**HOSTED BY THE YOUTH SHOOTING SPORTS FEDERATION** |  www.shootcyssa.com







shootcyssa.com

Information – shootcyssa.com

2022-Flyer.jpg 4,336×5,611 pixels

CYSSA®
California Youth Shooting Sports Association

HOME CALENDARS DIRECTORY INFO REGISTRATION COACH NEWS LINKS TO RANGES US OPEN

2021-22
2020-21
2019-20
2018-19
2017-18
2016-17
2015-16
2014-15
2013-14

# INFORMATION

Home / Information

HERE I… NSTRUCTIONAL GUIDES IN PDF FORMAT.

## DIRECTORY

Guides & Instructions

News

Gallery

CYSSA Handbook

Team Codes

REGISTER YOUR TEAM

PRE SQUAD FORMS

US OPEN LAS VEGAS, NEVADA

WHITE FLYER

CALIFORNIA

FRIENDS OF NRA

shootcyssa.com

Information – shootcyssa.com

2022-Flyer.jpg 4,336×5,611 pixels

CYSSA®
California Youth Shooting Sports Association

HOME CALENDARS DIRECTORY INFO REGISTRATION COACH NEWS LINKS TO RANGES US OPEN

- Guides & Instructions
- Gallery
- CYSSA Handbook
- CYSSA Handbook International Trap
- Team Codes
- Range and Gun Safety Video
- High Five Divisions
- Scholarship Application

# INFORMATION

Home / Information

HERE IS A LIST OF PRINTABLE INSTRUC[...]RMAT.

## DIRECTO[...]

- Guides & Instructions
- News
- Gallery
- CYSSA Handbook
- Team Codes

REGISTER YOUR TEAM

PRE SQUAD FORMS

US OPEN LAS VEGAS, NEVADA

WHITE FLYER CALIFORNIA FRIENDS OF NRA

## REGISTRATION FORMS

Home / Registration Forms

### NEW FOR 2022 ALL ATHLETES, HEAD COACHES, ASSISTANT COACHES , AND ADULT VOLUNTEERS REGISTRATION WILL BE ONLINE:

**1. TO REGISTER YOUR STUDENT ATHLETE:**
Click on the **" Registration link below"** . Select " 2021-2022 Youth Sessions" and complete the online registration.
*campscui.active.com/orgs/CaliforniaYouthShootingSportsAssociation?orglink=camps-registration*

**2. TO REGISTER YOUR COACHES AND VOLUNTEERS:**
Click on the **" Registration link below"** .  Select "2021-2022 Coaches and Volunteer Sessions" and complete the online registration. campscui.active.com/orgs/CaliforniaYouthShootingSportsAssociation?orglink=camps-registration
All Head Coaches, Assistant Coaches and Adult Volunteers working directly with the youth **must** submit to an on-line background check as provided by the CYSSA.
Each coach and adult volunteer must "Click" on this link to apply for the Background Check:
opportunities.averity.com/CalYouthSS.  The names of those who have completed the on-line application will be sent to the CYSSA Administrator. (Paperless and secure system.  Applicants can request a copy of the report)

*(Please do this as soon as possible so that we can update our records for the new season.)*
***3.  TO REGISTER YOUR TEAM OR UPDATE YOUR HEAD COACH:***
*Click on the **" Team Registration" link " .***

*THIS YEARS DEADLINES FOR TEAM REGISTRATION, HEAD COACH CONTRACT, ASSISTANT COACH/ADULT VOLUNTEER REGISTRATION AND ON-LINE BACKGROUND CHECKS ARE:* **Fall (Sporting Clays)  September 1 of this year, and  (Trap and Skeet) February 1 of next year.**

**REGISTER YOUR TEAM**

**PRE SQUAD FORMS**



**Congratulations**
2022
**CYSSA Scholarship Winners**

**Aiden Adams**
**Hunter Vandre**
**Alejo Peralton**
**Jordan Johnson**
**Michael Martinez**

In remembrance of Phil Murphy
-One of the founders of CYSSA -

**US OPEN LAS VEGAS, NEVADA**





| HOME | CALENDARS | DIRECTORY | INFO | REGISTRATION | COACH NEWS | LINKS TO RANGES | US OPEN | Q |



**NEW FOR 2022 ALL ATHLETES, HEAD COACHES, ASSISTANT COACHES , AND ADULT VOLUNTEERS  REGISTRATION WILL BE ONLINE:**

**1. TO REGISTER YOUR STUDENT ATHLETE:**
**Click on the " Registration link below".** Select " 2021-2022 Youth Sessions" and complete the online registration.
*campscui.active.com/orgs/CaliforniaYouthShootingSportsAssociation?orglink=camps-registration*

**2. TO REGISTER YOUR COACHES AND VOLUNTEERS:**
Click on the **" Registration link below"** .  Select "2021-2022 Coaches and Volunteer Sessions" and complete the online registration. campscui.active.com/orgs/CaliforniaYouthShootingSportsAssociation?orglink=camps-registration
All Head Coaches, Assistant Coaches and Adult Volunteers working directly with the youth **must** submit to an on-line background check as provided by the CYSSA.
Each coach and adult volunteer must "Click" on this link to apply for the Background Check:
opportunities.averity.com/CalYouthSS.  The names of those who have completed the on-line application will be sent to the CYSSA Administrator. (Paperless and secure system.  Applicants can request a copy of the report)

*(Please do this as soon as possible so that we can update our records for the new season.)*
*3. TO REGISTER YOUR TEAM OR UPDATE YOUR HEAD COACH:*
*Click on the " Team Registration" link " .*


*THIS YEARS DEADLINES FOR TEAM REGISTRATION, HEAD COACH CONTRACT, ASSISTANT COACH/ADULT VOLUNTEER REGISTRATION AND ON-LINE BACKGROUND CHECKS ARE: Fall (Sporting Clays)  September 1 of this year, and  (Trap and Skeet) February 1 of next year.*

*on*

*DEADLINE FOR ATHLETE REGISTRATIONS and FEES PAID IS  ANYTIME PRIOR TO AN ATHLETE'S PARTICIPATION IN THEIR FIRST CYSSA SANCITONED EVENT.*

**For Additional Registration Information Contact:**
Stanley Chan
boompole@aol.com
4805 Verena lane , Sacramento, CA. 95835

**THANK YOU...AND WELCOME TO THE CYSSA!**

REGISTER YOUR TEAM

PRE SQUAD FORMS



**US OPEN LAS VEGAS, NEVADA**



**CYSSA HANDBOOKS**

   

information – shootcyssa.com
2022-Flyer.jpg 4,336×5,611 pixels
LINKS TO RANGES – shootcyssa.com

HOME    CALENDARS    DIRECTORY    INFO    REGISTRATION    COACH NEWS    LINKS TO RANGES    US OPEN    Q



**TRAP CLUB LINKS**

AUBURN – http://www.auburntrapclub.net/

COON CREEK – cooncreektrap.com/location.html

KINGSBURG – www.kingsburggunclub.org/

SAC VALLEY – www.sacvalley.org/

SIERRA VALLEY – www.sierravalleygunclub-ca.com/

LOS BANOS – www.facebook.com/pages/Los-Banos-Sportsmens-Association/113227362033387

ANGEL'S CAMP – www.facebook.com/pages/Angels-Camp-Gun-Club/123264154398753

MARTINEZ – www.martinezgunclub.net/

YOLO – http://www.yolosportsmanassociation.com/

STOCKTON – stocktongunclub.com/

MOTHER LODE – www.motherlodegunclub.com/

NEWMAN – www.claytargetsonline.com/location/newman-swamp-rats-trapshooting-club/

CARSON CITY – www.capitolcitygunclub.org/

FALLON – www.shootnevada.com/fallon.html

**SPORTING CLAYS CLUB LINKS**

Raahague's – lincraahauges.com/

Birds Landing – www.birdslanding.net/

Quail Point – http://www.quailpoint.com/

Coon Creek – cooncreektrap.com/location.html

Camanche Hills – www.camhills.com/

**Congratulations**
2022
CYSSA Scholarship Winners

Aiden Adams
Hunter Vandre
Alejo Peralton
Jordan Johnson
Michael Martinez

In remembrance of Phil Murphy
-One of the founders of CYSSA -

**US OPEN LAS VEGAS, NEVADA**

U.S. OPEN YOUTH CLAY SHOOTING
NATIONAL CHAMPIONSHIP
LAS VEGAS, NEVADA

**CYSSA HANDBOOKS**

California Youth Shooting
Sports Association

shootcyssa.com



California Youth Shooting
Sports Association

**HOME**     **CALENDARS**     **DIRECTORY**     **INFO**     **REGISTRATION**     **COACH NEWS**     **LINKS TO RANGES**     **US OPEN**     🔍

Good morning.

We hate it when this happens, but we identified a miscalculation on the Varsity squad scores at the State Championship shoot. Saint Mary's edged out Granite Bay by four birds. We apologize for the confusion and stress that this has caused. We are already looking at ways to prevent this from happening. Again, we apologize for the error and ask for your forgiveness.

## 2022 senior state shoot
### VARSITY  SQUAD RESULTS

**AR — VAR SMH** — **948**
COACH: ANTHONY GIRO    TEAM: SAINT MARY'S CATHOLIC

| | SHOOTER | CLUB | CAT. | SCORES | | |
|---|---|---|---|---|---|---|
| **2** | 1 SWANSON, DARIO | STM | VR | 96 + 82 | = 178 |
| | 2 PERALTA, AJ | STM | VR | 99 + 94 | = 193 |
| | 3 ALBERTI, SOPHIA | STM | VR | 98 + 94 | = 192 |
| | 4 TRESS, LUKE | STM | VR | 97 + 91 | = 188 |
| | 5 SCHI LEE, HUNTER | STM | VR | 99 + 98 | = 197 |

**DD — GRIZZ 3** — **944**
COACH: RON DALE    TEAM: GRANITE BAY HIGH SCHOOL

| | SHOOTER | CLUB | CAT. | SCORES | | |
|---|---|---|---|---|---|---|
| **92** | 1 DICKSON, ETHAN | GBS | VR | 96 + 93 | = 189 |
| | 2 HACKETT, BRENDEN | GBS | VR | 95 + 96 | = 191 |
| | 3 PASCUAL, NICK | GBS | VR | 98 + 96 | = 194 |
| | 4 AAKRE, MILO | GBS | VR | 92 + 86 | = 178 |
| | 5 ANTLE, MICHAEL | GBS | VR | 93 + 99 | = 192 |

**AB — DLS ONE** — **932**
COACH: JIM ABERLE    TEAM: DE LA SALLE TRAP TEAM

| | SHOOTER | CLUB | CAT. | SCORES | | |
|---|---|---|---|---|---|---|
| **83** | 1 LIGHTLE, JAKE | DLS | VR | 97 + 98 | = 195 |
| | 2 MADRIGAL, LUKE | DLS | VR | 97 + 96 | = 193 |
| | 3 KANGETER, MAXX | DLS | VR | 94 + 94 | = 188 |
| | 4 OWEN, BUFF | DLS | VR | 91 + 88 | = 179 |
| | 5 CASTILLO III, BENJAMIN | DLS | VR | 86 + 91 | = 177 |

**A — EAGLE 3** — **929**
COACH: TOM HUGUENOT    TEAM: DEL ORO SPORTSMENS CLUB

| | SHOOTER | CLUB | CAT. | SCORES | | |
|---|---|---|---|---|---|---|
| **43** | 1 PAYNE, WYATT | DEL | VR | 97 + 95 | = 192 |
| | 2 SNYDER, CAIDEN | DEL | VR | 96 + 92 | = 188 |
| | 3 KILE, ROBERT | DEL | VR | 92 + 87 | = 179 |



**REGISTER YOUR TEAM**

**PRE SQUAD FORMS**



**Congratulations**
2022
**CYSSA  Scholarship Winners**

**Aiden Adams**
**Hunter Vandre**
**Alejo Peralton**
**Jordan Johnson**
**Michael Martinez**

In remembrance of Phil Murphy
-One of the founders of CYSSA -

**US OPEN LAS VEGAS, NEVADA**







shootcyssa.com

HOME   CALENDARS   DIRECTORY   INFO   REGISTRATION   COACH NEWS   LINKS TO RANGES   US OPEN   🔍

## 2021-22 CALENDAR OF EVENTS

**2021-22 CALENDAR OF EVENTS**

The CYSSA Clay Target Program is a team based YOUTH DEVELOPMENT PROGRAM for boys and girls, grades 12 and under, that provides it's participants with a positive, life enhancing experience. It is an opportunity for young people to participate in a supervised, shotgun shooting sports program taught by Certified Coaches that emphasizes gun safety and skill development in clay target shooting. The learning environment at team practices and at competitive events is designed to include the element of fun for all participants. Good sportsmanship, individual responsibility, self-discipline, positive academic progress and personal commitment are emphasized in the CYSSA program.

### DIVISIONS & CATEGORIES

**YOUNG ADULT DIVISION (AGES 18-23)**

– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –

**SENIOR DIVISION (GRADES 9TH – 12TH)**

| Junior Varsity | 1st year of participation in Senior Division |
| Varsity | 2nd, 3rd or 4th year of participation in Senior Division |

**INTERMEDIATE DIVISION (GRADES 6TH – 8TH)**

| Entry Level | 1st year of participation in Intermediate Division |
| Advanced | 2nd or 3rd year of participation in Intermediate Division |

**ROOKIE DIVISION (GRADES 5 AND UNDER)**

2021
Official Handbook

CYSSA
California Youth Shooting
Sports Association

2021
International Trap
Official Handbook

Gallery



**ROOKIE DIVISION (GRADES 5 AND UNDER)**

Independent local teams are the core of the program. Teams may be formed from schools, gun clubs, neighborhoods, communities or be sponsored by other youth organizations such as 4-H, Boy and Girl Scouts, FFA, to name a few. The CYSSA administrative year starts Sept 1 and runs through August 31. While some teams have year long practices, most end their season with the State Championship.

## LOCAL AND STATE COMPETITION

Throughout the year, local clubs sponsor competitive events, "Series Shoots" in four clay target disciplines, trap, skeet, sporting clays and bunker. The format is 100 targets. Individual awards are given to the top three shooters in each Division and Category. The Series Shoots provide an opportunity for coaches, participants and parents to meet and build new friendships.

In mid-June the CYSSA hosts the 200 target State Trap Championships. It is a team, squad, and individual event for ALL registered CYSSA participants. Awards are presented to the top three squads and individuals in each Division and Category plus first and second place in the High Five Award (total of the best five scores from a team). State Championships also complete the season for skeet and sporting clays teams. Event dates, locations and programs are posted on the CALENDAR pages for each discipline.

For more information and rules regarding the program see the CYSSA Handbook (click here).



Copyright 2016 ShootCYSSA | All Rights Reserved | Powered by 2slick.com



**California Youth Shooting Sports Association**

HOME | CALENDARS | DIRECTORY | INFO | REGISTRATION | COACH NEWS | LINKS TO RANGES | US OPEN



REGISTER YOUR TEAM

PRE SQUAD FORMS



Good morning.
We hate it when this happens, but we identified a miscalculation on the Varsity squad scores at the State Championship shoot. Saint Mary's edged out Granite Bay by four birds. We apologize for the confusion and error that this has caused. We are already looking at ways to prevent this from happening. Again, we apologize for the error and ask for your forgiveness.

### 2022 senior state shoot

**AR — VAR SMR** 948

| SHOOTER | CLUB | CAT | SCORES |
|---|---|---|---|

**DD — GRIZZ 1** 944

| SHOOTER | CLUB | CAT | SCORES |
|---|---|---|---|

**AR — DLS ONE** 932

| SHOOTER | CLUB | CAT | SCORES |
|---|---|---|---|

**A — EAGLE 3** 929

| SHOOTER | CLUB | CAT | SCORES |
|---|---|---|---|



---

## 2021-22 CALENDAR OF EVENTS

[ 2021-22 CALENDAR OF EVENTS ]

The CYSSA Clay Target Program is a team based YOUTH DEVELOPMENT PROGRAM for boys and girls, grades 12 and under, that provides its participants with a positive, life enhancing experience. It is an opportunity for young people to participate in a supervised, shotgun shooting sports program taught by Certified Coaches that emphasizes gun safety and skill development in clay target shooting. The learning environment at team practices and at competitive events is designed to include the element of fun for all participants. Good sportsmanship, individual responsibility, self-discipline, positive academic progress and personal commitment are emphasized in the CYSSA program.

### DIVISIONS & CATEGORIES

**YOUNG ADULT DIVISION (AGES 18-23)**

--------------------------------------------

**SENIOR DIVISION (GRADES 9TH — 12TH)**

| Junior Varsity | 1st year of participation in Senior Division |
|---|---|
| Varsity | 2nd, 3rd or 4th year of participation in Senior Division |

**INTERMEDIATE DIVISION (GRADES 6TH — 8TH)**

| Entry Level | 1st year of participation in Intermediate Division |
|---|---|
| Advanced | 2nd or 3rd year of participation in Intermediate Division |

**ROOKIE DIVISION (GRADES 5 AND UNDER)**

Independent local teams are the core of the program. Teams may be formed from schools, gun clubs, neighborhoods, communities or be sponsored by other youth organizations such as 4-H, Boy and Girl Scouts, FFA, to name a few. The CYSSA administrative year starts Sept 1 and runs through August 31. While some teams have year long practices, most end their season with the State Championship.

### LOCAL AND STATE COMPETITION

Throughout the year, local clubs sponsor competitive events, "Series Shoots" in four clay target disciplines, trap, skeet, sporting clays and bunker. The format is 100 targets. Individual awards are given to the top three shooters in each Division and Category. The Series Shoots provide an opportunity for coaches, participants and parents to meet and build new friendships.

In mid-June the CYSSA hosts the 200 target State Trap Championships. It is a team, squad, and individual event for ALL registered CYSSA participants. Awards are presented to the top three squads and individuals in each Division and Category plus first and second place in the High Five Award (total of the best five scores from a team). State Championships also complete the season for skeet and sporting clays teams. Event dates, locations and programs are posted on the CALENDAR pages for each discipline.

For more information and rules regarding the program see the CYSSA Handbook (click here).

**US OPEN LAS VEGAS, NEVADA**



**CYSSA HANDBOOKS**









   



Copyright 2016 ShootCYSSA | All Rights Reserved | Powered by Zozzle.com

# EXHIBIT 11



# California Youth Shooting Sports Association


facebook banner for shootcyssa

HOME    CALENDARS    DIRECTORY    INFO    REGISTRATION    COACH NEWS

LINKS TO RANGES    US OPEN    🔍



Good morning.

We hate it when this happens, but we identified a miscalculation on the Varsity squad scores at the State Championship shoot.  Saint Mary's edged out Granite Bay by four birds.  We apologize for the confusion and stress that this has caused.  We are already looking at ways to prevent this from happening.  Again, we apologize for the error and ask for your forgiveness.

### 2022 senior state shoot
VARSITY  SQUAD RESULTS

**AR — VAR SMH**     **948**
COACH  ANTHONY GIBO    TEAM: SAINT MARY'S CATHOLIC

| | SHOOTER | CLUB | CAT. | SCORES |
|---|---|---|---|---|
| | 1 SWANSON, DARIO | STM | VR | 96 • 82 • 178 |
| 2 | 2 PERALTA, AJ | STM | VR | 90 • 94 • 193 |
| | 3 ALBERTI, SOPHIA | STM | VR | 98 • 94 • 192 |
| | 4 TRESS, LUKE | STM | VR | 97 • 91 • 188 |
| | 5 SCHULER, HUNTER | STM | VR | 99 • 98 • 197 |

**DD — GRIZZ 3**     **944**
COACH  RON DALE    TEAM: GRANITE BAY HIGH SCHOOL

| | SHOOTER | CLUB | CAT. | SCORES |
|---|---|---|---|---|
| | 1 DICKSON, ETHAN | GBS | VR | 96 • 93 • 189 |
| 92 | 2 HACKETT, BRENDEN | GBS | VR | 95 • 96 • 191 |
| | 3 PASCUAL, NICK | GBS | VR | 98 • 96 • 194 |
| | 4 AAKRE, MEO | GBS | VR | 92 • 86 • 178 |
| | 5 ASTLE, MICHAEL | GBS | VR | 93 • 99 • 192 |

**AB — DLS ONE**     **932**
COACH  JIM ABERER    TEAM: DE LA SALLE  TRAP TEAM

| | SHOOTER | CLUB | CAT. | SCORES |
|---|---|---|---|---|
| | 1 LIGHTLE, JAKE | DLS | VR | 97 • 98 • 195 |
| 83 | 2 MADRIGAL, LUKE | DLS | VR | 97 • 96 • 193 |
| | 3 KANGETER, MAXX | DLS | VR | 94 • 94 • 188 |
| | 4 OWEN, RUFF | DLS | VR | 91 • 88 • 179 |
| | 5 CASTILLO-III, BENJAMIN | DLS | VR | 86 • 91 • 177 |

**A — EAGLE 3**     **929**
COACH  TOM HUGUENOT    TEAM: DEL ORO SPORTSMENS CLUB

| | SHOOTER | CLUB | CAT. | SCORES |
|---|---|---|---|---|
| | 1 PAYNE, WYATT | DEL | VR | 97 • 95 • 192 |
| 43 | 2 SNYDER, CAIDEN | DEL | VR | 96 • 92 • 188 |
| | 3 LEE, ROBERT | DEL | VR | 92 • 87 • 179 |
| | 4 PARKER, RILEY | DEL | VR | 98 • 91 • 189 |
| | 5 DERUNGS, SEAN | DEL | VR | 89 • 92 • 181 |

Date: 6/04/2013    Time: 11:05:36 AM      Page: 1

REGISTER
YOUR TEAM

PRE SQUAD
FORMS



**Congratulations**
2022
CYSSA  Scholarship Winners

**Aiden Adams**
**Hunter Vandre**
**Alejo Peralton**
**Jordan Johnson**
**Michael Martinez**

In remembrance of Phil Murphy
-One of the founders of CYSSA -

US OPEN LAS VEGAS,

NEVADA






# 2021-22 CALENDAR OF EVENTS

2021-22 CALENDAR OF EVENTS

The CYSSA Clay Target Program is a team based YOUTH DEVELOPMENT PROGRAM for boys and girls, grades 12 and under, that provides it's participants with a positive, life enhancing experience. It is an opportunity for young people to participate in a supervised, shotgun shooting sports program taught by Certified Coaches that emphasizes gun safety and skill development in clay target shooting. The learning environment at team practices and at competitive events is designed to include the element of fun for all participants. Good sportsmanship, individual responsibility, self-discipline, positive academic progress and personal commitment are emphasized in the CYSSA program.

## DIVISIONS & CATEGORIES

### YOUNG ADULT DIVISION (AGES 18-23)

— — — — — — — — — — — — — — — — — — — — — — — —

### SENIOR DIVISION (GRADES 9TH — 12TH)

| | |
|---|---|
| Junior Varsity | 1st year of participation in Senior Div |
| Varsity | 2nd, 3rd or 4th year of participation in Seni |

### INTERMEDIATE DIVISION (GRADES 6TH — 8TH)

| | |
|---|---|
| Entry Level | 1st year of participation in Intermediate |

**CYSSA HANDBOOKS**







| Advanced | 2nd or 3rd year of participation in Interr Division |
|----------|----------------------------------------------------|

**ROOKIE DIVISION (GRADES 5 AND UNDER)**

Independent local teams are the core of the program. Teams may be formed from schools, gun clubs, neighborhoods, communities or be sponsored by other youth organizations such as 4-H, Boy and Girl Scouts, FFA, to name a few. The CYSSA administrative year starts Sept 1 and runs through August 31. While some teams have year long practices, most end their season with the State Championship.

## LOCAL AND STATE COMPETITION

Throughout the year, local clubs sponsor competitive events, "Series Shoots" in four clay target disciplines, trap, skeet, sporting clays and bunker. The format is 100 targets. Individual awards are given to the top three shooters in each Division and Category. The Series Shoots provide an opportunity for coaches, participants and parents to meet and build new friendships.

In mid-June the CYSSA hosts the 200 target State Trap Championships. It is a team, squad, and individual event for ALL registered CYSSA participants. Awards are presented to the top three squads and individuals in each Division and Category plus first and second place in the High Five Award (total of the best five scores from a team). State Championships also complete the season for skeet and sporting clays teams. Event dates, locations and programs are posted on the CALENDAR pages for each discipline.

For more information and rules regarding the program see the CYSSA Handbook (click here).



shooters pro shop

Copyright 2016 ShootCYSSA | All Rights Reserved | Powered by 2slick.com

**EXHIBIT 12**



# California Youth Shooting Sports Association



# 2020 - 2021 Official Handbook

**California Youth Shooting Sports Association Handbook**

## TABLE OF CONTENTS

### Section 1.0 – Introduction

1.1   The California Youth Shooting Sports Association ................................... 1
1.2   CYSSA President ............................................................................ 1
1.3   Purpose and Design of the CYSSA Program ........................................ 1
1.4   Sanctioned Shooting Disciplines and Seasons ..................................... 1

### Section 2.0 - General Requirements

2.1   Participant
    2.1.1   Student Status and Age Eligibility ............................................ 2
    2.1.2   Academic Eligibility ............................................................... 2
    2.1.3   Competitive Divisions and Categories ....................................... 2
2.2   Team
    2.2.1   Team Composition ................................................................. 2
    2.2.2   New Participants on a Team .................................................... 2
    2.2.3   Choosing a Team .................................................................. 3
    2.2.4   Application for Waiver ............................................................ 3
    2.2.5   Home Gun Club or Shooting Facility ......................................... 3
    2.2.6   Team Minimum Requirement ................................................... 4
    2.2.7   Bump-up Rule ...................................................................... 4
    2.2.8   Team Registration, Deadlines, Requirements ............................. 5
    2.2.9   Team Focus ......................................................................... 5
    2.2.10  Regular Practices ................................................................. 5
    2.2.11  Team Funding ...................................................................... 5
2.3   Coaches and Adult Volunteers ........................................................... 6
    2.3.1   Head Coach Requirements ..................................................... 6
    2.3.2   Head Coach Responsibilities ................................................... 6
    2.3.3   Head Coach Registration ....................................................... 6
    2.3.4   Team and Participant Registration ........................................... 7
  2.3.5   Assistant Coaches, Adult Volunteers, Junior Trainers ...................... 7

### Section 3.0 – Equipment

3.1   Shotguns… ................................................................................... 9
3.2   Shotshells ..................................................................................... 9

### Section 4.0 – Safety Requirements

4.1   Personal Safety .............................................................................. 10
    4.1.1   Eyes and Ears Protection ....................................................... 10
    4.1.2   Footwear ............................................................................. 10
    4.1.3   Hats ................................................................................... 10
    4.1.4   Toe Pads ............................................................................ 10
    4.1.5   NRA Rules of Gun Safety ....................................................... 10
4.2   Range Safety ................................................................................. 10

**California Youth Shooting Sports Association Handbook**

**Section 5.0 – Personal Conduct**

5.1     Appropriate Dress ................................................................ 11
5.1.1   Tops ..................................................................................... 11
5.1.2   Bottoms ............................................................................... 11
5.1.3   Clothing Adornments .......................................................... 11
5.2     Attitude/Conduct ................................................................ 11

**Section 6.0 – Governance of the CYSSA Program**

6.1     Disqualifications, Suspensions or Expulsions ................... 12
6.2     Appeal Process ................................................................... 12
6.2.1   Issue in Dispute .................................................................. 12
6.2.2   Qualified Appellant ............................................................ 12
6.2.3   Head Coach Concurrence .................................................... 12
6.2.4   Filing Procedure ................................................................. 12

**Section 7.0 - Competitions**

7.1     Series Shoot ....................................................................... 13
7.1.1   Description .......................................................................... 13
7.1.2   Course of Fire ..................................................................... 13
7.1.3   Awards ................................................................................ 13
7.1.4   Team Assignments .............................................................. 13
7.2     State Championship ............................................................ 13
7.2.1   Description .......................................................................... 13
7.2.2   Course of Fire ..................................................................... 13
7.2.3   Awards ................................................................................ 13
7.3     Non-CYSSA Teams or Individuals .................................... 14
7.4     General Rules ..................................................................... 14
7.4.1   Scorers ................................................................................ 14
7.4.2   Scorekeeping Rules ............................................................ 14
        7.4.2.1 Dead Targets .......................................................... 14
        7.4.2.2 Lost Targets ........................................................... 14
        7.4.2.3 No Targets .............................................................. 15
        7.4.2.4 Failure to Fire ........................................................ 15
        7.4.2.5 Legal Trap Target ................................................... 15
        7.4.2.6 Illegal Trap Target ................................................. 15
        7.4.2.7 Legal Skeet Target .................................................. 16
        7.4.2.8 Illegal Skeet Target ................................................ 16
7.4.3   Ties ..................................................................................... 16
        7.4.3.1 Squad Ties .............................................................. 16
        7.4.3.2 Individual Ties ....................................................... 16
7.4.4   Protests ............................................................................... 17
7.4.5   Disqualifications ................................................................ 17
7.4.6   Coaches and Spectators ...................................................... 18
7.4.7   Participants ......................................................................... 18

**California Youth Shooting Sports Association Handbook**

## 1.1 - INTRODUCTION

### 1.2 The CYSSA
The California Youth Shooting Sports Association (CYSSA), is a 501(c)(3) non-profit educational, athletic organization providing administrative support and direction to the CYSSA Clay Target Program in California.  The CYSSA is governed by Officers and an Advisory Board.

### 1.3 CYSSA President
The CYSSA President is an unpaid position and is elected by a majority vote of the CYSSA Board to assist administrative personnel in the day-to-day operations of the CYSSA Clay Target Program. The President is the contact person for head coaches and the final arbiter of all decisions relating to the interpretation of the rules as set forth in this handbook.  Decisions of the President are final, binding and not appealable. In emergency circumstances, the President may grant a waiver or allow a special exception to the rules.  Such waivers or exceptions shall be made only when doing so is in the best interest of the CYSSA.

### 1.4 Purpose and Design of the CYSSA Program
The CYSSA Clay Target Program is a team based youth development program for school aged youths (grades 12 and under) which uses participation in the shooting sports to provide it's participants with a positive, life enhancing experience and is designed to instill in them a set of personal values or character traits that teaches fair play, individual responsibility, sportsmanship, self-discipline and personal commitment – qualities that will serve them well throughout their lives and will be instrumental in helping each participant  reach their full potential.

CYSSA team activities are designed to incorporate two indispensable elements - SAFETY and FUN. CYSSA participants, led by trained and dedicated coaches, are taught the safe and responsible handling and use of firearms.  The learning environment at team practices, and at competitive shoots, is designed to include the element of fun for all participants.  Participants discover the joy of contributing to a shared team goal and the commitment that goes along with it.  During this self-discovery process, team members develop proficiency in a sport that can be shared and enjoyed with family and friends for a lifetime.

Competition is clearly a part of the CYSSA sponsored shooting programs, but it is NOT the main emphasis of the program. The "Win at all Costs" philosophy has no place in this program. Striving to win while playing by the rules does. Participants are encouraged to set goals for improving their skills and contribute to the team. Honoring the game, exhibiting good sportsmanship and being a responsible team member are the primary values the CYSSA wishes to instill in its participants. It is the duty of everyone involved in the CYSSA – Coaches, Parents and Participants to familiarize themselves with the rules in this handbook and to uphold the high moral and ethical standards of personal conduct that participating in the shooting sports requires.

### 1.5 Sanctioned Shooting Disciplines and Seasons
The CYSSA offers opportunities for teams to participate in the Clay Target Program in the shooting sports of Trap, Skeet and Sporting Clays. The administrative year begins on September 1 and runs through August 31. While some Teams have a year-long practice schedule, many end their season with their State Championship.

**California Youth Shooting Sports Association Handbook**

## 2.1 - GENERAL REQUIREMENTS

### 2.2 Participant

#### 2.2.1 Student Status and Age Eligibility

All school age youths in grades 12 and under with the physical, mental and emotional maturity to participate in a team shooting sport are eligible to participate.  Participants must be students enrolled in a public or private accredited school or enrolled in a bona fide home school program. Eligibility ends with graduation from high school or once a student reaches his or her 20th birthday, whichever comes first. The CYSSA Board may grant a variance for the age requirement in view of special circumstances. High school participants graduating in the fall or spring semester of the current season are eligible to complete the entire season.

#### 2.2.2 Academic Eligibility

All CYSSA Participants must make satisfactory academic progress and be deemed eligible to participate in extra-curricular activities as determined by school officials at their home school. A minimum 2.0 GPA is required for participation. The Head Coach has the option of establishing higher standards for his/her Team members.

#### 2.2.3 Competitive Divisions and Categories

Divisions and Categories are designed to allow participants the opportunity of competing on a level playing field with one another. Grade level in school and years of participation – not age – within a division are the criteria used.  Home schooled students 15 years of age or older must compete in the Senior Division. Determinations are as of September 1st. An athlete that participates in more than one CYSSA shooting discipline (trap, sporting clays, skeet, international trap) shall be classified by their most advanced classification in which they participate for any of the disciplines.

**Rookie Division (Grades 5 and under)**

**Intermediate Division (Grades 6 through 8)**
Entry Level Category - 1st year of participation in the Intermediate Division
Advanced Category – After one year of participation in the Intermediate Division

**Senior Division (Grades 9 through 12)**
Junior Varsity Category - 1st year of participation in the Senior Division
Varsity Category – After one year of participation in the Senior Division

### 2.3 Team

#### 2.3.1 Team Composition

A team consists of one or more athletes and coaches from a gun club or high school that meet the requirements of this handbook. All participants must be members of a single Team that is registered with the CYSSA.  A Team may choose to recruit its members from a sponsoring school or gun club. Participants may also be recruited from neighborhoods and communities and sponsored by youth organizations such as Church Groups, 4-H, Boy and Girl Scouts, FFA, etc.

#### 2.3.2 New Participants on a Team

A participant may only register with one team for all disciplines (trap, skeet, sporting clays, international trap). Potential new members interested in shooting on an existing CYSSA Team

**California Youth Shooting Sports Association Handbook**

must fill out the Consent and Waiver, Medical Consent and Sportsmanship Contract (See Section 2.3.4) prior to participating in any CYSSA activities, including practices. The athlete's registration forms must be on file with the CYSSA and fees paid prior to an athlete participating in any CYSSA sanctioned events.

New members may join a CYSSA Team at any time during a Team's CYSSA season. However, they must attend six team practice sessions in order to be eligible to shoot in the CYSSA State Championship (See Section 2.2.9).  Series Shoots are not counted as practices, but all participants who have paid their fees and joined a registered Team are eligible to shoot at Series Shoots, without meeting the 6-team practice session requirement.

### 2.3.3 Choosing a Team

Scholastic Grades 5-8: The participant is required to shoot for one of the two gun club teams located closest to their residence. If the participant has been shooting for a different gun club Team that is not one of the two Teams closest to their residence prior to the shooting year, they may continue shooting for that Team.

Scholastic Grade 9-12 with a School-based CYSSA Team: If a participant attends a high school with a CYSSA Team, the participant is required to shoot for the high school team where they attend, or for one of the two gun club Teams located closest to their residence unless they were previously shooting for a gun club that has a CYSSA team. In the event they are shooting for a gun club with a CYSSA Team and they either begin attending a high school that has a CYSSA Team or the high school they are currently attending starts a CYSSA Team, they have the option of selecting which Team they wish to shoot for without filing for a waiver. Once they have made their selection to shoot for a Team, they are committed to shoot for that Team for the remainder of their CYSSA career unless they submit a waiver that is approved by CYSSA.

Scholastic Grade 9-12 without a School-based CYSSA Team: If a participant attends a high school with no CYSSA Team, they may apply to join the closest High School team, with approval from the head coach and school administration, through the waiver process described in Section 2.2.4, or, they may join one of the two gun club Teams located closest to their residence unless they were previously shooting for a gun club that has a CYSSA team.  If there is no gun club Team near their school or residence, they may apply to join another Team through the waiver process described in Section 2.2.4. Once they have made their selection to shoot for a Team, they are committed to shoot for that Team for the remainder of their CYSSA career unless they submit a waiver that is approved by CYSSA.

A CYSSA participant may switch between the two closest gun club Teams one time with an approved waiver (See Section 2.2.4). Once the participant has made a change to the alternate closest team, they are committed to shoot for that Team for the remainder of their CYSSA career.

### 2.3.4 Application for Waiver

A participant may apply for a Waiver to the provisions of Section 2.2.3 by submitting a written request to the CYSSA President using the Waiver Application, a copy of which is included in this handbook. The CYSSA Board will review all Waiver requests and will notify the participant of the Board's decision. The Board's decision is final and not subject to appeal. A waiver is irrevocable and in effect for the remainder of the participants' CYSSA career. Once the participant

**California Youth Shooting Sports Association Handbook**

has made a change to the alternate closest team, they are committed to shoot for that Team for the remainder of their CYSSA career.

### 2.3.5 Gun Club or Shooting Facility

Teams are to designate one gun club or shooting facility as its "Home" Gun Club or Shooting Facility of record at the time of registration with the CYSSA. A Team will be officially recognized at only one gun club or shooting facility per shooting discipline per CYSSA target year. This facility is the place where the team practices with its coaches on a regular basis.

Participants living near a state line may register at a Home Gun Club/Shooting Facility in a state other than their home state of residence so long as they meet the requirements as set forth in Sections 2.2.1, 2.2.2 and 2.2.3. A Participant may not be registered at more than one Home Gun Club/Shooting Facility per shooting discipline no matter where it is physically or legally located.

### 2.3.6 Team Minimum Requirement

The basic competitive unit of the CYSSA Clay Target Program is the Squad. A Team must consist of at least one registered squad. There is no upper limit to the number of individuals that can be registered with a Team. Teams may field as many squads as they can recruit members to fill them. A competitive squad is five (5) shooters in trap, except for Rookie squads at the State or National Tournament where a competitive squad may be reduced to three (3) as may be authorized from time to time by the CYSSA Board of Directors; and three (3) in skeet and sporting clays who are of the same Category and Division.

### 2.3.7 mp-Up Rule

A competitive squad is five (5) shooters in trap and three (3) in skeet and sporting clays who are of the same Category and Division. In a CYSSA sanctioned event where a Team is unable to field a full squad in a particular Division and Category, a lower Division and Category participant or participants may be elevated, or "bumped-up", to fill the higher squad vacancy for that event. The squad collectively then assumes the identity of the highest ranked Division and Category squad member for that event. Those individuals that were bumped-up remain eligible for individual awards in their original Division and Category. A high school team with an *officially affiliated* junior gun club program may bump up athletes from the junior gun club team to the high school team. Junior gun club teams and high school teams that are not affiliated may not bump up athletes between teams.

The main purpose of the bump-up rule is to give Teams the ability to field at least one competitive squad in a Division and Category where they would not otherwise be able to do so, as well as for teams that may have multiple squads in a Division or Category but one of those squads is not complete (less than 5 athletes in trap, 3 in skeet and sporting clays) due to an odd number of participants in that particular Division and Category. For example: If a trap team had only one Varsity squad with three shooters, the team may bump up a JV shooter and an Intermediate Advanced shooter to fill the squad of 5 athletes. The squad may then compete as a Varsity Squad for that event, however the shooters bumped-up will still compete for individual awards in the Junior Varsity and Intermediate Advanced categories. Teams may field multiple competitive squads including those that are comprised of five athletes from the same Division and Category and squads that are utilizing the bump-up rule if a squad has less than five athletes in a Category or Division. All competitive squads shall be eligible for relevant awards earned.

**California Youth Shooting Sports Association Handbook**

If a team has sufficient athletes to assemble a full squad (5 athletes in trap, 3 in skeet and sporting clays) in a Division or Category, it must do so before bumping up any lower Division or Category athlete to the upper level squad. For example, if a Trap team has four Varsity shooters, five JV shooters, and six IE shooters, it must squad the JV shooters on a full squad, five of the IE shooters on a squad, and then may bump up the remaining IE shooter to fill the Varsity squad vacancy.

A shooter may also compete on a Mixed Squad (a squad made up of members from different teams) or a Short Squad (one that is not full) and maintain their individual classification. Those Mixed or Short squads are not competitive squads but the individual shooters are eligible for individual awards in their respective Division and Category.

### 2.3.8 Team Registration Process and Deadline

Every Team seeking to participate in CYSSA must be registered with CYSSA prior to participating in any sanctioned event. Each registered Head Coach (See 2.3.2) is responsible for registering their Team with the CYSSA by going to the CYSSA website at www.shootcyssa.com and downloading and completing the Team Registration form. The form is to be completed and mailed to CYSSA Administrative Headquarters according to the following deadlines.

The deadline for Team and Head Coach Registration for existing/returning teams in trap, skeet, and international trap (bunker) is February 1st. The deadline for Team and Head Coach Registration for existing/returning teams in sporting clays is September 1st. Head Coaches wishing to register a new Team that has not previously been registered with CYSSA may contact the CYSSA Administrative Headquarters at any time to register a new team that is formed.

In addition to these deadlines, a team and any individual athlete thereof, that desires to participate in the CYSSA State Competition for the **trap discipline** must participate in a minimum of two (2) trap Series Shoots and meet the practice requirements in Section 2.2.10.

Further, a team and any individual athlete thereof, that desires to participate in the State Championships of one or more of the CYSSA disciplines of **skeet, sporting clays,** or **international trap (bunker)** must participate in a minimum of one (1) Series Shoot for each discipline they are participating in and meet the practice requirements in Section 2.2.10.

Only registered participants (forms on file and fees paid to CYSSA) may participate in Series Shoots and State Competitions. Any requested variance to Section 2.2.8 must be submitted to the CYSSA Board using the enclosed Waiver Request form submitted 30 days in advance of the shoot. Violations of this rule could result in the expulsion of a participant or a Team from CYSSA.

### 2.3.9 Team Focus

The intent of the CYSSA Clay Target Program is to provide participants with the opportunity to be a member of a TEAM.  A Team is composed of a group of individuals who are committed to a common goal and who work together regularly to achieve that goal.  Ultimately, to achieve this unity of purpose requires team members to spend time together in activities other than just shooting. Team members are expected and encouraged to practice on a regular basis with their coach(es) and to actively participate in team fund-raising efforts and community-service projects.

**California Youth Shooting Sports Association Handbook**

### 2.3.10 egular Practices

Conducting regular practice is important for safe gun handling skill development for all athletes. Head Coaches are required to hold regular practices for their Team members with a minimum of six Team practice sessions, each on a separate day, with each Team member shooting a minimum of 25 targets at each practice session. Team members must attend six Team practice sessions in any of the CYSSA disciplines of trap, skeet, sporting clays or international trap (bunker) in order to be eligible to shoot in any CYSSA State Championship event. Practice sessions need not be in any specific discipline, however Series Shoots are not to be counted as practice sessions.

### 2.3.11 Team Funding

A Team is responsible for its own funding including practice, targets, travel, meals, ammunition, and shoot registration fees.

## 2.4  Coaches and Adult Volunteers

### 2.4.1  Head Coach Requirements

Every Team must have a Head Coach who is 21 years of age or older. The primary responsibility of the Head Coach is to ensure the SAFETY of participants. Head Coaches MUST emphasize safe handling and use of firearms in every facet of the CYSSA Program and must be willing to conduct Regular Practices as stipulated in Section 2.2.10 to reinforce safe gun handling skills.

### 2.4.2 Head Coach Responsibilities

The Head Coach is the primary point of contact between CYSSA and everyone involved with the Team unless he/she appoints an administrative person to assume this duty. The Head Coach is responsible for monitoring his/her participant's attendance at practices (Section 2.2.10) and checking for academic eligibility (Section 2.1.2). He/She also oversees the activities of the Assistant Coaches and Adult Volunteers.

For all CYSSA events (practices and competitions) the Team must be under the supervision of the Team's Head Coach. In the event the Head Coach cannot be present, he/she must designate an Assistant Coach who is registered with the team to provide supervision and leadership.

It is the Head Coach's responsibility to verify that the Division and Category information for each participant is correctly entered on all forms. The Head Coach or assigned Team Coordinator must have the Medical Consent form for each of his/her participants in his/her possession at all practices and CYSSA events.

All Head Coaches and Assistant Coaches must hold a current Shotgun Coach Certification credential. Credentials from the following Certified Coach training programs are accepted for one (1) year after which time they must take the USAS/NRA/CMP Shotgun Coach Certification class and be a Level 1 or higher Shotgun Coach.

        ☐ NSCA Level 1 or higher Instructor Certification
        ☐ NSSA Level 1 or higher Instructor Certification
        ☐ NRA/ATA Trap Coach Certification
        ☐ Team USA Shooting Coach Certification
        ☐ NRA Shotgun Instructor Certification
        ☐ 4-H Shooting Sports Shotgun Certification

**California Youth Shooting Sports Association Handbook**

☐ Boy Scouts Shotgun Instructor Certification

The Head Coach is responsible for registering with CYSSA and his/her Team and making sure participants are registered. He/she may appoint an administrative person to assume this task. (See Sections 2.3.3 and 2.3.4).

### 2.4.3 Head Coach Registration

The Head Coach must complete and submit the Head Coach Registration found on the CYSSA website (shootcyssa.com) by February 1st (trap, skeet, bunker) or September 1st (sporting clays) and mail with payment to the CYSSA Administrative Headquarters. The Head Coach and all assistant coaches and adult volunteers shall undergo a background check prior to having any interaction with athletes. To obtain a background check, see shootcyssa.com for a description of the process. The CYSSA Administrative Headquarters must receive a clear background check prior to a coach's interaction with any athlete or CYSSA event.

### 2.4.4 Team and Participant Registration

Team Registration is the responsibility of the Head Coach as stated in Section 2.2.8 above. Participant registration is the responsibility of the Head Coach and involves going to the CYSSA website, shootcyssa.com, each year to download the required forms, which include a Consent & Waiver, Medical Consent and Sportsmanship Contract. Each form must be copied and distributed to all potential participants and their parents or guardians to read, complete, sign, and return to the Head Coach. Head Coaches are responsible for collecting the completed forms and reviewing them to make sure they are filled out properly and the athlete is appropriately classified in the correct division before mailing the original Consent & Waiver and Sportsmanship Contracts with required payment to the CYSSA Headquarters. Head Coaches are to keep the Medical Consent forms with their Team records. The Head Coach or designated Team Coordinator must have Medical Consent Forms for each Team participant at all practices and CYSSA sanctioned events.

A Consent & Waiver and Sportsmanship Contract MUST be completed and on file with the CYSSA headquarters office **PRIOR TO** an athlete participating in any CYSSA activity, which includes but is not be limited to team practices, series shoots, or the state championship for any discipline. If the Head Coach fails to submit a Consent & Waiver, Sportsmanship Contract and required fees to the CYSSA headquarters for an athlete, that athlete will be deemed as not registered and therefore ineligible to participate in CYSSA. If an athlete who is not registered has participated in any CYSSA series shoot or state championship at the time when the failure to register is determined, any score for an event that the athlete has completed will be nullified and the athlete disqualified from future CYSSA events until the proper registration is completed. In such cases, the athlete's score will be changed to zero (0) and the awards redistributed accordingly among eligible participants, squads, teams, and High 5 or High 3 as appropriate. Additionally, Head Coaches who allow an athlete who is not registered to participate in a CYSSA series shoot or state championship will be assessed a penalty of $50 per unregistered athlete for every event that an unregistered athlete or athletes participate. Payment of the penalty will be due immediately upon discovery and is paid to CYSSA.

### 2.4.5 Assistant Coaches and Adult Volunteers

**2.3.5.1** All Assistant Coaches are required to hold a current Certification, be registered with the CYSSA and undergo background checks in the same manner as the Head Coach.

**California Youth Shooting Sports Association Handbook**

To register go to the CYSSA website, shootcyssa.com and download the proper forms. Complete and return with fee to the CYSSA Administrative Headquarters. Assistant Coaches and Adult Volunteers must be a minimum of 18 years old.

**2.3.5.2** The Assistant Coach's first and foremost responsibility is to ensure the safety of all participants and as such must emphasize the safe handling and use of firearms in every facet of the program. They are to assist the Head Coach with regular practice sessions and assist in performing the role of safety monitor at competitions and events.

**2.3.5.3** All Adult Volunteers directly involved with registered CYSSA Participants on a Team must be registered with the CYSSA and undergo background checks. No coaching certification is required. To register go to the CYSSA website and download the proper forms.  Complete and return with fee to the CYSSA Headquarters. (Special circumstances apply to schools that already administer background checks to their employees).

**2.3.5.4**  Junior Trainers (ages 15 to 17), who have been recommended by a parent and their coach and have successfully completed a Shotgun Coach Certification credential from a training program as described in Section 2.3.2, can assist the head coach and assistant coaches in the training of other athletes. They must be working under the direct supervision of the head coach or an assistant coach.

**California Youth Shooting Sports Association Handbook**

## 3.0 - EQUIPMENT

### 3.1 Shotguns

**3.1.1** Any shotgun action type, 12 gauge or smaller, may be used as long as it is in a safe and workable condition and the participant is familiar with its operation. Shotguns used for all the disciplines, except for trap, must be able to shoot twice without requiring it to be reloaded.

**3.1.2** All participants using semi-automatic shotguns shall use a device capable of deflecting or suspending a fired shell hull so that it does not strike or interfere with fellow participants on the shooting line (e.g. shell catcher).

**3.1.3** Guns with exposed hammers, 'pistol' or tactical style grips/stocks, and release triggers are prohibited.

**3.1.4** Choke tubes or shotgun barrels may not be changed during any sub-event with the exception of chokes in sporting clays.

**3.1.5** Optics, assistive aiming devices, or shooting scopes are prohibited. A single neon colored front bead is permitted.

### 3.2 Shotshells

**3.2.1** Maximum loads for any gauge event may not exceed:  Gauge 12 1 1/8 oz. lead. Gauge 20 7/8 oz. lead.  Shot shells used in the trap, skeet and sporting clays disciplines must meet the following specifications:
- A maximum shot charge of 1 1/8 oz. cannot exceed a velocity of 1,290 ft/sec. or
- A maximum shot charge of 1 oz. cannot exceed a velocity of 1,325 ft/sec. or
- A maximum shot charge of 7/8 oz. cannot exceed a velocity of 1,350 ft/sec.

**3.2.2** All shot shell ammunition including reloads may generally be used, unless otherwise restricted by the shoot organizers.  Reloads are not permitted at CYSSA State Championships, the YSSF US Open.  Black powder, visual training loads, tracers or tracking devices are not permitted. Other shoot officials may also limit the ammunition to commercially manufactured shot shells.  California Shooting Sports Association (CYSSA) assumes no responsibility in connection with the use of reloads or commercially manufactured ammunition.

**3.2.3** No lead shot smaller than US No. 9 (nominal diameter 0.080) or larger than US No. 7 ½ (nominal diameter 0.095) shall be used in any load.  No steel shot.

**3.2.4** Shot shall be normal production spherical shot.  Plated shot is permitted.

**3.2.5** Shot shells containing nickel, steel or copper coated shot, tracer loads/wads, or black powder are prohibited in all disciplines.

## California Youth Shooting Sports Association Handbook

### 4.0 - SAFETY REQUIREMENTS

**4.1 Personal Safety**

**4.1.1 Eyes and Ears -** All CYSSA participants, coaches and anyone on the shooting field must wear appropriate ear (earplugs or muffs) and eye (shatterproof glasses) protection during practices and competitions.  Participants MUST wear ear and eye protection when on the shooting line.

**4.1.2 Footwear** - All Participants must wear closed-toe and closed-heel footwear while on the shooting line. Wearing sandals, flip-flops, crocks, or any open-toed/heel footwear is prohibited.

**4.1.3 Hats –** Skeet and sporting clays participants must wear a hat with brim forward.

**4.1.4 Toe Pads** – The use of toe pads or resting the firearm barrel on any part of the foot is strictly prohibited. Barrel pads that are not attached to the participant's clothing or body are permissible.

**4.1.5 NRA Rules of Gun Safety** – Participants must always keep the gun pointed in a safe direction, always keep your finger off the trigger until ready to shoot, and always keep the gun unloaded and open until ready to use. Violation of the NRA safety rules may result in removal from a CYSSA sanctioned event.

**4.2 Range Safety**

**4.2.1** All participants must keep firearms unloaded with the actions open at all times except when it is their turn to shoot and they are on the firing line. When changing posts or stations during a sub-event each participant's firearm must be unloaded with the action open. All firearms must be unloaded, actions open, and barrels pointed straight up in the air or straight down at the ground while off the shooting line.

**4.2.2** A participant shooting **trap** may place a shotshell into the open action of their shotgun while the previous shooters are completing their shot, **so long as the action remains open**. No participant may close the action of their shotgun until the previous shooter has completed their shot (dismounted gun). For all shooting disciplines, at no time shall anyone load a shotshell into a firearm at any location other than on the firing line. Loading a firearm at a location other than the firing line, shooting station or box will result in immediate disqualification from the event.

**4.2.3** Every competitive event must have at least one Head or Assistant Coach on each shooting field during a sub-event to act as a safety monitor. The responsibility of the coach is to ensure the safety of that squad.  He/she shall enforce all safety rules and maintain the rhythm of the shoot.

**4.2.4** Events are held "rain or shine" but may be canceled or postponed due to inclement weather if, in the opinion of range officials, the weather poses a safety risk, such as lighting.

**California Youth Shooting Sports Association Handbook**

## 5.0 - PERSONAL CONDUCT

### 5.1 Appropriate Dress

Each registered CYSSA participant, coach and assistant coach represents their team and their team's sponsoring institution. Promoting a positive image is in the best interest of the CYSSA and everyone involved with the organization and shoot sports.  Appropriate dress is key in making a good impression.

**5.1.1 Tops –** Items of clothing that expose any part of the torso are prohibited. Cutoff t-shirts, halter tops, muscle shirts or torn clothes are prohibited.

**5.1.2 Bottoms** – Short shorts and low riding shorts or pants revealing undergarments or buttocks are prohibited.

**5.1.3 Clothing Adornments** - Shirts, hats, pants and any other associated items with pictures, caricatures, profanity, designs, messages, writings or other embellishments with direct or indirect references to alcohol, tobacco, sex or sexual connotations, drugs, or gambling are prohibited. Appropriate and reasonable sponsorship recognition (e.g. athlete sponsor bibs) may be exempted from certain aspects of this requirement, subject to a review by the CYSSA Board.

### 5.2 Attitude/Conduct

**5.2.1** Using abusive or profane language or displaying unsportsmanlike conduct, including but not limited to arguing with anyone associated with conducting or coordinating a CYSSA event, unsafe handling/use of firearms, disrupting a competitor, or cheating by participants, coaches, adult volunteer or parents will not be tolerated and are grounds for athlete disqualification from an event or suspension and/or expulsion from CYSSA. Participants, adult volunteers, coaches, parents and spectators are prohibited from consuming alcoholic beverages or using drugs during CYSSA events. Participants are prohibited from using tobacco during CYSSA events. Any participant determined to be consuming alcohol or using drugs or tobacco during a CYSSA event is subject to disqualification from the event or suspension and/or expulsion from the program.

**5.2.2** All participants, coaches, parents and spectators are expected to conduct themselves in an exemplary manner at all times by displaying courtesy, consideration and good sportsmanship, win or lose to all team members, coaches, competitors and shoot officials.

**5.2.3** Breaches of the spirit as well as the letter of the CYSSA Rules constitute grounds for suspension and/or expulsion from the CYSSA program.

*Honor the Game and Treat Others with Respect.*

**California Youth Shooting Sports Association Handbook**

## 6.1 - GOVERNANCE OF THE CYSSA PROGRAM

**6.2 Disqualifications, Suspensions or Expulsions**
All reasons for disqualifications, suspensions or expulsions shall be reviewed by the CYSSA Board.  The CYSSA President upon decision of the Board may suspend or expel a participant or team from CYSSA or for other conduct, which, in his/her opinion, casts the CYSSA in disrepute or constitutes a disruption to the program, whether or not the activity occurs during a competitive event.

**6.3 Appeal Process**
    **6.3.1 Issue in Dispute** - The issue in dispute must involve a violation of a CYSSA rule or policy.

    **6.3.2   Qualified Appellant** - The injured or aggrieved party must be a registered CYSSA participant, coach, or adult volunteer.

    **6.3.3  Head Coach Concurrence** - Appeals filed by a CYSSA participant must have the concurrence of the participant's Head Coach. The Head Coach and the participant must sign the letter to the CYSSA Board.

    **6.3.4 Filing Procedure** - The appellant must submit a written appeal within 72 hours of the incident to the CYSSA President. The appeal must include the violation, the reason for the dispute, the date and specific location of the violation and the names of any witnesses to the violation.  The written appeal may be sent by FAX, e-mail or by hard copy with the date submitted on it.  The Board must review the appellant's letter before any final decision is announced.

**California Youth Shooting Sports Association Handbook**

## 7.1 - COMPETITIONS

**Definitions:**

**Sub-Event** – A Sub Event consists of 25 targets shot on any one field at one time for trap, skeet, and international trap (bunker), and 100 targets shot at one time in sporting clays.

**Competitive Event –** The total number of targets shot during the competition. For example, a trap competition (event) may be 100 targets consisting of four, twenty-five-target sub-events.

**Sanctioned Events –** Those events listed on the CYSSA Calendar. (shootcyssa.com)

**Event Coordinators –** Those persons designated to be in charge of an event.

**7.2 Series Shoots**

**7.2.1 Description** - A Series Shoot is a sanctioned event between two or more CYSSA teams.

**7.2.2 Course of Fire –** A Series Shoot in trap consists of four, 25 target sub-events. The course of fire for skeet, sporting clays, and bunker Series Shoots may vary and will be announced at the beginning of the event. For all sporting clays competitions, participants and teams shall **not** shoot a practice round on a sporting clay course after the targets are set for the competitive event.

**7.2.3 Series Shoot Awards** - Individual and squad awards are given in each Division & Category.

**7.2.4 Team Assignments** – Series shoots may be conducted concurrently at multiple shooting facilities. When multiple facilities are used CYSSA shall assign teams based on number of participants, number of fields at each facility, and a team's proximity to the shooting facilities.

**7.3 State Championship**

**7.3.1 Description** – The State Championship for trap, skeet, and sporting clays is the season finale held at one or more locations, which shall be determined annually by the CYSSA Board. It is a Team, squad, and individual sanctioned event for all CYSSA Participants.

**7.3.2 Course of Fire** –

**Trap –** The Senior and Intermediate Division trap competition shall be eight, 25 target sub-events for a total of 200 targets. Rookie Division participants may shoot less than 200 targets, as determined by CYSSA prior to the event.

**Skeet –** The Senior and Intermediate Division skeet competition shall be four, 25 target sub-events for a total of 100 targets. Rookie Division participants may shoot less than 100 targets, as determined by CYSSA prior to the event.

**Sporting Clays –** The Senior and Intermediate Division sporting clays competition shall be one, 100 target sub-event. Rookie Division participants may shoot less than 100 targets, as determined by CYSSA prior to the event. Sporting clays participants and teams shall not shoot a practice round on the state sporting clay course after the target presentations have been set for the State Championship event.

**7.3.3 Awards** - Team, squad and individual awards are given in each Division and Category.

**California Youth Shooting Sports Association Handbook**

**7.4 Non-CYSSA Teams or Individuals** – CYSSA may invite teams or individuals not currently affiliated with CYSSA to participate in sanctioned events. This includes teams or individuals from states outside California. Every team and individual athlete wishing to participate must register with and meet the participation requirements of CYSSA as described in Section 2.2.8 and elsewhere in this handbook prior to participating in a CYSSA competitive event.

**7.5 General Rules**

**7.5.1 Scorers**

**7.5.1.1** Scorers must be familiar with the CYSSA rulebook and adequately trained to call targets and mark score sheets. The scorer will call out loud "No Target"or "No Bird" pursuant to Section 7.4.2.3, "Lost" for targets as stated in Section 7.4.2.2, and shall call out the score of each participant after each post, for example in trap, 4, 5, 3, 5, 2. An athletes who believes the scorer has made a tabulation error or incorrectly states a score when calling out the post score must address the scorer and discuss the discrepancy *before* the squad rotates to the next post and continues the round. Once a squad rotates to the next post and continues the round the prior post scores are deemed as final and not subject to dispute.

**7.5.1.2** The official score is kept by the scorer on an official score sheet. It is the scorer's responsibility to record the score of each shot, tabulate the cumulative score for each participant and squad, and rule on shot appeals in each sub-event.

**7.5.1.3** If the scorer rules a target dead or lost, the scorer shall promptly mark "X" or "/" for dead (hit) and "O" for lost (missed).

**7.5.1.4** Any target shall be scored "lost" under the following circumstances:
    A.  A target score box containing a mark other than a clear 'X' or 'O';
    B.  A target score box that is left blank;
    C.  A target score box which appears to contain both an 'X' and 'O' and does not include the word "dead" clearly printed beside it.

**7.5.1.5** The scorer's decision on whether a target is dead or lost is final.

**7.5.1.6** The scorer's score sheet shall be open to examination by the participants at the completion of a sub-event to ensure proper tabulation. Participants may examine their scores before the score sheets are sent to the next field or to the office for posting. Tabulation errors may be corrected anytime they are found. Totals are double-checked by the Event Coordinator or staff prior to posting. The score sheets of the event shall be official and shall solely govern all scores, standings, awards and records of the event.

**7.5.2 Scorekeeping Rules**

**7.5.2.1 Dead Targets** – A dead target is one that is fired upon and has a *visible piece* broken from it. Dust does **not** count and will be scored a lost target. An "X" is marked on the score sheet for a dead target.

**7.5.2.2 Lost Targets** - A target shall be considered lost and an "O" marked on the score sheet when:
    A. A participant fires and fails to break the target by either missing or causing

**California Youth Shooting Sports Association Handbook**

        only dust to fall from it without breaking any visible piece of the target;

B. A whole target appears promptly after a participant's recognizable command and the participant voluntarily does not fire (See Section 7.4.2.4);

C. A participant fires from in front of the firing line;

D. If a participant withdraws or is otherwise disqualified before or during a sub-event, the scorer shall rule all subsequent targets as lost and they shall be scored and reported accordingly.

**7.5.2.3 No Target –** The scorer shall rule, by calling out loud, "No Target" and allowing another target to be called for when:

A. An illegal target is thrown,  (Sections 7.4.2.6 & 7.4.2.8);

B. A whole target appears on the call of the participant along with target debris;

C. A participant shoots out of turn;

D. Two participants fire at the same target;

E. The trap machine is activated without any call provided and the participant does not fire.  If the participant fires, the result must be scored.

In the event that a scorer does not call "No Target" and any of the above situations occur, it is up to the participant to restrain from firing.

**7.5.2.4 Failure to Fire –** Participants will be allowed two Failures to Fire for gun or ammunition malfunctions during each sub-event. When the first or second allowable Failure to Fire in any sub-event occurs, the participant shall be allowed to call for and fire at another target and the result of the shot will be scored. Whenever a Failure to Fire occurs, the scorer shall mark "F1" or "F2" on the score sheet in the space where that target is scored along with the score for that target.  After two failures to fire, subsequent failures to fire at called legal targets in the same sub-event shall be scored as lost.

**7.5.2.5 Legal Trap Target –** A legal trap target shall be deemed to have been thrown under the following circumstances:

A. Trap machines which throw targets at unknown angles shall be used.

B. Targets shall not measure more than 4 5/16" in diameter, 1 1/8" in height and shall weigh between 95 and 105 grams.

C. Unless specified by the Shoot Coordinator, orange targets are required.

D. Targets shall not be thrown less than 49 yards or more than 51 yards in calm conditions. Targets shall be between 8 feet and 10 feet above the ground when 10 yards from the trap field midpoint, in calm conditions.

E. The trap machine shall throw targets up to 17 degrees measured to the right of center and 17 degrees measured to the left of center, with a total arc between outside targets limits of 34 degrees.

F. Evaluation of legal target flight during a sub-event is in the sole discretion of the Shoot Coordinator and is not subject to review or protest.

**7.5.2.6 Illegal Trap Target -** An illegal target shall be deemed to have been thrown when the target is not within the prescribed angle or height limits as described in Section 7.4.2.5. If a contestant fires upon an illegal target, the result is not scored and the participant will be permitted to call for another target.

**California Youth Shooting Sports Association Handbook**

**7.5.2.7 Legal Skeet Target** - A legal skeet target is one that appears after the shooter's call and within a period not to exceed one (1) second, and which passes within a three-foot circle centered at a point fifteen (15) feet above the target-crossing point. The target-crossing point shall be measured from the level of Station 8. The target, in still air, must carry to a distance equivalent, on level ground, to 60 yards from the skeet house when passing through the center of the hoop, with an allowance tolerance of plus or minus two yards.

**7.5.2.8 Illegal Skeet Target** – An illegal skeet target occurs when:
   A. An unbroken target is thrown that does not conform to the definition of a legal target.
   B. Two targets are thrown simultaneously in singles. However, if by error or for mechanical reasons doubles are thrown and the shooter shoots and breaks or misses the correct target, it shall be scored as in singles. It shall be the shooter's prerogative to elect to shoot or withhold his/her shot when doubles are thrown in the calling of singles.
   C. The target thrown is broken. Under no circumstances shall the result of firing upon a broken target be scored.

**7.5.3 Ties** – If a tie occurs in any discipline, a shoot-off will be used to determine the winner.

During the duration of the California State imposed Corona Virus Pandemic, shoot-offs for all disciplines will be conducted as follows:

To determine the winner in a tie – the reverse run is the total number of targets broken counted in reverse order until an unbroken target is identified.  The shooter with the highest number of broken targets, counting backwards is the winner.  If this results in a tie, then the total number of targets broken in front order is then used until a broken target is identified. If this results in a tie, then a coin toss by the CYSSA discipline director is used to determine the winner.

If a shooter breaks 100 straight, then two rounds of 25 will be shot from the 27 yard line to "bank" targets in case another shooter also shoots 100 straight.  The winner will be based on the highest number of targets broken.  If there is a tie with less than 25 broken, reverse order of targets broken counted until an unbroken target is identified will be used.  The second round of 25 "banked" targets will be used in case more than one shooter breaks 25 targets in the first "banked" round.  If there is a tie with less than 25 targets broken, then reverse run, as described above, will be used.  Subsequent ties with less than 24 targets broken will be based on front run targets described above.  If a tie exists with 25 straight or reverse and front run, then a coin toss by the CYSSA discipline director will be used.

**7.5.3.1 Squad Ties** - Squads in trap shall shoot an additional sub-event to determine the winner.  The squad with the greatest number of dead targets will be declared the winner.  If there is still a tie after the first sub-event, squads shoot additional sub-events until the tie is broken. Squads in skeet shall shoot a full round of regulation skeet. Squads must be composed of the same athletes for the shoot-off and they must shoot in the same order. Ties between two or more squads in sporting clays shall result in all tied squads shooting additional sporting clays station(s) to determine the winner.  The squad with

**California Youth Shooting Sports Association Handbook**

the greatest number of dead targets will be declared the winner. A squad qualifying for a shoot-off must shoot in the shoot-off or have its score from the main event entered as its final score.  Only those squad members who qualified the squad for the shoot-off will be allowed to shoot in the shoot off and must shoot in their original positions on the field.

### 7.5.3.2 Individual Ties

**7.4.3.2.1 Trap -** Ties between two or more individual athletes in trap shall result in an additional sub-event from the 16-yard line to determine the winner. The individual with the greatest number of dead targets will be declared the winner. If there is still a tie among two or more athletes after the first sub-event, the remaining tied individuals shall shoot additional sub-events as follows:

The 2nd round tie breaker sub-event shall be shot from the 16 yard line.
The 3rd round tie breaker sub-event, if needed, shall be shot from the 20 yard line.
The 4th round tie breaker sub-event, if needed, shall be shot from the 23 yard line.
The 5th round tie breaker sub-event, if needed, shall be shot from the 25 yard line.
The 6th round tie breaker or greater, if needed, shall be shot from the 27 yard line.
Ties among trap squads will be handled in the same manner as described above.

**7.4.3.2.2 Skeet -** Ties between two or more athletes in skeet shall result in those athletes shooting doubles at stations 3,4,5 in a 'miss-and-out by station' manner. If both shooters only break one target at a station, regardless of the order, they remain tied and proceed to the next station. If there is still a tie among two or more athletes after the first shoot off, the remaining tied individuals shall shoot additional doubles at stations 3,4,5 in a miss-and-out manner until only the remaining athlete that has missed fewest targets on a station remains. Ties among squads will be handled in the same manner as described above.

**7.4.3.2.3 Sporting Clays -** Ties between two or more athletes in sporting clays shall result in those athletes shooting the course of fire at throwers 3, 4, and 5 at the facility '5-stand' to determine the winner. The individual with the greatest number of dead targets will be declared the winner. If there is still a tie among two or more athletes after the 5-stand shoot off, the remaining tied individuals shall shoot the 5-stand course of fire again to determine the winner.

Ties between two or more squads in sporting clays shall be determined using the course of fire at stations 3, 4, and 5 at the facility '5-stand' to determine the winner. One individual from each of the tied squads will occupy a single station and will shoot the course of fire at that station. After all individuals from the tied squads have completed shooting their station, the sum of the total of dead targets for all shooters from that squad will be added together for a complete shoot off score. The squad with the highest total of dead targets will be determined to be the winner.

If the facility does not have a 5-stand course, ties between two or more athletes or squads shall be determined using the existing course of fire at the sporting clay stations 7, 6, and 5. The individual or squad with the greatest number of dead targets will be declared the winner. If there is still a tie after the first shoot off, the remaining tied individuals or squads shall shoot the existing course of fire at stations 4, 3, and 2. The individual or squad with the greatest number of dead targets will be declared the winner.

**California Youth Shooting Sports Association Handbook**

For all disciplines, if any individual involved in a tie at the end of a sub-event forfeits their participation in a shoot-off, their score shall reflect a 'zero' for that shoot-off and awards shall be presented accordingly. If the individual who forfeit their shoot-off remains in contention for an award based on the outcome of the regular sub-event and the subsequent shoot-off, that individual shall still be eligible to receive the corresponding award.

### 7.4.4 Protests

**7.4.4.1** Only the participants of a squad in a sub-event may protest a shot scoring call made by the scorer. Participants may only protest to the scorer immediately following the protested shot. The scorer will pause the round to hear information related to the protest then make a decision on the disposition of that target at that time. The decision of the scorer is final and shall be reflected on the score sheet.

**7.4.4.2** Protests regarding tabulation errors of the total score may be made immediately after the close of the sub-event to which such scores relate, as described in Section 7.4.1.6. Protests may only be made by a participant who competed in the sub-event or the participant's coach.

**7.4.4.3** Score sheets may be reviewed and appeals made to the Event Coordinator for tabulation errors, not shot scoring. The Event Coordinator's decision is final.

### 7.4.5 Disqualifications

**7.4.5.1** Any registered CYSSA participant, coach, or registered adult volunteers may be disqualified at any time by the scorer or Event Coordinator whenever the following prohibited conduct is observed or brought to their attention:

- A. If a coach, participant, or adult volunteer disrupts the event;
- B. Fails to timely report for competition;
- C. Discharges a firearm at any place other than the regular firing line;
- D. Behaves in other than a sportsmanlike manner such as physical or verbal abuse, or threats of any type directed to any person;
- E. Interferes with the management of the event;
- F. Argues a protest after a final decision is made;
- G. Is under the influence of alcohol or drugs or any other conduct, which in the opinion of the CYSSA or Event Coordinator, disrupts the shoot.

**7.4.5.2** Disqualified individuals must immediately leave the competition field. All disqualifications are to be reported to the CYSSA President. The CYSSA President will give the report to the CYSSA Board for review and a decision shall be made as to whether or not the infraction warrants a suspension or expulsion from the program. (See Section 6.2 for the Appeal Process)

**California Youth Shooting Sports Association Handbook**

### 7.4.6 Coaches and Spectators

**7.4.6.1** Coaching during a sub-event in Trap and Skeet by Head Coaches, Assistant Coaches, adult volunteers or spectators is not permitted once a sub-event begins and will serve as the basis for disqualification of the squad or Team. Coaching is **only permitted** before and after sub-events and shall not cause any delay in the competition. In sporting clays sub-events, coaching may occur between shooting stations, during the "preview pair" or "show pair" targets thrown for all participants, and with an individual athlete while that athlete is in the shooting box – either before and after a shot - so long as the length of time to coach the athlete is not excess nor delay the overall shooting event.

**7.4.6.2** The Coaches, safety monitors or spectators are not to influence the score keeper's decisions during the sub-events, unless assistance is requested.

### 7.4.7 Participants

**7.4.7.1** Shot or target tracking, defined as tracing the flight of a target called for by another participant with the shotgun's barrel, is prohibited. Prior to a squad commencing a sub-event, the lead shooter may call for, and all squad members may track, one 'preview' target.

**7.4.7.2** A participant is *required* to fire at a legal target (Sections 7.4.2.5 & 7.4.2.7) when called for unless the target comes out broken, there is a gun or ammunition malfunction, it is an illegal target or the scorer calls "No Target".

**7.4.7.3** The participant has the right to request that the scorer call the lost targets louder if he/she is unable to hear the calls.

**7.4.7.4** Participants who, in the opinion of the scorer or Event Coordinator, engage in unsafe behavior or violate any safety rule may be disqualified from further participation.

**Registering with the CYSSA as an individual or coach constitutes acknowledgment and acceptance of these rules. All CYSSA activities shall be conducted in accordance with these rules.**

**California Youth Shooting Sports Association Handbook**

## <u>Waiver Request</u>

Date: _____

Participant Name: _____

Participant Address: _____

Participant Email: _____

Participant Phone:_____(home)     _____(mobile)

Current Head Coach Name: _____

Current Head Coach Email: _____

Current Head Coach Phone:_____(home)     _____(mobile)


Description of Waiver Request (please clearly and concisely describe your request and the applicable CYSSA rules you are requesting be waived):




Submit your written request to CYSSA President, Stanley Chan, at boompole@aol.com


**All waiver requests must be received in writing using this form.**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:    2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF JONATHAN L. COLEMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
    *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

Laura Palmerin

CERTIFICATE OF SERVICE