C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION, | CASE NO: 2:22-cv-04663-CAS (JCx) |

CASE NO: 2:22-cv-04663-CAS (JCx)

**EXHIBITS 17 TO 20 TO DECLARATION OF ANDY FINK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Hearing Date:     August 22, 2022
Hearing Time:     10:00 a.m.
Courtroom:        8D
Judge:            Christina A. Snyder

Plaintiffs,

v.

ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,

Defendant.

1

EXHIBITS 17 TO 20 TO DECLARATION OF ANDY FINK

# EXHIBIT 17

# **Junior Shooters**

- Home
- ABOUT US
- ADVERTISE
- ARTICLES
- Books & DVDs
- CATEGORIES
- CLUBS
- COOL STUFF
- EVENTS
- GET INVOLVED
- LINKS
- SAFETY
- SUBSCRIBE



# Polls

## How many people in your family participate in shooting activities?

- ○ 1
- ○ 2
- ○ 3
- ○ More than 3

Vote

[View Results](View Results)

- Polls Archive

- # **Recent Posts**

  - [Junior Shooters No Longer Sold in California](#) July 10, 2022
  - [Ghost Holster USA Part One](#) June 24, 2022
  - [Safety First 10 Things You Can Learn From Your Shooting Experience Vol41 Winter 2020 P50 to 51](#) June 21, 2022
  - [Junior World Championship Team Members Luke Priestly, 14, and Jordan Sapp, 17, Hone Their Skills at USA Shooting Junior Olympic Shooting Camp 2021](#) June 11, 2022
  - [CMP Awards Over 140 Scholarships to Marksmanship Athletes – 2022](#) May 24, 2022
  - [SPD MAGS – A New Way To Reload](#) May 8, 2022
  - [CMP Announces April Monthly Air Gun Match Results](#) April 29, 2022
  - [Clay Target Vision, Pilla, and Safety](#) April 14, 2022
  - [CMP Introduces New National Air Gun Event for Adult and Junior Athletes](#) March 28, 2022
  - [MidwayUSA Foundation's Day of Clays 2022](#) March 3, 2022

- # **Article Archives**

  Article Archives  Select Month ⌄

- # **Gallery of Photos**





















## CLUBS

# FREE MAGAZINES

**All clubs may have FREE magazines. Clubs pay the shipping & handling costs. $50.00 per box of 100 Junior**



Shooters magazines. Call 208-629-8967 or email
info@juniorshooters.net

# FEATURED CLUB PROGRAM

**Featured Club Program below**
For Club Locater check out our **Events Schedule** for the type of shooting sport you are interested in or check out our article on **Looking For A Place To Shoot**.

**Sign Up Now! FREE set up!**



- Feature story on your club!
- Photo collage page ? add to it on a regular basis
- Junior articles from you club posted with photos
  (any junior member of your club may submit article with parents permission)
- Contact information
- Link to your web page

- Story and articles may be posted to JS article page
- Possible print copy in Junior Shooters print edition

Contact Andy at 208-629-8967, Email [publisher@juniorshooters.net](mailto:publisher@juniorshooters.net)

## Featured Clubs Listing

 [Snake River Sportsman ? Payette, Idaho and Ontario, Oregon](#)

 LAR&R [Los Angeles Rifle and Revolver Club](#) ? 12 miles East of Los Angeles, California

Comments are closed.

## • Search

Type and hit enter to search

## • Remington



## • Clay target Vision



## • MGM Targets



- # axil TRACKR BLU



- # Mossberg



- # AXIL GS Extreme



- # Black Hills Ammunition



- # Categories

  Categories Select Category

- # Pages

  - [ABOUT US](#)
  - [ADVERTISE](#)
  - [ARTICLES](#)
    - [Articles Alphabetical](#)
  - [Books & DVDs](#)
  - [CATEGORIES](#)
  - [CLUBS](#)
    - [LAR&R Los Angeles Rifle & Revolver Club](#)
    - [Snake River Sportsmen](#)
  - [COOL STUFF](#)
  - [EVENTS](#)
  - [GET INVOLVED](#)
  - [LINKS](#)
  - [SAFETY](#)
  - [SUBSCRIBE](#)

- # Happy Holidays!

  ### July 2022

  **M T W T F S S**

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|  |  |  |  | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

« Jun

- # Excerpt

"This single-shot rifle is very unique with its duel air charging system. The basic rifle comes with a low-volume, high-pressure hand pump that looks very much like the old style bicycle tire pumps that your parents probably grew up with."

- # A- Junior Shooters magazine's Team Shirt Sponsors

  - ARMSCOR (RIA)
  - Ashbury Precision Ordnance
  - Bar-sto Precision Machine
  - Berry's Manufacturing
  - Black Hills Ammunition
  - Breakthrough – Cleaning supplies
  - Buckhorn Gun & Pawn
  - Chiappa
  - CMC Triggers
  - Collegiate Shooting Programs & the NSSF
  - Creedmoor Sports
  - Dillon Precision
  - HiViz

- Hodgdon
- Hornady
- Laser Ammo
- Lyman Products
- Magpul
- Mantisx
- MGM Targets
- Montana Gold – Bullets
- National Shooting Sports Foundation (NSSF)
- O.F. Mossberg & Sons, Inc.
- Prime Ammunition
- Promatic
- Pyarmid Airgun Mall
- RIO Ammunition
- Ruger
- Rugged Gear
- Sawyer Products
- Sig Sauer
- Slip 2000
- Starline Brass
- Sturm, Ruger & Co., Inc.
- Sun Optics
- Voodoo tactical
- Warne Scope Mounts
- Zenith Firearms
- Zero Ammunition Company

# Associations

- Amateur Trapshooting Association (ATA)
- Arizona State Rifle & Pistol Association (ASRPA)
- Bird Dogs Forever
- Civilian Marksmanship Program (CMP)
- Civilian Marksmanship Program (CMP) – First Shot Online!

- Collegiate Shooting Programs & the NSSF
- Cowboy Fast Draw Association (CFDA)
- Cowboy Mounted Shooting Association
- International Defensive Pistol Association (IDPA)
- Jakes – NWTF
- National 4-H Shooting Sports Foundation
- National Muzzle Loading Rifle Association (NMLRA)
- National Rifle Association Youth Programs (NRA)
- National Shooting Sports Foundation (NSSF)
- National Skeet Shooting Association
- National Sportinc Clays Association
- National Wild Turkey Federation
- Quality Deer Management Association (QDMA)
- Scholastic Clay Target Program (SCTP)
- Scholastic Shooting Sports Foundation (SSSF)
- Single Action Shooting Society
- United States Practical Shooting Association "USPSA" – Juniors
- USA Shooting
- World Fast Draw Association
- Youth Shooting Sports Alliance

# Blogroll

- American Firearms – SAFETY

# Clubs, Schools, Teams & Ranges

- American Firearms – SAFETY
- Ben Avery Shooting Range
- Black's Creek Rifle Range
- Boulder Rifle & Pistol Club
- Civilian Marksmanship Program (CMP) – First Shot Online!
- Collegiate Shooting Programs & the NSSF

- Deer Hunters Club
- H&H Gun Range
- Los Angeles Rifle & Revolver Club
- National Shooting Sports Foundation (NSSF)
- Palmyra Sports Club
- Parma Rod & Gun Club
- Scholastic Clay Target Program (SCTP)
- Scholastic Shooting Sports Foundation (SSSF)

# Events

- American Firearms – SAFETY
- Civilian Marksmanship Program (CMP) – First Shot Online!
- Daisy International BB Gun Championship
- MGM Ironman

# Games

- Mastiff

# Hunting

- American Firearms – SAFETY
- Bird Dogs Forever
- Deer Hunters Club
- Jakes – NWTF
- Limcroma Safaris
- Mastiff
- Quality Deer Management Association (QDMA)
- Vista Outdoor

# Magazines & Publications

- Civilian Marksmanship Program (CMP) – First Shot Online!

# Merchant Links

- 2nd Amendment
- Air Gun Warehouse INc.
- AirForce Airguns
- Alpen Optics
- American Firearms – SAFETY
- ARMSCOR (RIA)
- Ashbury Precision Ordnance
- ATI Gun Stocks – Advanced Technology Inc.
- ATVs Guide
- Bar-sto Precision Machine
- Battenfeld Technologies
- Berry's Manufacturing
- Beta Company
- Black Hills Ammunition
- Breakthrough – Cleaning supplies
- Briley Manufacturing
- Brownells
- Buckhorn Gun & Pawn
- Buffalo Brothers Cowboy Store
- Caldwell Shooting Supplies
- Champion Traps & Targets
- Charles Daly
- Chiappa
- CMC Triggers
- Competitive Edge Dynamics
- Creedmoor Sports
- Crosman
- Daisy
- Dillon Precision
- DKG Trading

- DPMS
- Evil Roy Shooting School
- Federal Ammunition
- Fiocchi Ammunition USA
- FNHUSA
- GLOCK
- Gunbroker
- H&H Gun Range
- HiViz
- Hodgdon
- Hornady
- Horus Vision
- Impact Guns
- J. G. Anschutz Gmbh & Co, KG
- Kaltron Outddors
- Kirkpatrick Leather
- Krieghoff
- Lapua
- Laser Ammo
- Lock Stock and Barrel
- Lyman Products
- Magpul
- Mantisx
- Mastiff
- MGM Targets
- MidwayUSA
- MKS Supply
- Montana Gold – Bullets
- North River Custom Knives
- Northwood Shooting Sports
- O.F. Mossberg & Sons, Inc.
- Otis Technology, Inc.
- PFI Western Store
- Pilkington Competition

- Pine Tree Custom Sportswear
- Prime Ammunition
- Promag Industries
- Promatic
- Pyarmid Airgun Mall
- Reloading Zone
- Remington Arms Company
- RIO Ammunition
- Rock River Arms
- Ruger
- Rugged Gear
- Savage Arms
- Sawyer Products
- Sig Sauer
- SKB Shotguns
- Slip 2000
- Smith & Wesson
- Southern-Ammo, Inc.
- Stag Arms
- Standing Bear's Trading Post
- Starline Brass
- Sturm, Ruger & Co., Inc.
- Sun Optics
- Tactical Assualt Gear
- Tactical Solutions
- Ted Blocker Holsters
- The Outdoorsman Maniac
- UMAREXUSA
- USPSA – Main Page
- Viking Tactics
- Vista Outdoor
- Vogel USA, Inc.
- Voodoo tactical
- Walther Arms

- Warne Scope Mounts
- Wilson Combat
- Winchester Ammunition
- Wolf Performance Ammunition
- Wollf Springs
- X-Calibers
- Zenith Firearms
- Zero Ammunition Company

# • SAFETY

- American Firearms – SAFETY

Copyright © 2022 Junior Shooters is Proudly Powered by Wordpress. Theme by The Cloisters

 RSS

# EXHIBIT 18



Home ABOUT US ADVERTISE ARTICLES Books & DVDs CATEGORIES CLUBS COOL



**POLLS**

How many people in your family participate in shooting activities?

- ○ 1
- ○ 2
- ○ 3
- ○ More than 3

[ Vote ]

View Results

Polls Archive

**RECENT POSTS**

Junior Shooters No Longer Sold in California July 10, 2022

Ghost Holster USA Part One June 24, 2022

Safety First 10 Things You Can Learn From Your Shooting Experience Vol41 Winter 2020 P50 to 51 June 21, 2022

Junior World Championship Team Members Luke Priestly, 14, and Jordan Sapp, 17,

**ADVERTISE**



Advertising in **Junior Shooters** can help your business and support our next generation of shooters!

 Download our 2022 Media Kit

About juniors 8-20 and their families.

**We cover ALL the shooting sports!**

 **The market that parents invest in!**

**Don't Miss It Be In It!**

**Articles written about and by juniors in every issue!**

Support Our Youth - The Next Generation of Shooters and Voters!

Check out our 35% discount Sponsorship Program!

 



 

**SEARCH**

[ Type and hit enter ]

**REMINGTON**



**CLAY TARGET VISION**



**MGM TARGETS**



**AXIL TRACKR BLU**



**MOSSBERG**



**AXIL GS EXTREME**



# EXHIBIT 19

# Junior Shooters

- Home
- ABOUT US
- ADVERTISE
- ARTICLES
- Books & DVDs
- CATEGORIES
- CLUBS
- COOL STUFF
- EVENTS
- GET INVOLVED
- LINKS
- SAFETY
- SUBSCRIBE

- 



- ## Polls

  **How many people in your family participate in shooting activities?**

  - ○ 1
  - ○ 2
  - ○ 3
  - ○ More than 3

  Vote

  [View Results](#)

  - ○ [Polls Archive](#)

- ## Recent Posts

  - ○ [Junior Shooters No Longer Sold in California](#) July 10, 2022

- [Ghost Holster USA Part One](#) June 24, 2022
- [Safety First 10 Things You Can Learn From Your Shooting Experience Vol41 Winter 2020 P50 to 51](#) June 21, 2022
- [Junior World Championship Team Members Luke Priestly, 14, and Jordan Sapp, 17, Hone Their Skills at USA Shooting Junior Olympic Shooting Camp 2021](#) June 11, 2022
- [CMP Awards Over 140 Scholarships to Marksmanship Athletes – 2022](#) May 24, 2022
- [SPD MAGS – A New Way To Reload](#) May 8, 2022
- [CMP Announces April Monthly Air Gun Match Results](#) April 29, 2022
- [Clay Target Vision, Pilla, and Safety](#) April 14, 2022
- [CMP Introduces New National Air Gun Event for Adult and Junior Athletes](#) March 28, 2022
- [MidwayUSA Foundation's Day of Clays 2022](#) March 3, 2022

# • Article Archives

Article Archives Select Month

# • Gallery of Photos





















## [Junior Shooters No Longer Sold in California](#)

Posted By [admin](#) on July 10, 2022

### *Juniors Shooters*
# is no longer sold in California

**Please check out California Assembly Bill AB2571**

[AB2571 | California 2021-2022 | Firearms: advertising to minors. | TrackBill](#)

# EFFECTIVE IMMEDIATELY

# If you are a MINOR in California

# STOP!

## DO NOT CONTINUE!

### LEAVE THIS SITE IMMEDIATLY!

**THIS IS IMPORTANT FOR OUR PROTECTION**

---

**If you are not a minor, please continue.**

**If you are a minor and NOT from California, please continue.**

*Junior Shooters* magazine needs your help in fighting this bill. We are plaintiffs in a Complaint filed in the state of California: *Junior Sports Magazine, Inc., et al, v. Bonta.*

# We need your help.

<span style="color:purple">**If you are in the shooting industry,
or related company, please advertise with us.**</span>

## If you are an individual, please subscribe.

**$16.00 a year, 4 issues, send check to
Junior Shooters
7154 W. State Street #377
Boise, ID 83714**

<span style="color:purple">**You may contact me, Andy Fink at
publisher@juniorshooters.net**</span>

*Please see the news release July 8th, 2022 from the Second Amendment Foundation (SAF) below*

**News Release**

**Second Amendment Foundation**

# 12500 NE Tenth Place · Bellevue, WA 98005

# (425) 454-7012 · FAX (425) 451-3959 ·
# www.saf.org

**SAF, PARTNERS FILE FOR INJUNCTION**

**AGAINST NEW CALIFORNIA GUN LAW**

# For Immediate Release:                Contact: Alan Gottlieb (425) 454-7012

BELLEVUE, WA – Attorneys for the Second Amendment Foundation and several partners have filed a federal lawsuit for Declaratory and Injunctive Relief in a case challenging the constitutionality of a California law prohibiting gun shops, sporting goods stores, and any "firearm industry member" from advertising, marketing or arranging for placement "any firearm-related product in a manner that is designed, intended, or reasonably appears to be attractive to minors."

It is a First Amendment case known as *Junior Sports Magazine, Inc., et al, v. Bonta*. Joining SAF in the motion are the California Rifle & Pistol Association, Inc., the CRPA Foundation, Gun Owners of California, California Youth Shooting Sports Foundation, Redlands California Youth Clay Shooting Sports, Inc., and two private citizens.

The statute in question—identified as AB 2571 throughout the complaint and signed into law June 30—clearly focuses on any "firearm industry member" in its prohibition, which violates not only the First Amendment, but also the 14th Amendment's equal protection clause, plaintiffs contend.

"The First Amendment protects commercial speech that promotes legal products and services," noted SAF founder and Executive Vice President Alan M. Gottlieb. "You simply cannot single out people engaged in a legal business enterprise and forbid them from advertising or promoting their products just because you don't like them. That's what this case is all about."

While the law prohibits pro-gun advertising and display, the suit notes, "AB 2571 *does not*, however, prohibit anti-gun organizations not 'formed for the express purpose of promoting, encouraging, or advocating for the purchase, use, or ownership of firearm-related products,' like Moms Demand Action for Gun Sense in America, Gun Free Kids, and Everytown for Gun Safety, from offering and soliciting youth memberships or using branded merchandise, like hats, t-shirts, stuffed animals, coloring and activity books, stickers, pins, and buttons, bearing anti-gun messages and slogans—or even images of *unlawful* firearms—to spread their political messages, promote their organizations, or solicit memberships and/or financial support."

"It's clearly a double standard codified into law that cannot be allowed to stand," Gottlieb said. "We're determined to see that it doesn't."

*The Second Amendment Foundation (*www.saf.org*) is the nation's oldest and largest tax-exempt education, research, publishing and legal action group focusing on the Constitutional right and heritage to privately own and possess firearms.  Founded in 1974, The Foundation has grown to more than 750,000 members and supporters and conducts many programs designed to better inform the public about the consequences of gun control.*

Category: Action Pistol, Airgun, Associations, CFDA Cowboy Fast Draw, Clay Targets, Clubs & Teams, CMP, Cowboy Action Shooting, Events, gun laws, Guns & Acc., High Power, Hunting, Long Range, Mags & Pubs, Merchant Links, Miscellaneous, Modern 3 Gun, Olympics & USA, Our other Social Media Platforms, Pistol / Revolver, Plinking Fun, precision shooting, Product Reviews, Rifle, Safety, SASP, SASS, SASS, Scholarships, SCTP, Shotgun Sports, Skeet, Smallbore, Sponsers, Sporting Clays, SSSF, Steel Challenge, Tips For Shooters, Trap, USPSA, Western Action | No Comments »
Tags: 1st amendment, 2 gun, 2nd amendment, 2nd amendment foundation, 3 gun, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, nra, NSSF, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

# Ghost Holster USA Part One

Posted By admin on June 24, 2022

By: Abby Jackley
Originally published in *Junior Shooters* magazine Volume 46 Spring 2022



*Had a great time at the USPSA Area 5 match at Bluegrass Sportsman's League Wilmore, Kentucky with my Ghost Thunder 3G Rig set.*

When I decided to start shooting USPSA, one of the biggest things I had to figure out was what holster to use? Shooting, while drawing from a holster, was a completely new feeling coming from SASP where you start at a low ready position. There were so many different types of holsters out there and so many restrictions on which style you could use depending on what division you were shooting in. I chose to start in single stack and production division, where you cannot use the fancy looking open race holsters. Both divisions require that the holster covers the slide up to a ½ inch from the ejection port.



*My go to holster for USPSA Production Division is the Ghost Thunder 3G.*



Shooting USPSA at my local
club in Muskego, Wisconsin.

I was looking online and found Ghost Holster USA and I remember thinking they have everything here I need
and fun colors too. Being a left-handed shooter, there are fewer choices out there. I not only had to find a left-
handed holster but, one that fit my gun and my division, and Ghost USA had it all!



For Steel Challenge competition I have
the Thunder Rig set for my 1911.

I am currently using the Ghost Thunder 3G rig set with the double-belt system and 360° 3G mag pouches for my CZ Shadow 2. My favorite feature is that each 360° mag pouch comes with the Clip D that allows for vertical or horizontal hold so you can run bullets in or out and turn them on an angle too. My dad ordered the Thunder 3G Elite rig set for his CZ Tactical Sports and the difference is the holster is now lined inside with LEDRA which is a soft lining for a smoother draw. The mag pouches and holsters also have a quick release option which makes it easy when switching to a different gun if you want. I prefer to have a separate outer belt for each gun and keep the gear attached.



They do carry the fun race holsters I was originally checking out and I am looking at running the CZ Tactical Sports in L10 division. Then I would have the option to try the Ghost Hydra or even the Ultimate Evo which would be so much fun!

Check them out at:

[Ghost Holster USA- Tactical, concealment and sports holsters (ghostholsterdirect.com)](ghostholsterdirect.com)



Category: Action Pistol, Events, Modern 3 Gun, Pistol / Revolver, Steel Challenge, USPSA | No Comments »
Tags: 2 gun, 3 gun, abby jackley, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, Foundation, ghost holster, ghost holsters, holsters, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, steel challenge holsters, usa shooting, USPSA, uspsa holsters, youth shooting, youth shooting sports

## Safety First 10 Things You Can Learn From Your Shooting Experience Vol41 Winter 2020 P50 to 51

Posted By admin on June 21, 2022

***SAFETY FIRST*** **is always the most important item.** ***Junior Shooters*** **magazine has a safety column in every issue. Check it out in back issues under ARTICLES:**
**» ARTICLES (juniorshooters.net) Also check out our safety page for links to excellent articles and guidelines on firearm safety:  » SAFETY (juniorshooters.net)**

# SAFETY FIRST

## 10 Things You Can Learn From Your Shooting Range Experience

Every year, millions of Americans all over the country visit their local gun range. Some of them experience handling a gun for the first time. They might wish to learn how to handle a firearm for protection, hunting, or sport.

No matter what the reason is, firing a gun for the first time can be a bit scary. Don't be intimidated, but every establishment has protocols and safety rules that must be adhered to.

If you have decided to visit a shooting range for the first time, to make your visit as an enjoyable shooting experience as possible, there are several things every beginner should know.

Guns must be treated with respect at all times. Think of them as loaded and ready to fire until you prove otherwise.

Here are some things you can take away with you after your range experience.

Your Gun Shooting-Range Experience. Your visit to any firing range, whether for the first time or as a regular shooter, should be an enjoyable shooting experience. Don't be worried about firing a gun - have fun, but pay attention to what is going on around you, and most importantly, pay attention to the safety rules.

### 1 Ignoring Gun Safety Rules.

Gun safety rules should never be ignored. Treat every gun as if it is loaded. Never point a gun at anything you do not want destroyed. Keep your finger off the trigger until you are ready to shoot. Make sure what your target is and also what is beyond it. Never, ever leave your gun unattended.

The consequences of not adhering to gun safety can be devastating, if not fatal.

### 2 Leaving Your Brass After a Shooting Session.

When you have finished your shooting session, whether you leave your brass or pick it up depends on, (a) what the range requires, and (b) what the range allows. Some ranges will require you to sweep your brass up and put it in a designated bin, while others have range safety personnel who will do the job for you. Check with the staff prior to your session.

### 3 Shooting Without Protective Safety Gear.

An absolute no-no! Wearing eye and ear protection should be a priority for any shooter at a range, whether indoors or outdoors. In fact, you will not be allowed on the range without safety gear. Shooting glasses protect your eyes not only from a ricochet, but also from the shell casing that flies out of the gun, extremely hot, and often at eye level.

Correct ear protection is also vitally important. Firing a .22 pistol will produce a sound level of at least 140 dB. For reference, a normal conversation is about 60dB and a lawn mower is about 90dB. Larger caliber firearms produce much greater dB levels. In fact, any sound level above 120dB can cause immediate hearing loss. So, unless you want to run the risk of losing your hearing and being blinded by flying, hot brass, never go shooting without protective safety gear.

### 4 Talking to Other Shooters.

When you arrive at the range, don't be bashful about telling people that you are a beginner. Everyone has been in your shoes. Nobody is born a firearms expert and, if you let them know you're new to the sport, you can get some guidance on getting the most out of your visit. The one thing you should never do is talk to an active shooter. If someone is firing their weapon, resist the temptation to walk up to them and tap their shoulder to ask a question. Wait until they have finished. The one exception to this rule is if you see someone in danger. You may see a problem with their firearm in which case it is okay to tell them about it.

## ALWAYS
### EACH AND EVERY TIME

**SAFETY FIRST**

**By Rose Cara**

*About the Author: Rose Cara is a blogger and a traveler. She has been traveling the world for over a decade and loves sharing her adventures and tips with others.*

## 5 Disregarding Misfires or Malfunctions.

If you disregard a misfire or any malfunction with your weapon, it could lead to a dangerous situation. A misfire can happen when the trigger is pulled, but the gun fails to fire. Any time this happens, proceed with caution. The problem could be a "hangfire", which is when there is a delay between pulling the trigger and the actual discharge of the weapon.

Do not try to eject the offending cartridge, as doing this may result in damage to the weapon and could seriously injure you if it subsequently ignites outside the chamber. Leave the gun pointing down range for at least 60 seconds. If there is no discharge, you can safely unload the gun and dispose of the ammunition safely.

## 6 Focusing on Speed.

When talking about speed in terms of shooting, it doesn't mean the speed at which you pull the trigger. You should think about how fast you can do everything between the trigger pulls.

The speed you can achieve depends on your stance and grip. How fast can you recover from the recoil and get back on target? The quicker you get back into a proper shooting stance and recover from the recoil, the faster you can get the next shot on the target. Practice your stance and grip and recoil recovery—speed and accuracy will come with practice.

## 7 Keep The Muzzle Pointed in a Safe Direction.

There is no such thing as a firearms accident. An unattended gun will not go off by itself. People behaving irresponsibly cause gun accidents. If you are in charge of any firearm, then the muzzle must be pointed in a safe direction. It is the number one basic gun safety rule.

A safe direction is one where a bullet cannot accidentally hit anyone. Most handgun rounds can go through walls, including the exterior walls of an average home. Never point your gun at anything unless you intend to shoot it. This is important particularly when you are loading or unloading your gun.

## 8 Firearms Should Be Unloaded When Not Actually in Use.

If you are at a pistol range or at home, and you are not about to fire your gun, it should be unloaded. It's basic common sense. The last thing you would want to happen is for the gun to go off and injure somebody, maybe even fatally.

When you are finished shooting, empty the gun. To the beginner, it sounds a bit weird having an empty gun at a firing range, but safety is the number one priority. You need to check that the gun is actually unloaded. Carefully check that the chamber is empty, the magazine is separated from the gun, and leave the action locked in the open position. Remember, you will be the one in serious trouble if the gun "accidentally" discharges.

## 9 Be Sure of Your Target And What's Beyond It.

Never shoot unless you know exactly what you will hit. When you fire a gun, you relinquish all control over the bullet. If you miss your target, then you should have an understanding of how far a bullet will travel before it eventually comes to rest.

An average 120-grain, 9mm bullet fired from a regular-sized gun will travel approximately 1.36 miles at a speed of 760mph. That means that once you pull the trigger, in less than 6.5 seconds, you could hit something by mistake over a mile and a quarter away.

## 10 Be Sure The Barrel is Clear of Obstructions Before Shooting.

As soon as you take your gun out of the case, the first thing you should do is check that the barrel is clear of any obstruction. With the gun unloaded, lock the gun in the open position and visually check down the length of the barrel to make sure it is clear. Get into the habit of cleaning your gun before and after each visit to the range.◎

Category: Safety | No Comments »

Tags: 2 gun, 3 gun, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, firearm safety, Foundation, gun safety, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, Olympics, plinking, rimfire challenge, Safety, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

# Junior World Championship Team Members Luke Priestly, 14, and Jordan Sapp, 17, Hone Their Skills at USA Shooting Junior Olympic Shooting Camp 2021

Posted By admin on June 11, 2022

By: Emily Stack Davis (reprinted from Volume 44 Junior Shooters Fall 2021.)



Jordan Sapp, 17, from Phoenix, AZ, and Luke Priestly, 14, from Corpus Christi, TX, are two of the many junior shooters who attended Hillsdale College for its USA Shooting's Junior Olympic Development Camp this June. Jordan and Luke are also on the Junior World Championship Team for USA Shooting and spent their week at Hillsdale honing their skills in preparation for the Junior Olympic National Skeet Championship, which took place from June 29 to July 2.

"I'm really happy with how I'm shooting right now," said Luke, who has been shooting for five years and attended the Hillsdale camp with hopes to improve his mechanical and mental game. "The coaches here made the game a whole lot smoother and in control for me. Frank Thompson said something about my mount, and I listened to his advice, and it really helped make the game more in control, and also slowed it down a whole lot."



Luke said he plans to use what he's learned at camp in the championships and in higher-pressure situations like the World Cup competitions in Peru and Kazakhstan, which both boys will attend later this year.

"It will be our first time out of the country," Jordan said. "I've heard the ranges there are really nice."

On Hillsdale's campus, the boys stayed in Whitley Residence and enjoyed campus life.

"The college itself is really nice," Jordan said. "The food is really good, and going out and not being in 120-degree weather is much nicer. I love the green background."



Back home in Arizona, Jordan said he shoots targets against a backdrop of mountains, which can make seeing the target a little more challenging. During camp, there were scattered clouds, which also made following targets a bit more difficult. "They go in and out of the clouds, so it's hard to pick up on them," he said. "That made it more fun because it was more challenging, and because I've never shot in that kind of weather."

The Halter Center is known for being the best training facility in the country in part because of the altitude and lush backdrop, which makes targets easier to see. The Center also has lights and visible scoreboards.

Although both boys attended the camp to improve their skeet game, which Jordan said provides good training for every shooting event, they also mentioned the camaraderie in the junior shooting world and the positivity of the opportunity at camp to shoot with those who are first learning alongside others they see across the country at shooting events.

"They occasionally put us in mixed-level squadding," Jordan said. "It's fun to see others who are just starting go through the same journey I did and get better at it." Luke agreed.

Both the camps and the championship took place at the John A. Halter Shooting Sports Education Center a few miles from Hillsdale College. Campers stayed in campus housing, ate at the College cafeteria, and took a class on the Second Amendment with history professor David Rainey in addition to training.

"Every young adult should be exposed to education about our Second Amendment rights," Jordan said. "The highlight of the class was that we were able to ask many questions, and Professor Rainey was so kind to answer every single one in full detail."

The Halter Center has been home to USA Shooting since 2019, with Olympic shooters training on the Center's new Olympic bunker trap installations in preparation for the Tokyo Olympics.

Dates for USA Shooting's 2022 shooting camps at the Halter Center are forthcoming.

Find photos of Jordan and Luke here.

**About the John Anthony Halter Shooting Sports Education Center**

The John Anthony Halter Shooting Sports Education Center is a 113-acre state-of-the-art shooting facility located five miles from the Hillsdale College campus. Opened in 2008, the Center aims to introduce individuals to shooting sports and encourage interest across all levels of experience. To conduct its recreational mission, the Center features ranges for small arms, archery, and shotgun, including Michigan's only international bunker trap. The Halter Center also serves an educational purpose by promoting the principles of the Constitution and

teaching beginner and experienced shooters in various classes. Home to Hillsdale College's collegiate shooting teams, the Halter Center is also a resource for the public through camps, conferences, and other programming. For more information, visit shootingsportshillsdale.edu.

**About Hillsdale College**

Hillsdale College is an independent liberal arts college located in southern Michigan. Founded in 1844, the College has built a national reputation through its classical liberal arts core curriculum and its principled refusal to accept federal or state taxpayer subsidies, even indirectly in the form of student grants or loans. It also conducts an outreach effort promoting civil and religious liberty, including a free monthly speech digest, *Imprimis*, with a circulation of more than 5.7 million. For more information, visit hillsdale.edu.



Category: <u>Associations</u>, <u>Clay Targets</u>, <u>Clubs & Teams</u>, <u>Events</u>, <u>Miscellaneous</u>, <u>Olympics & USA</u>, <u>SCTP</u>, <u>Shotgun Sports</u>, <u>Skeet</u>, <u>Sporting Clays</u> | <u>No Comments »</u>
Tags: <u>2 gun</u>, <u>3 gun</u>, <u>cfda</u>, <u>civilian marksmanship program</u>, <u>cmp</u>, <u>competitive shooting</u>, <u>competitive shooting programs</u>, <u>Foundation</u>, <u>Hillsdale College</u>, <u>idpa</u>, <u>Jordan Sapp</u>, <u>jr shooter</u>, <u>jr shooters</u>, <u>junior</u>, <u>junior camps</u>, <u>Junior Olympic national Skeet Championship</u>, <u>junior olympics</u>, <u>junior shooter</u>, <u>junior shooters</u>, <u>junior shooting camps</u>, <u>junior writers</u>, <u>juniors</u>, <u>kids</u>, <u>learn to shoot</u>, <u>learning to shoot</u>, <u>Luke Priestly</u>, <u>Olympics</u>, <u>plinking</u>, <u>rimfire challenge</u>, <u>SASP</u>, <u>sass</u>, <u>Scholastic Action Shooting Program junior shooter</u>, <u>scholastic clay target program</u>, <u>sctp</u>, <u>shooting</u>, <u>shooting sports</u>, <u>SSSF</u>, <u>steel challenge</u>, <u>usa shooting</u>, <u>USA Shooting's junior olympic development camp</u>, <u>USPSA</u>, <u>youth shooting</u>, <u>youth shooting sports</u>

## CMP Awards Over 140 Scholarships to Marksmanship Athletes – 2022

Posted By <u>admin</u> on May 24, 2022



*By Ashley Brugnone, CMP Staff Writer*

CAMP PERRY, OH – After careful review, the Civilian Marksmanship Program (CMP) has presented 142 scholarships to outstanding junior marksmen through the CMP Scholarship Program for the 2021-2022 school year.

Along with a generous $30,000 contribution from the Garand Collectors Association (GCA), the CMP awarded $178,000 in scholarships to remarkable young individuals from across the country. Of the applications received, the median grade point average was an incredible 4.05 – the highest in the history of the scholarship program. Students were represented in 37 of the 50 states as well as from military stations outside the United States.



*CMP Board members, LTG Gary Cheek, US Army (Ret) and Launi Meili, along with CMP Programs Chief Christie Sewell and Assistant Programs Chief Dana Lynd, carefully chose the outstanding individuals who would receive CMP Scholarships.*

Though most students received $1,000 scholarships, CMP staff and Board members chose exceptional candidates who displayed praiseworthy attributes like involvements within extra-curricular activities and community service as well as firm commitments to marksmanship. The selected athletes received $3,000 for their accomplishments. A $5,000 Carolyn Hines Memorial Scholarship was also awarded to the top overall applicant.

Winners of the $3,000 are: Phoebe Chandler (Parker, SD), Annie Downum (Springdale, AR), Sarah Folsom (Granbury, TX), Victoria James (Woodine, MD), Isaac Joback (Fenton, MO), Alexis Kunze (Oak Harbor, WA), Abbie Leverett (Bainbridge, GA), Chanler Livingston (Chula, GA), Molly Palko (Albuquerque, NM), Emma Rhode (Kempton, PA), Benjamin Rogers (Gardner, KS), Bryce Roop (Decatur, IN), Samuel Sparrow (Hendersonville, TN), Maria Tortorelli (APO), Hannah Vaagen (Devils Lake, ND), and Elysa Walter (Sugar Hill, GA).



*Vice Chairman Gerald O'Keefe virtually joined the committee to help with the selection process.*

The Carolyn Hines Memorial Scholarship has been awarded to Johnathan Dorsten of Bryan, Ohio, who has committed to the Ohio State Pistol team for the coming school year.

To review all the selected applicants, view the CMP Scholarship Program page at https://thecmp.org/youth/cmp-scholarship-program/. Congratulations!

**About the CMP Scholarship Program:**

CMP Scholarships are available to graduating high school JROTC, 4-H and other junior shooting club members. Scholarship applications are only accepted if they are received completed and if the applicant is a U.S. citizen, shows good moral character, is a contributing member to society and is a scholar marksman.

The CMP is dedicated to youth programs and furthering the education of the successful young adults involved within them and is proud to provide support to junior marksmen in their continuing education – helping to shape their fulfilling futures. Through these scholarships, the CMP is able to uphold its goal of awarding those who present exceptional talent, determination and citizenship within the field of marksmanship.

**About Dr. Carolyn Hines:**

An inspiring woman who accomplished a myriad of incredible achievements in her lifetime, Dr. Carolyn Hines spent over 20 years as a dedicated member of the CMP Board of Directors – actively involved in many measures to encourage youth opportunities but none so passionate as her leadership in the Scholarship Committee. During her commitment to the program, she was instrumental in developing a financial allocation that reached $160,000 towards marksmanship junior athletes. Dr. Hines passed in December 2019, leaving a legacy that will live on through those who will use her Memorial Scholarship to create limitless possibilities for future generations.

*The Civilian Marksmanship Program is a federally chartered 501 (c) (3) non-profit corporation. It is dedicated to firearm safety and marksmanship training and to the promotion of marksmanship competition for citizens of the United States. For more information about the CMP and its programs, log onto www.TheCMP.org.*

*/////////*









Category: <u>Action Pistol</u>, <u>Airgun</u>, <u>Associations</u>, <u>Clubs & Teams</u>, <u>CMP</u>, <u>Events</u>, <u>High Power</u>, <u>Long Range</u>, <u>Olympics & USA</u>, <u>Pistol / Revolver</u>, <u>precision shooting</u>, <u>Rifle</u>, <u>Scholarships</u>, <u>Smallbore</u> | <u>No Comments »</u>
Tags: <u>2 gun</u>, <u>3 gun</u>, <u>cfda</u>, <u>civilian marksmanship program</u>, <u>cmp</u>, <u>cmp scholarships</u>, <u>competitive shooting</u>, <u>competitive shooting programs</u>, <u>Foundation</u>, <u>idpa</u>, <u>jr shooter</u>, <u>jr shooters</u>, <u>junior</u>, <u>junior camps</u>, <u>junior shooter</u>, <u>junior shooters</u>, <u>junior shooting camps</u>, <u>junior writers</u>, <u>juniors</u>, <u>kids</u>, <u>learn to shoot</u>, <u>learning to shoot</u>, <u>Olympics</u>, <u>plinking</u>, <u>rimfire challenge</u>, <u>SASP</u>, <u>sass</u>, <u>scholarships</u>, <u>Scholastic Action Shooting Program junior shooter</u>, <u>scholastic clay target program</u>, <u>sctp</u>, <u>shooting</u>, <u>shooting scholarships</u>, <u>shooting sports</u>, <u>SSSF</u>, <u>steel challenge</u>, <u>usa shooting</u>, <u>USPSA</u>, <u>youth shooting</u>, <u>youth shooting sports</u>

## SPD MAGS – A New Way To Reload

Posted By <u>admin</u> on May 8, 2022

By: Andy Fink and Aubrey Young (13)



We tested out some of the new SPD magazines, the Glock 9mm 17-round and Glock 9mm 31-round as well as AR .223 30-round magazines. They are **AWESOME!** Who doesn't want a built in reloader in your magazine? The reloading mechanism is in the bottom of the magazine and is easy to use. You do need to follow the instructions and don't turn it too much at once. Loading 2-4 rounds at a time works much better than trying to load a lot at once. You need to try it out and see what works for you.
Are you wondering how it would stand up to being dropped on the ground as you moved through a stage while changing magazines? No problems at all!

Here is what one of our junior writers thought:



"I really like the SPD magazines. They are easy to turn and load. They don't jam in my firearm which is a plus. I would suggest only turning the dial 2-3 times just so you don't have any miss loads or miss fires. They go into my firearm nice and smooth and have no problems. I like the grips on the dial so you can be assured that your fingers don't slip while loading. When I load it takes less time. I had no complications with these mags. I got to try the 31-round mags and the 17-round mags. The SPD magazines would be a great suggestion for competitions for when you have to load quickly."

Check them out at: [SPD Mags | The Fastest And Easiest Way To Load Your Firearm](#)

Category: Action Pistol, Clubs & Teams, CMP, Merchant Links, Miscellaneous, Modern 3 Gun, Pistol / Revolver, Plinking Fun, precision shooting, Rifle, SASP, Steel Challenge, Tips For Shooters, USPSA | No Comments »

Tags: 2 gun, 3 gun, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, Foundation, how to load magazines, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, loading magazines, magazines, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, spdmags, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

# CMP Announces April Monthly Air Gun Match Results

Posted By admin on April 29, 2022

*By Ashley Brugnone, CMP Staff Writer*



*Air rifle firing line*

The results are in for the Civilian Marksmanship Program's (CMP) April Monthly Air Gun Matches. The event was held April 23 at the Gary Anderson CMP Competition Center at Camp Perry, Ohio, and the South CMP Competition Center in Anniston, Alabama. The Ohio location saw over 140 entries, while the Alabama location saw over 50.

The CMP Monthly Matches are open to both adults and juniors and feature air gun events such as the junior 3×20 (three position) air rifle, 60 shot air rifle and air pistol matches as well as a beginner 3×10 competition for those just starting out in the sport. Those competing in multiple Monthly Matches will also be automatically entered into the Monthly Match League and become eligible for cash prizes.



*The Monthly Matches are held simultaneously at CMP's Ohio and Alabama air gun centers.*

The next Monthly Match is set for May 7 in Alabama and Ohio before taking a short break and returning in September 2022. Don't forget, the annual National Matches at Camp Perry is fast approaching. Along with numerous outdoor rifle and pistol opportunities, the schedule also features an array of National Match Air Gun events from July 10 to August 13. Competitors of all ages and experience levels are welcome to compete, so be sure to stop by! Find registration info for the Monthly Matches and the National Air Gun Events at https://thecmp.org/ranges/cmp-competition-centers/monthly-air-rifle-and-air-pistol-matches/.

**April 2022 Monthly Match Results – Anniston:**

**3×20 Rifle:**



*The Monthly Matches feature both air rifle and air pistol events for athletes of all ages.*

**Precision:**

1. Isabella Baldwin, 17, Nashville, Tennessee – 696.1
2. Carley Seabrooke, 15, Helena, Alabama – 686.6
3. Grayson Ellis, 16, Anniston, Alabama – 683.1

**Sporter:**



*The junior 3×20 match includes sporter and precision air rifle categories. Photo credit Shot & Framed*

1. Aarthe Govindaswamy, 17, Brentwood, Tennessee – 574.4
2. Jesse Harwood, 14, Kingston Springs, Tennessee – 557.3
3. George Wright, 14, Oxford, Alabama – 551.0

**60 Shot Rifle:**

**Open:**

1. Matias Kiuru, 23, Murray, Kentucky – 619.4
2. Martina Gratz, 19, Sigel, Illinois – 616.8
3. Kenlee Ewton, 17, Soddy Daisy, Tennessee – 614.9

**Junior:**

1. Martina Gratz, 19, Sigel, Illinois – 616.8
2. Kenlee Ewton, 17, Soddy Daisy, Tennessee – 614.9
3. Grayson Ellis, 16, Anniston, Alabama – 610.4

**60 Shot Pistol:**



*Leading pistol competitors in Alabama were SSG Sandra Uptagrafft, Nathalia Tobar and Stephanie Fryer.*

1. Nathalia Tobar, 34, Phenix City, Alabama – 565
2. Stephanie Fryer, 37, Colorado Springs, Colorado – 560
3. SSG Sandra Uptagrafft, 51, Phenix City, Alabama – 560

**ISSF Elimination Final:**

**Rifle:**

1. Martina Gratz, 19, Sigel, Illinois – 247.5
2. Matias Kiuru, 23, Murray, Kentucky – 247.3
3. Scott Patterson, 20, Fairfax Station, Virginia – 226.4

**Pistol:**

1. SSG Sandra Uptagrafft, 51, Phenix City, Alabama – 560
2. Nathalia Tobar, 34, Phenix City, Alabama – 565
3. Stephanie Fryer, 37, Colorado Springs, Colorado – 560

**April 2022 Monthly Match Results – Camp Perry:**

**3×20 Rifle:**

**Precision:**

1. Katrina Demerle, 17, Hamilton, Ohio – 697.5
2. Emme Walrath, 16, Kenosha, WIsconsin – 695.6
3. Bremen Butler, 17, Fort Wayne, Indiana – 690.7

**Sporter:**

1. Katelyn Hardie, 15, Wyoming, New York – 615.5
2. Carter Freeman, 16, Grove City, Ohio – 584.8

3. Alysaa Stevens, 14, Maineville, Ohio – 574.0

**60 Shot Rifle:**

**Open and Junior:**

1. Emme Walrath, 16, Kenosha, WIsconsin – 624.2
2. Katrina Demerle, 17, Hamilton, Ohio – 617.2
3. Claudia Muzik, 16, Green Springs, Ohio – 614.6

**60 Shot Pistol:**

**Open:**

1. Timothy Schmeltzer, 25, Greenville, Michigan – 565-14X
2. Anthony Lutz, 33, Orient, Ohio – 564-15X
3. David Lange, 53, Glen Rock, New Jersey – 550-10X

**Junior:**

1. Blaine Simpson, 16, Sidney, Ohio – 548-9X
2. Larissa Seiler, 17, Plymouth, Michigan – 490-5X
3. Blake Hankins, 12, Lansing, Michigan – 432-1X

**ISSF Elimination Final:**

**Rifle:**

1. Katrina Demerle, 17, Hamilton, Ohio – 246.2
2. Emme Walrath, 16, Kenosha, Wisconsin – 245.4
3. Lara Spanic, 20, Milwaukee, Wisconsin – 224.1

**Pistol:**



1. Anthony Lutz, 33, Orient, Ohio – 234.2

2. Timothy Schmeltzer, 25, Greenville, Michigan – 231.3
3. Andrew Esposito, 38, Andover, New Jersey – 206.1

Find a complete list of results of the April Monthly Matches on the CMP Competition Tracker page at https://ct.thecmp.org/2022AprilMMOhioResults for Camp Perry and https://ct.thecmp.org/2022AprilMMAlabamaResults for Anniston.

**Weekly Air Range Opportunities:**

The CMP South Competition Center and the Gary Anderson CMP Competition Center conduct Open Public Nights every week, where individuals of all ages are welcome to try their hands at air gun. The ranges are open Tuesdays and Thursdays from 5 p.m. to 8 p.m. EST at Camp Perry and from 4 p.m. to 7 p.m. CST in Anniston. Guests may also visit the ranges by appointment Monday through Thursday. Learn more about the ranges at https://thecmp.org/ranges/cmp-competition-centers/.

*Marksmanship Program is a federally chartered 501 (c) (3) non-profit corporation. It is dedicated to firearm safety and marksmanship training and to the promotion of marksmanship competition for citizens of the United States. For more information about the CMP and its programs, log onto www.TheCMP.org.*



## ON SALE NOW! CLICK ON AD ABOVE!

Category: Airgun, Clubs & Teams, CMP, Events, Olympics & USA, Pistol / Revolver, precision shooting, Rifle | No Comments »
Tags: 2 gun, 3 gun, AIRGUN MATCHES, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, MONTHLY MATCHES, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

## Clay Target Vision, Pilla, and Safety

Posted By admin on April 14, 2022

One of the best safety items to hit the market this year are the new Pilla Blade glasses from Clay Target vision.



These are absolutely outstanding! Some are available at an extraordinary low price.

Check these out:

**Click on the classes** or go to <u>Shooting Glasses | ClayTargetVision | Pilla Lenses and Frames</u>

Also check out the videos from a couple of our junior staff writers:



Click on photo to open video

Check out our full article on the great benefits of various tinted lenses of shooting glasses in Volume 46 Spring 2022 issue! Just click on the photo of the first page of the article! The article is 3 pages so click the arrow on the right when viewing the article to see pages 2-3.

Category: <u>Uncategorized</u> | <u>No Comments »</u>
Tags:

# CMP Introduces New National Air Gun Event for Adult and Junior Athletes

Posted By <u>admin</u> on March 28, 2022

*By Ashley Brugnone, CMP Staff Writer*



Over the past year, the Civilian Marksmanship Program (CMP) has received several requests to sanction more air rifle and air pistol events for all age groups as athletes look for more competitive outlets. As a solution, the CMP has created the National Air Gun Championship: a three-day set of matches for adult and junior athletes.

The Inaugural National Air Gun Championship will be considered part of the Camp Perry National Matches in 2022 and is set to fire July 16-18 at the Gary Anderson CMP Competition Center in Ohio. The scheduled timeslot allows the CMP's junior 3PAR National Championship, the Air Gun Championship and the National Matches Smallbore events to all be fired consecutively on the grounds of Camp Perry. The National Air Gun match also follows the National Matches Pistol series, granting those individuals the chance to participate as well.



"This program will integrate easily into matches we already host and will especially complement our Smallbore program, since many air rifle and smallbore competitors fire both disciplines," said Katie Harrington, CMP program coordinator of the event. "We're optimistic that the addition of this new National Air Gun Match will help many of our programs grow as we produce more opportunities for our participants."

The National Air Gun event will include a day of training, a two-member team elimination match and two days of 60-shot competitions that includes a four-member team match. The 60 Shot matches are also considered USA Shooting Designated Ranking events.



Having already upheld an established air gun program for decades, the CMP currently maintains two state-of-the-art electronic target 10-meter indoor facilities: the South CMP Competition Center in Alabama and the Gary Anderson CMP Competition Center in Ohio. International-style air rifle and air pistol matches offered throughout the year at the CMP's Competition Centers include the Monthly Matches, Camp Perry Open and Dixie Double – each open to both adult and junior athletes.

The goal of introducing fresh matches to the air gun lineup is to not only provide a variety of competitive venues but also to encourage air gun participation beyond an athlete's junior years.



"A lot of high school kids give up the sport after graduation, as well as those who compete on NCAA or club collegiate teams," said Harrington. "The hope is to get more and more athletes to continue competition after they graduate high school – to give them a big match to work toward each year."

Additionally, the CMP has implemented new Distinguished Air Rifle and Air Pistol badge programs. Starting in 2022, Air Rifle and Air Pistol competitors of all ages, not just juniors, will be able to earn Excellence-In-Competition (EIC) credits for these badges in 60-shot National Matches Air Gun Championships, Monthly Matches as well as in CMP sanctioned Air Rifle and Air Pistol club matches.

"We've already seen supportive interest in the Air Gun Championships before they've even fired, so we're excited about the positive possibilities for our air gun program in the future," Harrington added.



Find more about the CMP National Air Gun Matches, including registration and entry fee information, by visiting https://thecmp.org/cmp-national-matches/air-gun-national-matches/. Questions may be directed to Katie Harrington at kharrington@thecmp.org or (419) 635-2141, ext. 731.

*The Civilian Marksmanship Program is a federally chartered 501 (c) (3) non-profit corporation. It is dedicated to firearm safety and marksmanship training and to the promotion of marksmanship competition for citizens of the United States. For more information about the CMP and its programs, log onto www.TheCMP.org.*



Category: Airgun, Associations, Clubs & Teams, CMP, Events, Olympics & USA, Pistol / Revolver, precision shooting, Rifle | No Comments »
Tags: 2 gun, 3 gun, airgun national championship, camp perry, cfda, civilian marksmanship program, cmp, cmp

airgun nationals, cmp nationals, competitive shooting, competitive shooting programs, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, new airgun events, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

# **MidwayUSA Foundation's Day of Clays 2022**

Posted By admin on March 3, 2022



Register now to attend **MidwayUSA Foundation's Day of Clays** – **Nebraska and support youth shooting sports and, specifically, your favorite youth** shooting team!



Held on **Sunday, April 10th** at the world-class Pheasant Bonanza Hunt Club & Kennel in Tekamah, Nebraska, this fundraiser allows every entry to double as a **tax-deductible donation to the youth shooting program** of the registrant's choice. **Plus, the donations are matched!** In addition, you'll have the chance to enter a multi-prize sweepstakes for the chance to win firearms, ammo, knives, and more!



**MidwayUSA Foundation's Day of Clays – Nebraska** is $800 for your 4-person squad. Squads will receive a complimentary lunch, a trick shooting exhibition, and a sweepstakes entry for each shooter. All ages and skill levels are welcome!

Register online: **https://www.midwayusafoundation.org/day-of-clays-nebraska/**

**Early-bird registrants are entered to win a Ruger Mark IV Lite 22/45!  You must register by March 15 to qualify.**



Category: Clay Targets, Clubs & Teams, Events, Merchant Links, Miscellaneous, SASP, SCTP, Shotgun Sports, Skeet, Sporting Clays, SSSF | No Comments »

Tags: 2 gun, 3 gun, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, day of clays, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, midway, Midwayusa, midwayusa foundation, Olympics, pheasant bonanza hunt club & kennel, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, skeet, sporting clays, SSSF, steel challenge, tekamah nebraska, trap, usa shooting, USPSA, youth shooting, youth shooting programs, youth shooting sports

## Sig Sauer's ASP .22 Air Rifle – On Target

Posted By admin on February 13, 2022



*Kaitlin holding up the Sig Sauer ASP .22 break action pellet rifle!*

By: Brian Hamilton, Ashley Hunt (17), Ethan Hunt (16), Logan Hunt (14), and Kaitlin Hunt (12)

Brian:

I have always wanted to try out air rifles but never had enough interest in them to run out and pick one up. When **Junior Shooters** magazine received one for review, I figured it would be a great opportunity for me to try them out. Pulling it out of the box, I really liked the overall design of the rifle. The black synthetic stock, black matt suppressed barrel, and action, give it a cool, tactical look. The ASP20 also comes with a picatinny rail already mounted for your choice of scope. Another added feature is the smoot adjustable trigger ranging from 2.5 to 4 pounds and an easy break-action cocking mechanism (though some of the smaller juniors had difficulty with it.)

The Whiskey 3 4-12X40 scope that came with it was specifically designed for Sig Sauer airgun rifles. This is an outstanding scope making the overall package a delight to shoot.



*The Whiskey 4-12X scope was awesome!*

When it came time to shoot the air rifle, I found it to be fun and accurate even out to 50 yards. With a .22 caliber 14.65 grain pellet, it can achieve a muzzle velocity of 841 FPS. Added to the accuracy, this thing is perfect for varmint shooting or whatever else your sport is. I have been shooting this air rifle for some time now and would recommend trying it out for yourself. One big advantage to the .22 air rifle, given the current struggle for ammunition, is that pellets are fully in stock and cheap to use.

Specifications:

- .22 Caliber
- Gas-Piston
- Break barrel
- Weaver/Picatinny Rail
- Black Synthetic Stock
- Integrated Suppressor
- 2-Stage Adjustable Match Lite® Trigger, 2.5-4 lbs. trigger pull
- Glide Lite™ Cocking Mechanism
- Wedge Lock Breech System eliminates barrel drop
- Up to 841 FPS with 14.65 grain lead pellet

A number of our juniors tested the ASP20 and were very impressed. We even had a brand new shooter hit a very small target out at 35 yards with his first shot. Here is what some of the juniors had to say:



*Ashley, wearing her AXIL earmuffs, shooting a very small target at 35 yards with the Sig Sauer ASP.*

Ashley (17):

This gun is unlike any other I've experienced!  When most people think about guns, they look kind of like a straight stick with a trigger.  With this gun though it may be a straight stick for a little bit, until you break the stick into two.  The barrel is made break open, not completely, but to the point where it feels like it's barely hanging on.  It is like when you are breaking a stick with your knee, the whole front of the gun comes all the way down.  I was shocked to find that this once straight stick would turn into a boomerang. This is a break-action airgun.

Now, what is the use of this? This is how the gun is cocked, air pressure charged, and loaded – you break the barrel down with your hands, using a technique I could not get down.  It takes a lot of power to manipulate the Sig Sauer ASP20.  Once broken downwards, you put in a tiny little pellet right into the rear of the barrel.  Then close the barrel right back up! Turn off the safety, and you're ready to fire! For a pellet gun, it packs a punch! It is dead on accurate and can kill a rat in a single shot!



*She was shooting the smallest hanging target on the left.*

The muzzle energy is stated as 23 Foot Pounds Energy (FPE). Compare this to the muzzle energy of a standard .22 Long Rifle out of a 22" barrel which is 116 FPE.

I could easily see the small target through the Sig Sauer Whiskey 3 4-12×40 scope at 35 yards and hit it with my first shot. Awesome!

Ethan Hunt (16):



Ethan breaking the action open prior to loading
the .22 pellet.

The Sig Sauer ASP20 .22 pellet rifle is a great gun.  To load the gun, you want to put the stock on your leg.
Grab the top of the gun and pull down, be careful of where the barrel is pointing. Then put the pellet in with the
flat end out.  Last pull the barrel up and it is loaded.

The gun can kill small animals with one shot so be super careful with it.  The gun takes some muscle to pull the
barrel down and some long arms.  The gun is very accurate too.  So far, I haven't missed a shot with it.  It also
has a safety on it, a sweet trigger, and a really nice scope.



*Logan, getting instruction from older brother
Ethan, on breaking open the action and
loading the rifle.*

Logan Hunt (14) SIG SAUER  22 PELT RIFLE

The Sig Sauer 22. pellet rifle is an interesting gun that uses littles pellets.  It is very accurate and is easy to fire. I
find this gun to be great. It is also powerful for shooting pellets and I like everything about this gun. It has
enough power to kill a rat which is the same thing with a normal 22. rifle! The gun is also very precise, shooting
very smoothly.

The really interesting thing about it is loading it. It is hard to load, you have to break the barrel down, making a
weird 'V', which sounds like a super odd shape for a gun.  If you don't know how to, or don't have the strength
to open the barrel and put a pellet, in you may want to reconsider to a different gun. My brother and I had a
smooth time loading it, but I can't say the same for my sister. I think it is a fun way to still go shooting, just
cheaper. I would recommend this gun to someone who is about 13 or up, as it does take a lot of force to
manipulate. I really enjoyed shooting this gun and hope I get another chance to in the future!

Kaitlin Hunt (12):



*Katilin shooting while brother Ethan is helping.*

The Sig Sauer ASP20 Pellet Rifle is a very long rifle. To load the rifle, you take the barrel and you push down, basically half of the gun should split apart. It should stay together though. This rifle doesn't take a normal cartridge it takes this little pellet that has no gunpowder in it. You stick the pellet in the barrel with the smaller part of the pellet in the front. Then put the barrel back together. Make sure when you do this you are very careful to keep the gun pointing down range, as it can be a little tricky to load.

The gun is loud and hard to load for someone who has short arms. I had a hard time loading this gun because I couldn't find the right place to break the barrel. I really enjoyed shooting the gun. It is a very nice gun and I really liked the trigger and scope. It was very loud in my opinion. It doesn't have any recoil. I hit the tiny target at 35 yards with my first shot.

**The AIRGUN Depot (**[www.airgundepot.com](http://www.airgundepot.com)**) reviews a lot of airguns and contains a lot of information on the ASP20 here is an excerpt:**

**"ASP** is an acronym for Advanced Sport Pellet and **20** refers to the power in foot-pounds that the.177 produces. (The.22 is advertised at 23fpe, but more on that below.) The **ASP20** weighs 8.5 lbs, and is 45.6″ long, which is two to three inches shorter than most magnum break barrels.

Much of the noise from a spring gun comes from the action of the piston shooting forward and colliding with the front of the compression chamber, but a moderator does help with the downrange report, especially on magnum springers. That being said, **like all magnum springers, the ASP20 is not a silent gun: in our testing, the highest sound reading was 93.3db, which is still backyard friendly for almost all backyards.** The rubber butt pad on the other end of the gun will keep it settled securely in your shoulder without a lot of pressure and will keep it from slipping when you lean it up in a corner. **The metal surfaces of the gun are ferritic nitrocarburized, which isn't a coating that can wear off; instead, it is a sort of case-hardening process which toughens the metal and makes it resistant to scuffs and oxidation.** It is non-reflective and doesn't show fingerprints either. One of the most remarkable features of the ASP20 is its relatively light cocking effort. Instead of taking 50ish pounds of cocking effort like most magnum springers putting out this much power, **its cocking weight is only 33 pounds, making it very pleasant for long shooting sessions**. It achieves this with a number of innovations. One of these innovations, and one of the real standout features of the ASP20, is the breech lockup system that is unofficially being called the Keystone Breech Lock, because the breech locks up like a keystone in an arch. A wedge detent pulls the breech tight, and angled flanges on the breech match up with beveled shoulders to give perfect alignment each time. Of course, for this to work perfectly the pieces need to match up precisely, and that is exactly what they do. To ensure this, SIG match drills the breeches, that is, the

breech and action forks are matched up, clamped together, and then drilled in one stroke. Those matched pieces are then assembled so that each gun comes out with absolutely precise lockup. And because of this design you never have to worry about it loosening up with time and wear; in fact, the breech is quite loose until you lock it up, which adds to the ease with which the gun can be cocked because you aren't fighting the friction that most break barrels need to be accurate."

Category: Airgun, Olympics & USA, Plinking Fun, precision shooting, Product Reviews, Rifle | No Comments »

Tags: 2 gun, 3 gun, air rifle, Airgun, asp, break open, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter, scholastic clay target program, sctp, shooting, shooting sports, sig sauer, sig sauer asp, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

# Volume 45 Winter 2021 Issue

Posted By admin on January 30, 2022

Volume 45 Winter 2021 Issue of *Junior Shooters* is here! Printed in late November 2021, it is available on our website 2-3 months later. This is action packed!

Check it out:

Junior Shooters Volume 45 Winter 2021 Issue online magazine (adobe.com)



Category: Action Pistol, Airgun, Archery, CFDA Cowboy Fast Draw, Clay Targets, Clubs & Teams, CMP, Events, Hunting, Merchant Links, Miscellaneous, Modern 3 Gun, Olympics & USA, Our other Social Media Platforms, Pistol / Revolver, Plinking Fun, precision shooting, Product Reviews, Rifle, Safety, SASP, SASS, Scholarships, SCTP, Shotgun Sports, Skeet, Smallbore, Sponsers, Sporting Clays, SSSF, Tips For Shooters, Trap | No Comments »

Tags: 2 gun, 3 gun, cfda, civilian marksmanship program, cmp, competitive shooting, competitive shooting programs, Foundation, idpa, jr shooter, jr shooters, junior, junior camps, junior shooter, junior shooters, Junior Shooters Winter 2021, junior shooting camps, junior writers, juniors, kids, learn to shoot, learning to shoot, Olympics, plinking, rimfire challenge, SASP, sass, Scholastic Action Shooting Program junior shooter,

scholastic clay target program, sctp, shooting, shooting sports, SSSF, steel challenge, usa shooting, USPSA, youth shooting, youth shooting sports

Next Page »

- # Search

  Type and hit enter to search

- # Remington

  

- # Clay target Vision

  

- # MGM Targets

  

- # axil TRACKR BLU



- **Mossberg**



- **AXIL GS Extreme**



- **Black Hills Ammunition**



- **Categories**

Categories Select Category ⌄

- **Pages**

- ABOUT US
- ADVERTISE
- ARTICLES
  - Articles Alphabetical
- Books & DVDs
- CATEGORIES
- CLUBS
  - LAR&R Los Angeles Rifle & Revolver Club
  - Snake River Sportsmen
- COOL STUFF
- EVENTS
- GET INVOLVED
- LINKS
- SAFETY
- SUBSCRIBE

## • Happy Holidays!

July 2022

| M | T | W | T | F | S | S |
|---|---|---|---|---|---|---|
|   |   |   |   | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

« Jun

## • Excerpt

"This single-shot rifle is very unique with its duel air charging system. The basic rifle comes with a low-volume, high-pressure hand pump that looks very much like the old style bicycle tire pumps that your parents probably grew up with."

## • A- Junior Shooters magazine's Team Shirt Sponsors

- ARMSCOR (RIA)
- Ashbury Precision Ordnance
- Bar-sto Precision Machine
- Berry's Manufacturing
- Black Hills Ammunition
- Breakthrough – Cleaning supplies
- Buckhorn Gun & Pawn
- Chiappa
- CMC Triggers
- Collegiate Shooting Programs & the NSSF
- Creedmoor Sports
- Dillon Precision
- HiViz
- Hodgdon
- Hornady

- Laser Ammo
- Lyman Products
- Magpul
- Mantisx
- MGM Targets
- Montana Gold – Bullets
- National Shooting Sports Foundation (NSSF)
- O.F. Mossberg & Sons, Inc.
- Prime Ammunition
- Promatic
- Pyarmid Airgun Mall
- RIO Ammunition
- Ruger
- Rugged Gear
- Sawyer Products
- Sig Sauer
- Slip 2000
- Starline Brass
- Sturm, Ruger & Co., Inc.
- Sun Optics
- Voodoo tactical
- Warne Scope Mounts
- Zenith Firearms
- Zero Ammunition Company

# Associations

- Amateur Trapshooting Association (ATA)
- Arizona State Rifle & Pistol Association (ASRPA)
- Bird Dogs Forever
- Civilian Marksmanship Program (CMP)
- Civilian Marksmanship Program (CMP) – First Shot Online!
- Collegiate Shooting Programs & the NSSF
- Cowboy Fast Draw Association (CFDA)
- Cowboy Mounted Shooting Association
- International Defensive Pistol Association (IDPA)
- Jakes – NWTF
- National 4-H Shooting Sports Foundation
- National Muzzle Loading Rifle Association (NMLRA)
- National Rifle Association Youth Programs (NRA)
- National Shooting Sports Foundation (NSSF)
- National Skeet Shooting Association
- National Sportinc Clays Association
- National Wild Turkey Federation
- Quality Deer Management Association (QDMA)
- Scholastic Clay Target Program (SCTP)
- Scholastic Shooting Sports Foundation (SSSF)
- Single Action Shooting Society
- United States Practical Shooting Association "USPSA" – Juniors
- USA Shooting
- World Fast Draw Association
- Youth Shooting Sports Alliance

- ## Blogroll

  - American Firearms – SAFETY

- ## Clubs, Schools, Teams & Ranges

  - American Firearms – SAFETY
  - Ben Avery Shooting Range
  - Black's Creek Rifle Range
  - Boulder Rifle & Pistol Club
  - Civilian Marksmanship Program (CMP) – First Shot Online!
  - Collegiate Shooting Programs & the NSSF
  - Deer Hunters Club
  - H&H Gun Range
  - Los Angeles Rifle & Revolver Club
  - National Shooting Sports Foundation (NSSF)
  - Palmyra Sports Club
  - Parma Rod & Gun Club
  - Scholastic Clay Target Program (SCTP)
  - Scholastic Shooting Sports Foundation (SSSF)

- ## Events

  - American Firearms – SAFETY
  - Civilian Marksmanship Program (CMP) – First Shot Online!
  - Daisy International BB Gun Championship
  - MGM Ironman

- ## Games

  - Mastiff

- ## Hunting

  - American Firearms – SAFETY
  - Bird Dogs Forever
  - Deer Hunters Club
  - Jakes – NWTF
  - Limcroma Safaris
  - Mastiff
  - Quality Deer Management Association (QDMA)
  - Vista Outdoor

- ## Magazines & Publications

  - Civilian Marksmanship Program (CMP) – First Shot Online!

- ## Merchant Links

- 2nd Amendment
- Air Gun Warehouse INc.
- AirForce Airguns
- Alpen Optics
- American Firearms – SAFETY
- ARMSCOR (RIA)
- Ashbury Precision Ordnance
- ATI Gun Stocks – Advanced Technology Inc.
- ATVs Guide
- Bar-sto Precision Machine
- Battenfeld Technologies
- Berry's Manufacturing
- Beta Company
- Black Hills Ammunition
- Breakthrough – Cleaning supplies
- Briley Manufacturing
- Brownells
- Buckhorn Gun & Pawn
- Buffalo Brothers Cowboy Store
- Caldwell Shooting Supplies
- Champion Traps & Targets
- Charles Daly
- Chiappa
- CMC Triggers
- Competitive Edge Dynamics
- Creedmoor Sports
- Crosman
- Daisy
- Dillon Precision
- DKG Trading
- DPMS
- Evil Roy Shooting School
- Federal Ammunition
- Fiocchi Ammunition USA
- FNHUSA
- GLOCK
- Gunbroker
- H&H Gun Range
- HiViz
- Hodgdon
- Hornady
- Horus Vision
- Impact Guns
- J. G. Anschutz Gmbh & Co, KG
- Kaltron Outddors
- Kirkpatrick Leather
- Krieghoff
- Lapua
- Laser Ammo
- Lock Stock and Barrel
- Lyman Products
- Magpul
- Mantisx
- Mastiff

- MGM Targets
- MidwayUSA
- MKS Supply
- Montana Gold – Bullets
- North River Custom Knives
- Northwood Shooting Sports
- O.F. Mossberg & Sons, Inc.
- Otis Technology, Inc.
- PFI Western Store
- Pilkington Competition
- Pine Tree Custom Sportswear
- Prime Ammunition
- Promag Industries
- Promatic
- Pyarmid Airgun Mall
- Reloading Zone
- Remington Arms Company
- RIO Ammunition
- Rock River Arms
- Ruger
- Rugged Gear
- Savage Arms
- Sawyer Products
- Sig Sauer
- SKB Shotguns
- Slip 2000
- Smith & Wesson
- Southern-Ammo, Inc.
- Stag Arms
- Standing Bear's Trading Post
- Starline Brass
- Sturm, Ruger & Co., Inc.
- Sun Optics
- Tactical Assualt Gear
- Tactical Solutions
- Ted Blocker Holsters
- The Outdoorsman Maniac
- UMAREXUSA
- USPSA – Main Page
- Viking Tactics
- Vista Outdoor
- Vogel USA, Inc.
- Voodoo tactical
- Walther Arms
- Warne Scope Mounts
- Wilson Combat
- Winchester Ammunition
- Wolf Performance Ammunition
- Wollf Springs
- X-Calibers
- Zenith Firearms
- Zero Ammunition Company

- **SAFETY**

  - American Firearms – SAFETY

Copyright © 2022 Junior Shooters is Proudly Powered by Wordpress. Theme by The Cloisters

 RSS

# EXHIBIT 20



HAPPY
HOLIDAYS!

## Cool Shooting Games

PLAY COWBOY SCHOOL Go to Cowboy School and start your gunfighter training!

FIRE-AT-WILL - Test your accuracy and speed!

PLAY RAPID FIRE 2 - Four game modes for

### EXCERPT

"This single-shot rifle is very unique with its duel air charging system.

Due to California Bill AB2571, Junior Shooters is no longer available to juniors (Under 18) from the state of California.

If you are a minor in California, please do not continue, otherwise, welcome to Junior Shooters.



parents that your parents probably grew up with."

Check out the COOL GAMES at www.mastiff-games.com! Their new DEER DRIVE for Nintendo Wii is part of Junior Shooters GIVE AWAY - Sign Up Now.

### A- JUNIOR SHOOTERS MAGAZINE'S TEAM SHIRT SPONSORS

ARMSCOR (RIA)
Ashbury Precision
Ordnance



# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:   2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**EXHIBITS 17 TO 20 TO DECLARATION OF ANDY FINK IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

_____
Laura Palmerin