1  C.D. Michel-SBN 144258
2  Anna M. Barvir-SBN 268728
   Tiffany D. Cheuvront-SBN 317144
3  MICHEL & ASSOCIATES, P.C.
   180 East Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone: (562) 216-4444
5  Fax: (562) 216-4445
   Email: cmichel@michellawyers.com

6  Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California
7  Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting
   Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA
8  Foundation, and Gun Owners of California, Inc.

9  Donald Kilmer-SBN 179986
   Law Offices of Donald Kilmer, APC
10 14085 Silver Ridge Road
   Caldwell, Idaho 83607
11 Telephone: (408) 264-8489
   Email: Don@DKLawOffice.com

12 Attorney for Plaintiff Second Amendment Foundation

13              IN THE UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  August 22, 2022<br>Hearing Time:  10:00 a.m.<br>Courtroom:     8D<br>Judge:         Christina A. Snyder |

1

DECLARATION OF ALAN GOTTLIEB

**DECLARATION OF ALAN GOTTLIEB**

1. I, Alan Gottlieb, am the Executive Vice President and a founder of Plaintiff Second Amendment Foundation ("SAF"), a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. SAF is a 501(c)(3) nonprofit corporation under the Internal Revenue Code.

3. SAF is incorporated in the state of Washington and headquartered in Bellevue, WA.

4. Founded in 1974, SAF is dedicated to promoting a better understanding of the country's constitutional heritage to privately own and possess firearms.

5. SAF has over 750,000 members and supporters nationwide, including thousands in California.

6. SAF carries on many educational and legal action programs designed to better inform the public about the gun control debate. It has been a pioneer in innovative defense of the right to keep and bear arms through its publications, public education programs, legal action, and events like the annual Gun Rights Policy Conference.

7. It is critical to the success of SAF that its promotional material, publications, and messages about the "right to keep and bear arms" be permitted to reach a broad public audience, including minors and young adults.

8. Membership is open, and informational material is available to anyone no matter their age or citizenship.

9. The SAF website provides a list of resources, ways to connect, sponsorship opportunities, and news regarding the fight for the protection of the rights of all gun owners.

10. SAF sponsors and supports an initiative called <u>2AGaming</u>. This is an outreach program funded by SAF with the goal of growing the Second Amendment Community.

11. 2AGaming functions by reaching out to people who play video games, especially people who play games that focus on guns. This outreach necessarily includes minors and young adults who play such games.

12. Part of the purpose of 2AGaming is to persuade gamers, whose experience with firearms may – at first – be limited to a digital experience, to seek out friends and shooting clubs to obtain the necessary training and make that first trip to a range for a live fire experience.

13. SAF hopes to educate the younger generation on safety and where their gun rights come from, and also seeks to shift the political culture in the United States from one that demonizes and fears guns, to an attitude of respect and protection for our nation's Second Amendment heritage.

14. Support and information for the 2AGaming can be found at https://www.saf.org/gaming/. The program has received favorable press coverage at https://www.breitbart.com/politics/2020/01/30/2nd-amendment-gaming-spreading-gun-rights-message-via-video-games/.

15. SAF also produces SAF-branded merchandise or "swag" that it gives out to promote itself, to increase memberships, encourage participation in shooting sports, and spread its Second Amendment message. The ban on merchandizing codified in AB 2571 would include a ban on SAF branded t-shirts, hats, other clothing, toys, games, pins, stickers, buttons, etc. that "promote" a "firearm industry member."

/ / /
/ / /
/ / /
/ / /

1 | I declare under penalty of perjury that the foregoing is true and correct.
2 | Executed within the United States on July 18, 2022.

*/s/ Alan Gottlieb*
Alan Gottlieb
Declarant

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:   2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

_____
Laura Palmerin