C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,

Plaintiffs,

v.

ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,

Defendant.

CASE NO: 2:22-cv-04663

**DECLARATION OF RICHARD MINNICH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Hearing Date: August 22, 2022
Hearing Time: 10:00 a.m.
Courtroom: 8D
Judge: Christina A. Snyder

1

DECLARATION OF RICHARD MINNICH

# DECLARATION OF RICHARD MINNICH

1.      I, Richard Minnich, am an officer and the Treasurer of Plaintiff California Rifle & Pistol Association, Incorporated (CRPA). I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2.      CRPA is a non-profit membership organization incorporated under the laws of the state of California, with headquarters in Fullerton, California CRPA is incorporated in the state of California and headquartered in Fullerton, California.

3.      Founded in 1875, CRPA seeks to defend the Second Amendment and advance laws that protect the rights of individual citizens. CRPA works to preserve the constitutional and statutory rights of gun ownership, including the right to self-defense, the right to hunt, and the right to keep and bear arms. CRPA is also dedicated to promoting the shooting sports, providing education, training, and organized competition for adult and junior shooters. CRPA's members include law enforcement officers, prosecutors, professionals, firearm experts, parents, youth, and grandparents, and other members of the public.

4.      Through this lawsuit, CRPA represents not only its own interests as an organization formed for the express purpose of promoting and advocating for the lawful purchase, possession, and use of firearms and related products to disseminate information to like-minded individuals, but also the interests of its members, including youth under the age of 18 and their parents and firearms trainers, who support and promote the right to keep and bear arms for lawful purposes.

5.      CRPA is the state association for the National Rifle Association and as the state affiliate, one of the main charges is to conduct state-wide competitive shooting matches and name state champions in all disciplines of shooting sports.

6.      CRPA is also known for its reporting of current and political events in the state as they relate to Second Amendment issues, providing sound information and content to members, their top-notch training courses for new and experienced

shooters, and hosting and sponsoring shooting events across the state for all ages.

7.     CRPA supports and sponsors junior teams who shoot and qualify for national competition by providing for travel costs, shooting jerseys, ammunition, and entry fees. CRPA would continue to sponsor and support youth shooting teams but for the passage of AB 2571, which prohibits CRPA from advertising, marketing, or arranging for the placement of any communication concerning firearms and related products that promote the use of such products—communications that are necessary to the sponsorship and support of junior shooting teams.

8.     CRPA operates a stellar training division where people of all ages are able to train in firearm safety and handling. We offer training courses in pistol, rifle, shotgun, protection of the home, and the state Hunter's Education course. Since the passage of AB2571, no one under the age of 18 may participate in these courses because they necessarily involve speech concerning firearms and related products, including recommendations about specific products and discussions and instruction promoting the possession and use of firearms. We have canceled at least one hunter's education course because most of the registered participants were under 18 years of age. Youth with a dream of hunting with their parents or grandparents may not be able to realize this dream because providers of hunter's education courses and basic firearm courses like CRPA are unable to provide the training lest they violate AB 2571 and risk hefty fines. But for the passage of AB 2571, CRPA would continue offering firearm safety, handling, and hunting courses to those under the age of 18 years.

9.     CRPA produces and distributes *The Firing Line*, an award-winning magazine for all its paid members and members of the general public. This magazine includes informative articles, political speech, advertising for products and services for gun owners, and celebrates the shooting sports. On a regular basis, a large portion of the magazine is devoted to the celebration of youth shooting

DECLARATION OF RICHARD MINNICH

1  teams and competitive shooting. A true and correct copy of *California Firing Line*
2  (July/August 2022) is attached hereto as **Exhibit 22.**

3      10.    *California Firing Line* magazine also includes traditional
4  advertisements for firearms and related products. To be clear, CRPA's traditional
5  advertising of  such products is not designed or intended to encourage minors to
6  unlawfully *buy* firearms themselves. Rather, they are intended for an audience of
7  firearms-savvy minors who may want to ask their parents to lawfully purchase
8  firearms and related products for the minor's lawful use.

9      11.    Produced six times per year, the production schedule of *California*
10 *Firing Line* magazines is such that it is usually already in production and to the
11 printer one-to-two months before it is mailed out to members. When AB 2571
12 passed and took effect immediately as an "urgency" statute, CRPA's July/August
13 edition was already being sent out to the audience of regular readers. There is no
14 way to stop the distribution, and this places CRPA at great risk of being in violation
15 of AB2571. The inability to stop the distribution of a publication that was lawful on
16 June 30, but not on July 1, has potentially grave consequences for a group like
17 CRPA who did nothing wrong. Future magazines will have to be greatly modified
18 at great cost to CRPA and to the readership. But for the enactment and enforcement
19 of AB 2571, CRPA would continue to produce *California Firing Line* magazine
20 and celebrate all facets of the gun culture, including youth in the shooting sports.

21     12.    CRPA also regularly plans, advertises, markets, promotes, sponsors,
22 hosts, facilitates and/or participates in recreational events and shooting
23 competitions specifically for youth or where youth are extremely likely to be in
24 attendance and where youth lawfully use, handle, observe, or otherwise possess
25 firearms, ammunition, and/or firearm parts. The programs regularly involve
26 signage, flyers, discussions, branded merchandise and giveaways, and other
27 communications depicting minors enjoying or otherwise encouraging minors to
28 possess and use lawful firearms for lawful purposes, including hunting, recreational

DECLARATION OF RICHARD MINNICH

1   and competitive shooting, and firearm safety programs. We also widely distribute

2   printed and electronic communications promoting these events and programs.

3   These communications regularly include images and/or depictions of minors

4   handling or "using firearm-related products." An example of one such

5   communication, an advertisement of the Youth Enhancement Program's Youth

6   Expo (which was cancelled in light of the passage of AB 2571) is attached hereto as

7   **Exhibit 23.**

8        13.   Just this last week, for example, CRPA sponsored a Youth Outdoor

9   Adventure Day at Raahauge's Shooting Range. This is an annual event where

10  thousands of kids attend and have the opportunity to kayak, fish, shoot archery,

11  throw axes, climb rock walls, watch cowboy action shooting, participate in clay

12  shooting, target shooting, and more. CRPA also hands out information on becoming

13  a youth member of the organization and the Constitution. These types of events are

14  essential to teaching kids about gun safety and responsibility under the watchful eye

15  of trained safety officers. For many kids, this is the first experience they have with

16  firearms.

17       14.   We also use CRPA-branded merchandise and giveaways (or "swag"),

18  including but not limited to hats, t-shirts, stuffed animals, coloring and activity

19  books, stickers, pins, and buttons, to promote the organization and solicit

20  memberships and/or financial support, as well as to spread pro-gun messages and

21  slogans. A true and correct copy of the CRPA website landing page for the CRPA

22  Online Store is attached hereto as **Exhibit 24.** A true and correct copy of the CRPA

23  website landing page for the CRPA Online Store, Patches, is attached hereto as

24  **Exhibit 25.** A true and correct copy of the CRPA website landing page for the

25  CRPA Online Store, Apparel, is attached hereto as **Exhibit 26.** A true and correct

26  copy of the CRPA website landing page for the CRPA Online Store, Miscellaneous,

27  is attached hereto as **Exhibit 27.**

28       15.   CRPA has a junior membership for youth under the age of 21 can join

DECLARATION OF RICHARD MINNICH

CRPA and receive information on their constitutional rights as gun owners in California. We have approximately 25 kids currently under this junior membership. Plans have been underway to develop content and information that youth would engage with more than standard member offerings. Plans to roll out the new CRPA Student Membership have been underway for several months with the roll out planned for September 2022. Time and resources have already gone into preparing materials for this membership. Students who are part of youth shooting teams have already signed on as ambassadors to help bring the content to their classmates and friends. If AB 2571 is allowed to stand, this would end the student membership, development of that content by youth for youth, and silence their voice. But for AB 2571 being signed into law, CRPA would continue with the promotion of the student membership and roll out this fall.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on July 19, 2022.

Richard Minnich
Declarant

DECLARATION OF RICHARD MINNICH

# EXHIBIT 22

ISSUE 1060, JUL/AUG 2022

# CALIFORNIA
# FIRING LINE

## OFFICIAL MAGAZINE OF THE CALIFORNIA RIFLE & PISTOL ASSOCIATION

# SECOND AMENDMENT
# TRIUMPH

## SCOTUS VICTORY GIVES 2A REAL TEETH

### CRPA LAUNCHES 2A RECKONING CAMPAIGN
**TIME TO TAKE BACK OUR RIGHTS**

### CALIFORNIA GOES SHALL ISSUE?
**CALIFORNIA AG PULLS "GOOD CAUSE" CONDITION**

### REPORTS AND UPDATES
**LITIGATION, LEGISLATION, LOCAL ACTION, AND CRPA PROGRAMS**

# FRANKLIN® ARMORY

Our California roots are a founding part of our company, and although we have relocated, we always have and will continue to find ways to advocate for the 2A Community in The Golden State. The Franklin Armory® CA7®, CA11®, and CA12® are the *only* AR pistols on the California DOJ Roster of Certified Handguns.

## CA7® - 5.56 NATO
## CA11® - 300 BLK
## CA12® - 350 LGND

For more information on any of these models, please visit
www.franklinarmory.com/restricted-states/california
To purchase direct through a dealer, use the dealer directory at
www.franklinarmory.com/dealer-directory

*"Well done is better than well said."*
– Benjamin Franklin –

## JOIN THE TEAM          SHOW YOUR LOVE










LIBERTY'S TEETH HAT

COFFEE TRAVEL MUG

CRPA MEDICAL KIT

HOME FIREARM SAFETY COURSE

# GET YOURS AT CRPA.ORG/STORE

ISSUE 1060

# JUL/AUG 2022



# CALIFORNIA COMPLIANCE DONE.

## COMPMAG FIXED MAGAZINE SOLUTIONS



## LAW & POLITICS

**10** HOMICIDE FALLS IN PHILADELPHIA AFTER IT BECOMES MUCH EASIER TO GET A CARRY PERMIT
*KONSTADINOS T. MOROS*

**14** BIG WIN FOR 2A AT SCOTUS– NOW THE RECKONING BEGINS

**18** LEGAL ALERT FROM THE OFFICE OF THE ATTORNEY GENERAL

**22** GUN CONTROL THREATENS COURT PACKING AGAIN AS AMERICANS EMBRACE GUN RIGHTS
*LARRY KEANE / NSSF.ORG*

**24** NSSF RETAILER SURVEYS INDICATE 5.4 MILLION FIRST-TIME GUN BUYERS IN 2021
*NSSF.ORG*

**28** IS CDC COOKING THE BOOKS ON DEFENSIVE GUN USE STATISTICS?
*KONSTADINOS T. MOROS*

**30** WHAT IS THE CRPA?

**32** THE SUPREME COURT'S UPCOMING HISTORIC 2A DECISION & HOW IT MAY AFFECT THE RIGHT TO CARRY IN CALIFORNIA

## PROGRAM REPORTS

**36** LEGISLATIVE REPORT: NO SURPRISE... ONCE AGAIN, OUR REPRESENTATIVES ARE BREAKING ALL THE RULES! THE GUT AND AMEND RIDES AGAIN!
*ROY GRIFFITH*

**38** LITIGATION REPORT: RIGHT TO CARRY SHAKE-UP, AND MORE, EXPECTED WITH SCOTUS BRUEN RULING
*ALEX FRANK*

**46** LOCAL ADVOCACY REPORT: DO GUN LAWS REALLY WORK?
*TIFFANY D. CHEUVRONT*

**54** CRPA PROGRAMS UPDATE: SPOTLIGHT: BUSINESS AFFILIATES, FFL DEALERS AND CRPA OPPOSES LEGISLATION THAT SEEKS TO ADD DEALER REQUIREMENTS
*CRPA STAFF*

## GRASSROOTS ENGAGEMENT

**56** VOLUNTEER SPOTLIGHT: SPOTLIGHT ON JIM CAIRNS
*CHRISTINA GASTELO*

**58** CRPA VOLUNTEER REGISTRATION FORM / VOLUNTEERS ARE OUR MOST POWERFUL WEAPON!

**59** EVENTS & TRAINING

## CRPA SPORTS

**62** INTRODUCING THE ETNA POLICE DEPARTMENT PAL PROGRAM AND THE FIRST TEAM OF THE LEAGUE, THE ORLAND HIGH SCHOOL TRAP TEAM
*BYRAN DUNCAN*

**66** STUDENT SPOTLIGHT: ORLAND HIGH SCHOOL TRAP TEAM
*AUTUMN "OTTER" IRVIN*

**67** GOLDEN RULES OF GUN SAFETY

**70** ORLAND HIGH SCHOOL TRAP TEAM THRIVES: AN ATHLETE'S PERSPECTIVE
*SEAANNA ROSS*

## HUNTING & CONSERVATION

**72** ENSURING MODERN DAY HUNTING AND SHOOTING ACCESS IS CRITICAL FOR FUTURE GENERATIONS
*SALAM FATOHI / NSSF.ORG*

**74** HUNTERS' CODE OF ETHICS

**76** THE CORE PRINCIPLES OF NAM

**78** TRUE ORGANIC RECIPES— CITRUS MARINATED VENISON WITH RED WINE ONION JAM, GARLIC MASHED POTATOES, AND CRISPY PROSCIUTTO
*DAVID WITHERS*

**81** CRPA MEMBERSHIP LEVELS & BENEFITS / CRPA MEMBERSHIP APPLICATION

**82** CRPA BOOK CLUB

**ON THE COVER:** California gun owners celebrate the recent Supreme Court of the United States ruling in the New York State Rifle & Pistol Association, Inc. v. Bruen case that struck down limitations on carry outside the home. See story page 14.

THE COMPMAG CONVERTS YOUR AR OR AK INTO A FIXED MAGAZINE RIFLE.

NO MODIFICATION TO YOUR FIREARM IS REQUIRED.

EASY TO INSTALL AND REMOVE.

NO NEED TO BREAK THE ACTION TO RELOAD.

LOADS EASILY THROUGH THE SIDE.

KEEP ALL OF YOUR FEATURES.

CALIFORNIA COMPLIANT.

MADE IN THE U.S.A.

NOW AVAILABLE FOR AR-15, AR-10, AK-47

VISIT US AT:

 COMPMAG.COM

 COMPMAG

AR15COMPMAG

ISSN 2689-0046 (print)
ISSN 2689-0062 (online)

*California Firing Line*, copyright ©2021 by the California Rifle & Pistol Association, Inc., is published bimonthly (6 times per year) in January, March, May, July, September and November by Chipotle Publishing, LLC on behalf of the California Rifle & Pistol Association, Inc.

**SUBSCRIPTION AND CRPA MEMBERSHIP INQUIRIES:** *California Firing Line* is sent to all CRPA members as a membership benefit. The magazine may also be purchased at the subscription rate of $35 per year or $8.95 for a single copy. Inquire at contact@crpa.org or (714) 992-2772.

**ADVERTISING INQUIRIES:** Contact us at CFL@chipotlepublishing.com / (702) 565-0746.

**ARTICLE SUBMISSIONS:** Articles and letters are welcome but should be germane to the topics of interest to the general readership of this publication. Submission of proposed articles and letters implies the right to edit and publish all or in part. Send article ideas, letters and editorial submissions to: CFL@chipotlepublishing.com. For a copy of the writer's guidelines, email CFL@chipotlepublishing.com.

**COPYRIGHT NOTICE:** The entire contents of this magazine are copyrighted and all rights are reserved. In accordance with Title 17 U.S.C. Section 107, any copyrighted work in this publication is distributed under Fair Use without profit or payment to those who have expressed a prior interest in receiving the included information for non-profit research and educational purposes only.
law.cornell.edu/uscode/text/17/107

**PERMISSION TO REPRODUCE:** No portion of the magazine may be reproduced in whole or in part without written consent. Send reprint permission requests to CFL@chipotlepublishing.com or call (702) 565-0746. Permission to reprint is typically granted upon request.

**DISCLAIMER:** Caution: All technical data in this publication may reflect the limited experience of individuals using specific tools, products, equipment and components under specific conditions and circumstances not necessarily herein reported, over which the California Rifle & Pistol Association, Inc. has no control. The data has not been tested or verified by the CRPA. The CRPA membership, its Board of Directors, Agents, Officers, Employees and Publisher accept no responsibility for the results obtained by persons using such data and disclaim all liability for any consequential injuries or damages.

Opinions expressed herein are those of the writers and are not to be construed as those of the Publisher nor as the official views of the CRPA or any of its agencies, unless otherwise made manifest by writers or spokespersons acting on behalf of the foregoing. Advertising of products and services herein does not imply endorsement or approval by the Publisher or the CRPA.

**POSTMASTER:** Send address changes to *California Firing Line* c/o California Rifle & Pistol Association, Inc., 271 E. Imperial Highway, Suite #620, Fullerton, CA 92835 or email the CRPA at contact@crpa.org. Periodicals postage paid at Fullerton, CA and additional mailing offices.



**California Rifle & Pistol Association, Inc.**
271 E. Imperial Highway, Suite 620
Fullerton, CA 92835
(714) 992-2772
**CRPA.org**

The California Rifle & Pistol Association, Inc. (CRPA) is a nonprofit association governed by an independent Board of Directors. CRPA's mission is to promote civilian marksmanship and qualifying state championship competitions; educate the public about firearms and the right to keep and bear arms; protect the right to choose to own a gun to hunt, for sport and to defend yourself and your family; and promote the shooting sports.



Issue 1060, Jul/Aug 2022
CaliforniaFiringLine.org

**PUBLISHER** Megan Vukodinovich, Chipotle Publishing, LLC
**EXECUTIVE EDITOR** Chuck Michel, CRPA President
**SENIOR EDITOR** Rob Curtis, Chipotle Publishing, LLC
**GRAPHIC DESIGN** Chipotle Publishing, LLC
**PRODUCTION COORDINATOR** Rachel Hoefing, Chipotle Publishing, LLC
**ADVERTISING SALES** Megan Vukodinovich & Jayne Wynes, Chipotle Publishing, LLC

**CONTRIBUTORS**

| | | |
|---|---|---|
| Don Barnes | Thomas E. Gift, MD | Elizabeth Smith |
| Mike Barranco | Roy Griffith | Guy Smith |
| Lloyd Billingsley | Steve Helsley | Craig Stowers |
| Sean Brady | Eric Johnson | Rick Travis |
| Chris Cheng | Sarah Keller | Paul Trouette |
| Tiffany D. Cheuvront | Donald Kilmer | Nick Villa |
| Jerry Clark | David Kopel | Ryan Watts |
| Matthew D. Cubeiro | William McLaughlin | Josh Wayner |
| Brian Fitzpatrick | Chuck Michel | Knox Williams |
| Alex Frank | Sam Paredes | Doris Wise |
| Christina Gastelo | Kevin Small | Robert B. Young, MD |
| Dan Gifford | Tarryn Small | |

*New contributors are welcome! Email CFL@chipotlepublishing.com for details.*

**WE'RE SOCIAL! FOLLOW & SHARE CRPA!**

   

@crpaorg      @CRPA.org      CRPA TV      @CRPAnews

## PRESIDENT'S MESSAGE

# WHEN IT COMES TO GUN CONTROL, CALIFORNIA IS THE BEST AT PASSING UNCONSTITUTIONAL LAWS THAT DO NOTHING

**BY CHUCK MICHEL**
CRPA PRESIDENT & GENERAL COUNSEL



**A**fter the horrific events of the past couple of weeks where deranged and evil people sought to do evil against the innocent, California Governor Gavin Newsom is taking advantage of tragedy to advance his anti-gun-owner agenda. He at it again, falsely promising that more laws that criminals ignore are going to stop evil and make us safer. Newsom refuses to deal with crime run rampant and mental health issues that are more prevalent after the past two years of government-imposed quarantine.

**GUNS SAVE LIVES.
GUN CONTROL FAILS.**

The Governor claims that more gun control works, but we know from the statistics that he is playing with the numbers. Lies, damn lies, and false statistics! California has the most and the strictest gun laws in the country. Yet last year California was home to 5 of the 27 mass shootings in the country. In 2019 California saw 2,945 people killed by gun violence and 1,586 of those killed were from suicide (gun control studies like to keep suicide and violent acts combined, but suicide should be noted separately for accuracy). In looking at these numbers, in 2019 fewer people died from "gun violence" than from suicide in the state. In 2020, firearm deaths were not even in the top ten leading causes of death in California. Meanwhile, armed citizens are stopping criminals with guns across the country.

Governor Newsom claims that in California the gun violence rates are lower because of all of the strict gun laws in the state. He demanded that legislators send more gun control legislation to his desk to sign in an obvious attempt to please his base and politicize an issue that no one is actually willing to address.

But an honest look at homicide data shows that homicides are on the rise in California not on the decline. Crimegrade.org reviews different types of crime rates for each state. **California currently has an "F" rating** meaning that "the rate of violent crime is higher than the average U.S. state. California is in the 21st percentile for safety, meaning 79% of states are safer and 21% of states are more dangerous."

So, gun control is not working as well as Governor Newsom claims.

**NOW FOR A RECKONING**

Our hopes have been fulfilled in the form of a new opinion from the Supreme Court of the United States in *New York State Rifle & Pistol Association v. Bruen*. We get lots of questions about what this opinion really does. I mean, we thought that *Heller* and *McDonald* would be the cases to give the Second Amendment back its teeth, right? Those cases are over a decade old and were instrumental in establishing specific rights and

# MEMBERS' VOICES

## Training Opportunities

I've been a member and contributor of CRPA for many years. I'm grateful for the services they provide, impressed by the successes they've had, and appreciate their leadership in defending gun rights in California and elsewhere. The magazine is great, very informative. But we're missing some opportunities.

The reason we even need an advocacy organization is because of a general public distrust of gun owners, and fear of the damage they sometimes inflict on society. No organization can eliminate psychotics, of course, but gun owners have a duty of competence to ourselves and our buddies in the foxholes with us. Effective use of firearms is challenging for everyone, both for the mechanical skills and the mental controls to make sure we do it right. Using a firearm is like a surgeon using a scalpel. It's not something that comes naturally, and it requires good training initially and continuing. We have a large community of firearms trainers, but their quality varies. We have very few standards, so competence varies. We have no way to know who is competent and who is not.

I'm concerned that CRPA seems to be starting to compete with the firearms training industry. The erratic quality and curriculum in the firearms training industry might make that seem necessary, but it is likely to be counterproductive. It will drive business away from the many trainers we rely on for coaching current owners and the increasing numbers of new gun owners. We need that industry to perform well. CRPA does not compete in firearms manufacturing, or ammo, or holsters, or any of the other products shooters need. CRPA does sneak into clothing and bags and such for marketing purposes, but not direct competition with important firearms industries. Except for training.

Available training is not all good quality. It's pretty much like any other education service – we can get a college degree from a premier school or a lesser one. The skills acquired can vary a lot. The curriculum varies between schools, and the quality of the instructors varies. CRPA might provide another beneficial service by helping to begin developing standards for firearms skills and training. NRA provides a number of certifications of firearms trainers. CRPA should work with them to develop a standard curriculum and sequence of training, from novices to advanced skills, and certification for instructors qualified to provide it. That way we can know which instructors are good, and that their training will provide necessary skills.

Every gun owner needs to know there are skills they need to have, and additional skills they can pursue, and where to find qualified instruction to help them accomplish it. A basic skills certification should provide a diploma recognized everywhere, just as a high school diploma does for academic training.  More advanced skills should also provide standard diplomas that demonstrate additional accomplishments. We certainly don't want new infringements on firearms rights, but knowing who is capable of handling them effectively and who is not is a right everyone else should expect.

**—David Watson**

*Thank you for this analysis of general firearm training in California. CRPA has been providing quality training for decades in California, this is not a new or recent phenomenon. In fact, our trainers are some of the best in the state and our training facility, built in 2016 has hosted many groups in basic and advanced firearm training. For years, CRPA used the NRA curriculum that has been as a standard across the country. While we may still use some of these courses, CRPA has recognized, just like you did, it seems, that we need standardized curriculum that is focused on the California gun owner. Over the past year, CRPA has started to develop our own curriculum and we are rolling this out one course at a time as it is reviewed and prepared by trainers with decades of experience training in California with state specific issues. A certificate program is part of the CRPA vision so that you and others can have confidence in the training received, and to create a standard of excellence. CRPA's goal is to get as many people trained and confident in the shooting sports as possible while providing confidence to gun owners new and experienced alike. In fact, if trainers would like to offer CRPA courses as part of their curriculum, they should contact the training department at jclark@crpa.org for more information.*

### SHARE YOUR VOICE WITH CRPA

We want CRPA members' voices to be heard! If you have something you would like to bring to the attention of our *California Firing Line* Executive Editor, please email **CFL@chipotlepublishing.com** and be sure to specify that it is for Members' Voices (Letters to the Editor). We look forward to hearing from you!

*(PRESIDENT'S MESSAGE, CONT.)*

making the right to bear arms an individual right, not a collective one. But those cases were narrowly interpreted to those specific issues and how that right applies to the states, and the courts in several circuits like the Ninth Circuit have taken every opportunity to limit the Second Amendment with every chance they get. Those cases were not the end of the debate, just the end of the beginning.

*NYSRPA v. Bruen* clarifies many of the issues that *Heller* and *McDonald* did not. This new opinion means that Second Amendment cases will no longer be viewed under a lesser level of scrutiny than other fundamental rights. This is a GAME CHANGER. Now the government has a much heavier burden to prove their infringement is constitutional. I know you have heard a lot about this case and the eagerness with which those on both side of the debate were watching, but it really is that big.

The California Attorney General is already reacting to the *NYSRPA* ruling and its effect on concealed carry and the current "good cause" requirement in California. CRPA is launching public records requests to uncover their schemes, already watching for shenanigans and attempts by the sore losers to limit your rights in creative ways since they did not get the outcome they were hoping for out of the Supreme Court.

CRPA and our legal team are also preparing numerous additional lawsuits to file. We have a watch-dog group of all gun control lobby groups and the politicians they support. As a vindictive Newsom threatens more burdensome gun control laws that does not work, he will not get far without a challenge.

Please consider getting on board with CRPA now. This is the time to donate, join, up that membership to one of our enhanced life levels, and volunteer. We need new gun owners, current gun owners, and those who are not gun owners but believe that constitutional values apply to all.

Thank you for your continued support. We have had useless laws pushed down our throats for too long. It's time for a 2A Reckoning!

**Chuck**

## STATEMENT OF CRPA'S FINANCIAL PRACTICES

No other pro-2A association is more scrupulous about avoiding financial improprieties than CRPA and its sister, The CRPA Foundation. Donations and membership dues are closely monitored, budgeted, and reinvested into fighting for the rights of California gun owners. The CRPA has a Finance Committee that oversees bookkeeping and expenses, a fully informed Board of Directors, and accountants that scrutinize bookkeeping and expenses. CRPA also has a conflict of interest disclosure and review policy, a vendor fraud prevention policy, an expenses review and limitation policy and review process, and multiple other safeguards in place to make sure every donation is spent wisely and frugally. CRPA's volunteer President, Chuck Michel, is paid nothing for his many hours of work because he believes in the cause and donates all of that time. Any legal work for the CRPA or CRPA Foundation is done at significantly reduced, hourly, non-profit rates.

## CHOOSE THE CRPA FOUNDATION AS YOUR PREFERRED CHARITY ON AMAZONSMILE!

**1.** Go to **smile.amazon.com** and log in.
**2.** Select "CRPA Foundation" as your charity of choice.
**3.** Every eligible AmazonSmile purchase will result in a donation to CRPA Foundation.



BE SAFE. SHOOT STRAIGHT. *FIGHT BACK!*

CRPA.ORG
CALIFORNIA RIFLE & PISTOL ASSOCIATION
FOUNDATION

*HELP CRPA PICK JEFF BEZOS' POCKET!*

# HOMICIDE FALLS

## IN PHILADELPHIA AFTER IT BECOMES MUCH EASIER TO GET A CARRY PERMIT

BY KONSTADINOS T. MOROS



I n the first few months of the pandemic, many people flocked to gun shops based on concerns that the economic and social upheaval caused by COVID-19 shutdowns would increase crime. Sadly, those fears ended up being justified, as there has been a well-documented surge in violent crime across the nation. According to the FBI, homicides in the United States increased by an astonishing 30% from 2019 to 2020, the largest single-year increase ever.[1] The FBI has yet to release information for 2021 yet, but we know from data in major cities that while the pace of increase has fortunately slowed, homicide nevertheless continued its rise in 2021.[2]

This surge was most pronounced in major cities. Los Angeles, for example, saw 350 people killed in homicides in 2020, a 36% increase from 2019.[3] In 2021, that grim figure rose to 397, an additional 13.5% jump from 2020's already-high total.[4] But it's not Los Angeles I'm interested in with this article, nor is it any of California's major cities, all of which dealt with surges in violent crime in the last couple of years. Instead, I'd like to take a look at Philadelphia, which presents us with an interesting case study of a city dealing with the same problems Los Angeles is, but

with a new pro-gun variable thrown in. To their credit, the Philadelphia police department keeps superb records of their crime data and makes that data public with weekly updates, making the city ideal for this sort of examination.

In 2020, as expected given the national surge, homicide in Philadelphia rose 35.5% from its 2019 level.[5] And similar to other cities like Los Angeles, the trend continued in 2021, albeit at a slower pace, with another 11.5% increase in homicide compared to 2020. But something else also happened part of the way

through 2021 in Philadelphia: it became far easier to get a carry permit. Thanks to a lawsuit suing the city for its shutdown of its gun permit unit (ostensibly due to the pandemic)[6], Philadelphia was forced to not only resume processing permits, but also to streamline the process of getting one. The fingerprinting requirement was removed, and the application could be completed entirely online.

What resulted was an unprecedented rise in the issuance of carry permits. As Philadelphia Magazine explains: "From 2017 through 2020, the number of license-to-carry ap-



Perimeter
PROTECTION AND SURVEILLANCE SYSTEMS, INC.

**OUTDOOR SECURITY**
THAT STARTS AT YOUR PERIMETER'S EDGE!

- FAITH BASED PROPERTIES
- COMMUNITY PARKS & POOLS
- SCHOOL/BUSINESS CAMPUS
- COMMERCIAL BUILDINGS
- CONSTRUCTION SITES

- ASSOCIATIONS
- CUSTOM HOMES
- REAR EASEMENTS
- WAREHOUSES
- HIGH VALUE TARGETS

**24/7 VIDEO MONITORING**
With outdoor security that starts at your property's edge. NOT your window ledge, you change the course of events and control the element of surprise. Our outdoor security solutions create early boundaries of detection, giving you the best opportunity for protection.

**CONTACT US**
We'll review your security needs and design a solution.
Phone: (657) 444-7233
Website: www.PerimeterProtectionUSA.com
Email: Solutions@PerimeterProtectionUSA.com
CSLB License# 999578


SCAN ME



WE DON'T DO ALARMS WE DO ARRESTS

---

1. The Hill, *"Homicides up 30 percent in largest increase on record, FBI says"*, September 27, 2021.

2. Council for Criminal Justice, *"Homicides Continued to Increase in Major U.S. Cities in 2021, but at Slower Pace"*, January 26, 2022.

3. Crosstown, *"Murders in Los Angeles hit highest level in over a decade"*, January 7, 2021.

4. Crosstown, *"Los Angeles records 397 murders in 2021"*, January 10, 2022.

5. All of the data referring to Philadelphia's crime rates that is referenced in this article is sourced from the Philadelphia police department's "Crime Maps & Stats" page, which links to data for several previous years as well as the current 2022 weekly reports.

6. A copy of the complaint can be found at **firearmspolicy.org/philadelphia**



**PEOPLE SHOT IN DEFENSIVE SHOOTINGS**
PHILADELPHIA

Source: Gun Violence Archive, 6abc Analysis

(CREDIT)

plications in Philadelphia held about steady, ranging between 11,049 and 11,814 applications each year. But in 2021, 70,789 people applied for licenses to carry guns."[7] And according to the same article, over 90% of those applications were approved.

Perhaps unsurprisingly given the over six-fold increase in permit issuance, incidents of armed citizens defending themselves from criminals became much more common. A simple web search will reveal plenty of local news articles covering recent defensive uses of firearms in the city.[8] This increase is not merely anecdotal.

According to an ABC-affiliated local news article, **"In just the first three months of [2022], more people have been shot in defensive shootings than in each of the last three entire years.** If defensive shootings continue at the same rate through the rest of the year, Philadelphia is on track to have more than five times as many of these incidents as last year."[9]

In short, law-abiding Philadelphians are fed up with criminals terrorizing their community, and now that the city has been forced to make obtaining a carry permit a far more reasonable process, they are able to protect

themselves from those criminals much more effectively.

But does making carry permits so much easier to obtain have a dark side? Antigun advocates certainly always predict that relaxing carry laws will lead to "wild west" violence. And Philadelphia's antigun mayor has said that the city must "reinforce broadly that there are always options beyond carrying a gun, and that there are consequences if you nevertheless choose to carry that gun or—god forbid—use it."[10] So if their position is correct, then 2022, the first complete year in which the new carry permit

process will be in effect, should see another dramatic rise in homicides.

According to the Philadelphia police department's data, that just has not happened. Last year, by the end of March 2021, Philadelphia had seen 117 homicides. This year, in the same time frame, there have been 110. To be sure, that isn't a dramatic drop, representing a roughly 6% decrease. But at minimum, it's clear that predictions of the expansion of carry

rights leading to greater bloodshed have not come to pass. Over 60,000 more residents of the city have carry permits than did a year ago, and yet homicide is slightly down. We can't necessarily *credit* more citizens carrying for the homicide rate in the city finally falling, but it certainly has not made the problem worse, as the anti-gun side would have guessed it would.

However, there is some indication

that the increasing amount of people getting carry permits in 2021 did slow down the increase in the homicide rate. Recall that in 2021 Philadelphia saw "only" an 11.5% rise in homicide, after an astronomic 35.5% rise in 2020. But by the middle of 2021, that year still looked like a repeat of 2020. Specifically, by the end of June 2021 there had been a 31.1% increase in homicide over the same time period in 2020. In other words, the city was on track to nearly match 2020's pace of increase in the homicide rate. But then, the situation improved rapidly. By the end of September, the homicide rate was only 17.8% worse than its prior-year pace, and as stated, it fell further to only an 11.5% increase by the end of the year.

It could very well be that as more and more people got carry permits in 2021 and local news filled up with anecdotal examples of armed citizens successfully defending themselves against violent assault, criminals began to think twice. While a lot more data will be needed to confirm whether that is the case, the early signs have been encouraging. For those of us still in may-issue jurisdictions, such as here in California, hopefully the Supreme Court's upcoming decision in *New York State Rifle & Pistol Association Inc. v. Bruen* results in every law-abiding American being able to get a carry permit as easily as residents of Philadelphia now can. **CRPA**

**Konstadinos Moros** *practices general civil litigation with Michel & Associates. He received his bachelor's degree in political science from the University of California, San Diego in 2011. In 2014, he earned his Juris Doctorate from California Western School of Law and has been practicing law since 2015. He is an activist and advocate for maximizing our constitutional and natural rights, especially the right to keep and bear arms.*



**DEFEND FREEDOM FOREVER**

Give the legacy of freedom and help protect our 2nd Amendment as part of your planned estate strategy!

**CRPA**

Call 1 (800) 305-2772 or go to **crpa.org/programs/crpa-donor-programs** for more information.

7. Philadelphia Magazine, *"License-to-Carry Applications Have Skyrocketed In Philly — Even More Than You'd Think"*, March 16, 2022.

8. The Heritage Foundation's Defensive Gun Use Tracker also list several of these incidents, but not all of them. **datavisualizations.heritage.org/firearms/defensive-gun-uses-in-the-us/**

9. 6abc, *"More victims fighting back against would-be robbers in Philadelphia, data shows"*, March 31, 2022.

10. City of Philadelphia, *"Mayor Kenney Issues Statement as Philadelphia Reaches 500 Homicides for the Year"*, November 24, 2021. **www.phila.gov**



# BIG WIN
## FOR 2A AT SCOTUS
### NOW THE RECKONING BEGINS

In its first major Second Amendment decision since 2010, on June 23rd the Supreme Court of the United States confirmed that the right to bear arms extends outside the home, and applies to all law-abiding Americans, not just those who convince a local official that they have a unique special need to carry a gun.

The Court held 6-3 in *New York State Rifle & Pistol Association v. Bruen,* that a New York state law requiring applicants to prove they have a special need – like a stalker or a death threat – for a license to carry violates the Second and Fourteenth Amendments because it prevents law-abiding citizens wanting to carry simply to defend themselves or their families from exercising their right to bear arms.

Justice Clarence Thomas wrote the majority opinion for the Court, concluding that "the constitutional right to bear arms in public for self-defense is not a second-class right" and struck down New York state's licensing regime.

New York's law typically required applicants for concealed carry permits to prove they had a special need beyond a desire to be armed to defend themselves and their families. That highly subjective process deprived most citizens of a license and led to a corrupt system where some jurisdictions, like New York City, only issued permits to the wealthy and well-connected. That recently led to scandal and prosecutions.

So now so-called "may-issue" permitting procedures like New York's, that allow bureaucrats too much discretion to withhold a license, are unconstitutional.

California's similar system, which requires applicants to establish subjective "good cause" to get a license, has also been corrupted in practice. In the last decade, two-thirds of California counties thanks largely to the *Peruta* decision and subsequent lobbying and education by CRPA staff, have moved toward "shall-issue" systems, where self-defense is an accepted justification (good cause) for a license. But in those California counties that have not moved to shall-issue, often cronies and donors get a license, and ordinary folks don't. Most recently, Santa Clara County Sheriff Laurie Smith was indicted for issuing permits only to campaign donors, VIPs, and personal friends.

There is a CRPA lawsuit already in the 9th Circuit challenging Los Angeles County's requirement that applicants demonstrate a special need to establish good cause to get a license. California's existing system is likely to be struck down. Soon.

Sacramento politicians are already scrambling to rewrite the law in anticipation of that decision striking down California's good cause requirement.

Forty-three states are currently shall-issue, and that includes several that are politically similar to California, such as Oregon, Washington, Vermont, and others. The Supreme Court emphasized that such shall-issue listening systems are acceptable, holding that "nothing in our analysis should be interpreted to suggest the unconstitutionality of the 43 states' 'shall-issue' licensing regimes, under a license is required, but 'a general desire for self-defense is sufficient to obtain a [license].'"

Over the past decades, as those 43 states moved to shall-issue systems that accepted self-defense as an adequate justification, politicians repeatedly predicted that the shift would lead to "blood in the streets" and "wild west-style violence." California big government politicians including sore loser Governor Gavin Newsom were quick to breathlessly parrot those talking points in the wake of the New York ruling. But this isn't an academic discussion anymore. Increased violence simply hasn't been the result in the 43 states, nor in the two-thirds of California counties where licenses are much more readily available. In fact, violent crime typically goes down in those jurisdictions, as criminals are deterred from confronting victims who might shoot back.

Significantly, the *Bruen* decision also established a new standard of review for all Second Amendment cases going forward. As Justice Thomas explains for the Court, "[w]hen the Second Amendment's plain text covers an individual's conduct, the Constitution presumptively protects that conduct. The government must then justify its regulation by demonstrating that it is consistent with the nation's historical tradition of firearm regulation. Only then may a court conclude that the individual's conduct falls outside the Second Amendment's 'unqualified command.'"

So, from now on, when a law affects Second Amendment rights, lower courts can only uphold that law if the government can establish it is consistent with the history and tradition of firearm regulations around the time of the adoption of the Second Amendment (1791) or the ratification of the 14th Amendment (1868). But even then, the majority cautions that, "when it comes to interpreting the Constitution, not all history is created equal... Historical evidence from long before either date may not illuminate the scope of the right..." Analogizing to history is allowed, within reason. For example, a background check before buying a gun is acceptable, because it is consistent with the historical tradition of preventing dangerous people from accessing weapons. But California's law that requires pistols to incorporate microstamping technology to stamp shell casings when fired, imposes a technology that hardly exists even now, and has no historical analog, and, therefore, is unlikely to pass constitutional muster. The microstamping requirement has stopped most modern pistols from being sold in the state, so infringement is blatant.

This new test for determining constitutionality is a hard reset for Second Amendment jurisprudence. CRPA already has a Second Amendment




The ATF and CA-DOJ haven't gone away. Neither have we.

FFLGuard's California Yearly Service Plan

Federal Firearms Licensees across California fight a daily battle to comply with the rules and regulations enforced by ATF and CA-DOJ.

But there's affordable, 24/7/365 legal help available at a monthly rate as low as $175 per month with FFLGuard. Don't be caught without having the best legal team in the country on your side when you need it most!

Contact Us : 1 (888) 335-4731  |  www.FFLGuard.com

challenge to the "assault weapon" law, to the ammo background check requirement, and to the ban on standard capacity magazines that can hold over 10 rounds pending in the 9th Circuit. Our lawyers are working to brief those judges about the effect of the Supreme Court's ruling on these pending cases. In a nutshell, it should mean CRPA wins them all.

Since the Supreme Court last decided a Second Amendment case in 2010, biased lower courts seeking to uphold all manner of gun control laws have bent over backwards intellectually to create a highly subjective interest balancing test, under which a law that burdens Second Amendment rights will nonetheless be upheld if the interest of the government outweighs (in the judge's mind) that of the individual. Under that incorrect test, so long as a law didn't eliminate the right of people to have a handgun in their home, it was generally upheld — especially in the 9th Circuit.

Now the government must show there is historical grounding for their laws regulating guns and gun ownership. California's has over 800 byzantine gun laws that have failed to make us safer. But their complexity has made hundreds of accidental felons out of good people. Thanks to this ruling, courts cannot rely on fear-mongering and unsubstantiated statements made at a politician's press conference to justify a gun control law.

Now begins the reckoning as gun owners take back their freedoms and undo the damage done as politicians shoved useless gun control laws down our throats for the past decades. For now, at least, the Second Amendment, and the preexisting right to self-defense and to keep and bear arms for that purpose, have been vindicated. DONATE to CRPA so we can keep up the fight! **CRPA**

**Our lawyers are working to brief those judges about the effect of the Supreme Court's ruling on these pending cases. In a nutshell, it should mean CRPA wins them all.**



**Prepare for the New Year: Get California Gun Laws (9th ed.)**
Updated to Cover the New 2022 Laws
www.CalGunLawsBook.com

✱ How must a gun be possessed?      ✱ Which guns are banned?
✱ When can you use deadly force?   ✱ When can you have a gun?
✱ Where can you have a gun   ✱ Who can possess a gun?

Do you know what California law requires gun owners to do in 2022? If you're not sure, as these laws change each year, you might become an accidental criminal. *California Gun Laws* explains all the relevant gun laws, including the new ones:

• Releasing gun purchasers' personal information to the government
• Adding new requirements for loaning firearms to minors and further restricting minors' possession of firearms
• Requiring the registration of newly-defined "assault weapons" to continue their lawful possession in California
• Restricting the sale of firearm precursor parts
• Changing the definition of "valid and unexpired hunting license"
• Changing the protocol when a firearm seller can't retake possession

**Get the Book on Amazon for $29.99**



IT'S JUST THE BEGINNING
CRPA.ORG
NYSRPA v. Bruen

# THE HOUR OF RECKONING IS UPON US

The CRPA legal team is engaged and fighting – more cases are coming!

You can tell them CRPA is coming ... and **FREEDOM** is coming with us!



**Please contribute to the CRPA 2ND Amendment Reckoning Campaign here**

**CRPA.ORG**



**CALIFORNIA DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**

# TO: ALL CALIFORNIA DISTRICT ATTORNEYS, POLICE CHIEFS, SHERIFFS, COUNTY COUNSELS, AND CITY ATTORNEYS

**SUBJECT**
**U.S. SUPREME COURT'S DECISION IN *NEW YORK STATE RIFLE & PISTOL ASSOCIATION V. BRUEN*, NO. 20-843**

**NO.**
**OAG-2022-02**

**CONTACT FOR INFORMATION**
**CCWINFO@DOJ.CA.GOV**

**DATE**
**JUNE 24, 2022**

On June 23, 2022, the United States Supreme Court issued its decision in *New York State Rifle & Pistol Association v. Bruen,* No. 20-843 (*Bruen*).[1] In that case, the Court concluded that the State of New York's requirement that "proper cause" be demonstrated in order to obtain a permit to carry a concealed weapon in most public places violates the Second and Fourteenth Amendments. Although *Bruen* concerns a New York law, the *Bruen* majority specifically identifies California as one of six States that has an analogue to New York's "proper cause" standard. *Bruen*, slip op. 5-6. Accordingly, it is the Attorney General's view that the Court's decision renders California's "good cause" standard to secure a permit to carry a concealed weapon in most public places unconstitutional. Permitting agencies may no longer require a demonstration of "good cause" in order to obtain a concealed carry permit. However, local officials can and should continue to apply and enforce all other aspects of California law with respect to issuing public-carry licenses. In particular, the requirement that a public-carry license applicant provide proof of "good moral character" remains constitutional. Law enforcement agencies that issue licenses to carry firearms in public should consult with their own counsel, carefully review the decision in *Bruen*, take the following guidance into account,

and continue protecting public safety while complying with state law and the federal Constitution.

California law authorizes local law enforcement officials—sheriffs and chiefs of police—to issue licenses allowing license holders to "carry concealed a pistol, revolver, or other firearm capable of being concealed upon the person." Cal. Pen. Code §§ 26150, 26155. In counties where the population is less than 200,000, local officials are also authorized to issue licenses permitting open carry in only that jurisdiction. *Id.* §§ 26150(b)(2); 26155(b)(2). These licenses, whether for concealed carry or open carry, exempt the holder from many generally applicable restrictions on the carrying of firearms in public. Local officials are only authorized to issue such licenses, however, upon proof that (1) "the applicant is of good moral character," (2) "[g]ood cause exists for issuance of the license," (3) the applicant is a resident of the relevant county or city (or has their principal place of business or employment in that county or city), and (4) the applicant has completed a course of training. *Id.* §§ 26150(a), 26155(a).

Although California law was not directly at issue in the *Bruen* decision, the decision makes clear that "good cause" requirements such as those in California Penal Code sections 26150(a)(2) and 26155(a)(2) are inconsistent with the Second and Fourteenth Amendments. Under the Supremacy Clause of the United States Constitution, state and local officials must comply with clearly established federal law.

In accordance with *Bruen*, the

Attorney General now considers the "good cause" requirements set forth in California Penal Code sections 26150(a)(2) and 26155(a)(2) to be unconstitutional and unenforceable. The immediate implications for law enforcement agencies that issue public-carry licenses ("issuing authorities") are as follows:

First, effective immediately, issuing authorities should no longer require proof of good cause for the issuance of a public-carry license. Issuing authorities may still inquire into an applicant's reasons for desiring a license to the extent those reasons are relevant to other lawful considerations, but denial of a license for lack of "good cause" now violates the Second and Fourteenth Amendments under the Supreme Court's decision in *Bruen*.

Second, issuing authorities should continue to apply and enforce all other aspects of California law with respect to public-carry licenses and the carrying of firearms in public. Issuing authorities are still required to take an applicant's fingerprints and to wait for the results of the background check that is run by the California Department of Justice (DOJ). Licenses "shall not be issued if the [DOJ] determines that the person is prohibited by state or federal law from possessing, receiving, owning, or purchasing a firearm." Cal. Pen. Code § 26195(a). Moreover, because the Court's decision in *Bruen* does not affect the other statutory requirements governing public-carry licenses, issuing authorities must still require proof that (1) "the applicant is of good moral character," (2) the applicant is a resident

---

1 The decision is available at **https://www.supremecourt.gov/opinions/21pdf/20-843_7j80.pdf.**

LAW & POLITICS LAW & POLITICS

of the relevant county or city (or has their principal place of business or employment in that county or city), and (3) that the applicant has completed a course of training. *Id.* §§ 26150(a), 26155(a). Issuing authorities may also still require psychological testing. *Id.* § 26190(f).

*Bruen* recognizes that States may ensure that those carrying firearms in their jurisdiction are "law-abiding, responsible citizens.'" *Bruen*, slip op. p. 30 n.9; *see also id.* slip op. p. 2 (Kavanaugh, J., concurring) (States may "require a license applicant to undergo a background check, a mental health records check, and training in firearms handling and in laws regarding the use of force, among other possible requirements"). Accordingly, in assessing whether an applicant has established "good moral character," issuing authorities should recognize that *Bruen* does not eliminate the duty or authority of local officials to protect the communities that they know best by ensuring that licenses are only issued to individuals who—by virtue of their character and temperament—can be trusted to abide by the law and otherwise ensure the safety of themselves and others. The investigation into whether an applicant satisfies the "good moral character" requirement should go beyond the determination of whether any "firearms prohibiting categories" apply, such as a mental health prohibition or prior felony conviction. Those categories, which may be found to apply during the DOJ-conducted background check (including the many categories pertaining to an applicant's criminal history), simply determine whether the applicant is even eligible to own or possess firearms under state and federal



► **Sacramento, CA - April 30, 2022:** Vertical view of the Office of the Attorney General of California, Department of Justice. (SHUTTERSTOCK)

law. When it comes to evaluating an applicant's moral character, however, the issue is not whether the applicant meets the minimum qualifications to own or possess firearms under other statutory criteria. "Good moral character" is a distinct question that requires an independent determination.

Existing public-carry policies of local law enforcement agencies across the state provide helpful examples of how to apply the "good moral character" requirement. The Sacramento County Sheriff's Office, for example, currently identifies several potential reasons why a public-carry license may be denied (or revoked), which include "[a]ny arrest in the last 5 years, re-gardless of the disposition" or "[a]ny conviction in the last 7 years."[2] It is reasonable to consider such factors in evaluating an applicant's proof of the requisite moral character to safely carry firearms in public. See, e.g., *Bruen*, slip op. p. 63 (referencing "law-abiding citizens"). Other jurisdictions list the personal characteristics one reasonably expects of candidates for a public-carry license who do not pose a danger to themselves or others. The Riverside County Sheriff's Department's policy, for example, currently provides as follows: "Legal judgments of good moral character can include consideration of honesty, trustworthiness, diligence, reliability, respect for the law, integrity, candor, discretion, observance of fiduciary duty, respect for the rights of others, absence of hatred and racism, fiscal stability, profession-specific criteria such as pledging to honor the constitution and uphold the law, and the absence of criminal conviction."[3]

As a starting point for purposes of investigating an applicant's moral character, many issuing authorities require personal references and/or reference letters. Investigators may personally interview applicants and use the opportunity to gain further insight into the applicant's character. And they may search publicly-available information, including social media accounts, in assessing the applicant's character. Finally, we note that it remains reasonable—and constitutional—to ask applicants why they are interested in carrying their firearms in public. Although applicants do not need to demonstrate good cause for the issuance of a license, an applicant's reasons for seeking a license may alert authorities to a need for psychological testing, be considered as part of the "good moral character" requirement, or provide information relevant to other statutory requirements. **CRPA**



FIREARMS AND SUICIDE PREVENTION

Firearms retailers and range owners are in a unique position to help prevent suicide given their ongoing contact with the firearms-owning community. Suicide prevention training for those who influence a specific community can reduce the suicide risk for that community. Learn more at **afsp.org/firearms**.

CRPA   Shooting Sports   American Foundation for Suicide Prevention

2 Sacramento County Sheriff's Office, *CCW Application/Permit Denials/Revocations*, <https://www.sacsheriff.com/documents/ccw/REVO-DENIAL-REASONS.pdf> [last visited June 23, 2022].)

3 Riverside County Sheriff's Department, *Riverside County Sheriff's Department Standards Manual (DSM)*, <https://www.riversidesheriff.org/DocumentCenter/View/6791/Department-Standards-Manual-5222> [last visited June 23, 2022].

# GUN CONTROL THREATENS COURT PACKING AGAIN AS AMERICANS EMBRACE GUN RIGHTS

**BY LARRY KEANE**

Originally published at **nssf.org/articles/gun-control-threatens-court-packing-again-as-americans-embrace-gun-rights/**

**T**he unauthorized leak of a draft abortion opinion from the U.S. Supreme Court has Democrats up in arms (again) about packing the U.S. Supreme Court. This isn't a new argument and one gun control advocates publicly pitched before.

Senators are openly calling for court-packing again and that's before the Supreme Court has rendered a final opinion on *New York State Rifle & Pistol Association v. Bruen* or finalized the opinion of the leaked abortion draft decision. Even before the nine justices heard arguments on the New York case challenging the states arbitrary and restrictive "may issue" concealed carry permit criteria, there were calls for court-packing.

U.S. Sen. Sheldon Whitehouse (D-R.I.) filed an amicus brief in *NYSRPA v. New York* supporting



(SHUTTERSTOCK)

restrictive gun control but took arguments beyond supporting the law with threats to upend the court's structure. That case was ultimately declared "moot" by the Supreme Court after New York City altered the law to avoid the Court striking down the law.

"Perhaps the Court can heal itself before the public demands it be 'restructured in order to reduce the influence of politics.' Particularly on the urgent issue of gun control, a nation desperately needs it to heal," Sen. Whitehouse wrote.

Senate Republican Leader Mitch McConnell (R-Ky.) led a 2019 letter excoriating court-packing threats and urged the justices to render opinions based on constitutional interpretations, not public opinion polls. The letter was signed by 53



LAW & POLITICS

Republican senators.

"It's one thing for politicians to peddle these ideas in Tweets or on the stump," Sen. McConnell wrote. "But the Democrats' amicus brief demonstrates that their court-packing plans are more than mere pandering. They are a direct, immediate threat to the independence of the judiciary and the rights of all Americans."

It's a fool's errand to predict a Supreme Court ruling, but the justices' questions offered insight that they appeared to be wary of New York's subjective qualifications to obtain concealed carry permits. The decision will be the most significant on gun rights since the 2010 *McDonald* decision.

That's got gun control groups acting like spoiled school children. They're throwing fits. They too want to change the court's structure. Several of these groups joined together for a discussion on how to change the rules and rig the system against law-abiding Americans and their God-given right to self-defense.

### HIDING THE AGENDA

Igor Volsky, Executive Director of Guns Down America, Matt Post of March for Our Lives, Demand Justice's Tamara Brummer and U.S. Rep. Mondaire Jones (D-N.Y.) joined together for a closed-door discussion about their desire to pack the Supreme Court. They want more gun control-friendly justices that would legislate from the bench to restrict rights. The webinar was closed to the public, forcing any tuning in to register their personal information ahead of time. There is no public video of the discussion anywhere.

Brummer believes the Supreme Court has, "always been a political battleground, and now liberals need to push for more seats that will protect progressive policy advancements," like restrictive gun control. Matt Post exclaimed from the National Mall, "Their right to own an assault rifle does not outweigh our right to live." True assault rifles, or automatic weapons used by the military, have been severely restricted for civilian ownership since 1934 and haven't been commercially made or sold since 1986.

Volsky is an ardent gun control supporter. He's not only affiliated with Guns Down America but is also vice president of the far-left think tank Center for American Progress. He fired off a Twitter meltdown when U.S. District Court Judge Roger Benitez struck down California's 30-year-old ban on Modern Sporting Rifles (MSRs) in his ruling on



(SHUTTERSTOCK)

LAW & POLITICS

LAW & POLITICS

*Miller v. Bonta* last year.

Rep. Jones has never met a gun control proposal he didn't like. He so strongly supports court-packing that he's introduced legislation, along with fellow gun control Reps. Jerrold Nadler (D-N.Y.), Hank Johnson (D-Ga.) and Sen. Edward Markey (D-Mass.), to expand the court in order to pack it.

"To restore power to the people, we must expand the Supreme Court," Rep. Jones said. He must've forgotten the people elected the president who nominated justices on the current court, including the previous two Democratic presidents who filled vacancies. That doesn't include the Highest Court's newest justice, Judge Ketanji Brown Jack-

**Democratic President Barack Obama famously stated, "Elections have consequences." The rules are the same for everyone and presidents get to nominate justices to fill vacancies on the Supreme Court when they arise.**

son, who was recently nominated by President Joe Biden and confirmed by the U.S. Senate and will be seated later this summer once Justice Stephen Breyer formally retires from the bench.

**VOTING AND BUYING**

These groups and elected officials aren't just ignoring their oath to defend the Constitution, they're ignoring their obligation to represent "We the People." More than 40 million firearms were purchased in 2020 and 2021, including more than 14 million by first-time buyers. The firearm buying boom has meant 33 months straight of 1 million or more guns purchased. This includes historic numbers of minorities and

more than 40 percent of first-time gun-buyers were women who feel "empowered" by taking up their Second Amendment rights.

Poll after poll shows Americans reject restrictions on their right to own a gun, including historic low levels of support for more gun control. It's why federal legislation, including Rep. Jones's court-packing gun control bill, has largely stalled and President Joe Biden is drawing the ire of gun control groups disappointed with his failure to accomplish more. It's why his first nominee for Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), David Chipman, failed to earn even the support of Democrats in the U.S. Senate and

had his nomination withdrawn.

Volsky's gun control court-packing expansion discussion demonstrated why their effort is a failing one. Preaching to the gun control choir won't do anything to make neighborhoods safer or stop criminals from committing their crimes.

Democratic President Barack Obama famously stated, "Elections have consequences." The rules are the same for everyone and presidents get to nominate justices to fill vacancies on the Supreme Court when they arise. Americans are embracing their Second Amendment rights by the millions and gun control groups are losing their argument. Because of that, they're now clamoring to change the rules. **CRPA**



**CALIFORNIA RIFLE AND PISTOL ASSOCIATION**

**COMING SEPTEMBER 2022**

New Membership Content Coming Soon
Student Offers just for YOU!

**As a Student Member**

As a CRPA member you defend your values, hobbies, and future in shooting sports. Gain access to resources that clarify common myths about firearm ownersip and exclusive content. Learn from other students from shooting sports community.

-Subscribe to our emails at www.crpa.org and stay up-to-date

CAROL WATSON'S ORANGE COAST AUCTIONS
ANTIQUE & MODERN FIREARMS

SATURDAY, JULY 23, 2022



Impressive Antiques incl. a Lindsay M.1863 Rifle-Musket, Joslyn M.1864 Halfstock Rifle, and a Palmer SRC




Several Perazzis, incl. a MX8 Special SCO Grade Trap 2-Bbl Set, and a MX8 Special SCO Grade Skeet



Highly Collectible German Schuetzen Sporting/Target Rifles



Fine Collection of Smith & Wesson Revolvers, incl. Registered Magnum Models



OCA
Orange Coast
AUCTIONS

Auction begins at 10am
Online bidding available via Proxibid.
Absentee and Phone Bids accepted.
California Bond #100166176





Desirable Pre-War U.S. Navy Contract Colt Model 1911-A1 Semi-Auto Pistol

www.cwoauctions.com  info@cwoauctions.com  office: 714-213-8709

FEATURE NAME

# IS CDC COOKING THE BOOKS ON DEFENSIVE GUN USE STATISTICS?

BY KONSTADINOS T. MOROS

**H**ow to define a defensive gun use DGU), and how to count when a DGU occurs, has been a contested gun policy debate for many years. If guns are used more often to defend a life than guns are misused by criminals to take one, then guns have social utility – in other words, guns are a net benefit to society. Guns save lives.

**WHAT IS A DGU?**

A DGU can be defined in different ways, but typically it means the use or presentation of a firearm for self-defense, defense of others or, in some cases, protecting property. Significantly, a gun does not have to be fired to be used defensively. In fact, in most DGUs the assailant is dissuaded and runs away after seeing the gun. Other times, the assailant is held at gunpoint until the authorities arrive.

**HOW MANY DGUS OCCUR?**

On the higher end of measured DGUs, you have Gary Kleck's famous survey from 1993. In that survey, Kleck asked 5000 adults if they, or their household members, had used a gun for self-defense in the past five years, even if it wasn't fired. Just over one percent of respondents said they did. In their National Self-Defense Survey, published in 1995, Kleck and his colleague Marc Gertz extrapolated that figure to the entire adult population of 200 million, concluding that Americans use guns for self-defense as often as 2.1 to 2.5 million times a year.

On the other end of the spectrum is the National Crime Victimization Survey (NCVS)—a national survey that is administered twice per year by the Bureau of Justice Statistics and that provides among the most-conservative estimates of DGUs. While NCVS results have varied over the years, their surveys indicate around 100,000 DGUs per year in the 1990s, and as few as 60,000 per year

more recently after crime fell. Those are still significant amounts, but an order of magnitude less than Kleck's results.

So, what explains the discrepancy? On the high side, it could be that people falsely report having had a DGU when they didn't. If that happens a lot, Kleck's results could be off.

But on the low end, the NCVS numbers are almost certainly a major underestimate. To begin with, instead of being random polling calls, they involve a government employee standing outside respondents' doors and asking them questions. A lot of people may not be eager to volunteer that they had a DGU for fear of legal trouble or merely identifying themselves as gun owners publicly. Significantly, the NCVS doesn't even ask about DGU specifically. Instead, respondents must first self-identify as having been a victim of a crime, and *only then* are they given

the opportunity to volunteer how they defended themselves, if at all. As the much-vaunted RAND Corporation writes in its overview of DGUs:

"As noted earlier, however, there are also good reasons to suspect that the NCVS underestimates the true number of DGUs. The NCVS provides an opportunity for respondents to describe DGUs only in the context of certain types of crimes. DGUs resulting from crimes not covered by the NCVS will likely be undercounted. DGUs may occur in the context of suspected crimes that respondents on the NCVS might not judge to qualify as events in which they were a victim of a crime, in which case those DGUs would be undercounted. At the time research on DGUs was being conducted, the NCVS did not explicitly ask crime victims whether they used a firearm to defend themselves.

Thus, some DGUs might go uncounted if respondents choose not to volunteer their use of a gun when asked whether they attempted to resist the perpetrator (Kleck, 1999)."[1]

Perhaps for emphasis, RAND repeats in its conclusion that while it considers Kleck's 2.5 million figure suspect, "the NCVS estimate of 116,000 DGU incidents per year almost certainly underestimates the true number."

Other surveys have also come up with figures ranging from 500,000 to two million per year.

**A CDC COVER-UP?**

The Centers for Disease Control and Prevention (CDC) ran its own survey in the late 1990s in a handful of states, and suspiciously it never published the results. The CDC data was discovered by Kleck a few years ago, and the response data was consistent

---

1. **rand.org/research/gun-policy/analysis/essays/defensive-gun-use.html**



What is defensive gun use? How often does it occur?

Although definitions of defensive gun use vary, it is generally defined as the use of a firearm to protect and defend one's self, family, others, and/or property against crime or victimization.

Estimates of defensive gun use vary depending on the questions asked, populations studied, timeframe, and other factors related to the design of studies. The report *Priorities for Research to Reduce the Threat of Firearm-Related Violence* ⧉ indicates a range of 60,000 to 2.5 million defensive gun uses each year.

▶ **Archived version** of what the CDC's website used to say about Defensive Gun Uses. (web.archive.org)

LAW & POLITICS



# WHAT IS THE CRPA?

**T**he California Rifle & Pistol Association (CRPA), founded in 1875, is a nonprofit membership and donor-supported organization with tens of thousands of members throughout California. We need you!

CRPA's membership is comprised of a diverse cross-section of the general public including believers in the right to choose to own a gun to defend yourself and your family, competitive and recreational shooters, hunters, conservationists, gun safety experts, youth, women, police, prosecutors and defense attorneys, judges, firearm history and technology experts, coaches and trainers, families and loving parents.

CRPA works tirelessly and relentlessly to defend the civil and constitutional rights of individuals to choose to responsibly own and use firearms. Every dollar that CRPA receives from its members and donors stays and works in California to support your hunting and Second Amendment rights and the fight back against politicians, elitists and bureaucrats who would deprive individuals of those rights.

Through its Sacramento and local legal and political advocates, CRPA works in the state capital, in regulatory agencies and in city halls throughout California to promote laws that protect these rights and to oppose laws that infringe on these rights.

Through its legal team, CRPA fights in the courts to challenge unconstitutional and illegal gun bans and ill-conceived gun control laws and provides guidance to California gun owners regarding their legal rights and responsibilities.

CRPA works to preserve the traditional and historic role of the individual citizen to hunt and to conserve and preserve California's natural resources.

CRPA promotes the recreational shooting sports and hosts hundreds of "fun shoots" annually.

CRPA provides safety, education and skills training and makes gun safety information available.

CRPA organizes and sanctions competitive shooting matches for both adult and junior shooters, including Olympic training programs and state championships. CRPA sanctions state championship matches in many shooting disciplines. CRPA is proud to state that many CRPA competitors are among the best in the world.

with over one million DGUs per year.[2]

Perhaps because of all the differences as to the correct DGU number though, for years the CDC's website had said of defensive gun uses that "Estimates of defensive gun use vary depending on the questions asked, populations studied, timeframe, and other factors related to the design of studies. The CDC report *Priorities for Research to Reduce the Threat of Firearm-Related Violence* indicates a range of 60,000 to 2.5 million defensive gun uses each year."

Aside from CDC's somewhat dishonest omission of its own survey results, this phrasing was the right call. While we on the pro-gun rights side may complain that the NCVS numbers are wrong, and the anti-gun side would say the same about Kleck's figure, the CDC did what a government entity should do when the data is disputed – not take a side and instead just post the possible range.

Recently, however, the CDC edited this portion of the website about DGUs to instead say the following: "Estimates of defensive gun use vary depending on the questions asked, populations studied, timeframe, and other factors related to study design. Given the wide variability in estimates, additional research is necessary to understand defensive gun use prevalence, frequency, circumstances, and outcomes."

Given that there has been no new development in the field, there was no basis for the CDC to remove the reference to the frequency range of DGUs. Especially when its own unreleased survey indicated a result comfortably in the middle of that range.

So, what prompted the CDC to make this edit? We can find the answer in a prominent antigun publication created with Michael Bloomberg's seed money: The Trace. In a June 3, 2022 article by Jennifer Mascia, the Trace reports that "the edits followed months of lobbying by a group of researchers that included Mark Bryant, who leads Gun Violence Archive, and Devin Hughes, who runs GVPedia, a nonprofit gun violence research outfit (Hughes is a former Trace contributor)."

**2.** researchgate.net/publication/344273747_What_Do_CDC's_Surveys_Say_About_the_Prevalence_of_Defensive_Gun_Use

## What is defensive gun use? How often does it occur?

Although definitions of defensive gun use vary, it is generally defined as the use of a firearm to protect and defend oneself, family, other people, and/or property against crime or victimization.

Estimates of defensive gun use vary depending on the questions asked, populations studied, timeframe, and other factors related to study design. Given the wide variability in estimates, additional research is necessary to understand defensive gun use prevalence, frequency, circumstances, and outcomes.

▶ **Current CDC website excerpt** on Defensive Gun Uses. (CDC.GOV)

If the Trace's reporting is correct, the CDC bent to the will of antigun activists and is now misinforming Americans about DGUs at their insistence.

**CONCLUSION**

This is another example of why CDC's funding to study gun crime should not be increased, as we have no way to trust that their "research"

would not be a sham meant to push the gun control agenda.

CRPA has already filed a Freedom of Information Act request to obtain all documents and communications related to the CDC's decision to edit their website as to DGUs. If a substantive response is received, a future article will report back with updates. **CRPA**

**Konstadinos Moros** *practices general civil litigation with Michel & Associates. He received his bachelor's degree in political science from the University of California, San Diego in 2011. In 2014, he earned his Juris Doctorate from California Western School of Law and has been practicing law since 2015. He is an activist and advocate for maximizing our constitutional and natural rights, especially the right to keep and bear arms.*





SCALCO FINANCIAL
Tax Consulting & Wealth Management

**Work with a company that shares your values! Scalco Financial is a proud member of the CRPA.**

Our purpose at Scalco Financial is to help provide our clients with clarity and peace of mind concerning their tax and financial affairs. We offer independent skilled advice and services in the interrelated fields of income tax and wealth management.

**We offer comprehensive tax and investment solutions, including:**

Investment Planning · Retirement Planning · Tax Planning and Preparation · Representation before the IRS, State, and other taxing authorities · Insurance Planning · Income Protection and Asset Preservation · Estate Planning · Business Planning

www.scalcofinancial.com  |  562 430 3780  |  207 East Broadway, Unit 201, Long Beach, CA 90802

Securities offered through Avantax Investment Services℠, Member FINRA, SIPC. Investment advisory services offered through Avantax Advisory

# THE SUPREME COURT'S UPCOMING HISTORIC 2A DECISION & HOW IT MAY AFFECT THE RIGHT TO CARRY IN CALIFORNIA

**T**he Supreme Court of the United States is preparing to issue a ruling in the landmark case of *New York State Rifle & Pistol Association Inc. v. Bruen*.[1] In that case, the Court will decide the issue of whether the state of New York's denial of the Petitioners' applications for concealed-carry licenses for self-defense violated the Second Amendment.

The following information has been prepared to help issuing authorities better understand the *Bruen* case and the potential impacts a Supreme Court decision can have on issuing authorities here in California. Following the release of the opinion from the Supreme Court, CRPA will also be hosting an online Q&A which will also be open to all California CCW issuing authorities.

## I. WHAT EXACTLY IS BEING CHALLENGED IN *BRUEN*

The New York law challenged in *Bruen* requires anyone who wants a license to carry a concealed handgun to show "proper cause" for the license. Courts in New York have defined "proper cause" to require applicants to show a special need to defend themselves, rather than simply wanting to protect themselves or their property. This requirement is substantially like California's "good cause" requirement for the issuance of a CCW.[2] Both California's and New York's requirement create a highly subjective determination that may violate the Second Amendment right to bear arms.

## II. HOW *BRUEN* COULD AFFECT CALIFORNIA LAWS REGARDING CCW ISSUANCE

All indications suggest the Supreme Court will rule for the Petitioners and strike down New York's requirement as unconstitutional. Should the Supreme

Court do so, it will implicitly confirm that California equivalent "good cause" requirement is also unconstitutional. Regarding the issuance of licenses to carry concealed weapons, California law lists the requirements as follows:

*(a) When a person applies for a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person, the sheriff of a county may issue a license to that person upon proof of all of the following:*

*(1) The applicant is of good moral character.*

*(2) Good cause exists for issuance of the license.*

*(3) The applicant is a resident of the county or a city within the county, or the applicant's principal place of employment or business is in the county or a city within the county and the applicant spends a substantial period of time in that place of employment or business.*

*(4) The applicant has completed a course of training as described in Section 26165.*[3]

While CRPA won't know for sure what the Court's exact ruling will be until it is published, at this time, we do not expect the ruling to affect anything beyond "good cause" or "proper cause" requirements. Thus, if the petitioners prevail, most of California's requirements will continue to stand except for the good cause requirement. Authorities may continue to require that the applicants be of good moral character, reside in

the county of issuance, and complete a course of training. That said, CRPA will be on the lookout for any bad-faith applications of these requirements that intend to obstruct the Supreme Court's ruling.

## III. POTENTIAL IMPACTS OF *BRUEN* ON SHALL ISSUE VS. MAY ISSUE CARRY REGIMES

California is, like New York, one of the few remaining outlier states where

so-called "may issue"[4] permitting regimes still exist. The overwhelming majority of states are now either "shall issue," where all law- abiding citizens who apply and take the required class (if any) are issued permits, or "constitutional carry," where all citizens[5] who can legally own a gun may carry it on their person openly or concealed.

Yet even within California, may issue policy is in the minority. Following a lawsuit brought by CRPA and other plaintiffs in 2016, the California Court of Appeals held that, because California's statutory scheme permits concealed carry only upon a showing of good cause and because open carry is also restricted, requiring "good cause" for a concealed carry license violates the Second Amendment. (*Peruta v. Cnty. of San Diego* (9th Cir. 2016) 824 F.3d 919, 924.)[6] Today, thanks in large



# TRUST

It's the foundation of the Attorney-Client relationship. You trust the lawyers at Michel & Associates to defend your Second Amendment rights. You can trust us to help with your other legal problems too.

Whether you've have been injured, been sued, need to file a lawsuit, need business advice, or have other legal issues, we can help. You can trust us to make sure your legal rights are protected.

Email or call us today for free consultation.

**Proud to support CRPA with a portion of contingency fee recovery donated towards the fight to protect your right to keep and bear arms!**

**C.D. "Chuck" Michel**
**Michel & Associates, Attorneys at Law**
cmichel@michellawyers.com • (562) 216-4444

---

1. For a complete listing of case documents and additional case information, visit **supremecourt.gov.**

2. Pen. Code §§ 26150(a)(2), 26155(a)(2).

3. Pen. Code §§ 26150, 26155.

4. The degree to which permits are issued under such regimes greatly varies. Some places (like Los Angeles County and San Diego County) currently issue to a few regular citizens but not to most. Others only issue to the famous and the well-connected, like San Francisco County. And Hawaii and New Jersey effectively issue to no one, with Hawaii having never issued a carry permit to a private citizen. (*Young v. Hawaii* (9th Cir. 2021) 992 F.3d 765, 859 [O'Scannlain, C.J., dissenting].)

5. Some constitutional carry states do set a minimum age requirement, limiting carry to people age 21 and older.

6. That appellate panel decision was overturned *en banc*, as all wins for Second Amendment rights are in the Ninth Circuit. But now, it may be vindicated in the *Bruen* decision. While the Supreme Court denied review to *Peruta* at the time, Justice Thomas wrote a scathing dissent from the denial of cert, concluding that "[t]he Court's decision to deny certiorari in this case reflects a distressing trend: the treatment of the Second Amendment as a disfavored right." (*Peruta v. California* (2017) 137 S.Ct. 1995, 1999 [Thomas J., dissenting from denial of certiorari].) Following *Bruen*, that "distressing trend" may finally now be coming to an end.

part to the tireless and ongoing work of CRPA staffers educating these authorities, a large majority of counties in California are effectively shall-issue, with their respective Sheriffs accepting a general desire for self-defense as sufficient good cause to issue a permit.

For instance, Tehama County Sheriff's Department states on its Concealed Weapons Permits website that "Sheriff-Coroner Dave Hencratt supports the right of law-abiding citizens to keep and bear arms. In this regard, all qualified residents of Tehama County are eligible to apply for a permit to carry concealed weapons."[7] The webpage then lists off four requirements for a permit including an age minimum of 21, the residency requirement, the mandatory safety course, and passing the background check. As another example, San Joaquin County Sheriff's Department expressly states on its website that "[p]ersonal protection or self-defense is sufficient to establish good cause" for the issuance of a permit.[8] As such, even if the *Bruen* decision goes as expected, counties like Tehama and San Joaquin probably won't have to change much as they are already likely to be in substantial compliance with the ruling.

In stark contrast, Alameda County's website states: "California is a 'May Issue' state; the decision to grant a CCW license is at the discretion of the County Sheriff or Police Chief. Having a CCW license is a privilege,

not an entitlement, and the Courts have ruled that a California CCW license is not guaranteed to all persons under the 2nd Amendment of the United States."[9] Alameda is likely to have to drastically change its policy and quickly edit out the misinformation on its website following *Bruen.* CRPA will make sure it does.

### IV. CONCLUSION

As discussed above, many counties already have policies in place that would comply with the likely ruling in *Bruen.* Counties that are may-issue (or effectively no-issue) will need to make the biggest changes to their policies if the petitioners in *Bruen* prevail.

CRPA is happy to offer its guidance and assistance on any questions permit issuing departments may have following the *Bruen* decision, whatever the ruling ends up being. Please do not hesitate to reach out to us with any questions or concerns. And as mentioned above, CRPA will be hosting a Q&A session open to all California issuing authorities follow-

ing the release of the decision in *Bruen.*

### FOR MORE INFORMATION

For more information, be sure to visit CRPA's website at **crpa.org/ countdown-to-hope-supreme- court-watch/** and **getmyccwnow. com**. And be sure to subscribe to CRPA email alerts to stay informed on the latest developments.

**Disclaimer:** This information has been prepared for general information purposes only. The information contained herein is not legal advice, should not to be acted on as such, may not be current, and is subject to change without notice. Michel & Associates, P.C., does not warrant or guarantee the accuracy, completeness, adequacy, or currency of the information contained herein. Users of this information do so at their own risk. This document does not create an attorney-client relationship. Individual facts and circumstances may alter the conclusion(s) drawn. For legal advice consult an attorney. **CRPA**

7. tehamaso.org/administration/licenses-permits/concealed-weapons/

8. sjsheriff.org/concealed-weapon-permit/

9. alamedacountysheriff.org/services/ccw-request



## HIGH CALIBER INJURY LAW

**Personal Injuries | Car Accidents | Motorcycle Accidents**

When you have been injured, you need to set your sights on getting better, and not let your guard down when facing insurance companies. Or the prospect of going to court to get what you deserve.

With 20 years experience and tens of millions of dollars in settlements and judgements by your side, you're ready ... with the law offices of Joseph Di Monda.* Call today for a no-fee, no-obligation review or your situation.

*Law offices of* **Joseph Di Monda, J.D., A.I.A.**
1721 Sepulveda Blvd, Manhattan Beach CA •562-912-7871

Proud to support CRPA with a portion of contingency fee recovery donated towards the fight to protect your right to keep and bear arms!

*Past results are not a guarantee of future performance.*



ENGINEERED WITH ABSORBITS™ MOISTURE-WICKING TECHNOLOGY

# STOP RUST BEFORE IT STARTS

Don't miss out on your next hunt because of a rusty gun. Humidity and moisture can affect the performance of your gun, cause rust, and make cleaning difficult. Unlike any other gun cases, BONE-DRI cases are engineered with Absorbits™ moisture-removal technology to store and protect your firearms from rust after exposure to moisture. Tested, proven, and guaranteed for life, BONE-DRI cases suck moisture...other cases just suck.

ABSORBS MOISTURE          KEEPS SAFE & DRY          PREVENTS RUST

DUAL RIFLE CASE

SHOTGUN & RIFLE CASE

"BIG SHUUG" SHOTGUN SLEEVE

LEARN MORE AT
**BONE-DRI.COM**

# LEGISLATIVE REPORT

## NO SURPRISE... ONCE AGAIN, OUR REPRESENTATIVES ARE BREAKING ALL THE RULES!

## THE GUT AND AMEND RIDES AGAIN!

I know in past legislative updates I have made statements like "your representatives have reached an all time low" and "once again they are breaking their own rules." Well, no surprise, Anti-gun anti-hunting champion Assembly Member Marc Levine has once again taken the prize and broke all the rules. As you will recall, Assembly Member Levine has run a bill the last three sessions in a row to unlawfully

**BY ROY GRIFFITH**
CRPA LEGISLATIVE LIAISON

tax gun owners. Even though the Assembly Democrats hold a supermajority, he has not even been able to get this bill off the Assembly floor! As you might recall we killed AB 1223 on the floor in the 2021 session only to watch him obtain an emergency exemption for it to live on to the 2022 session where he again failed to get the votes. Well, on a fair playing field that would be the end of it, at least for this year! However, we do not have a fair playing field and these liberal democrats do not even follow their

own rules. Assembly Member Levine just took a clean energy bill, AB 1227, which would have required homes in California to have reflective roofing, and via the "Gut & Amend" process turned it into his failed bill AB 1223!  Now mind you AB 1227 had already survived the assembly and public committee review process as an "Building Energy Efficiency Standards" bill! His action circumvented the review process of half the legislature, and to bypass the Assembly where Levine, on at least three occasions in three years, previously could not get the votes required to get the bill to the Senate, let alone the Governor!  His action denies the people their right to be heard and the transparency they deserve.  It is reprehensible to stoop so low as to use this backhanded, under-cover-of -darkness, tactic.

CRPA's very own Sean Fitzgerald, Founder and Principal of Vox Civic Communications, summed it up best by asking, "Assembly Member Levine, if this is such a great piece of legislation, that is going to save so many lives in California why do you have to stoop to such low tactics to get this bill to the Governor's desk?"

Now AB 1227 seeks to impose an excise tax in the amount of 10% of the sales price of a handgun and 11% of the sales price of a long gun, firearm

precursor part, and ammunition to fund yet another slush fund the "Gun Violence Prevention, Healing, and Recovery Fund."  This bill failed in the 2019 session as AB 18. At that time, the author stated the annual cost estimates from gun violence in the United States reach $229 billion. These costs are caused by *criminals*, not the individuals they seek to tax. The California Rifle and Pistol Association will always stand with law enforcement throughout California and put the safety of our communities and citizens first. However, we oppose taxing millions of law-abiding citizens for the actions of criminals who compose a fraction of a percent of the population who are not law-abiding. Firearms and ammunition sales already bring millions of dollars of sales tax into California's state budget each year. Many communities throughout California already collect more than 10% in sales tax alone.  Additionally, an average of $40 million is made available for conservation and education efforts in California each year from an 11% federal excise tax imposed on the sale of sporting arms and ammunition (the Pitman Robertson Act). Furthermore, the proposed tax, which clearly impedes constitutionally protected activity, raises serious legal questions as to whether funds raised in this manner can be compiled in this newly created account.

Case law makes it clear that states may not impose a charge for the enjoyment of a right granted by the federal Constitution and a person cannot be compelled to purchase, through a fee or tax, the privilege freely granted by the Constitution. This type of tax scheme has been repeatedly struck down in multiple jurisdictions. A marriage license tax being used to fund shelters for victims of domestic violence was recently struck down on similar grounds. In that case, the court pointed that a statute cannot violate the Constitution no matter how desirable or beneficial the legislation may be.

Under the law, a state may only impose taxes in connection with the exercise of a constitutional right when those fees are designed to recoup the costs incurred in administering a regulatory regime to which the taxpayer is subjected. This tax neither recoups the costs of legitimate firearm regulation nor does it fund efforts to benefit firearms consumers generally. The money is being used instead to create the new "Gun Violence Prevention, Healing, and Recovery Fund." Again, we support crime prevention and victim support, but not funding it on the backs of law-abiding gun owners. It is therefore our view that these additional taxes are unjustified and unlawful.

I wish I could tell you AB 1227 was the only dumb idea still alive.  The list of opposition bills below have passed their house of origin and are on the floor this week before being rubber stamped to head to the other side:

**SB 856:** Dodd. Wild pigs: validations.
**SB 915:** Min. Firearms: state property.
**SB 1327:** Hertzberg. Firearms: private rights of action.
**SB 1384:** Min. Firearm Dealer requirements
**AB:1594:** Ting, Gipson, and Ward: Firearms: civil suits.
**AB 1621** Firearms: Gipson: unserialized firearms.
**AB 1769:** Bennett. Firearms: prohibited places.
**AB 2156:** Wicks: Firearms: manufacturers.
**AB 2552:** McCarty: Firearms: gun shows and events.

We are urging you to contact your representatives and demand they vote no on each and every one of these misguided bills.  Thank you for being CRPA members and supporting us in the fight!  For a complete list of the bills we face this session and sample language for your opposition letters refer to the Legislative Program Page at CRPA.org!  God bless you all! **CRPA**

"Extreme taxation, excessive controls, oppressive government competition with business, frustrated minorities and forgotten Americans are not the products of free enterprise. They are the residue of centralized bureaucracy, of government by a self-anointed elite."

**Ronald Reagan**

# LITIGATION REPORT

## RIGHT TO CARRY SHAKE-UP, AND MORE, EXPECTED WITH SCOTUS *BRUEN* RULING

BY ALEX FRANK

All eyes are on the Supreme Court of the United States right now. As of writing this article, the Supreme Court has not released its much-anticipated opinion in *New York State Rifle & Pistol Assn. v. Bruen*. That is likely to happen in June, and possibly July.

Predicting what the Supreme Court will do is hard, considering the secrecy of the court's operations. But it is no secret that the court is more conservative right now than at any time in recent history and appears poised to deliver a decidedly pro-Second Amendment decision. Given what observers can deduce from the court's 2022 term record, it appears that Justice Thomas is authoring the majority opinion.

A ruling in *Bruen* would also allow other key CRPA supported cases stuck in the 9th Circuit Second Amendment litigation bottleneck – like CRPA's ammunition law challenge in *Rhode v. Bonta* and CRPA's "assault weapons" challenge in *Rupp v. Bonta* – to finally get back to business in a much more favorable legal environment.



A GUIDE TO PLANNING YOUR WILL AND TRUST

## YOUR GIVING AFFORDS US TO FUND ESSENTIAL PROGRAMS

Donations are made in the form of tax deductible gifts, appreciated stocks, wills, living trusts, donated real estate or firearms collections, and more. It all starts with your generous commitment and continued support!

**Download our estate planning guide at crpa.org/crpa-foundation**

## LEAVE A LEGACY
### FOR FUTURE GENERATIONS!

This is great news. Justice Thomas has historically been the most clearly pro-Second Amendment jurist at the high court, by a long shot.

As exciting as the prospect of the Supreme Court reshaping the contours of the right to carry is, resolution of the *Bruen* case will likely trigger resolutions in several other important Second Amendment cases too. Once the court rules in *Bruen*, the ruling will likely trigger a "GVR" (grant, vacate, remand) in the CRPA supported *Duncan* case that is currently at the high court with a pending certiorari petition. The prediction is that the court will issue an opinion in *Bruen*, then grant the *Duncan* petition, vacate the 9th Circuit *en banc* panel's bad ruling, and remand it to the trial court for further proceedings consistent with the Supreme Court's *Bruen* ruling.

A ruling in *Bruen* would also allow other key CRPA supported cases stuck in the 9th Circuit Second Amendment litigation bottleneck – like CRPA's ammunition law challenge in *Rhode v. Bonta* and CRPA's "assault weapons" challenge in *Rupp v. Bonta* – to finally get back to business in a much more favorable legal environment.

CRPA does not expect that historically anti-gun jurisdictions will make total about-face changes in their approach to regulating public carry. It is likely that even in the face of an unmistakably clear language from the Supreme Court to accept self-defense as "good cause" for issuance of a carry permit, jurisdictions will impose barriers, burdens, and restrictions to make concealed carry difficult. CRPA will monitor those developments and challenge them where necessary.

Once the Supreme Court rules, it will likely trigger a deluge of permit applications. If you have been on the fence about applying, get that application in! CRPA

# CALIFORNIA AND 9TH CIRCUIT LITIGATION MATTERS

This report provides an overview of just some of the efforts being taken to protect the rights of California gun owners. Although litigation plays an extremely important role in the fight for the right to keep and bear arms, there are many other tremendous and equally important endeavors throughout California and across the nation.

Protecting the Second Amendment requires an enormous amount of resources and involvement in all levels of California's government, including all 58 counties, all 482 municipalities and all state and local agencies tasked with enforcing the myriad of complex and ever-expanding gun laws.

The digital version of this report, complete with links to relevant documents and additional information, can be found on CRPA's web page at **crpa.org.**

| ISSUE | CASE NAME | CASE STATUS | WHAT'S NEXT |
|---|---|---|---|
| CHALLENGE TO CALIFORNIA'S AMMUNITION SALES RESTRICTIONS | *Rhode v. Becerra* | The case was filed on April 26, 2018, in response to Proposition 63 and Senate Bill 1235's restrictions regarding the sale and transfer of ammunition in California. The lawsuit challenges these restrictions as a violation of the Second Amendment, Commerce Clause, and Equal Protection Clause of the United States Constitution, as well as a violation of the Firearm Owner's Protection Act. On April 23, 2020, the Honorable Roger Benitez granted Plaintiffs' request for a preliminary injunction. Consequently, the state was instantly legally barred from enforcing the ammunition laws at issue in this case. On April 24, 2020, Judge Benitez then denied the State's request to stay his injunction. The State applied to the Ninth Circuit later that day for a stay, which it granted, reinstating the status quo pending appeal of preliminary injunction. | This matter would likely have seen oral argument before the 9th Circuit sometime in the summer or early fall of 2021. However, due to the 9th Circuit's decision to rehear the *Duncan v. Becerra* matter en banc, this appeal was stayed on March 19, 2021 pending *Duncan*'s resolution. On November 30, 2021, the 9th Circuit en banc panel reversed the *Duncan* wins. The *Duncan* plaintiffs petitioned the United States Supreme Court for certiorari on February 28, 2022. |

| ISSUE | CASE NAME | CASE STATUS | WHAT'S NEXT |
|---|---|---|---|
| CHALLENGE TO CA AND LOS ANGELES FIREARM CARRY RESTRICTIONS THAT PROHIBIT BOTH OPEN AND CONCEALED CARRY | *Flanagan v. Becerra* (Formerly *Flanagan v. Harris*) | The case was filed on August 17, 2016, as a direct response to *Peruta*. It seeks to force the court to decide whether it is willing to uphold a complete prohibition on the right of law-abiding citizens to carry a firearm for self-defense. The parties filed cross-motions for summary judgment. In May 2018, the court issued a decision granting Defendant's motion for summary judgment. | The 9th Circuit rejected the State's petition to have the case heard initially by an 11-judge *en banc* panel along with the *Young v. Hawaii* lawsuit. However, instead of allowing the case to proceed, the 9th Circuit stayed the case on July 30, 2019 pending the outcome of *Young v. Hawaii*. *Young* is currently at the Supreme Court, with a pending certiorari petition (filed May 11, 2021). |
| CHALLENGE TO UNDER 21 FIREARM PROHIBITION. | *Jones v. Bonta* | The 9th Circuit held oral argument on May 12, 2021. | On May 11, 2022, the 9th Circuit ruled that the district court erred in not granting plaintiffs' motion for preliminary injunction. The state has until July 25, 2022 to ask for an *en banc* hearing. |
| CHALLENGE TO CALIFORNIA'S "ASSAULT WEAPON" RESTRICTIONS | *Rupp v. Becerra* | The case was filed on April 24, 2017, in response to SB 880 and AB 1135. It challenges California's entire "assault weapon" ban as violating the Second Amendment and due process and takings clauses of the U.S. Constitution. Plaintiffs filed a preliminary injunction motion to prevent the State from requiring individuals to provide the date they acquired their firearms and the name and address of the person from whom they acquired them, as a condition of registration, but that motion was denied on May 9, 2018. On July 22, 2019, the court granted the State's motion for summary judgment, ending the case in the State's favor. Plaintiffs appealed to the 9th Circuit on August 27, 2019. Plaintiffs filed their opening appeal brief on January 27, 2020. The state filed its brief May 26, 2020. Oral argument was heard on October 8, 2020, in Pasadena. The matter is now submitted, and resolution is pending. | Stayed pending the resolution of *NYSRPA*. |
| DOES HAWAII'S PERMIT SCHEME FOR GENERAL OPEN CARRY PROHIBITION VIOLATE THE SECOND AMENDMENT? | *Young v. Hawaii* | This case was on track for an *en banc* hearing but was stayed pending the outcome of *NYSRPA v. City of New York*, the gun case that the Supreme Court held moot in June of 2020. Shortly after that outcome, the Ninth Circuit rescheduled the *en banc* hearing for September 24, 2020. The 9th Circuit *en banc* panel reheard the case on September 24, 2020. On March 24, 2021, the *en banc* panel issued its ruling upholding the dismissal. | Mr. Young filed a petition for certiorari in the United States Supreme Court in May of 2021. Response is due June 24, 2021. |
| DOES CALIFORNIA'S FIREARM RIGHTS RESTORATION REGIME VIOLATE THE SECOND AMENDMENT? | *Linton v. Bonta* | On March 5, 2021, the Court administratively terminated the pending motion for summary judgment and stayed the case due to the 9th Circuit's announcement that *Duncan v. Becerra* would be reheard *en banc*. | The case will remain inactive pending the result of the *Duncan* re-hearing and Supreme Court Certiorari petition. |

| ISSUE | CASE NAME | CASE STATUS | WHAT'S NEXT |
|---|---|---|---|
| CHALLENGE TO CALIFORNIA'S BAN ON STANDARD-CAPACITY MAGAZINES | Duncan v. Becerra | The case was filed in response to SB 1446 and Prop 63. It challenges California's ban on the acquisition and possession of magazines over ten rounds. On June 29, the district court granted plaintiffs' motion for a preliminary injunction, halting enforcement of the newly enacted possession ban while the case is litigated. The State immediately appealed the injunction order. In July 2018, the Ninth circuit upheld the issuance of the injunction. The federal District Court, where Judge Benitez presides, granted Plaintiffs' summary judgment motion, which permanently enjoined Penal Code Sec. 32310 on March 29, 2019. This legalized the acquisition of standard-capacity magazines. However, the court entered a stay of the injunction, effective 5:00 p.m. on April 5, 2019. | The Duncan plaintiffs petitioned the United States Supreme Court for certiorari on February 28, 2022. The court distributed it for conference for May 11, 2022. It will likely see a GVR once the court issues its NYSRPA ruling. |
| CHALLENGES DOJ'S USE OF DROS SURPLUS TO FUND APPS AS AN ILLEGAL TAX. | Gentry v. Becerra (Formerly Gentry v. Harris) | Plaintiffs filed an amended complaint alleging that the DROS fee is an invalid tax. On August 9, 2017, the district court issued a ruling granting Plaintiffs' request to prohibit DOJ from using DROS fees to fund unrelated law enforcement efforts and requiring DOJ to perform its statutorily required review of the current $19 fee to determine whether it is "no more than necessary to fund" DOJ's costs for processing DROS transactions. Trial was held in January of 2019. The Court upheld the DROS fee as a legitimate regulatory fee. Plaintiffs argue that the Court's finding contradicts established law regarding regulatory fees. | The California Court of Appeals affirmed judgment in the State's favor on March 26, 2021. Plaintiffs are pursuing an attorneys fee award in trial court for the claims that were successful. |
| CHALLENGE TO VENTURA COUNTY'S ACTIONS PREVENTING PEOPLE FROM BUYING GUNS AND AMMUNITION DURING THE COVID-19 SITUATION, AND TO FORCED CLOSURES OF FIREARM AND AMMUNITION RETAILERS AND SHOOTING RANGES UNDER THREAT OF PROSECUTION | McDougall v. County of Ventura | The court granted Defendants' motion to dismiss on September 22, 2020. Plaintiffs appealed on November 19, 2020, and filed their brief in the 9th Circuit Court of Appeals on March 4, 2021. | The Ninth Circuit issued an opinion on January 20, 2022, reversing the district court's dismissal of the plaintiffs' action. The 9th Circuit en banc hearing is set for June 22, 2022. |
| DOES THE CITY OF MORGAN HILL'S 48-HOUR LOSS/THEFT REPORTING ORDINANCE FAIL DUE TO PROPOSITION 63 PREEMPTION? | Kirk v. City of Morgan Hill | The trial court granted Morgan Hill's motion for summary judgment and denied Plaintiffs' motion for summary judgment on July 30, 2020. | The matter is fully briefed and parties are awaiting an oral argument date. |

| ISSUE | CASE NAME | CASE STATUS | WHAT'S NEXT |
|---|---|---|---|
| CHALLENGE TO SANTA CLARA'S (AND OTHER BAY AREA COUNTIES) ACTIONS PREVENTING PEOPLE FROM BUYING GUNS AND AMMUNITION DURING THE COVID-19 SITUATION, AND TO FORCED CLOSURES OF FIREARM AND AMMUNITION RETAILERS AND SHOOTING RANGES UNDER THREAT OF PROSECUTION | Altman v. County of Santa Clara | Plaintiffs filed their complaint on March 31, 2020, and a motion for temporary restraining order/ preliminary injunction on April 10, 2020. The court denied the temporary restraining order and did not rule on the preliminary injunction. Plaintiffs' preliminary injunction was denied on June 3, 2020. By the time the court ruled on the motion, the only county remaining in the suit was Alameda County because the others permitted firearms stores to open as "essential businesses." | On March 8, 2022, the 9th Circuit ordered the case be held in abeyance pending the issuance of the mandate in McDougall v. County of Ventura. |
| CHALLENGE TO LOS ANGELES COUNTY'S ACTIONS PREVENTING PEOPLE FROM BUYING GUNS AND AMMUNITION DURING THE COVID-19 SITUATION, AND TO FORCED CLOSURES OF FIREARM AND AMMUNITION RETAILERS AND SHOOTING RANGES UNDER THREAT OF PROSECUTION | Martinez v. Villanueva | Plaintiffs filed their complaint on March 27, 2020, and their request for both a temporary restraining order and preliminary injunction on March 30, 2020. On April 6, 2020, the court denied plaintiffs' temporary restraining order. On October 20, 2020, the court granted defendants' motion for judgment on the pleadings and dismissed the case with prejudice. | On March 14, the 9th Circuit stayed the case pending the outcome of McDougall v. County of Ventura. |
| DOES HAWAII'S CONCEALED CARRY PERMIT REGIME VIOLATE THE 2ND AMENDMENT? | Livingston v. Ballard | Hawaii attorney general moved to stay the case pending Young, which the court granted on June 10, 2019. The case is effectively stalled pending further development in Young. | This case will remain stayed pending the resolution of Young. |
| CHALLENGE TO A CALIFORNIA ASSAULT WEAPONS STATUTE THAT PROHIBITS USING A LARGE CAPACITY MAGAZINE IN A RIFLE CONFIGURED WITH A "FIXED MAGAZINE" | Miller v. Bonta | On June 4, 2021, Judge Benitez issued a decision and judgment declaring the statutes that constitute California's assault weapons prohibition unconstitutional. However, he simultaneously stayed his order for 30 days to allow the state to appeal. The state has appealed and obtained an indefinite stay of Judge Benitez's ruling pending resolution of the appeal. | The case will very likely remain stayed for a while as the appeal progresses. |
| DOES CALIFORNIA'S UNSAFE HANDGUN ACT (I.E. THE ROSTER) VIOLATE THE SECOND AMENDMENT? | Renna v. Bonta | The State's motion to dismiss was granted in part and denied in part on April 23, 2021. The court's ruling means that the plaintiffs' challenge to the roster itself is dead, but the other aspects of the challenge remain alive. | Parties continue to litigate the matter in the district court. |

| ISSUE | CASE NAME | CASE STATUS | WHAT'S NEXT |
|---|---|---|---|
| CHALLENGE TO WASHINGTON STATE'S UNDER 21 BAN | *Mitchell v. Atkins* | Briefing is underway in the 9th Circuit as of middle of 2021. | The case is stayed at the moment. |
| DID CALIFORNIA'S MANAGEMENT OF THE ONLINE SYSTEM FOR "ASSAULT WEAPON" REGISTRATION VIOLATE THE RIGHTS OF POTENTIAL REGISTRANTS? | *Sharp v. Bonta* | Plaintiffs reached a stipulated settlement and consent decree with the State on March 29, 2021. The State will allow a limited class of persons another chance to register "bullet-button" assault weapons, pursuant to the consent decree. | The new registration period lasted from January 13, 2022 at 9:00 AM and closed on April 12, 2022. |
| DOES A CALIFORNIA LAW THAT ALLOWS FIREARM PURCHASER INFORMATION TO BE DISCLOSED TO THIRD PARTIES VIOLATE PRIVACY LAWS AND THE SECOND AMENDMENT? | *Brandeis v. Bonta* | State court challenge to the same laws being challenged in the *Doe v. Bonta* matter. Filed January 28, 2022. | Plaintiffs filed for a preliminary injunction on March 3, 2022. |
| DOES A CALIFORNIA LAW THAT ALLOWS FIREARM PURCHASER INFORMATION TO BE DISCLOSED TO THIRD PARTIES VIOLATE PRIVACY LAWS AND THE SECOND AMENDMENT? | *Doe v. Bonta* | The federal court in San Diego denied Plaintiffs' request for a temporary injunction on January 20, 2022. | The case will proceed through litigation. |

# NATIONAL CASES WITH CALIFORNIA INTEREST

CRPA also litigates and assists in critical Second Amendment cases across the country that could set precedent for future challenges to California gun laws.

| ISSUE | CASE NAME | CASE STATUS | WHAT'S NEXT |
|---|---|---|---|
| DOES NEW YORK STATE'S PUBLIC CARRY LICENSING FRAMEWORK VIOLATE THE SECOND AMENDMENT? | *New York State Rifle & Pistol Association v. Bruen (formerly Corlett)* | The Supreme Court granted certiorari on April 26, 2021, framing the issue as "whether the State's denial of petitioners' applications for concealed-carry licenses for self-defense violated the Second Amendment." | The court heard oral argument on November 3, 2021. Expect an opinion in summer of 2022. |
| DID THE ATF EXCEED ITS AUTHORITY TO ORDER A BAN ON "BUMP" STOCKS? | *Aposhian v. Garland* | Petition for certiorari filed August 2, 2021. | The petition has been distributed for conference and rescheduled multiple times. |

| ISSUE | CASE NAME | CASE STATUS | WHAT'S NEXT |
|---|---|---|---|
| DOES A SEATTLE ORDINANCE THAT PROHIBITS THE PUBLIC CARRY OF SPECIFIC TYPES OF KNIVES VIOLATE THE SECOND AMENDMENT? | *Zaitzeff v. Seattle* | Petition for certiorari filed December 16, 2021. | Petition denied on February 22, 2022. |
| DOES NEW JERSEY'S BAN ON MAGAZINES OVER 10 ROUNDS VIOLATE THE SECOND AMENDMENT? | *Association of New Jersey Rifle & Pistol Clubs v. Grewal* | Petition for certiorari filed April 26, 2021. | The petition was distributed for conference last on September 27, 2021, with no activity since then. |
| DOES MARYLAND'S ASSAULT WEAPONS BAN VIOLATE THE SECOND AMENDMENT? | *Bianchi v. Frosh* | Petition for certiorari filed December 16, 2021. | Distributed for conference as of May 19, 2022. |
| THIS CASE CHALLENGES THE LAW THAT BARS INDIVIDUALS UNDER 21 YEARS OF AGE FROM BUYING HANDGUNS. | *Marshall v. BATFE* | Petition for certiorari filed February 17, 2022. | Petition denied on April 4, 2022. |
| CHALLENGE TO A MASSACHUSETTS LAW THAT BARS NON-VIOLENT MISDEMEANOR CONVICTS FROM PURCHASING HANDGUNS. | *Morin v. Lyver* | Certiorari petition filed December 13, 2022. | Response is due in March. The case will likely sit on the docket until something happens with *NYSRPA v. Bruen*. |
| THIS CASE INVOLVES THE SCOPE OF THE LAW ENFORCEMENT OFFICER'S SAFETY ACT. | *Rodrigues v. County of Hawaii* | Certiorari petition filed December 13, 2021. | Petition denied April 4, 2022. |
| ANOTHER BUMP STOCK BAN CASE. | *Gun Owners of America v. Garland* | Certiorari petition filed March 2, 2022. | The attorney general filed a response on May 24, 2022. |



**Alex Frank** *is a civil rights litigator at Michel & Associates, P.C., where he focuses on the Second Amendment and related constitutional issues.*

# LOCAL ADVOCACY
# DO GUN LAWS
# REALLY WORK?

**BY TIFFANY D. CHEUVRONT**

A renewed call for more gun control became the mantra of the current administration both in Washington and in Sacramento as this summer began with a barrage of gun violence across the country. But is more gun control what we need? Does it do anything to prevent future crimes or is it just more hoops to jump through for law-abiding citizens? How do we address issues like mental health, substance abuse, and criminal activity that are part of the conversation?

California has some of the strictest gun laws in the country and yet, last year California was home to five of the 27 mass shootings in the country. In 2019 California saw 2,945 people killed by gun violence and 1,586 of those killed were from suicide[1] (gun control studies like to keep suicide and violent acts combined, but suicide should be noted separately for accuracy). In looking at these numbers, in 2019 fewer people died from "gun violence" than from suicide in the state. In 2020, firearm deaths were not even in the top ten leading causes of death in California.[2]

In 2020 there were a total of 1.6 million background checks for firearm purchases in California—a 30% increase over 2019. Across the country there were more than 40 million background checks, up 40% from the previous year. In fact, according to the FBI National Instant Criminal Background Check system, only one state had less background checks than the previous year, yet gun control advocates call for more background checks to stop gun violence. We are doing more background checks than ever before.

In June, Governor Newsom called for more gun control to combat gun violence and noted that in California the gun violence rates were low because of all of the strict gun laws already in place in the state. He demanded that legislators send more gun control legislation to his desk to sign in an obvious attempt to please his base and politicize an issue that no one is actually willing to address. A closer examination of homicide data—focusing on the year of the assault causing the death, rather than the year it was reported to the FBI Uniform Crime Report—provides insights into who 2020 victims are, the means of death, and where homicides take place. In fact, homicides are on the rise in California not on the decline.

Gun homicides drive the rise. California saw 1,658 homicides in 2019; the number climbed to 2,161 in 2020—an increase of 503 homicides (or 30.3%). Of these deaths, gun homicides jumped by 460 in 2020 (or 40.6%). In other words, the increase in gun deaths account for 91% of the overall jump in homicides.[3]

Gun use was notable in other violent crimes as well. For example, aggravated assaults rose by 8.4%, and assaults with a firearm jumped by 39.2%. And although robberies decreased by 10%, the share of robberies involving a firearm rose from 23.9% of all robberies to 25%.[4] Most of the gun violence happened in the streets, which is something new for California, and flies in the face of gun control media that pushes the narrative about access to firearms in the home.

Crimegrade.org reviews different types of crime rates for each state. California currently has an "F" rating meaning that "the rate of violent crime is higher than the average U.S. state. California is in the 21st percentile for safety, meaning 79% of states are safer and 21% of states are more dangerous."[5]

The Public Policy Institute of California reported that California's major cities—Los Angeles, Oakland, San Diego, and San Francisco—show increases in property and violent crime and those numbers continue to grow.[6] The same group also notes that while the violent crime rate had a slight decrease in 2020 (probably due to pandemic lockdowns and not due to gun law enforcement), homicides (30% increase) and aggravated assaults (7.5% increase) both increased.

Even the largest gun control group in the country, Everytown for Gun Safety, is reporting that "in California the rate of gun deaths increased 10% from 2011 to 2020" and "gun homicides increased 31% compared to a 12% increase and 70% increase nationwide, respectively." "California has the 30th highest rate of gun homicides and gun assaults in the US. In California, 71% of all homicides involve a gun, compared to 76% nationwide."[7] So what is it Mr. Newsom? Is gun violence going down because of all of your gun control laws or not? It seems that the statistics from multiple groups seem to suggest that Mr. Newsom and his political cronies are just using the recent tragedies to push their agenda further and to politicize the issues instead of dealing with the real issues.

Recently, more than forty District Attorneys in California filed suit[8] to keep re-offenders in jail and stop the early releases of criminals from the passage of AB 109/Proposition 57, a bill that allows for early release of violent criminals because of jail over-crowding. Those inmates who were being granted early release included those with firearm violations,

> California currently has an "F" rating meaning that "the rate of violent crime is higher than the average U.S. state. California is in the 21st percentile for safety, meaning 79% of states are safer and 21% of states are more dangerous.

1. msn.com/en-us/news/crime/how-gun-violence-in-california-compares-to-other-states/ar-AALxaxF , citing Center for Disease Control Study
2. cdc.gov/nchs/pressroom/states/california/ca.htm
3. ppic.org/blog/gun-deaths-drive-californias-largest-ever-rise-in-homicides/
4. ppic.org/blog/gun-deaths-drive-californias-largest-ever-rise-in-homicides/
5. crimegrade.org/violent-crime-california/
6. ppic.org/publication/crime-trends-in-california/
7. everystat.org/wp-content/uploads/2019/10/Gun-Violence-in-California.pdf

LOCAL ADVOCACY REPORT **PROGRAM REPORTS**

| Rank | State | Louisiana Firearm deaths per 100k people, 2019 | Total firearm deaths, 2019 | Background checks per 100k people, 2020 | 1-yr. change in background checks (%) |
|---|---|---|---|---|---|
| 1 | Mississippi | 23.7 | 705 | 12,326 | 53.9 |
| 2 | Alaska | 23.0 | 168 | 13,526 | 28.6 |
| 3 | Wyoming | 22.5 | 130 | 15,790 | 49.1 |
| 4 | Alabama | 21.8 | 1,071 | 22,138 | 57.3 |
| 5 | New Mexico | 21.8 | 457 | 9,836 | 31.5 |
| 6 | Louisiana | 21.5 | 999 | 9,261 | 52.5 |
| 7 | Missouri | 20.2 | 1,239 | 11,539 | 42.2 |
| 8 | South Carolina | 19.4 | 1,001 | 10,312 | 61.8 |
| 9 | Arkansas | 18.7 | 563 | 10,761 | 46.7 |
| 10 | Tennessee | 18.6 | 1,270 | 14,420 | 55.0 |
| 11 | Montana | 18.3 | 196 | 16,158 | 49.1 |
| 12 | Oklahoma | 18.2 | 719 | 11,885 | 30.6 |
| 13 | Georgia | 16.0 | 1,695 | 8,515 | 67.7 |
| 14 | West Virginia | 16.0 | 286 | 14,826 | 28.9 |
| 15 | Nevada | 15.7 | 483 | 7,121 | 70.9 |
| 16 | Arizona | 15.6 | 1,136 | 9,143 | 78.4 |
| 17 | Kentucky | 14.9 | 667 | 74,546 | -19.2 |
| 18 | Colorado | 14.4 | 832 | 11,817 | 44.9 |
| 19 | Indiana | 14.1 | 952 | 28,751 | 33.4 |
| 20 | Ohio | 13.5 | 1,578 | 8,356 | 53.0 |
| 21 | Idaho | 13.5 | 241 | 15,740 | 34.4 |
| 22 | Kansas | 13.4 | 390 | 8,567 | 49.4 |
| 23 | Florida | 13.4 | 2,872 | 8,903 | 59.9 |
| 24 | North Carolina | 13.3 | 1,397 | 8,489 | 67.9 |
| 25 | Oregon | 13.2 | 556 | 12,236 | 44.3 |
| 26 | Texas | 12.7 | 3,683 | 8,019 | 56.4 |
| 27 | Maryland | 12.5 | 753 | 5,005 | 103.3 |
| 28 | South Dakota | 12.3 | 109 | 13,050 | 35.1 |
| 29 | Michigan | 12.0 | 1,200 | 10,699 | 117.1 |
| 30 | Pennsylvania | 11.9 | 1,528 | 11,349 | 47.1 |
| 31 | Virginia | 11.9 | 1,014 | 9,648 | 60.6 |
| 32 | Utah | 11.9 | 380 | 37,953 | 47.8 |
| 33 | Maine | 11.7 | 157 | 10,203 | 51.3 |
| 34 | North Dakota | 11.7 | 89 | 11,215 | 41.5 |
| 35 | New Hampshire | 11.2 | 152 | 12,846 | 55.7 |
| 36 | Washington | 10.9 | 830 | 10,262 | 28.7 |
| 37 | Illinois | 10.7 | 1,362 | 58,832 | 50.6 |
| 38 | Wisconsin | 10.2 | 595 | 12,566 | 67.9 |
| 39 | Nebraska | 10.0 | 194 | 5,403 | 53.2 |
| 40 | Vermont | 9.5 | 59 | 9,289 | 61.7 |
| 41 | Delaware | 9.2 | 90 | 7,913 | 66.0 |
| 42 | Iowa | 8.9 | 282 | 8,577 | 48.0 |
| 43 | Minnesota | 8.2 | 463 | 16,994 | 40.5 |
| 44 | California | 7.5 | 2,945 | 4,052 | 29.1 |
| 45 | Connecticut | 5.1 | 183 | 6,149 | 26.8 |
| 46 | Rhode Island | 4.2 | 45 | 4,849 | 111.1 |
| 47 | New Jersey | 4.1 | 366 | 2,003 | 94.9 |
| 48 | New York | 4.1 | 794 | 2,611 | 42.9 |
| 49 | Hawaii | 3.9 | 55 | 1,420 | 58.7 |
| 50 | Massachusetts | 3.4 | 237 | 3,810 | 23.7 |

domestic violence, and even more violent histories. As an example of the failure of AB 109, in Lancaster County more than 300 inmates were released under partial supervision and 200 of those inmates have been re-arrested for new crimes. San Bernardino County has noted that there are high level gang members being released and in San Francisco, more than 300 inmates with violent pasts like sexual assault and weapons-related offenses have been released under this law.[9] Newsom continues to call for ending the Department of Juvenile Justice and State Prisons which is sure to lead to even more crime in the state. Newsom and gun control politicians pushing more laws are yet to address what affects citizens the most—being easy on criminals and threats to common people.

Mental illness is one of the few areas that people like to discuss when looking at violent acts against others, however the National Library of Medicine published and has been tracking cases of mental illness as it relates to violence for many years. Their studies have found that there is almost three times the amount of mental illness in arrested males than in the general population and most common are substance abuse disorders and personality disorders.[10] Law enforcement is also reporting a rise in mental health incidents across the country.[11] Overall, people with serious mental illness—which generally refers to

**So what is it Mr. Newsom? Is gun violence going down because of all of your gun control laws or not? It seems that the statistics from multiple groups seem to suggest that Mr. Newsom and his political cronies are just using the recent tragedies to push their agenda further and to politicize the issues instead of dealing with the real issues.**

those with major depressive disorder, bipolar disorder, schizophrenia, and schizoaffective disorder—are somewhat more likely than members of the general public to commit acts of violence, research shows.[12] The study goes on to note that there is a link between mental illness and violence, but not every person with mental illness is violent. Mental illness coupled with substance abuse and lack of access to treatment are the biggest factors of mental health and violence. And, when someone with these issues lives in a neighborhood that is violent, unsafe, poor, and high crime, the issues of mental health and violence collide.[13] For young people it is even more of an issue with an estimated 76% of youth with severe depression never receiving treatment.[14] There is no way to catch every mental health risk, but if access to services were more available, maybe some of the incidents we have seen over the past months would not have occurred.

If all of these statistics are readily available online, which they are, why would Newsom and his gun-control supporters move so forcibly to sign even more gun control into law knowing that it does not work? Why would

8. placer.ca.gov/7343/DA-File-Suit-Challenging-Early-Release-P

9. cjlf.org/releases/12-16.htm

10. ncbi.nlm.nih.gov/pmc/articles/PMC2686644/

11. bing.com/videos/search?q=mental+health+issues+and+violent+crime&docid=608038636413783103&mid=4C1F470A42D9E09519944C1F470A42D9E09519944&view=detail&FORM=VIRE

12. link.springer.com/article/10.1007/s00127-011-0356-x

13. apa.org/monitor/2021/04/ce-mental-illness

14. ui.asu.edu/content/mass-shootings-and-mental-health-what-can-be-done



Crime Grades



A+ (dark green) areas are safest

President Biden focus on pushing issues that have already been ruled unconstitutional by federal courts especially when videos of the President's own son are out there with illegal firearms? It's because they have an agenda. They have no idea how to get tough on crime without agitating their base of voters and they have no idea how to deal with mental health issues in the state. Politicians **know** that more gun control does not work but they are not willing to address the difficult issues that lay before them. They **know** that the only people who will follow the laws are the citizens who already are compliant and who are not the problem. Politicians would rather "act" like they are doing something than deal with the real issues of criminals, gangs, drugs, and mental illness that plague many communities.

We must call out Newsom and his followers as the do-nothing politicians that they are. Call them out for increasing the dangers to regular citizens while making it more difficult for people to protect themselves and call them out for attempts to pass laws they **know** are unconstitutional. Call them out for promoting false narratives in press conferences that lead the average person to think that one more gun control measure will somehow stop those intent on hurting others.

It is time for the people of California to demand better from the Governor and elected officials and put the pressure on so they will address the real issues instead of placating their supporters and the gun control lobby paying for their campaigns. **CRPA**

*Tiffany D. Cheuvront leads the local ordinance project for Michel & Associates, P.C. With over 19 years' experience in the non-profit and regulatory fields, she practices civil rights litigation and corporate governance law (five of those years working specifically in Second Amendment and CA policy). Tiffany has written and provided testimony on issues at the local, state and federal levels of government.*

# LOCAL ADVOCACY REPORT

### BY TIFFANY D. CHEUVRONT

The **Local Advocacy Project** actively monitors all of California's 58 counties and 482 municipalities to support or oppose any proposed ordinance, law or policy likely to impact Second Amendment rights. Local efforts include developing and working with a network of professionals, citizens, local government officials and law enforcement professionals to effectively oppose local threats to California gun owners. These efforts also serve as the foundation for litigation efforts against municipalities that enact anti-gun-owner legislation.

| JURISDICTION & ISSUE | DESCRIPTION | LOP RESPONSE | STATUS |
|---|---|---|---|
| **VENTURA COUNTY FAIRGROUNDS** | For years, the Ventura County Fairgrounds has been debating over whether to hold gun shows or stop them at the requests of gun control activists. | The first week of January 2022 a group of gun control activists attempted to stop the gun shows again by attempting an emergency meeting and barely notifying anyone in the community. One of our members in the area got that notice and sent it to CRPA right away.<br><br>CRPA grassroots, chapters, and volunteers rushed to action and attended the online meeting. | After a very long meeting behind closed doors with legal counsel, the Ventura Fair Board reluctantly voted 4-3 to keep the gun shows in 2022.<br><br>Two bills were introduced to ban gun shows in Ventura and state-wide at the state level. These bills will change over the course of the legislative session, and we will be monitoring and offering testimony in opposition as well as having our legal team prepped. |
| **DEL MAR FAIRGROUNDS GUN SHOW ATTACKS CONTINUE** | For months the Del Mar gun show has been under siege from groups seeking to end the show. On September 11, 2018, the Del Mar Fair Board of Directors voted to institute an up to 1-year moratorium on gun shows beginning in 2019 while they "study the safety" of the gun show. | Additional legislation has been introduced at the state level that would prevent gun shows from occurring at the Del Mar Fairgrounds.<br><br>CRPA was a named plaintiff in a federal lawsuit against the fairgrounds in an effort to protect your right to come together with others in the gun culture and hold lawful and safe events on public property. More information on the lawsuit can be found at **michellawyers.com. Use the search box, entering "B & L Productions".** | For now, the federal courts have ordered that the gun shows may continue at the Del Mar Fairgrounds while the litigation progresses; the next gun shows will be in 2021.<br><br>Assemblyman Gloria sponsored a bill to prohibit the selling of firearms and ammunition at the Del Mar Fairgrounds (a sneaky way to try to stop gun shows again). CRPA is once again bringing litigation against this unconstitutional attempt at restricting your rights. More information will be available as the case proceeds. |
| **ORANGE COUNTY FAIRGROUNDS GUN SHOWS** | For months Senator Min has been trying to ban gun shows at all state facilities. Unable to get the support needed for this bill, Min revised his SB 264 to only apply to gun shows at the Orange County Fairgrounds. | CRPA is also fighting SB 264 (Minn) that seeks to stop gun shows at Orange County Fairgrounds. We are prepared to fight this legislation as well, should it pass. Senator Min has threatened legal action against the fair board if they attempt to approve any additional gun show contracts. CRPA has sent a letter outlining that Min has no authority to threaten a sitting board. | CRPA is also fighting SB 264 (Minn) that seeks to stop gun shows at Orange County Fairgrounds. We are prepared to fight this legislation as well. Senator Min has threatened legal action against the fair board if they attempt to approve any additional gun show contracts. CRPA has sent a letter outlining that Min has no authority to threaten a sitting board. |
| **COUNTY OF SAN MATEO** | New Commissioners in the county are looking at hosting a public safety meeting with Giffords Law Center to discuss whether "Red Flag" laws are doing enough or if they should be expanded. | CRPA is monitoring this meeting and we encourage all those who can attend to plan on going and speaking out against these laws that are an overreach of government and a violation of due process for many. | More information will be coming as it is made available. |

| JURISDICTION & ISSUE | DESCRIPTION | LOP RESPONSE | STATUS |
|---|---|---|---|
| COW PALACE GUN SHOWS DALY CITY | The California Legislature passed a bill in 2018 that would ban gun shows at the Cow Palace state venue as part of the concerted effort by opposition groups. This bill was vetoed by then Governor Brown. The pending legislation to stop gun shows and dismantle the Cow Palace authority was dropped; however, this came with the condition that the Cow Palace board would stop holding gun shows in the future. | CRPA drafted a prelitigation letter to the board of the Cow Palace to inform them of pending legal action should they persist with denying gun shows access to state property. CRPA will continue to monitor the situation. | The board voted in November to re-consider its stance against gun shows given the possible constitutional violations that have been outlined by the federal courts on this subject. As of September 2021, we are still waiting on a report from the Cow Palace board as to what they plan to do with gun shows. COVID-19 has delayed holding meetings on these issues. |
| STATEWIDE PUBLIC RECORD REQUESTS | CRPA regularly seeks and obtains public records in connection with any anti-gun efforts in California. Such efforts include proposed anti-gun ordinances, gun buyback programs and other anti-gun regulatory enforcement issues. | Responses to these requests often yield valuable results, such as which members of a local government entity are working with anti-gun groups, sources of funding and other important information. | Ongoing. CRPA attorneys monitor and review thousands of pages of public records requests each month. |
| CITY OF SAN JOSE | The Mayor for the City of San Jose wants to push mandatory insurance for all gun owners in the City as a way of paying for criminal violence that occurs in his City. | CRPA sent a letter previously on this same issue when the Mayor tried to make this a priority for his city in 2019. The Mayor has once again resurrected this issue and is trying to get mandatory insurance for gun owners or a mandatory fee to the City passed. The staff have been directed to come back with ordinance language in September. There is no new news on this issue as of the drafting of this alert. | CRPA has submitted public record requests and is preparing a lawsuit for filing should the city pass this ordinance. San Jose passed the ordinance even though there was 4 hours of testimony from the public against it. CRPA is preparing to sue as soon as the matter is ripe for the courts to consider. |
| CITY OF WEST HOLLYWOOD | The City of West Hollywood is attempting to pass a mandatory locked storage ordinance similar to others that are promoted by gun control advocacy groups. | CRPA alerted members in the area, and we are prepared to file legal action if the ordinance passes. If you are interested in being a named plaintiff in that legal action please contact us at potentialplaintiffs@michellawyers.com. | Some of the public comments against the ordinance can be found on the City Council page and here: https://wehotimes.com/gay-republicans-to-speak-out-against-wehos-safe-gun-storage-ordinance/ https://weho.granicus.com/MetaViewer.php?view_id=2&clip_id=3610&meta_id=202522 https://weho.granicus.com/MetaViewer.php?view_id=2&clip_id=3610&meta_id=202533 https://weho.granicus.com/MetaViewer.php?view_id=2&clip_id=3610&meta_id=202848 The City Council instructed the city attorney to draft the ordinance and bring it back to the Council at a later meeting. Make sure you follow CRPA on social media for all the latest news. |

| JURISDICTION & ISSUE | DESCRIPTION | LOP RESPONSE | STATUS |
|---|---|---|---|
| CITY OF MONTE SERENO | The City is attempting to pass a mandatory locked storage ordinance similar to others that are promoted by gun control advocacy groups. | CRPA alerted members in the area, and we are prepared to file legal action if the ordinance passes. CRPA legal team also drafted letters of opposition to the city council which was quoted by a council member that was opposed to the ordinance. | The ordinance passed the first reading even though the city attorney gave bad advice on the likelihood of having to defend legal action and admitted that there have been no firearm-related crimes in the city. We will continue to monitor this situation. |
| CITY OF HERMOSA BEACH | The City is attempting to pass a mandatory locked storage ordinance similar to others that are promoted by gun control advocacy groups. | CRPA alerted members in the area, and we are prepared to file legal action if the ordinance passes. CRPA legal team also drafted letters of opposition to the city council. | We are awaiting further action from the city at this time and will update our members when more information is available. |
| GHOST GUN BANS | Gun Control groups are busy pushing to try to get local jurisdictions to pass restrictions on the possession, sale, transfer, or manufacturing of "ghost guns" including precursor parts | San Diego, Los Angeles, and San Francisco have all passed the same basic ordinance in the last few weeks. The problem with these ordinances is that they address areas of concern that are controlled by the state AND there is no clear definition of what a precursor part is at the moment- these cities just made every piece of metal illegal to own and created criminals out of citizens with lawful products overnight. | CRPA is preparing for legal action on this issue. We will have more information shortly. We are waiting on official rulemaking from the state in order to address the issue to the fullest. Comments were also called for and submitted. |
| CITY OF BEVERLY HILLS | The City of Beverly Hills is discussing mandating training for all gun owners who live in the city and currently make FFLs in the city sign an assumption of liability for damages occurring due to their products | These ordinances violate civil rights and go against commercial manufacturing and product liability protections for those in the product chain who can only be held responsible if the product is damaged or they know that the person is planning on using the product outside of its intended purpose. | |
| DOJ COE ISSUES | It has come to our attention that there may be businesses and individuals that are having great difficulty getting their COE renewal from DOJ. | Not having a valid certificate of eligibility (COE) prevents firearms business owners from operating and completing purchases and individuals from receiving and handling ammunition for many programs. We are hearing reports that the DOJ is taking months to return approved COE applications. | If you are having trouble with this area, please send us a message at contact@crpa.org so we can reach out to you and see if we can assist. |
| CRPA COALITION WORK | The CRPA has been working with other groups across the state for years to influence and advance pro-2A work in the state. We believe in leveraging our combined strength to get things done. | Coalitions are built from other non-profit groups with similar missions coming together. We work with local chapter leaders, elected officials and legislative teams to push support and protection of the Second Amendment. | Watch for joint letters from coalition groups to fight harmful legislation in the state and for work with other groups during this election cycle. To sign up for the Range Coalition, send an email to ranges@crpa.org |
| CALL FOR PLAINTIFFS | If you are a CRPA member, we need you! | When local ordinance issues do not go well, we have to fight for your rights in court. We need members just like you who are negatively affected by these unconstitutional laws to step up as named plaintiffs in the legal actions that may follow. | If you are interested in serving as a plaintiff in any of our upcoming litigation, please contact us at potentialplaintiffs@michellawyers.com. |

# CRPA PROGRAMS UPDATE

## SPOTLIGHT: BUSINESS AFFILIATES, FFL DEALERS AND CRPA OPPOSES LEGISLATION THAT SEEKS TO ADD DEALER REQUIREMENTS

**I**f you are an FFL in California, you know how difficult business in this state can be! Numerous regulations over the years have forced many out of the state and others are discouraged with what you see coming in recent days.

CRPA has been and will continue to fight for your rights, just like those of the individual gun owners. We created the advance push back against Prop 63 (Gunmageddon) in 2016 and have three cases from that one piece of legislation that are pending in the Ninth Circuit right now. They are all on hold until the Supreme Court releases an opinion in the *NYSRPA v. Bruen* case, which is why that is such a big case for gun owners across the country! We are hopeful that, unlike *Heller* and *McDonald* that addressed very specific singular issues, that *NYSRPA* will address a broader scrutiny issue which will impact many of these issues we have been dealing with over the years in California.

Well, the new barrage of gun legislation lining up since June is telling. All of the suggestions that President Biden made, like limiting the age of purchasing a gun to 21 years old, and national registries are unconstitutional—federal courts have already ruled on those. California Governor Newsom is demanding that the legislators in Sacramento bring him more gun control laws to pass, even though the statistics do not bear out or support his statements on the "successes" of California gun laws.

A good example of this is SB 1384 by gun control advocate Senator Min who will do anything to try to stop gun sales in the state (he is already attempting to stop gun sales at all state property even though this was a complete failure last session and will cost the state hundreds of thousands of dollars in legal fees). SB 1384 would require FFLs to have a digital video surveillance system on their premises and would require FFLs to carry a general liability policy. FFL and employees would be required to complete annual training developed and testing administered by the DOJ. Not something that we want—More DOJ interaction that is less than stellar and impacts business dealings!

DOJ is already stating that they are overburdened with processing Certificate of Eligibility checks, background checks, Dealer Record of Sale documentation, current inspections, rights restoration requests for clearing bad dispositions off records, and ammunition checks. How can they possibly keep up with additional requirements that would require DOJ agents to conduct inspections of video surveillance, receive and review annual certifications for video surveillance systems, adopt regulations regarding placement of building security bollards outside of the licensing premises, conduct inspections of training records, develop and implement training, certification, and examinations for employees.

CRPA is appearing in Sacramento at hearings on this and other legislation and we have letters of opposition on file. These are important for establishing a record of opposition should this have to go to litigation down the road. We do know that Newsom is pushing for more gun control because it makes him look like he is doing something even though these provisions would do nothing to stop the mass shootings from June. CRPA will continue to fight against bad legislation in Sacramento and in the courts. You can keep up with all of the legislative updates by visiting **crpa.org/programs/legislative-advocacy/** frequently during legislative session.

Not a Business Affiliate Member? Email us at **contact@crpa.org** for more information. **CRPA**



▶ **Los Angeles, CA USA -** December 6, 2020: The front of a gun store. (SHUTTERSTOCK)

## SEE ALL OF CRPA'S PROGRAMS AT CRPA.ORG

| | | |
|---|---|---|
| LEGISLATIVE ADVOCACY | SHOOTING PROGRAMS | 2A LITIGATION PROGRAM |
| REGULATORY WATCH PROGRAM | RANGES & RETAILERS PROTECTION PROGRAMS | BUSINESS AFFILIATE PROGRAM |
| WOMEN'S PROGRAM | HUNTING & CONSERVATION | VOLUNTEERS & GRASSROOTS |
| FIREARM SAFETY PROGRAMS | LAW ENFORCEMENT INITIATIVE | CAMPAIGNS & ELECTIONS |
| HISTORICAL ARMS COLLECTING & EXHIBITIONS | LOCAL ADVOCACY & CRPA CHAPTERS | PUBLICATIONS |

## SPOTLIGHT ON

# JIM CAIRNS

**Jim Cairns really learned about firearms during his time in the military.**
He vividly recalls his first time shooting an M16 and describes it as incredible. However, that was not his very first experience shooting a firearm. When Jim was eight years old, the parents of a childhood friend invited him out to shoot with their family. That day he shot his very first shotgun and, although it knocked him down, he hung on and only became intrigued. Later, Jim's dad gifted him a Daisy Red Ryder BB Rifle.



**BY CHRISTINA GASTELO**
VOLUNTEER COORDINATOR

Eventually, he graduated to a .22 caliber rifle and would frequent the foothills in Fresno to go shooting. Jim has been a firearm enthusiast ever since and believes if you want to keep your freedoms, you must get in the fight! Jim has been a member and a volunteer for CRPA for nearly two years. He has volunteered his time at several youth events as a range safety officer and can also be found greeting attendees behind the CRPA membership booth.

Jim credits Ken, his best friend of 50 years, for providing inspiration and support for his involvement.



▶ **Cairns on the range** at "Take out Bin Laden Day," on August 17th, 2021 in Twin Falls Idaho. (KEN CRABTREE)



▶ **Cairns on the range** at "Take out Bin Laden Day," on August 17th, 2021 in Twin Falls Idaho. (KEN CRABTREE)

Ken, who lives in Idaho is an avid supporter of the Second Amendment and belongs to the Idaho Second Amendment Association. Jim does an annual trek to Idaho to visit Ken for their Annual "Remove Bin Laden" target day, and some kayaking down the Snake River.

Jim and his wife Griselda find a sense of accomplishment when volunteering. Together, they volunteer for the Rose Parade Float Committee. They help decorate Parade Floats for the annual Rose Parade in Pasadena, CA. They also volunteer for the "Zelstra Foundation", honoring first responders. They are avid music lovers, enjoy attending as many concerts as possible, and are members of Muse-ique and Pasadena Pops. They also golf together and go ocean cruising as



▶ **Cairns at the Lytle Creek Turkey Shoot and Open House** on Nov 20, 2021. (CHRISTINA GASTELO)

often as possible. CRPA is grateful to have Jim and we thank you for getting in the fight!

**Do you have an anecdote about this cause/organization that really moved you?**
**Jim Cairns:** "Be safe. Shoot straight. Fight back." It couldn't be much clearer than that.

**When did you get involved with this organization?**
**JC:** I joined CRPA about a year-and-a-half ago. I was a current member of the NRA. However, after doing a little research, I discovered that the NRA wasn't very active in California. I did discover that CRPA was very actively involved in the Second Amendment, and that's very important to me.

**How do you believe others can get involved?**
**JC:** People need to become CRPA members. Once they do, it becomes much clearer about what's involved and what needs to be done to retain our freedoms.

**What do you hope the organization will achieve in the near future... and in the long term?**
**JC:** CRPA and its attorneys have an incredible track record at defeating anti-Second Amendment politicians. There are many more ridiculous anti-Second Amendment laws out there, but in the long run, I do believe that the CRPA will defeat them.

**What motivates you to stay involved?**
**JC:** "Just win, baby!" is what I keep reminding myself of. Turning back to tyranny and crooked politicians is plenty of motivation for me! **CRPA**

# VOLUNTEER REGISTRATION FORM

| First Name | Middle Initial |
|---|---|
| | |

**Last Name**

**Street Address**

**City, County, State, Zip Code**

**Cell Phone**

**Email Address**

**Date**

**Check your areas of interest. This is not an exclusive list. You can always change your mind.**

☐ Join a CRPA Chapter

☐ Visit Local Businesses to Promote Affiliate Program

☐ Work on Political Campaigns or Elections

☐ Assist with Youth/Women's Events / RSO

☐ Assist with Training Events / RSO

☐ Assist with Hunting Events

☐ Be a CRPA Membership Recruiter

☐ Liaison with Local Authorities and Council Members

☐ Teach Firearm Safety and Proficiency

☐ Promote CRPA/Pro-2A Messaging/PR Campaigns

☐ Other:

## THANK YOU!

Return to the **California Rifle & Pistol Association**
**Attn: Volunteers Program**

271 E. Imperial Highway, Suite #620, Fullerton, CA 92835

Phone: (714) 992–2772, ext. 8752  I  Email: volunteer@crpa.org

# VOLUNTEERS ARE CRPA'S MOST POWERFUL WEAPON!

CRPA is looking for men and women to join the fight for our rights as a CRPA volunteer or grassroots activist. You can feel good about being part of the solution, meet new friends, learn about guns and politics and get free CRPA swag! For more information, fill out and send in the volunteer form (page 56), email us at **volunteer@crpa.org** or call (714) 992–2772, ext. 8752.

Because of CRPA's tremendous growth, and with the support of our members and like-minded organizations, CRPA is expanding its involvement in local campaigns and elections and sponsoring and participating in more events. CRPA has made a substantial investment in grassroots/volunteer coordinating, local election messaging technologies and added staff to manage volunteers and events.

CRPA Chapters and affiliated groups maintain their independence, but work with CRPA and get access to: (1) real-time legislative information from our legislative advocates in the Capital; (2) CRPA/NRA campaign finance and PAC lawyers; (3) CRPA/NRA firearms lawyers who answer questions, fight for local FFLs and ranges in your area, oppose local gun control ordinances and file lawsuits; and (4) regular communication among coalition partners and other local groups to learn from each other and build a stronger network of activists. CRPA needs volunteers to work as Chapter Leaders; Government Liaisons (i.e., candidate development and local issues and ordinances coverage); Retail/Ranges Liaisons; Volunteers and Events Liaisons; and CCW Liaisons, among other things.

CRPA invites individuals as well as local 2A groups, clubs, ranges and FFLs to be a part of the effort in your county. Join us! **Volunteer for CRPA!**



▶ **Safety lecture** for BSA California Inland Empire Council Scout Adventure Day.

# EVENTS & TRAINING

## EVENTS

### JULY

**July 9-10**
**CODE OF THE WEST VALLEJO**
Solano County Fairgrounds
Vallejo, CA

**July 16**
**RAAHAUGES YOUTH DAY SPONSORED BY CRPA**
Mike Raahauge's Shooting Range
Eastvale, CA

**July 16-17**
**CROSSROADS OF THE WEST: ONTARIO GUN SHOW**
Ontario Convention Center
Ontario, CA

**LOCATION KEY**
🟨 NORTHERN CALIFORNIA
🟩 CENTRAL CALIFORNIA
🟧 SOUTHERN CALIFORNIA
🟦 OUT OF STATE

**July 23**
**YOUTH EXPO COMPTON HUNTING & FISHING CLUB**
Compton Hunting & Fishing Club
Compton, CA

**July 23-31**
**RAMONA JUNIOR FAIR**
431 Aqua Lane
Ramona, CA

## AUGUST

**August 2**
**NATIONAL NIGHT OUT**
National Event
Every City, CA

**August 10-14**
**SISKIYOU GOLDEN FAIR**
Siskiyou Golden Fairgrounds
Yreka, CA

**August 10-14**
**NEVADA COUNTY FAIR**
Nevada County Fairgrounds
Grass Valley, CA

**August 13-14**
**CROSSROADS OF THE WEST:**
**BAKERSFIELD GUN SHOW**
Kern County Fairgrounds
Bakersfield, CA

**August 25-28**
**MODOC DISTRICT FAIR**
Modoc District Fairgrounds
Cedarville, CA

**August 26-28**
**41ST RAMONA RODEO**
Fred Grand Arena
Ramona, CA

**August 27-28**
**CROSSROADS OF THE WEST:**
**VENTURA GUN SHOW**
Ventura County Fairgrounds
Ventura, CA

## CRPA TRAINING COURSES

- Basic Rifle
- Basic Pistol
- Basic Shotgun
- Home Firearms Safety
- Basic Range Safety Officer
- Personal Protection in the Home
- Personal Protection Outside the Home
- Metallic Cartridge Reloading
- Hunters Education Traditional Course
- Hunters Education Follow-up Course
- Wild Game Cooking
- Wild Game Field Dressing
- First Aid/AED/CPR
- Wilderness First Aid
- Archery
- Basic Backpacking
- Leave No Trace
- Emergency Preparedness
- Photography
- Basic Map and Compass
- Trauma/ First Aid

# TRAINING VIDEOS & INFO ARE AT CRPA.ORG/ TRAINING-AND-EDUCATION



▶ **LA South Bay Gun Owners** (a CRPA chapter) – SCOTUS Party Thursday June 23rd. (DAVE RACE)

## TRAINING

### JULY

**July 9**
**RIFLE SHOOTING BASICS**
Fullerton, CA

**July 9**
**HUNTER EDUCATION**
Fullerton, CA

**July 16**
**PERSONAL PROTECTION IN THE HOME**
Fullerton, CA

**July 23**
**SHOTGUN SHOOTING BASICS**
Fullerton, CA

**July 30**
**CHIEF RANGE SAFETY OFFICER**
Fullerton, CA

### AUGUST

**August 6**
**HUNTER EDUCATION**
Fullerton, CA

**Aug 13**
**PISTOL SHOOTING BASICS**
Fullerton, CA

**August 20**
**RIFLE SHOOTING BASICS**
Fullerton, CA

**August 27**
**HUNTER EDUCATION**
Fullerton, CA

### SEPTEMBER

**September 10**
**PISTOL SHOOTING BASICS**
Fullerton, CA

**September 10**
**HUNTER EDUCATION**
Fullerton, CA

**September 17**
**SHOTGUN SHOOTING BASICS**
Fullerton, CA

**September 24**
**RANGE SAFETY OFFICER**
Fullerton, CA



▶ **The five new shooters** to the Etna trap team shoot under the watchful eye of head coach Tony Stalker and coach Brandon Buell (in uniform), both are Etna police officers in the PAL (Police Activity League) program. (BYRAN DUNCAN)



▶ **After shooting,** Jacob Baxman *(foreground)* and other YHS Trap Team members performing maintenance at the Yreka Clay Birds clubhouse. (BYRAN DUNCAN)

# INTRODUCING THE ETNA POLICE DEPARTMENT PAL PROGRAM AND THE FIRST TEAM OF THE LEAGUE, THE ORLAND HIGH SCHOOL TRAP TEAM

**BY BYRAN DUNCAN**

**T**he Yreka High School Trap Team is practicing and improving, although the perfect score of 25 out of 25 is being elusive this season. Both senior Ty Libby and junior Peyton Zanotto, have been able to shoot 25, but not back-to-back, for the next level of 50 out of 50. One bird is all it takes to miss the next level. On the other side of the coin, freshman Bella Verry, the athlete who had no gun experience and was lucky to hit one bird out of 50, has improved. She handles her shotgun safely and scores are on the rise, with a solid 15 or better out of 25. The team is truly coming together, which includes many off the range activities, such as assisting at the Mother's Day Craft Show and

Championship Chainsaw Carving held at the Siskiyou Golden Fair Grounds, at the Siskiyou County NRA Dinner in Montague, and the Rocky Mountain Elks Dinner in Yreka.

As the team prepares for the first in-person competition of this season, the Redding Invitational, sponsored by our friendly rival, Foothill High School, we are taking a moment to introduce some of the teams we shoot alongside and against. The



▶ **Mike Lewis points out** the highest bidder, while seventh-grader Bret Keele hold up the chainsaw-carved feather. Bret is looking forward to joining his brother on the YHS Trap Team. His brother, Briley, is standing behind him with Kale Nixon, as they discuss moving the next heavy auction item into place with a dolly. (BYRAN DUNCAN)

CRPA works with and supports the Civilian Marksmanship Program (CMP), a national organization created by federal law that provides citizens around the country with firearm training and learning opportunities, similar to the operations of CRPA.

The CMP's highest priority is serving youth through gun safety education and marksmanship events that encourage personal growth and life skill development. CRPA whole-heartedly joins in and supports these efforts.

CMP has also developed excellent match procedures at competitive and recreational shooting events that are being incorporated into CRPA's own event and match management processes. Individuals can keep informed about CMP affiliated matches by visiting the CMP's Competition Tracker page at http://ct.thecmp.org.

The CMP also sells select vintage military rifles to qualified U.S. citizens at a great price, along with competitive equipment and memorabilia! You can learn more about getting started on your own marksmanship journey through the CMP at https://thecmp.org/get-started/.

Visit us online at www.TheCMP.org



▶ **Etna's graduating seniors,** Michael Medvar-Berry *(left)* and Colby Bridwell *(right)*, from the trap team take a moment for a photo opportunity with a proud mom at the Yreka Clay Birds' portion of the Dodge Shooting Range. (BYRAN DUNCAN)

distinction of against and alongside is based upon the team size. We are all in the same conference (California) and are then further classified by team size, rather than school size, thus shooting against teams of similar size and alongside larger and smaller teams.

The first team to introduce is a fellow Siskiyou County Team that we shoot alongside. The Etna High School Trap Team doubled their number of athletes from four to nine this year. Interestingly, the Etna team is sponsored by the Etna Police Department's "Police Activity League" programs, referred to as PAL. The small Etna Police Department covers the city of Etna and the town of Fort Jones, some 12 miles apart, and

assists other agencies in the entire ranching area of Scott Valley with four full-time officers and two volunteer reserves, a part-time detective and two part-time community service officers. The math equates to nine PAL volunteers involved in all 10 Etna school sports, except baseball. The trap team started about the same time the Yreka team began. The team is in their fourth year and per head coach Officer Tony Stalker, "getting better every year." We share the same range and club house provided by the Yreka Clay Birds, sometimes shooting together. The range is just a few miles away from Yreka High School, but the Etna team drives about 30 miles one-way to practice every week. Per graduating

senior Colby Bridwell, his younger brother Chace, a seventh- grader and already a trap shooter, is looking forward to replacing him soon. The team's range safety officer, Officer Josh Short, is also a hunting safety course instructor.

The next team is one we shoot against. The Orland High School Trap Team began in the spring of 2017, being the first school registered in the league, and was one of only two schools in California participating in the California High School Target League. The other school was in Orange County. The State Championships, now held in person in Kingsburg, was a virtual shoot due to the several hundreds of mile distance between the two teams. Anna Canon, the head coach and a CRPA member, wears numerous hats, to include Agriculture Instructor, FFA Advisor and California High School Target League State Director. As there is no trap range near them, the team has been rather resourceful. They received permission from a local farmer to use a field for practice, mounted their trap machine on a trailer, dug a hole and parked the machine and trailer in the hole, when being used, powering the machine with a small generator. Five years later, they are still shooting in the farmer's field and the 27 athletes of the team are just as enthusiastic as ever.

The Yreka High School Trap Team is looking forward to shooting against this great team at the Riverside Invitational and the State Championships. In future articles, we will introduce some of the other amazing teams, athletes, coaches, and supporters.

## STUDENT SPOTLIGHT:
# ORLAND HIGH SCHOOL TRAP TEAM

**BY AUTUMN "OTTER" IRVIN**

I grew up in a gun-friendly family and, occasionally, we would shoot shotguns, rifles, and handguns but I never really went hunting or shot consistently. In my freshmen year, I found out that Orland High School had a trap and sporting clay team. I wanted to give it a shot and I signed up. I went out to my first practice not knowing what to expect, shooting a 20-gauge Winchester and hitting one clay out of 25. I had no knowledge about my gun or how to properly use it. I was very doubtful and didn't think this

 

▶ **LEFT:** Autumn Irvin at Clear Creek Sports Club in Corning, shooting sporting clays. **RIGHT:** Autumn Irvin at Birds Landing Hunting Preserve, shooting sporting clays. (ERIC KNIGHT)

## VEHICLE DONATION PROGRAM

Donate your car, truck, RV or Boat to the CRPA Foundation to support our ongoing commitment to inform and educate all Californians and California gun owners of their constitutional rights. We'll make it easy for you to donate with your free scheduled pick-up, and you may even qualify for a tax deduction!  Visit us online at **crpa-foundation.careasy.org/home.html.**

### WE ACCEPT ALL TYPES OF VEHICLES:

 CARS  MOTORCYCLES  BOATS
 TRUCKS  TRAILERS  AND MORE!

### HOW IT WORKS
1 Call us at **833-200-CRPA** or **833-200-2772.**
2 We will tow your vehicle at no cost to you!
3 Get a tax deductible receipt and help your cause.


▶ **Bruce Chapman,** Autumn Irvin, and Anna Canon at the Navy Seal Foundation. (ERIC KNIGHT)

was going to be my sport. But, that didn't stop me from going out there to have fun and improve my shooting.

My coaches, Anna Canon and Bruce Chapman, saw something in me and wanted to make me better so they let me use a 12-gauge BT99 Browning single shot over-under. For a while, I didn't want to use a 12-gauge shotgun, so everybody would say I'm using the "little girl gun." Once I moved on from the 20-gauge I started to improve. Once my sophomore year came around, I wanted to get serious in the world of shooting.

The more I was on that line, the more I realized it wasn't just physically moving your gun to hit that clay, it's also a mental game. I learned that there are so many little things you must do to focus. When I'm on the line, I keep my head down so I'm not so focused on the other shooters. I count how many shots go off around me, peeking my head up until it's my turn to shoot. While my head is down, I close my eyes and think of the word "black." I think black because when I close my eyes that's all I see, noth-

# GOLDEN RULES OF GUN SAFETY

**1. ALWAYS** treat all guns as if they are loaded.
**2. ALWAYS** keep the gun pointed in a safe direction.
**3. ALWAYS** keep your finger off the trigger until you are ready to shoot.
**4. ALWAYS** keep the gun unloaded until ready to use.
**5. ALWAYS** know your target, its surroundings, and beyond.
**6. ALWAYS** know how to properly operate your gun.
**7. ALWAYS** be sure the gun is safe to operate.
**8. ALWAYS** use only the correct ammunition for your gun.
**9. ALWAYS** wear eye and ear protection.
**10. NEVER** use alcohol or over-the-counter, prescription, or other drugs before or while participating in shooting sports.



For more information and training, please contact the California Rifle & Pistol Association: (800) 305-2772 | CRPA.org

ing but black. That word helps me to keep my focus then, when it's my turn, I have nothing else on my mind other than breaking the clay.

During the spring season, I started to place All-Around Shooter and Top Female Shooter. My name was being heard up and down California by other shooting teams, coaches, newspaper articles, and many other followers in the shooting world. People knew me as "Otter." I was given this name by my coach Bruce because he said Autumn was too hard to remember and an otter is a spunky animal and I'm spunky. Towards the end of the season, many trap teams across the state wanted to have a practice state shoot in Redding. At this shoot, I met many amazing coaches and had the opportunity to compete against many great shooters.

During the shoot, I tied with another sophomore, Peyton Zanotto, which forced us into a shoot off. It was nerve-racking, having five other teams watch you. Whoever was the first person to miss a clay was the loser and that was me. I lost the shoot-off. I never thought that I would end up having a shoot-off with another female shooter, but it was a great experience. I was hoping to see how she was going to shoot in Kingsburg at the state tournament and, even though I haven't fully met her, I'd like to shoot with her for more competition.

The California State High School Clay Target League State Tournament in Kingsburg was one of my bigger achievements before I qualified to compete at the national championships. I placed as California's Top Female Trap shooter with a 20.4 average. I was qualified in the second tier for the national championships which is held each year in

## I've created the best bonds with so many of my teammates that push me every day to do my best and, most of all, we push each other.

# JOIN & SUPPORT
# CRPA'S RANGE COALITION

**CRPA's Range Coalition members are businesses, clubs, private and public ranges throughout California.** Range Coalition members are united to protect range operations and expand opportunities for public participation in the shooting sports so that all Californians have convenient access to ranges and to marksmanship, self-defense, hunting, safety and other training.

The CRPA Range Coalition advocates for ranges in Sacramento and locally to protect ranges and ensure that any proposed legislation or regulatory policies promote proven and sound best management practices and recognize the value of access to ranges and training programs. Through webinars and Information Bulletins, CRPA provides critical information to coalition members and range operators about environmental, safety, insurance, corporate, legal, operational and other important issues of interest.

California's ranges are encouraged to learn more about CRPA's Range Coalition by emailing CRPA at **ranges@crpa.org.**

## JOIN ■ LEARN ■ TEACH ■ THRIVE



► **The Orland HS Trap Team** at the 2021 Nationals in Macon, Michigan. (ERIC KNIGHT)



► **Trio of top scores** are shown by Orland High School Trap Team athletes (left to right) Austin Baylor, Autumn Irvin, and Jermy Crandle. (ERIC KNIGHT)

Mason Michigan. Many of my teammates also qualified to participate. As a sophomore in high school, this was one of the best experiences I've ever had in my life.

More than 2,000 shooters participated from all over the United States and there were over a mile of 40 trap ranges on which we were able to shoot. One of my best memories in Michigan was in my last round of the individual competition. I shot my first 25 on a national level. The best feeling was hearing my parents, coaches, teammates, and their families cheering me on from behind the line.

Everyone on my team has improved so much and has grown to love the sport just as much as I do. Not only do I love this sport because I get to shoot guns, but in the last year, this team has formed a bond that I could never imagine that any sport could have. I can't thank my coaches enough for helping me improve and become who I am today.

This team is one big family. All of the Trap Moms are always supplying us with snacks and drinks. On weekends the Trap Dads are BBQing or something of that nature. I've created the best bonds with so many of

my teammates that push me every day to do my best and, most of all, we push each other. If it wasn't for this sport, I don't know who I would be close friends with today. I am the oldest of all of them and I see so many of them becoming amazing shooters as a team and individually, and I want to push them to do their best every time we get on that line.

It amazes me how far this small-town high school shooting team has come from shooting in a local field to traveling across the nation to compete on a more competitive level. This spring season, I am now a junior and have many goals for myself and the team. Not only has this sport inspired me to become a good trap shooter, but it inspired me to focus, learn accuracy, be a leader, supporter, and most of all, to build friendships. I know for a fact that in the future trap will always be a part of me and hope to continue a more competitive level after high school.

# ORLAND HIGH SCHOOL TRAP TEAM THRIVES:
## AN ATHLETE'S PERSPECTIVE

BY SEAANNA ROSS

**O**ut in a farmer's field, Chuck and Jana Sanford grant us a place to practice our marksmanship. About five years ago, after getting permission to shoot, we took a tractor and dug out a hole. That's where we placed the machine with the help of Clear Creek Sports Club, who provided us with a machine to use. That year, the team had 16 young men and women practicing their 2nd Amendment rights... which was exactly where Bruce and Anna's motivation came from, to teach kids a life-long skill; a skill they were passionate for.

Both being members of the California Rifle & Pistol Association, Bruce and Anna persisted in finding ways to make the sport better and safer for the kids who participate. In these few years they have managed to watch the team grow to 27 members, as well as having 13 shooting in sporting clays. As the team grew, there were bound to be problems that came up. Expenses for ammo and clays as well as kids who don't have access to equipment. Now we can provide the ammunition, eye and ear protection, shell bags, and guns needed for the athletes, which is all provided by the NRA Foundation and their friends. We also get a discount on purchasing clays at the Clear Creek Sports Club and Bird's Landing. With the help of these organizations,

 

▶ **LEFT:** SeaAnna Ross and Amanda Pozzi, a seventh-grader, enjoy a snack break at the range. **RIGHT:** SeaAnna Ross of the Orland High School Trap Team at the Orland's High School range. (ANNA CANON)

we have witnessed participation grow each year and our athletes improve.

Our friends here help us in many ways, yet there is still a lot of underlying support to get the athletes involved. Corey and Scotty Blethroad are also coaches on the team and help with a lot of our appointments. Brenda and Kaylee Thompson are

our scorekeepers, they usually have a bag of candy and hand out a piece to the athletes for some motivation to hit the clays. Kaylee and her husband, Kellon, also push the button for the machine. With this group of supporters, plus parents, the team members have enjoyed success. I have improved a lot since I started shooting



▶ **Cheyenne Petersen zeros in** on a flying clay, which can be seen a few feet above the right corner of the CRPA banner. (ANNA CANON)

for the team. Austin Baylor is probably the most improved shooter currently in both trap and sporting clays. Lauren Lazzaretto is only a sophomore, but she has been competing on the team as a child since it formed in 2017! Not only are these astounding athletes doing well in the sport, but their peers Jeremy Crandall Jr., Hailey Blethroad, and Austin Baylor are

some of the top shooters for trap in the second week of competition. Jeremy Crandall Jr., Anthony Travis, and Autumn Irvin are also the top shooters for sporting clays. This is only their third week of competition. With these excellent shooters, and the passion and support of all the coaches and friends, the team is thriving more and more every single year.

"Through the motto of 'safety, fun, and marksmanship,' shooting sports teach a valuable skill to the youth involved. Everyone gets to participate, as there are no benchwarmers. The knowledge of this skill can lead to a life-long pursuit, creating future supporters of the 2nd Amendment so that our rights can be maintained," said Anna Canon, head coach.




**KEEP CALIFORNIA HUNTING ALIVE!**
• GET YOUR HUNTING LICENSE
• TAKE HUNTERS EDUCATION COURCES
• PRESERVE YOUR RIGHTS TO KEEP AND BEAR ARMS

CRPA works to preserve the traditional and historic role of the individual citizen to hunt, conserve, and preserve California's resources. In addition, CRPA works relentlessly in California to defend your constitutional right to keep and bear arms.

Become a member today to help promote and support the fight for the Second Amendment and hunting conservation.

**VISIT CRPA!**
Memberships, Courses, License, & More

www.crpa.org ● (714) 992-2772
271 E Imperial Hwy, Suite 620, Fullerton, CA 92835

**HUNTERS ARE THE TRUE CONSERVATIONISTS!**

HUNTING & CONSERVATION

# ENSURING MODERN DAY HUNTING AND SHOOTING ACCESS IS CRITICAL FOR FUTURE GENERATIONS

**BY SALAM FATOHI**

*Originally published at nssf.org/articles/ensuring-modern-day-hunting-and-shooting-access-is-critical-for-future-generations/*



**H**unting and recreational shooting sports are staples of **American pastimes.** Often, finding the time to get outdoors is a significant hurdle. For some, free access to places to safely hunt and shoot is the real obstacle. In a 2012 partnership between Responsive Management and NSSF, a baseline report was conducted to understand this critical issue.

With support from an Association

of Fish and Wildlife Agencies (AFWA) Multistate Conservation Grant, the report, "Assessing the Quality and Availability of Hunting and Shooting Access in the United States," was produced. It provides current information on sentiment around access to hunting and recreational shooting sports.

**RESULTS ARE IN**

The latest report had three key focal points: analyzing the current availability of public and private areas to hunt and shoot recreationally, determining how hunters and shooters rate access, and examining how the perception of access has changed over the past decade.

The continental United States has a plethora of hunting options for outdoorsmen and women. According to the hunters surveyed, white-tailed deer (79 percent) is the most sought-after game species, with wild turkey in second place (40 percent). All other species ranked 28 percent or less.

At ranges, recreational shooters primarily shot handguns. Unsurprisingly, the survey found hunters and shooters who live in urban and suburban areas need to travel the furthest and have the least access to land to enjoy their recreational activity.

**HEADING AFIELD**

Hunting respondents reported that 56 percent chose to hunt almost exclusively on private land, 25 percent mostly hunt on public land and 19 percent hunt on both property types equally. A clear majority of hunters, 59 percent, relayed that they hunt private land that they do not own but have permission to hunt. Conversely, 41 percent of hunters said they

use private land enrolled in walk-in access programs. These programs offer access to landowner-approved easements to hunt or access public land. These trends make sense when recognizing the topmost factor for hunters is choosing an area that is not crowded by other sportsmen. Nearly all hunters, 92 percent, reported overcrowding to be either very important or somewhat important.

**DO YOU HAVE THE TIME?**

Time and a place to hunt, 24 percent and 21 percent respectively, were top reasons given why hunters do not go afield. Almost a third of hunters reported that a combination of less land to hunt due to private land ownership, housing developments, land use changes or previously accessible private land had been sold and marked "no hunting" were



(SHUTTERSTOCK)

significant hurdles for them when deciding whether to get outdoors. Of the 19 states surveyed, respondents reported about half with a favorable outlook on hunting access and management of land overall. Ratings of access to land for hunting decreased, with excellent or good responses decreasing to 47 percent in 2021 from 56 percent in 2010.

A majority of recreational shooters, 57 percent, shoot mostly on private land while 21 percent shoot almost exclusively on public land. Like their hunting counterparts, recreational shooters who utilize private land are typically not the actual landowner but choose their areas to shoot

---

# HUNTERS' CODE OF
# ETHICS

■ Follow the rules of firearm and hunting safety. Insist that fellow hunters do the same.

■ Respect the environment and wildlife. Study the ecosystem. Tread lightly. Leave no trash behind.

■ Do not waste game or fish. Make full use of any animal taken. Take only what you will use, even if it is under the legal limit.

■ Use only fair and humane methods of taking wildlife. Develop your hunting and shooting skills as necessary to ensure clean, sportsmanlike kills.

■ Know your fitness, skill and equipment limitations. Hunt within those limits.

■ Obey all hunting regulations. Hunt with the appropriate license and tags only in allowed areas during designated times and seasons. Obey bag and possession limits. Use only legal hunting methods and equipment. Report game law violations immediately.

■ Ask landowner for permission to hunt and respect the land. Close any gates you open. Say thank you.

■ Be considerate of non-hunters' sensibilities. Strive to leave them with positive images of hunting and hunters.

■ Don't flaunt your kill. Be as discreet as possible. Treat game carcasses in an inoffensive manner, particularly during transport.

■ Generally conduct yourself in a sportsmanlike manner. Hunt according to "fair chase." Require the same of your hunting partners.

■ Support NAM wildlife conservation programs and urge policymakers to support strong NAM-based conservation initiatives.

■ Teach others the skills, techniques, rules and ethics of hunting. Pass these ethical hunting practices along to younger hunters.

## HUNTERS ARE THE TRUE CONSERVATIONISTS!

---

# CRPA IS A FOUNDING MEMBER OF THE CALIFORNIA HUNTING & CONSERVATION COALITION

California Hunting and Conservation Coalition (Coalition) members include all the major hunting and natural resource conservation groups in California. Coalition members are united to ensure a strong future for wildlife conservation by protecting and expanding hunting and fishing opportunities throughout California and supporting wildlife management decisions based on the North American Model of Wildlife Conservation.

The Coalition works to make sure these decisions are based on the best available science and sound management strategies.

The Coalition's primary goal is to ensure that wildlife populations thrive in perpetuity and that our traditional hunting and fishing heritage will be guaranteed for all Californians, for generations to come.

Coalition efforts are badly needed in these times of great challenges to our hunting heritage but also in times of great opportunities.



## HUNTERS ARE THE TRUE CONSERVATIONISTS!

based on ease of access and a lack of other shooters or land users.

**WHAT'S IN YOUR WALLET?**

Not the least surprising, cost – rather than time or other obligations – was reported by all recreational shooters as a top factor affecting their enjoyment of the sport. Almost half, 43 percent, of recreational shooters noted that access constraints were a topmost concern. Both hunters and recreational shooters rely heavily on friends, family and word-of-mouth to source information on where to enjoy their recre-

ational shooting activity of choice.

About a third of hunters and a quarter of recreational shooters used their state wildlife agency's website or the U.S. Fish and Wildlife Service's (USFWS) website for helpful resources on land access. Awareness of these resources can increase both access and utilization of land for hunters and shooters alike. Hunters and recreational shooters who learn of access to land where they can enjoy the outdoors will lead to more people adopting stewardship of the land. Increasing awareness of where outdoorsmen and women can go

not only creates more participation but also fuels both the economy of conservation through licensing and Pittman-Robertson funds and the tertiary dollars spent to enhance the outdoor experience.

Increasing awareness of resources is a top recommendation regarding both hunter and sport shooter feedback. That is why NSSF's Lets Go Hunting and Lets Go Shooting campaigns are both great resources for all who are interested in America's greatest pastime to find more information about opportunities and greater access to get outdoors. **CRPA**

# CORE PRINCIPLES OF
# THE NORTH AMERICAN MODEL OF WILDLIFE CONSERVATION

**P**roper ecological stewardship and natural resource management through hunting, trapping and strategic depredation efforts are critical components of maintaining ecological balance. Hunters and anglers provide the vast majority of funding for natural resource conservation efforts through license fees and federal excise taxes paid.

The traditional science-based and experience-proven North American Model (NAM) of Wildlife Conservation approach to natural resource management has been used to successfully maintain balanced population levels of diverse wildlife species for many decades. Consistent with NAM, hunters and anglers obey conservation regulations, adopt safe practices and adhere to a code of ethics.

Animal rights extremist groups that oppose hunting (see **humanewatch.org** and **hunttruth.org**) advocate abandoning the NAM in favor of an unbalanced and unscientific approach to species management that would deliberately make hunting unsustainable. These groups promote a model that would encourage predator species populations to explode. These unchecked predator populations would decimate game species and endanger suburban neighborhoods.

Through education, mentorship and example, CRPA supports and promotes the NAM. CRPA opposes the ongoing duplicitous efforts of animal rights extremist groups and fights the unscientific and unbalanced approach they advocate at the Capital, the California Fish and Game Commission and in the courtrooms!

- Wildlife belongs to the people and is held in the public trust. It is managed in trust for the people by government agencies.
- It is illegal to sell the meat of any wild animal in North America.
- Laws developed by people and enforced by government agencies ensure the proper use and conservation of wildlife resources.
- Every law-abiding citizen has the right and privilege to hunt and fish and should have the opportunity.
- Humans can legally kill certain wildlife for legitimate purposes under strict guidelines for food and fur, in self-defense or property protection. Laws are in place to restrict casual killing, killing for commercial purposes, wasting of game and mistreating wildlife.
- Because wildlife and fish freely migrate across boundaries between states, provinces and countries, they are considered an international resource.
- The best science available will be used as a basis for informed decision-making on wildlife management.

## HUNTERS ARE THE TRUE CONSERVATIONISTS!



### We are happy to announce the California Rifle and Pistol Association's NEW RangeCon22 coming near you!

**CRPA Heard You and Responded to the Needs of our Range Coalition Members!**

We understand the demands of time and travel for many ranges that would put a strain on attending a state-wide conference, especially coming off the last two tough years. CRPA wants as many people as possible to participate in RangeCon22 which is why WE ARE BRINGING IT TO YOUR AREA!

Great content for range operators and board members, training opportunities for range staff, great value, less time and travel!

## 1 Day Conference or Training
## Choose Your Location – Choose Conference or Training

**TUES AUG 16th**
**SLO Sportsmen's Association**
San Luis Obispo, California

**WED AUG 31st**
**Yolo Sportsmen's Association**
Davis, California

**THUR SEPT 15th**
**5 Dogs Range**
Bakersfield, California

**TUES SEPT 20th**
**Mike Raahauge Shooting Enterprises**
Corona, California

**CRPA is bringing the first range conference to the state in decades. The purpose is to:**

- Inform you of the newest environmental & recycling issues.
- Educating you on legislative, regulatory, and other vital legal issues.
- Introduce you to competition hosting opportunities.
- Helping you build grassroots support that both grow and protect your business.
- Networking emerging technologies that will improve all aspects of your range.
- Focusing on marketing and insurance.
- Opportunities for new range development and existing range expansion.
- New training opportunities designed for California ranges.

SCAN WITH PHONE

**SIGN UP HERE**
Space is limited and filling fast.

## ALL THIS FOR JUST $45

**RSO Class: $125**
**CRSO Class: $225**

Go to https://crpa.org/crpa-rangecon-2022/ and sign up under events

# CITRUS MARINATED VENISON

## WITH RED WINE ONION JAM, GARLIC MASHED POTATOES, AND CRISPY PROSCIUTTO

BY DAVID WITHERS

### INGREDIENTS
*(SERVES 4)*

**VENISON**
1 ½ lb. Venison Back Straps

**MARINADE**
4 oz. Red Wine
2 cloves Crushed Garlic
1 Shallot, finely sliced
3 sprigs Thyme
1 Orange, juiced & zest

**BONE BROTH REDUCTION**
16 oz. Beef Bone Broth
1 Celery Stick
1 Shallot, sliced
1 Carrot, sliced
2 sprigs Thyme

**RED WINE ONION JAM**
½ lb. Red Onions, sliced
3 oz. Red Wine
½ tbsp Red Wine Vinegar
1 tbsp Brown Sugar

**GARLIC MASHED POTATOES AND CRISPY PROSCIUTTO**
1 lb. Russet Potatoes, peeled & quartered
2 cloves Garlic, peeled
4 tbsp Butter
4 oz. Half-and-half
4 slices Prosciutto

**BRUSSELS SPROUTS LEAVES AND CARROTS**
1 Shallot, finely sliced
1 lb. Brussels Sprouts Leaves
2 oz. Chicken Broth
12  Baby carrots, peeled & blanched for 2 minutes
1 Rosemary stalk



**HUNTING & CONSERVATION** | TRUE ORGANIC RECIPES

## METHOD

### VENISON & MARINADE

In a bowl, mix marinade ingredients. Add venison. Cover and refrigerate for 4 hours. Preheat oven to 375°. Remove venison from marinade, pat dry with paper towel. Place on a plate and season with salt and pepper. In a sauté pan, add a little olive oil. When pan is smoking hot, seer venison on all sides. If pan is oven safe, place in the oven for approximately 10 minutes or until internal temperature reaches 125°. Remove and let rest for 5 minutes.

### BONE BROTH REDUCTION

In a pot, add bone broth and vegetables. Bring to a boil. Reduce heat and reduce to approximately 4 oz. Strain through a fine strainer and set aside.

### RED WINE ONION JAM

In a pan, add a little olive oil and place on medium heat. When hot, add onions, salt and pepper and cook for approximately 2 minutes. Add the remaining ingredients and cook until it reaches a jam-like consistency. This can be done days before.

### GARLIC MASHED POTATOES

In a pot, add potatoes and garlic. Cover with water. Sprinkle with salt. Bring to a boil. Cook until potatoes are soft. Drain potatoes. In the same pot, add butter and half-and-half and bring to a boil. Meanwhile, in a bowl, put the potatoes and garlic through a ricer or potato masher then slowly add butter mixture until desired consistency. This can be kept warm by placing the bowl over a pot with hot water in it.

### CRISPY PROSCIUTTO

Preheat oven to 375°. Place prosciutto on a baking sheet lined with parchment paper. Cook for 8 minutes or until crispy. This can be done 1 hour before.

### BRUSSELS SPROUTS LEAVES AND CARROTS

In a sauté pan, add a little olive oil. Add shallots and cook on a medium heat for 1 minute. Add brussels sprouts, mix well. Add broth, salt and pepper. Cook until tender. In another pan, add a little olive oil. Sautee carrots and rosemary until golden.

### ASSEMBLY

Slice venison into four portions. Spoon onion jam, mashed potatoes, brussels sprouts, and carrots onto the plate. Garnish with crispy prosciutto and drizzle with bone broth reduction.  CRPA



THE LODGE

Try our award winning Wines!

The Lodge Winery & Olive Oil Co. is pleased to announce our partnership with the California Rifle and Pistol Association. A substantial donation is given to the CRPA with the purchase of any product from our website when you enter their partner code during checkout.

Partner Code: CRPA

Not available in stores. We ship direct to your door.

TheLodgeWinery.com

## CRPA MEMBERSHIP LEVELS & BENEFITS

**ALL NEW** CRPA members of every level receive these benefits:
- Subscription to CRPA's California Firing Line magazine
- CRPA membership card with Know Your Rights notice
- CRPA decal or sticker
- Legislative & litigation updates and information bulletins
- Exclusive access to timely and informative webinars, podcasts and other resources

Upgraded members receive **additional** benefits as listed below. To sign up for membership, please visit crpa.org.

■ **1-Year General Membership:** $55 / year

■ **5-Year General Membership:** $225 ($5 savings a year on annual membership)

■ **2A Sustaining Membership:** $17.91 / month

**CRPA LIFE MEMBERSHIPS\***
- Life Member Hat
- Life Member Velcro Patch
- CRPA Life Member Decal or Sticker
- Pocket Constitution
- CRPA Challenge Coin
- A copy of the current year edition of California Gun Laws: A Guide to State and Federal Regulations by CRPA's President and General Counsel Chuck Michel

***Active military and veterans get a 10% discount on all Annual, 5-Year, & Life Memberships. Use Code USVET at checkout.**

■ **Life Member:** $1000

■ **Senior Life Member (65 and older):** $550

**ENHANCED LIFE MEMBERSHIPS**
CRPA's Enhanced Life Members are 2A supporters, hunters and shooters committed to the CRPA's mission and success. In addition to ALL the above-listed member benefits, CRPA Enhanced Life Members also receive:

■ **Defender Life Member:** $1000 upgrade for CRPA Life Members
- CRPA Defender Life Member Hat
- CRPA Defender Life Member Lapel Pin
- CRPA Custom-Engraved Defender Life Member Buck Knife
- Annually updated copy of California Gun Laws: A Guide to State and Federal Firearm Regulations by CRPA's President and General Counsel Chuck Michel
- Defender Life Member Certificate
- Invitations to Exclusive VIP Events, Briefings and Tours
- Personal Recognition from CRPA President

■ **Activist Life Member (Silver/Patron):** $1500 upgrade for CRPA Defender Life Members
- Activist Life Member Embroidered Patch
- Activist Life Member Outerwear / Jacket
- Activist Life Member Hat
- Activist Life Member Lapel Pin
- CRPA Custom Engraved Life Membership Buck Knife
- Annually updated copy of California Gun Laws: A Guide to State and Federal Firearm Regulations by CRPA's President and General Counsel Chuck Michel
- Activist Life Member Certificate
- Invitations to Exclusive VIP Events, Briefings and Tours
- Personal Recognition from CRPA President

■ **Patriot Life Member (Gold/Benefactor):** $1500 upgrade for CRPA Activist Life Members
- Custom Engraved Pistol (For First 50 Members)
- CRPA Patriot Life Member Hat
- CRPA Patriot Life Member Lapel Pin
- CRPA Custom Engraved Life Member Buck Knife
- Annually updated copy of California Gun Laws: A Guide to State and Federal Firearm Regulations by CRPA's President and General Counsel Chuck Michel
- CRPA Patriot Life Member Challenge Coin
- Special Patriot Life Member Recognition Wall Plaque
- Patriot Life Member Certificate
- Invitations to Exclusive VIP Events, Briefings and Tours
- Personal Recognition from CRPA President
- Custom logo jacket

## CRPA MEMBERSHIP APPLICATION

Name

DOB

Street Address

City, County, State, Zip Code

Phone

Email Address

| Membership Options | Price |
| --- | --- |
| ☐ 1-Year Member | $55 |
| ☐ 5-Year Member | $225 |
| ☐ 2A Sustaining Member | $17.91/month |
| ☐ Life Member | $1000 |
| *Veterans take 10% off Annual, 5-year, Life | |
| ☐ Senior Life Member | $550 |
| ☐ Defender Life Member | $1000 + Life |
| ☐ Activist Life Member | $1500 + Defender |
| ☐ Patriot Life Member | $1500 + Activist |

Check next to membership of choice

☐ Auto-Renewal       Total Due $

Check #

Card #

Exp Date MM/YY

Email Address

*25% of CRPA membership dues are used for lobbying and political activities.*

**California Rifle & Pistol Association**
271 E. Imperial Highway, Suite #620, Fullerton, CA 92835
Phone: (800)-305-2772  I  Email: membership@crpa.org

# GUN TRUTHS:
## HOW GUN LAWS FAIL



Gun Truths has compiled research and empirical evidence from multiple credible and high-quality independent sources to show how gun bans and gun control laws fail to reduce violent crime or make us any safer. We have assembled peer-reviewed studies, research, and information from government databases acquired through the hard work of individuals who simply seek the truth. These researchers have assessed the data and presented the most salient findings to let readers form their own objective opinion about gun control. The matter-of-fact presentation of facts and data in this book, free of manipulative gimmicks or emotional pleas, seeks to cut through the misconceptions created by the gun-control lobby.

Gun Truths debunks common myths about firearms, self-defense, and gun ownership. It serves as a reference guide for journalists, politicians, law enforcement, and anyone interested in learning about the topics inflaming the debate on gun control. We believe that this debate will become more open, honest, and efficient if both sides are more informed. Gun Truths is divided into chapters based on gun control topics and categories. Each chapter lists common myths surrounding firearms and the individuals who possess them. Each myth is followed by several facts and sources that show the objective truth based on unbiased, well-researched data. This should make it relatively easy to find the information you need to form an educated opinion about firearm policy. So, when you hear a politician, celebrity, or pundit repeat a sound bite about gun control, you can quickly find that myth in this book and decide the truth for yourself. **CRPA**

# CALIFORNIA GUN LAWS

## A GUIDE TO STATE AND FEDERAL FIREARM REGULATIONS

**BY C.D. MICHEL & MATTHEW D. CUBEIRO**



*California Gun Laws: A Guide to State and Federal Firearm Regulations* is said to be the bible and definitive source for information on the subject. This tremendous resource is jam-packed with thousands of hours of legal research, all of which has been transcribed into a format that is easy to read and comprehend. Chock-full of legal and practical insights drawn from decades of experience, this book is a must-have for any California gun owner.

The 2021 8th Edition will answer all of your questions regarding current state and federal firearm laws, including who can legally possess a firearm, where and when you can possess it, how to acquire a firearm in California, which firearms are prohibited and how to lawfully carry a firearm in public.

The 8th Edition also covers new and important legislative and regulatory changes to state and federal firearm laws following the release of the 7th Edition. Such changes include **Senate Bill No. 118**, which classifies certain firearms not otherwise meeting the legal definition of a rifle, pistol or shotgun as "assault weapons," and **DOJ's** "emergency" Dealer Record of Sale (DROS) fee regulations establishing a $31.19 fee for all firearm transactions in California. Other bills signed by the governor are addressed, including:

■ **Assembly Bill No. 2847**, which modifies California's microstamping requirements for handguns to be listed on California's roster of handguns certified for sale in the state and adds a provision deleting handguns from the existing roster as newer handguns equipped with microstamping are added.

■ **Assembly Bill No. 2699**, which adds several state law enforcement agencies to the list of those exempt from California's roster requirement, while also placing additional requirements on certain officers who acquire handguns pursuant to these exceptions.

■ **Assembly Bill No. 2362**, which imposes civil penalties in addition to existing criminal penalties on California-licensed firearm dealers who breach any prohibition or requirement, subjecting their license to forfeiture.

And more! Now available at **CRPA.org/store.** **CRPA**

---

### AMERICA, GUNS, AND FREEDOM

**BY MIGUEL A. FARIA, JR., M.D.**



*America, Guns, and Freedom* outlines why the Second Amendment and armed self-defense are still needed in modern society, while debunking arguments that the U.S. should follow the path of European social democracies by enforcing draconian gun control.

### FIRST THEY CAME FOR THE GUN OWNERS: The Campaign to Disarm You and Take Your Freedoms

**BY MARK W. SMITH**



Bestselling author and attorney Mark W. Smith exposes the all-encompassing nature of the anti-gun lobby's attack on the right to keep and bear arms that empowers government to control other important aspects of our lives.

### SHOOT TO WIN

**BY CHRIS CHENG**



Chris Cheng is a self-taught amateur who beat 17 competitors in HISTORY's "Top Shot: Season 4." Cheng's book *Shoot to Win* focuses on the fundamentals of pistol, rifle and shotgun shooting.

### GUNS AND CONTROL: A Nonpartisan Guide To Understanding Mass Public Shootings, Gun Accidents, Crime, Public Carry, Suicides, Defensive Use, and More

**BY GUY SMITH**

20 years of gun policy research distilled for the 2020 election cycle. This is a guide for your undecided friends, family and a solid briefing book for Second Amendment supporters.

### GUN CONTROL IN THE THIRD REICH: Disarming The Jews and "Enemies of the State"

**BY STEPHEN P. HALBROOK**



*Gun Control in the Third Reich* presents the definitive history of how the Nazi regime used gun control to disarm and repress its enemies and consolidate power. "Outstanding book!"— America's 1st Freedom.

### THE GUN BOOK SERIES

**BY SILVIO CALABI, STEVE HELSLEY& ROGER SANGER**

 

Three experts tackle the social misconceptions surrounding firearms in a non-political series of easy-to-read books that explores the realities of firearms. The first book, *The Gun Book for Boys*, is geared toward boys aged 12-16, followed by *The Gun Book for Parents* and *The Gun Book for Girls* (all ages). The series guides those who are interested in guns and shooting, but who have little to no firearms training.



### #DUPED: How the Anti-gun Lobby Exploits the Parkland School Shooting--and How Gun Owners Can Fight Back

**BY MARK W. SMITH**

Mark W. Smith reveals how young people like the Parkland students are exploited for political gain to short-circuit any legitimate debate depriving law-abiding Americans of their right to bear arms.

# THE WORLD'S BEST CASES
## MANUFACTURED WITH PRIDE IN
# CALIFORNIA



SKB Cases is family owned and operated in Orange, California, and has been since it was founded in 1977. All SKB cases are meticulously engineered and built to provide the best protection and functionality for everyone from outdoor enthusiasts and competition shooters, to law enforcement and military personnel. We're so confident our cases are the best, each one is backed by an **Unconditional Lifetime Warranty**.

Visit **www.skbcases.com** to see our full lineup of products.

OFFICIAL CASE OF 

# EXHIBIT 23

 # Youth Enhancement Program's

# YOUTH EXPO

## COMPTON HUNTING & FISHING CLUB

### 1625 Sportsman Drive, Compton, CA 90221

### Hosted By CHFC Foundation

# Saturday, July 23rd, 2022

## 10:00 AM - 3:00 PM

### Activities For All Ages

- Inflatable BB Ranges
- Outdoor Archery
- Birds Of Prey - CHC
- First Aid Basic
- Rubber Band Shooting Gallery
- Quail Call Making - Boy Scouts
- SCI Sensory Trailer
- Laserlyte Gallery
- Snow Cones & Popcorn
- U.S. Forest Service
- California Rifle & Pistol Association
- Tomahawk Throwing

- NSSF Child Safety Literature
- Face Painting
- NRA Eddie The Eagle Station
- California Waterfowl
- CA Fish & Wildlife
- Casting Practice Pools
- Wheel Spin - Event Card Entry
- California Waterfowl
- Turner's Outdoorsman
- Reptile Encounter

Youth must pre-register for this free event at http://www.chfcfoundation.org , download waiver and bring the signed waiver to the event.

# Sponsors & Exhibitors





















# EXHIBIT 24



# Online Store

Select a Catalog ▾



Support the fight to preserve the Second Amendment in California with every purchase made.

Keywords:

SEARCH

## CRPA

View All









**2022 Weekly Gun Giveaway Calendar**
Type:  Promo
Price: $100.00

**California Gun Laws 9th Edition**
Type:  Publication
Price: $29.95

**Fierce About Freedom hat**
Type:  Headwear
Price: $25.00

**CRPA Firing Line (multiple issues available)**
Type:  Publication
Price: $8.95



**Gun Safe Sticker - Notice to Police**

Type:  Sticker

Price: $1.99



**CRPA University Hoodie**

Type:  Apparel

Price: $30.00



**LEOSA Active Cards**

Type:  Publication

Price: $3.99



**Stars & Stripes Lapel Pin**

Type:  Miscellaneous

Price: $5.00

## Book Club

**View All**



**The Right To Bear Arms**

Type:  Publication

Price: $29.95



**California Gun Laws 9th Edition**

Type:  Publication

Price: $29.95



**Shoot To Win: Tips, Tactics and Techniques to Help you Shoot**

Type:  Publication

Price: $24.99



**#Duped**

Type:  Publication

Price: $12.99

  

**Protect Yourself From Violence**

Type:  Publication

Price: $13.99

**Shall Not Be Infringed**

Type:  Publication

Price: $22.99

Out of Stock Notice

**CRPA Firing Line (multiple issues available)**

Type:  Publication

Price: $8.95

# Events & Education

View All

    

**Pistol Postal Challenge**

Type:  Event

Price: $20.00

**Rimfire Postal Challenge**

Type:  Event

Price: $20.00

**Shotgun Postal Challenge**

Type:  Event

Price: $20.00

**Virtual CRPA Home Firearms Safety Course**

Type:  Education

Price: $25.00

# Pro Shop

View All









**Vanquest CRPA Medical Kit**
Type:  First Aid/Medical
Price: $155.00

**AMK Sportsman Series Whitetail Medical Kit**
Type:  First Aid/Medical
Price: $49.99

**AMK Sportsman 200**
Type:  First Aid/Medical
Price: $39.99

**SWAT-T Multifunctional Tourniquet**
Type:  First Aid/Medical
Price: $17.95





**Gerber Ultimate Bear Grylls Knife and Fire Starter**
Type:  Knife/Tool
Price: $70.95

**CRKT 2630 DU HOC**
Type:  Knife/Tool
Price: $135.00

# Apparel

**View All**



**CRPA University Hoodie**

Type:  Apparel

Price: $30.00



**Blue CRPA Polo Shirt**

Type:  Apparel

Price: $30.00



**CRPA Shooting Team**

**Adult T-Shirt**

Type:  Apparel

Price: $25.00



**Fierce About Freedom**

**hat**

Type:  Headwear

Price: $25.00



**Hunter Orange CRPA**

**Hat**

Type:  Headwear

Price: $24.99



**Classic CRPA Logo Hat**

Type:  Headwear

Price: $25.00



**CRPA Beanie**

Type:  Headwear

Price: $15.00

# Patches

**View All**









**Vanquest Med CROSS Glow-In-The-Dark Patch**
Type:  Patch
Price: $6.99

**Vanquest MED Glow-In-The-Dark Patch**
Type:  Patch
Price: $7.99

**Vanquest US Flag (Left Star) - Glow-In-The-Dark Patch**
Type:  Patch
Price: $5.99
Out of Stock Notice

**Vanquest Mohl-Air Hook and Loop Adapter**
Type:  Tactical Gear/Accessory
Price: $10.99

## Drinkware

**View All**





**Red Fierce About Freedom Travel Mug**
Type:  Drinkware
Price: $22.00

**Blue CRPA Tumbler**
Type:  Drinkware
Price: $25.00

## Miscellaneous

**View All**







**CRPA Bumper Sticker**

Type:  Sticker

Price: $2.99

**"Don't Tread on Me" Mousepad**

Type:  Miscellaneous

Price: $14.95

**Sticker: Fierce About Freedom**

Type:  Sticker

Price: $1.99

**2022 Weekly Gun Giveaway Calendar**

Type:  Promo

Price: $100.00

## Last Chance

**View All**



**145th Anniversary Patch**

Type:  Patch

Price: $6.00

     

Neon CRM by **Neon One**



271 E. Imperial Highway,

Suite 620

**California Rifle & Pistol Association Headquarters & Training Center** Fullerton, California 92835

P: (714) 992-2772

800-305-2772

E: contact@crpa.org

8am to 4:30pm, Monday to Friday

**DONATE NOW**

**SUBSCRIBE**

**Support Your Second Amendment Rights**

The California Rifle & Pistol Association, founded in 1875, provides training in the safe, responsible, and enjoyable use of firearms; sanctions competitive shooting state championships; and fights for the constitutional right to keep and bear arms for those who choose to own a gun in California for sport, hunting, or self-defense.

**E-news Subscription**

Follow the latest news, events and activities of the California Rifle & Pistol Association by signing up for our e-news! All subscribers will receive exclusive alerts and invitations to events through out California.

## CRPA VOLUNTEERS

**Volunteer**

Looking for a way for you and your family to get engaged in protecting the Second Amendment? We have all kinds of opportunities for serving and learning more about what we do.

California Rifle & Pistol Association © 1875-2022

Home        Join CRPA        Donate        Join NRA

# EXHIBIT 25





# Online Store

Apparel ▾

Support the fight to preserve the Second Amendment in California with every purchase made.

Keywords:

SEARCH

Apparel



**CRPA University Hoodie**

**Type:** Apparel

Price: $30.00



**CRPA Sports Adult Baseball Tee**

**Type:** Apparel

Price: $25.00



**Guns Save Lives Women's Tee**

**Type:** Apparel

Price: $20.00



**Sheepdog Adult T-Shirt**

**Type:** Apparel

Price: $18.00









**Blue CRPA Polo Shirt**

**Type:** Apparel

Price: $30.00

**Hold the Line Adult T-Shirt**

**Type:** Apparel

Price: $20.00

**CRPA Shooting Team Adult T-Shirt**

**Type:** Apparel

Price: $25.00

**I'd Rather Be Hunting Adult T-Shirt**

**Type:** Apparel

Price: $15.00



**Fierce About Freedom hat**

**Type:** Headwear

Price: $25.00



**Hunter Orange CRPA Hat**

**Type:** Headwear

Price: $24.99



**Classic CRPA Logo Hat**

**Type:** Headwear

Price: $25.00



**CRPA Beanie**

**Type:** Headwear

Price: $15.00



**CRPA Camo Hat**

**Type:** Headwear

Price: $24.00



**CRPA RSO STARTER PACKAGE**

**Type:** Instructor/RSO Gear

Price: $40.00  $35.00



$5.00 off

Neon CRM by **Neon One**



271 E. Imperial Highway,

Suite 620

**California Rifle & Pistol Association Headquarters & Training Center** Fullerton, California 92835

P: (714) 992-2772

800-305-2772

E: contact@crpa.org

8am to 4:30pm, Monday to Friday

### DONATE NOW

**Support Your Second Amendment Rights**

The California Rifle & Pistol Association, founded in 1875, provides training in the safe, responsible, and enjoyable use of firearms; sanctions competitive shooting state championships; and fights for the constitutional right to keep and bear arms for those who choose to own a gun in California for sport, hunting, or self-defense.

### SUBSCRIBE

**E-news Subscription**

Follow the latest news, events and activities of the California Rifle & Pistol Association by signing up for our e-news! All subscribers will receive exclusive alerts and invitations to events through out California.

## CRPA VOLUNTEERS

**Volunteer**

Looking for a way for you and your family to get engaged in protecting the Second Amendment? We have all kinds of opportunities for serving and learning more about what we do.

California Rifle & Pistol Association © 1875-2022

Home        Join CRPA        Donate        Join NRA

# EXHIBIT 26





# Online Store



Support the fight to preserve the Second Amendment in California with every purchase made.

Keywords:

SEARCH

Patches










**CRPA Women's Hat**

**Type:** Headwear

Price: $20.00

**Liberty's Teeth CRPA Hat**

**Type:** Headwear

Price: $25.99

**Limited Edition Victory Patch**

**Type:** Patch

Price: $25.00

**2A Defender Patch**

**Type:** Patch

Price: $4.00









**Vanquest Med CROSS Glow-In-The-Dark Patch**

**Vanquest MED Glow-In-The-Dark Patch**

**Vanquest US Flag (Left Star) - Glow-In-The-Dark Patch**

**Fierce About Freedom hat**

**Type:** Headwear

**Type:** Patch

Price: $6.99

**Type:** Patch

Price: $7.99

**Type:** Patch

Price: $5.99

Out of Stock

Price: $25.00







**Vanquest Mohl-Air Hook and Loop Adapter**

**Type:** Tactical Gear/Accessory

Price: $10.99

**145th Anniversary Patch**

**Type:** Patch

Price: $6.00

**CRPA RSO STARTER PACKAGE**

**Type:** Instructor/RSO Gear

Price: $40.00  $35.00

SALE!

$5.00 off

Neon CRM by **Neon One**



271 E. Imperial Highway,

Suite 620

**California Rifle & Pistol Association Headquarters & Training Center** Fullerton, California 92835

P: (714) 992-2772

800-305-2772

E: contact@crpa.org

8am to 4:30pm, Monday to Friday

**DONATE NOW**

**SUBSCRIBE**

**Support Your Second Amendment Rights**

The California Rifle & Pistol Association, founded in 1875, provides training in the safe, responsible, and enjoyable use of firearms; sanctions competitive shooting state championships; and fights for the constitutional right to keep and bear arms for those who choose to own a gun in California for sport, hunting, or self-defense.

**E-news Subscription**

Follow the latest news, events and activities of the California Rifle & Pistol Association by signing up for our e-news! All subscribers will receive exclusive alerts and invitations to events through out California.

# CRPA VOLUNTEERS

**Volunteer**

Looking for a way for you and your family to get engaged in protecting the Second Amendment? We have all kinds of opportunities for serving and learning more about what we do.

California Rifle & Pistol Association © 1875-2022

Home      Join CRPA      Donate      Join NRA

**EXHIBIT 27**





# Online Store



Support the fight to preserve the Second Amendment in California with every purchase made.

Keywords:

**SEARCH**

Miscellaneous



**CRPA Bumper Sticker**

**Type:** Sticker

Price: $2.99



**Sticker: 2A Defender**

**Type:** Sticker

Price: $1.99



**Collectible 2A Shot Glasses**

**Type:** Drinkware

Price: $7.00



**"Don't Tread on Me" Mousepad**

**Type:** Miscellaneous

Price: $14.95



**Sticker: Fierce About Freedom**



**2022 Weekly Gun Giveaway**



**CRPA RSO STARTER**

**Type:** Sticker

Price: $1.99

**Calendar**

**Type:** Promo

Price: $100.00

**PACKAGE**

**Type:** Instructor/RSO Gear

Price: $40.00  $35.00



$5.00 off

Neon CRM by **Neon One**

---

BE SAFE. SHOOT STRAIGHT. *FIGHT BACK!*

## CRPA

CALIFORNIA RIFLE & PISTOL ASSOCIATION

**California Rifle & Pistol Association Headquarters & Training Center**

271 E. Imperial Highway,

Suite 620

Fullerton, California 92835

P: (714) 992-2772

800-305-2772

E: contact@crpa.org

8am to 4:30pm, Monday to Friday

**DONATE NOW**

**SUBSCRIBE**

**Support Your Second Amendment Rights**

The California Rifle & Pistol Association, founded in 1875, provides training in the safe, responsible, and enjoyable use of firearms; sanctions competitive shooting state championships; and fights for the constitutional right to keep

**E-news Subscription**

Follow the latest news, events and activities of the California Rifle & Pistol Association by signing up for our e-news! All subscribers will receive exclusive alerts and invitations to events through out California.

and bear arms for those who choose to own a gun in

California for sport, hunting, or self-defense.

## CRPA VOLUNTEERS

**Volunteer**

Looking for a way for you and your family to get engaged in protecting the Second Amendment? We have all kinds of
opportunities for serving and learning more about what we do.

---

California Rifle & Pistol Association © 1875-2022

Home      Join CRPA      Donate      Join NRA

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:    2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF RICHARD MINNICH IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
    *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

Laura Palmerin