C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**DECLARATION OF ALLISON RANGEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   August 22, 2022<br>Hearing Time:   10:00 a.m.<br>Courtroom:      8D<br>Judge:          Christina A. Snyder |

1
DECLARATION OF ALLISON RANGEL

**DECLARATION OF ALLISON RANGEL**

1. I, Allison Rangel, am the President of Redlands California Youth Clay Shooting Sports, Inc. ("RCYCSS"), a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. RCYCSS is a 501(c)(3) nonprofit organization incorporated under the laws of the state of California and headquartered in Redlands, California.

3. RCYCSS is committed to growing clay shooting sports among the youth within the Southern California region. To that end, RCYCSS offers participation in youth clay shooting program, the Redlands Clay Crushers Junior Trap Team, which consists of youth shooters in ages ranging from 10 to 18 years old.

4. The mission of the Redlands Clay Crushers Junior Trap Team is to allow youth shooters the opportunity to safely and responsibly participate in clay shooting sports, including American Trap, Skeet, International Skeet, Olympic Bunker, and Sporting Clays. RCYCSS and the Redlands Clay Crushers Junior Trap Team consistently focus on firearm safety in a fun, yet skill-based environment. One of their principal goals is to strengthen connections within families and communities through a lifelong love of recreational shooting sports.

5. Through this program, RCYCSS regularly engages with minors through advertising, marketing, and other communications promoting youth competitive shooting events and practices where firearms, ammunition, and related products are lawfully possessed, handled, and used by youth.

6. To promote participation and attendance at such events requires that RCYCSS distribute printed and electronic communications concerning these events and programs. These communications might include images and/or written depictions of minors handling or using firearms and related products. These shooting events and programs also involve signage, discussions, branded

merchandise, and other communications depicting minors enjoying or otherwise encouraging minors to possess and use lawful firearms for lawful purposes.

7. RCYCSS communicates with its current and prospective youth participants and their parents through its website and on social media. These mediums serve to introduce coaching staff, advertise practice schedules and registration deadlines, provide links to important shooting resources, and promote participation in youth shooting teams generally.

8. RCYCSS also provides recommendations on which firearm and related products are most suitable its young shooters' competitive and recreational shooting needs.

9. The passage of AB 2571 has caused great concern and confusion among our youth shooters and parents, as well as our organization. Indeed, RCYCSS is unsure what can and cannot be communicated to our current and prospective youth participants and their families as a result of AB 2571. We are thus curbing the promotion of events on our website, social media, and any communications to youth in California. We reasonably fear that any attempt by the organization to engage in these activities exposes the organization to substantial liability under AB 2571.

10. But for the enactment and enforcement of AB 2571, we would currently be promoting our various upcoming youth shooting events to minors in the program, encouraging new youth shooter participation, registering youth for the new season, and posting general news and information about participation in youth shooting sports.

11. RCYCSS can no longer provide information on these events to youth, and this will greatly limit the participation and the ability of youth to compete. But for the implementation of AB 2571 RCYCSS would continue to share competitive shooting opportunities and resources with youth in California.

1        I declare under penalty of perjury that the foregoing is true and correct.
2 Executed within the United States on July 19, 2022.

                                           */s/ Allison Rangel*
                                           Allison Rangel
                                           Declarant

4
DECLARATION OF ALLISON RANGEL

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:    2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF ALLISON RANGEL IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

_____
Laura Palmerin

CERTIFICATE OF SERVICE