C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**DECLARATION OF SAM PAREDES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   August 22, 2022<br>Hearing Time:   10:00 a.m.<br>Courtroom:       8D<br>Judge:                Christina A. Snyder |

1

DECLARATION OF SAM PAREDES

**DECLARATION OF SAM PAREDES**

1. I, Sam Paredes, am the Executive Director of Gun Owners of California, Inc. ("GOC"), a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. GOC is recognized as a 501(c)(4) non-profit mutual benefit corporation under the Internal Revenue Code and a recognized non-profit membership corporation under the state of California. GOC is incorporated in the state of California and is currently headquartered in El Dorado Hills, California.

3. GOC is dedicated to the preservation and restoration of the Second Amendment in California. It was formed for the express purpose of promoting, encouraging, and advocating for the purchase, use, and ownership of firearms and related products. GOC opposes legislation that it deems harmful to the right to keep and bear arms, while fighting to protect the Second Amendment rights of all Californians at the capitol, in the courts, and through elections. GOC strongly believes that the rights enshrined in the Second Amendment guarantees those enshrined by the First Amendment.

4. In service of its mission, GOC annually supports youth shooting teams by raising contributing financial resources to their programs and has sponsored individual talented young shooters through their careers as juniors looking to earn scholarships at major universities. Through this work, Plaintiff GOC regularly engages with minors through advertisements, sponsorships, and other communications promoting events where "firearm-related products" are used.

5. GOC also engages in pure political speech concerning the exercise of the constitutional right to own, possess, and use firearms for lawful purposes, including speech about firearm use and safety, hunting, and the shooting sports.

6. The passage of AB 2571 has caused great concern within our organization. Indeed, the enactment and enforcement of AB 2571 restricts GOC's

ability to engage in speech concerning firearms and related products (including the promotion of its youth scholarship programs for young competitive shooters) directly with minors or in ways that are designed, intended, or reasonably appear to be attractive to minors. This means that GOC must halt or drastically limit the distribution of advertisements, mentions, recruitment information, and other content so that those under 18 years of age are not likely to receive it. Otherwise, I reasonably believe that the organization will be subject to substantial liability under AB 2571 for engaging in such activities.

7. The passage of AB 2571 has also caused great confusion within the organization over what speech is allowed or not allowed under the law. This confusion chills the speech of GOC and its thousands of members across the state because we are unsure what can be said without fear of violating the law and being subject to substantial liability.

8. But for the enactment and enforcement of AB 2571, GOC would continue to engage in speech concerning firearms and related products, including the promotion of its youth scholarship programs for young competitive shooters, as well as its political speech about the rights to keep and bear arms for lawful purposes, including hunting and the shooting sports.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on July 19, 2022.

Sam Paredes
Declarant

3
DECLARATION OF SAM PAREDES

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.: 2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF SAM PAREDES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

_____
Laura Palmerin

CERTIFICATE OF SERVICE