C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**DECLARATION OF ANNA CANON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   August 22, 2022<br>Hearing Time:   10:00 a.m.<br>Courtroom:      8D<br>Judge:          Christina A. Snyder |

## DECLARATION OF ANNA CANON

1. I, Anna Canon, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am not a party to this litigation, but support Plaintiffs' Motion for Preliminary Injunction and ask this Court to grant the requested relief because of the direct impact that enactment and enforcement of Assembly Bill 2571 has on my work with youth shooting programs.

3. I am currently employed as the Head Coach of the Orland High School Clay Target Team and the State Director of the California State High School Clay Target League.

4. In 2014, I began looking for activities for students that were not in contact sports and discovered sporting clays. I grew up hunting and shooting with firearms and wanted to share that experience with my children. Drawing upon my ability to teach at the high school level, my experience in firearms and hunting, and a desire to share my respect for and support of the constitutional rights we all have to the next generation, I began a youth sporting clay team at Orland High School in Orland, California.

5. I was drawn to the shooting sports because of the ability of all to participate. Currently, we have a student with spina bifida participating on the Orland High School Clay Target Team. The shooting sports provide him with the ability to compete at the high school level just like his brothers and friends.

6. That first year, the team included five students including my sons who had already completed the state course on hunter's safety from the California Department of Fish and Game. But my small starter team grew and eventually joined the California Youth Shooting Sports Association (CYSSA), competing against youth their own ages at numerous ranges in northern and central California.

7. In about 2018, I worked with the USA High School Clay Target

League to form the California State High School Clay Target League. We had 36 students join that first year from two different schools. Currently, we have 354 youth athletes in three disciplines with two seasons shooting trap, sporting clays, and skeet.

8.  AB 2571 is, however, making it impossible for the California High School Clay Target League to continue its mission to promote the shooting sports amongst California high schoolers. In fact, the law prompted the organization to halt the promotion of events and recruitment of youth to participate in the next season because such communications necessarily involve the promotion of the use of firearms and related products directly to teens.

9.  I can no longer promote the work of the California State High School Clay Target League, our student successes, solicit sponsorships that would promote firearm-related products to youth in the program, or adequately train the team. I reasonably fear that any attempt by the organization to engage in these activities exposes the organization to substantial liability under AB 2571.

10.  The entire California State High School Clay Target League is "down" until this Court issues an injunction enjoining the enforcement of the law so that we may resume our work with youth or until we can determine whether there is any way at all to continue our important work notwithstanding the enforcement of AB 2571, something that appears highly unlikely.

11.  Because of the importance of safety, all of my youth shooters are required to attend California's Hunter's Safety courses, which equip them with the knowledge necessary as a hunter for their entire lives. AB 2571 is, however, extinguishing many vital opportunities for my youth shooters to take these courses. Indeed, many course have been canceled because the trainers and facilities that host these events fear that they cannot train anyone under the age of 18 years.

12.  AB 2571 is damaging youth shooting sports for many California students who have used participation in the shooting sports as an instrument to

1 improve their grades, as a break from dealing with tough issues of being a kid, and
2 as a steppingstone to go on to college shooting teams.
3     I declare under penalty of perjury that the foregoing is true and correct.
4 Executed within the United States on July 18, 2022.

                    *Anna Canon*
                    Anna Canon
                    Declarant

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:   2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

   I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

   I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF ANNA CANON IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

   I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

_____
Laura Palmerin