C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**DECLARATION OF JAY FITZGERALD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: August 22, 2022<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Christina A. Snyder |

# DECLARATION OF JAY FITZGERALD

1. I, Jay Fitzgerald, make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am not a party to this litigation, but support Plaintiffs' Motion for Preliminary Injunction and ask this Court to grant the requested relief because of the direct impact that enactment and enforcement of Assembly Bill 2571 has on my me and my daughter and our enjoyment of the shooting sports.

3. I am the father of a junior youth competitive shooter who is a four-time Skeet All American, a three-time Junior World Champion, and a four-time California State Lady Champ in shooting. She is also a minor under the age of 18, residing in California.

4. Since the passage of AB 2571, because my daughter is a minor living in California, she has been cut off from some of the national youth shooting groups.

5. For instance, she can no longer receive emails from National Shooting Sports Association, a leading organization in her chosen area of sport, that would otherwise alert her to events and registration information for upcoming competitions.

6. My daughter is unable to contact USA Shooting, and they are unable to reach out to my daughter, because of her age and the reasonable fear that if they do advertise, market, or otherwise communicate with her (and other minors in California) the organization will expose itself to substantial civil liability under AB 2571.

7. My daughter has also been unable to log into sites to see future tournaments and standings of the shooters as they compete.

8. All publications have stopped coming to my daughter, and coaches are cancelling training clinics that she would usually attend. We are unsure if we fly our daughter out of state to train whether the coaches would be in violation of the

law because our daughter is a resident of California.

9. Communications that we had with recruiting colleges have stopped because they are unable to communicate with youth in California regarding their shooting teams and opportunities because of her age and the reasonable fear that if they do advertise, market, or otherwise communicate with her (and other minors in California) they will expose themselves to substantial civil liability under AB 2571.

10. AB 2571 effectively destroys my daughter's training, opportunities to compete at the Olympic and World levels and has shut down her communications with national groups and recruiters.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on July 19, 2022.

Jay Fitzgerald
Declarant

**CERTIFICATE OF SERVICE**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.: 2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF JAY FITZGERALD IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
  *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

_____
Laura Palmerin

CERTIFICATE OF SERVICE