1  C.D. Michel-SBN 144258
   Anna M. Barvir-SBN 268728
2  Tiffany D. Cheuvront-SBN 317144
   MICHEL & ASSOCIATES, P.C.
3  180 East Ocean Blvd., Suite 200
   Long Beach, CA 90802
4  Telephone: (562) 216-4444
   Fax: (562) 216-4445
5  Email: cmichel@michellawyers.com

6  Attorneys for Plaintiffs Junior Sports Magazines Incorporated, Raymond Brown,
   California Youth Shooting Sports Association, Inc., Redlands California Youth Clay
7  Shooting Sports Inc., California Rifle & Pistol Association, Inc., The CRPA
   Foundation, and Gun Owners of California
8
   Donald Kilmer-SBN 179986
9  Law Offices of Donald Kilmer, APC
   14085 Silver Ridge Road
10 Caldwell, Idaho 83607
   Telephone: (408) 264-8489
11 Email: Don@DKLawOffice.com

12 Attorney for Plaintiff Second Amendment Foundation

13                IN THE UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN; CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC.; REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS INC.; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE CRPA FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1

PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is given that counsel for Plaintiffs Junior Sports Magazines Incorporated, Raymond Brown, California Youth Shooting Sports Foundation, Inc., Redlands California Youth Clay Shooting Sports Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, Gun Owners of California, and the Second Amendment Foundation (collectively, "Plaintiffs"), hereby apply to this Court ex parte for an order to shorten time to hear Plaintiffs' Motion for Preliminary Injunction. Plaintiffs respectfully ask this Court to advance the hearing on their motion for preliminary injunction—filed on July 20, 2022, and currently scheduled to be heard on August 22, 2022—to August 8, 2022, upon 19 days' notice to Defendants. Plaintiffs will also seek an order that any opposition be due on or before July 29, 2022, and any reply be due on or before August 3, 2022.

On July 18, 2022, Plaintiffs' counsel contacted Deputy Attorney General Kevin J. Kelly, counsel for Defendants, to provide notice that Plaintiffs intended to file an ex parte application for an order shortening time to hear their anticipated motion for preliminary injunction on July 19, 2022, and the grounds for the requested relief. Barvir Decl. ¶ 5. Plaintiffs' counsel also informed Mr. Kelly that if Defendant intended to oppose Plaintiffs' application, he would have 48 hours from the filing and service of the application to file any opposition. *Id.* Mr. Kelly said that Defendant Bonta would oppose Plaintiffs' request for an order shortening time. *Id.*

Plaintiffs bring this application for good cause on the grounds that they require a near-immediate order on their motion for preliminary injunction, halting the enforcement of California Business & Professions Code section 22949.80, which Plaintiffs argue violates their rights under the First and Fourteenth Amendments. Barvir Decl. ¶ 7. The harm to Plaintiffs (and countless others throughout the country) is ongoing and compounds every day the law remains in effect. *Id.* ¶ 11.

///

///

This application is based on the memorandum of points and authorities and the declaration of Anna M. Barvir concurrently filed with this application, as well as all the records currently on file and any oral argument the Court may authorize.

Dated: July 20, 2022  **MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiffs Junior Sports Magazines Incorporated, Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports Inc., California Rifle & Pistol Association, Inc., The CRPA Foundation, and Gun Owners of California

Dated: July 20, 2022  **LAW OFFICES OF DONALD KILMER, APC**

*s/ Donald Kilmer*
Donald Kilmer
Counsel for Second Amendment Foundation

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:   2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

*(signature)*
Laura Palmerin