C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Incorporated, Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports Inc., California Rifle & Pistol Association, Inc., The CRPA Foundation, and Gun Owners of California

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INCORPORATED, RAYMOND BROWN; CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC.; REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS INC.; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE CRPA FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

1
DECLARATION OF ANNA M. BARVIR

# DECLARATION OF ANNA M. BARVIR

1. I, Anna M. Barvir, am an attorney at the law firm Michel & Associates, P.C., attorneys of record for Plaintiffs in this action. I am licensed to practice law before the United States District Court for the Central District of California. I am also admitted to practice before the Eastern, Northern, and Southern Districts of California, as well as the courts of the state of California, the Supreme Court of the United States, and the D.C., Fourth, Ninth, and Tenth Circuit Courts of Appeals. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. Plaintiffs filed the complaint in the above-entitled matter on July 8, 2022. Defendants were promptly served with copies of the complaint, civil cover sheet, on or about July 11, 2022.

3. Deputy Attorney General Kevin J. Kelly entered an appearance as counsel of record for Defendant Rob Bonta on or about July 12, 2022.

4. Mr. Kelly's contact information is as follows:

> Kevin J. Kelly, Deputy Attorney General
> California Department of Justice, Government Law Section
> 300 S. Spring St., Ste. 9012
> Los Angeles, CA 90013
> (213) 269-6615
> kevin.kelly@doj.ca.gov

5. On July 18, 2022, I contacted Mr. Kelly via email to provide Defendants with notice that Plaintiffs intended to file an ex parte application for an order shortening time to hear their anticipated motion for preliminary injunction on July 19, 2022, and the grounds for relief. I offered to make myself available to discuss the grounds for Plaintiffs' ex parte application further over the phone. I also notified Mr. Kelly that, if his client intended to oppose Plaintiffs' application, he would have 48 hours from the filing and service of the application to file any

opposition papers.

6. Mr. Kelly responded via e-mail later that afternoon, informing me that Defendants intended to oppose Plaintiffs' ex parte application, though he did not provide further explanation.

7. This case presents claims under 42 U.S.C. § 1983 for violations of the First Amendment and the Due Process and Equal Protection clauses of the Fourteenth Amendment. Plaintiffs seek to preserve their rights to engage in free speech, association, and assembly, as well as equal protection under the law, to engage in truthful speech about lawful products, services, and activities associated the shooting sports for young people—rights that, before the enactment and enforcement of AB 2571 (codified as California Business & Professions Code § 22949.80) on June 30, 2022, they freely enjoyed.

8. AB 2571 was adopted by the California Legislature and promptly signed into law by Governor Newsom on June 30, 2022. Because the Legislature declared AB 2571 to be "urgency" legislation, it took effect immediately upon signing on June 20. 2022. The newly adopted law makes it unlawful for any "firearm industry member" to "advertise, market, or arrange for placement of an advertising or marketing communication concerning any firearm-related product in a manner that is designed, intended, or reasonably appears to be attractive to minors." Cal. Bus. & Prof. Code § 22949.80(a)(1).

9. AB 2571 authorizes civil suits with statutory penalties against Plaintiffs by any city attorney, county counsel, district attorney, attorney general, and private actors, if a "firearm industry member" engages in the unconstitutionally defined speech directed at minors. If Plaintiffs do not refrain from engaging in constitutionally protected speech and conduct restricted by AB 2571, they face lawsuits from a multitude of adversaries in multiple venues across California.

10. Several of the Plaintiffs herein have already published advertising and marketing communications for products, services and future events that subject them

3
DECLARATION OF ANNA M. BARVIR

to liability under AB 2571, and some Plaintiffs already have longstanding publications that are already impacted by AB 2571. For a catalogue of examples, see Plaintiffs' Complaint for Declaratory and Injunctive Relief (ECF No. 1).

11.   If the California Legislature had not invoked its prerogative to declare AB 2571 to be "urgency" legislation, thus making it effective immediately, instead of January 1, 2023 (or later), as is the usual course, Plaintiffs could have filed this action and sought relief in accordance with standard court procedures and according to standard notice requirements under the Federal Rules of Civil Procedure and Local Rules.

12.   But because AB 2571 took immediate effect, Plaintiffs and countless other "firearm industry members" were forced to immediately stop engaging in constitutionally protected speech and expressive conduct or continuously expose themselves to extraordinary civil liability under AB 2571. The harm they are currently suffering is actual and irreparable. They thus require and respectfully ask the Court to provide immediate relief from the standard procedures and notice requirements and hear their motion for preliminary injunction on shortened notice.

13.   On behalf of Plaintiffs, I respectfully request that the Court set the following briefing and hearing schedule in this matter:

- Filing and service of moving papers on July 20, 2022;
- Filing and service of opposition papers on or before July 29, 2022;
- Filing and service of reply papers on or before August 3, 2022;
- Hearing on Plaintiffs' Motion for a Preliminary Injunction to be held on August 8, 2022, at 10:00 a.m.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on July 19, 2022.

*[signature]*

Anna M. Barvir
Declarant

4

DECLARATION OF ANNA M. BARVIR

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:   2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

    I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF ANNA M. BARVIR IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed July 20, 2022.

                                                   _____
                                                   Laura Palmerin