1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION, | CASE NO: 2:22-cv-04663 |
| | **[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| Plaintiffs, | |
| v. | |
| ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, | |
| Defendant. | |

Having considered the Plaintiff's Ex Parte Application for Order Shortening Time to Hear Plaintiffs' Motion for Preliminary Injunction and finding good cause therefor:

IT IS HEREBY ORDERED that the time for service of Plaintiffs' Motion for Preliminary Injunction and supporting documents is shortened from 28 days to19

days, so that the July 20, 2022, filing and service of Plaintiffs' motion for preliminary injunction and supporting documents, constitutes sufficient notice of the proceedings referenced therein.

IT IS FURTHER ORDERED that all papers in opposition must be filed and served by July 29, 2022. Any reply in support must filed and served by August 3, 2022. The hearing on Plaintiffs' Motion for a Preliminary Injunction shall take place on Monday, August 8, 2022, at 10:00 a.m. in Department 8D of the above-titled court, located at First Street Courthouse, 350 W. First Street, Los Angeles, California 90012.

Dated: _____          _____

Honorable Christina A. Snyder
United States District Court Judge