IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNIOR SPORTS MAGAZINES INC. et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California et al.,**<br><br>Defendants. | 2:22-CV-04663-CAS-JCx<br><br>**ORDER DENYING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Having considered the Plaintiffs' Ex Parte Application for Order Shortening Time to Hear Plaintiffs' Motion for Preliminary Injunction:

IT IS HEREBY ORDERED that Plaintiffs' application is denied.

IT IS FURTHER ORDERED that all papers in opposition to Plaintiffs' motion for preliminary injunction must be filed and served by August 8, 2022. Any reply must be filed and served by August 15, 2022. The hearing on Plaintiffs' Motion for a Preliminary Injunction shall take place on Monday, August 22, 2022, at 10:00

1   a.m. in Department 8D of the above-titled court, located at First Street Courthouse,

2   350 W. First Street, Los Angeles, California 90012.

3

4   Dated: July 22, 2022

5                            Honorable Christina A. Snyder

                              United States District Court Judge