IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNIOR SPORTS MAGAZINES INC. et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California et al.,**<br><br>Defendants. | 2:22-CV-04663-CAS-JCx<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant Rob Bonta that the deadline for Defendant to respond to the Complaint, whether by answer or motion made under the Federal Rules of Civil Procedure, shall be extended until thirty (30) days after the Court rules on Plaintiffs' pending motion for a preliminary injunction.

This stipulation is made on the following grounds:

1. On July 8, 2022, Plaintiffs initiated this lawsuit by filing the complaint with the Court. *See* ECF No. 1.

2. Plaintiffs served Defendant with the Complaint on July 11, 2022. Accordingly, Defendant's current deadline to respond to the Complaint is August 1, 2022.

3. On July 20, 2022, Plaintiffs filed a motion for a preliminary injunction. *See* ECF No. 12. By order of the Court, the hearing on the motion is currently scheduled for August 22, 2022. *See* ECF No. 15.

4. Because the issues concerning the motion for a preliminary injunction significantly overlap with a potential motion to dismiss or other response to the Complaint, and to preserve resources of the parties and the Court, the parties stipulate to and hereby request that the deadline for Defendant to answer, move, or otherwise respond to the Complaint be extended until thirty (30) days after the Court rules on the motion for a preliminary injunction.

Dated: July 28, 2022

Respectfully Submitted,

ROB BONTA
Attorney General of California
PAUL STEIN
Supervising Deputy Attorney General

*/s/ Kevin J. Kelly*
KEVIN J. KELLY
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

| | | |
|---|---|---|
| 1 | Dated:  July 28, 2022 | Respectfully Submitted, |
| 2 | | MICHEL & ASSOCIATES, P.C. |

*/s/ Anna M. Barvir*
ANNA M. BARVIR
*Attorney for Plaintiffs Junior Sports Magazines Incorporated, Raymond Brown, California Youth Shooting Sports Association, Inc. Redlands California Youth Clay Shooting Sports Inc., California Rifle & Pistol Association, Inc., The CRPA Foundation, and Gun Owners of California*

| | | |
|---|---|---|
| 11 | Dated:  July 28, 2022 | Respectfully Submitted, |
| 12 | | LAW OFFICES OF DONALD KILMER, APC |

*/s/ Donald Kilmer*
DONALD KILMER
*Attorney for Plaintiff Second Amendment Foundation*