IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNIOR SPORTS MAGAZINES INC. et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California et al.,**<br><br>Defendants. | 2:22-CV-04663-CAS-JCx<br><br>**ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Upon stipulation of the parties and good cause having been shown, IT IS HEREBY ORDERED that the deadline for Defendant Rob Bonta to answer, move, or otherwise respond to the Complaint is extended until thirty (30) days after the Court rules on Plaintiffs' pending motion for a preliminary injunction.

Dated: July 29, 2022

*Christina A. Snyder*
_____
Honorable Christina A. Snyder
United States District Court Judge