| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | MARK BECKINGTON<br>Supervising Deputy Attorney General |
| 3 | KEVIN J. KELLY<br>Deputy Attorney General |
| 4 | State Bar No. 337425 |
| 5 | 300 S. Spring St., Ste. 9012<br>Los Angeles, CA 90013 |
| 6 | Telephone: (213) 266-6615<br>Fax: (916) 731-2124 |
| 7 | E-mail: Kevin.Kelly@doj.ca.gov<br>*Attorneys for Defendant Rob Bonta,* |
| 8 | *In his official capacity as Attorney* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNIOR SPORTS MAGAZINES INC. ET AL.,**<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA ET AL.,** | **DECLARATION OF KEVIN J. KELLY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: August 22, 2022<br>Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Christina A. Snyder<br>Action Filed: July 8, 2022 |

Kelly Decl. in Supp. of Defs.' Opp'n to Pls.' Mot. for Prelim. Inj. (2:22-cv-04663-CAS (JCx))

001

I, KEVIN J. KELLY, declare:

1. I am a Deputy Attorney General with the California Department of Justice, Office of the Attorney General, and an attorney for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California ("defendant") in this matter. I am an attorney at law duly licensed to practice before all courts of the State of California and admitted to practice before the United States District Court for the Central District of California. I have personal knowledge of the facts set forth below and if called as a witness, I could and would competently testify to them.

2. This declaration is made in support of Defendant's Opposition to Plaintiffs' Motion for Preliminary Injunction.

3. **Exhibit A** is a true and correct copy of Violence Policy Center, *Start Them Young* (2016). The document is available on the Violence Policy Center's website at: https://vpc.org/studies/startthemyoung.pdf.

4. **Exhibit B** is a true and correct copy of Jason E. Goldstick, Ph.D. et al, *Current Causes of Death in Children and Adolescents in the United States*, 386 NEW ENG. J. MED. 1955 (2022). A copy is available on the New England Journal of Medicine's website at https://www.nejm.org/doi/full/10.1056/NEJMc2201761.

5. **Exhibit C** is a true and correct copy of Matthew A. Lapierre, Ph.D. et al., *The Effect of Advertising on Children and Adolescents*, 140 PEDIATRICS S152 (2017). A copy is available on the American Academy of Pediatrics' website at: https://publications.aap.org/pediatrics/article/140/Supplement_2/S152/34178/The-Effect-of-Advertising-on-Children.

6. On or about August 8, 2022, I visited the official website of Everytown Research & Policy. From there, I viewed and saved a copy of #NotAnAccident Index, available at https://everytownresearch.org/maps/notanaccident. A true and correct copy is annexed hereto as **Exhibit D**.

Kelly Decl. in Supp. of Defs.' Opp'n to Pls.' Mot. for Prelim. Inj. (2:22-cv-04663-CAS (JCx))

002

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and
2  correct.

3  Executed on: August 8, 2022

                                            /s/ Kevin J. Kelly
                                            KEVIN J. KELLY
                                            Deputy Attorney General

SA2014119177
FINAL JSM v Bonta - Kelly Dec.doc