# **EXHIBIT D**



# #NotAnAccident Index

In 2022 there were at least **169 unintentional shootings by children,** resulting in **74 deaths** and **104 injuries** nationally.

---

| 2022 |
|---|

| United States (169) |
|---|

CLICK TO FILTER

○ Death    ○ Injury

Clear filters

Data is up to date as of: July 26, 2022

Reports

Download Data

# Every year, hundreds of children in the US gain access to firearms and unintentionally shoot themselves or someone else. This is #NotAnAccident.

To better understand these shootings—and how they can be prevented—Everytown collects information from media reports about incidents in which a child under 18 unintentionally shoots themself or someone else. Details about each incident include ages of both shooters and victims, date, location, type of firearm, and other information.

Our 2021 report, "Preventable Tragedies: Findings from the #NotAnAccident Index," provides a deeper understanding of where, when, and how unintentional child shootings occur and the steps we can take to prevent them.

Moms Demand Action for Gun Sense in America launched the Be SMART campaign to raise awareness that secure gun storage–storing guns unloaded, locked, and separate from ammunition–can save children's lives.

See a case missing from our tracker? Please let us know.

**LEARN MORE ABOUT UNINTENTIONAL SHOOTINGS**

**PREVENTABLE TRAGEDIES: FINDINGS FROM THE #NOTANACCIDENT INDEX**

Report

## Be SMART

### We must make sure firearms are stored securely

The Be SMART framework is designed to help parents and adults normalize conversations about gun safety and take responsible actions that can prevent child gun deaths and injuries. Visit Be SMART for more information on preventing

unintentional shootings by children.

**LEARN MORE**