C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>            Plaintiffs,<br><br>    v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>            Defendant. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**NOTICE OF ERRATA RE: PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs inadvertently omitted the Declaration of Raymond Brown in support of Plaintiffs' Motion for Preliminary Injunction when filing their Reply to Defendant's Opposition to the Motion for Preliminary Injunction on August 15, 2022 (ECF No. 21).

Attached as "Exhibit A," please find the Declaration of Raymond Brown.

Dated: August 18, 2022  **MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiffs Junior Sports Magazines, Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Dated: August 18, 2022  **LAW OFFICES OF DONALD KILMER, APC**

*s/ Donald Kilmer*
Donald Kilmer
Counsel for Plaintiff Second Amendment Foundation

1
NOTICE OF ERRATA

# EXHIBIT A

C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**DECLARATION OF RAYMOND BROWN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: August 22, 2022<br>Hearing Time: 10:00 a.m.<br>Courtroom: 8D<br>Judge: Christina A. Snyder |

1
DECLARATION OF RAYMOND BROWN

**DECLARATION OF RAYMOND BROWN**

1. I, Raymond Brown, am a plaintiff in the above-entitled action and make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. I am a resident of Yucaipa, California.

3. I am an experienced shooting instructor, providing training and instruction in the shooting sports to adult and youth shooters all over the country, including throughout Southern California.

4. I am a competitive Master Class shooter, a National Sporting Clays Association ("NSCA") Level III instructor. I am one of just 65 three Level III Instructors in the United States and one of just *three* in California.

5. I was personally trained by Olympic Medalist Dan Carlisle, and I serve as a Master Shooting Instructor for the Carlisle Academy.

6. I have over 20 years and more than 12,000 hours of teaching experience with intermediate and experienced competitive shooters.

7. During shooting lessons focus on various aspects of competitive and recreational shooting, including but not limited to:

- Safe gun handling and operation;
- Gun fit and eye dominance;
- Overall review of the basic approach to clay shooting;
- Proper gun mount, stance, and form;
- Focal points, hold points and break points;
- Learning to focus;
- Different "approaches" to shooting targets based on the shooter's level of experience;
- How to "connect" with the target and learning what "feel with the target" is; and
- Understanding the mental game and developing a pre-shot routine.

8. Many of my students are minors under the age of 18, and some are on competitive shooting teams offered by their schools, youth organizations, or other private groups. They come to me, however, for additional instruction to build their shooting skills. I also provide training in hunting.

9. During my training and coaching sessions with young shooters, minors lawfully use, handle, observe, and otherwise possess firearms, ammunition, and related products. Depending on the student's needs, I might also engage in discussions with or provide recommendations to youth shooters concerning "firearm-related products" that are most suitable for young and/or beginner shooters.

10. My website advertises my firearm training and coaching services to shooters of all ages and abilities, including beginner and youth shooters, who are an important part of my client base. Because of AB 2571 I have been forced to remove these services to youth from my website.

11. My website also provides links to the websites of my sponsors that offer firearms, ammunition, and related products for sale to competitive and recreational shooters, as well as videos wherein I endorse R.C. Ammunition and other products useful for competitive shooting sports. At least one of those videos prominently features a teenage student lawfully and safely shooting sporting clays with a shotgun.

12. The enactment and enforcement of AB 2571, however, prevents me from continuing to promote the shooting sports amongst youth in California through my firearm training and coaching services. Indeed, the law has prompted me to cease offering courses in California specifically for youth or opening up my general classes to minors under 18 because communications that advertise, market, or promote such courses and the discussions that happen during those courses necessarily involve the promotion of the possession and use of firearms and related products.

13. Because of the enactment and enforcement of AB 2571, I no longer feel comfortable speaking to youth about youth shooting, hunting, what equipment they should use, or skills and safety.

14. I reasonably fear that attempt by the organization to engage in these activities exposes the organization to substantial liability under AB 2571.

15. But for the enforcement of AB 2571, I would continue to coach youth in shooting and hunting and would continue to suggest firearm-related products to my minor students throughout California.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 15, 2022.

*[Signature]*

Raymond Brown
Declarant

---

4

DECLARATION OF RAYMOND BROWN

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:   2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**NOTICE OF ERRATA RE: PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed August 18, 2022.

_____
Laura Palmerin