IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN; CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC.; REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS INC.; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE CRPA FOUNDATION; GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

    Having considered the Plaintiff's Ex Parte Application for Order for Leave to File Supplemental Brief in Support of Motion for Preliminary Injunction and finding good cause therefor:

    IT IS HEREBY ORDERED that Plaintiffs are granted leave to file a four-page supplemental brief in support of the pending motion for preliminary injunction.

IT IS FURTHER ORDRED that the [Proposed] Supplemental Brief attached to Plaintiffs' ex parte application for leave to file a supplemental brief be deemed filed as of the date of this order.

IT IS SO ORDERED.

Dated: _____    _____
                                              Honorable Christina A. Snyder
                                              United States District Court Judge