UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04663-CAS (JCx) | Date | August 19, 2022 |
|---|---|---|---|
| Title | Junior Sports Magazines Inc. v. Rob Bonta | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) - PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (Dkt. 12-1, filed on July 20, 2022)

PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE SUPPLEMENTAL OR SUR-REPLY BRIEF (Dkt. 23, filed on August 18, 2022)

On July 7, 2022, plaintiffs Junior Sports Magazines Inc.; Raymond Brown, California Youth Shooting Sports Association, Inc.; Redlands California Youth Claw Shooting Sports, Inc.; California Rifle & Pistol Association, Incorporated; The CRPA Foundation; Gun Owners of California, Inc.; and Second Amendment Foundation (collectively, "plaintiffs") filed suit against Rob Bonta, in his official capacity as the Attorney General of California. Dkt. 1. Plaintiffs challenge the constitutionality and seeks to prevent the enforcement of California Business & Professions Code § 22949.80, which prohibits firearm industry members from advertising or marketing, as defined, firearm-related products in a "manner that is designed, intended, or reasonably appears to be attractive to minors."

On July 20, 2022, plaintiffs filed a motion for a preliminary injunction enjoining enforcement of Section 22949.80 ("AB 2571"). Dkt. 12-1. On August 8, 2022, defendant filed his opposition. Dkt. 19. On August 15, 2022, plaintiffs filed their reply. Dkt. 21. Plaintiffs' motion for preliminary injunction is currently calendared for August 22, 2022.

Defendant has stated that the California Legislature will consider certain amendments to AB 2571 in the next two weeks. Plaintiffs have sought leave to file a supplemental brief in light of the fact that the California Legislature is considering amendments to AB 2571.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04663-CAS (JCx) | Date | August 19, 2022 |
|---|---|---|---|
| Title | Junior Sports Magazines Inc. v. Rob Bonta | | |

It appears that these proposed amendments, if enacted, might clarify claimed ambiguities in AB 2571. Because these amendments may be material to the pending motion for preliminary injunction, the Court vacates the hearing set for August 22, 2022.

The Court hereby sets a status conference for **September 12, 2022**, at **11:00 AM**, for the purpose of discussing a new hearing date for plaintiffs' motion for preliminary injunction. Additionally, plaintiffs are granted leave to file the supplemental brief, dkt. 23.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |