ROB BONTA
Attorney General of California
MARK R. BECKINGTON
Supervising Deputy Attorney General
KEVIN J. KELLY
Deputy Attorney General
State Bar No. 337425
 300 S. Spring St., Ste. 9012
 Los Angeles, CA 90013
 Telephone: (213) 266-6615
 Fax: (916) 731-2124
 E-mail: Kevin.Kelly@doj.ca.gov
*Attorneys for Defendant Rob Bonta,
In his official capacity as Attorney
General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNIOR SPORTS MAGAZINES INC. ET AL.,**<br><br>v.<br><br>**ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA ET AL.,** | **DEFENDANT'S STATUS CONFERENCE STATEMENT**<br><br>Date: September 12, 2022<br>Time: 11:00 a.m.<br>Courtroom: 8D<br>Judge: Christina A. Snyder<br>Action Filed: July 8, 2022 |

# DEFENDANT'S STATUS CONFERENCE STATEMENT

1. In anticipation of the status conference in the instant action scheduled for September 12, 2022, Defendant respectfully submits this statement to update the Court and the parties on developments regarding the adoption of legislative amendments to AB 2571, the challenged statute in this case.

2. As the Court and the parties are aware, in August 2022, the California Legislature considered the adoption of certain clarifying amendments to AB 2571. *See* ECF No. 24. In its order dated August 19, 2022, the Court noted that these amendments, if adopted, might clarify claimed ambiguities in AB 2571 and may be material to Plaintiffs' pending motion for a preliminary injunction. *See id.*

3. Later in the month, AB 160, "Public safety trailer bill," was introduced in the Legislature. *See* AB 160, annexed hereto as Exhibit A; Bill History, annexed hereto as Exhibit B (*available at* https://leginfo.legislature.ca.gov/faces/billHistoryClient.xhtml?bill_id=202120220AB160) (last accessed September 9, 2022). The bill contains amendments to AB 2571 in the same form that had earlier been presented to the Court. *See id.* at 7-10.

4. On August 31, 2022, the Legislature voted to approve AB 160. *See* Exhibit B. The bill was presented to the Governor on the same day. *See id.*

5. As of this filing, the Governor has not signed AB 160 into law. *See* Exhibit B. AB 160 will become law if signed by the Governor or if the Governor does not act on the bill on or before September 30, 2022, at which point it will become a statute by operation of law. *See* Cal. Const. Art. 4, §10(b)(2).

6. Should further developments regarding AB 160 hereafter arise, Defendant will update the Court and parties promptly, including at the status conference on September 12, 2022, if possible.

-2-

| | | |
|---|---|---|
| 1 | Dated: September 9, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MARK R. BECKINGTON<br>Supervising Deputy Attorney General |

*/s/ Kevin J. Kelly*
KEVIN J. KELLY
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his Official Capacity as Attorney General of the State of California*

SA2022301332
JSM v Bonta - Status Conference Statement 9.9.22.docx