# EXHIBIT B



| | Home | Bill Information | California Law | Publications | Other Resources | My Subscriptions | My Favorites |

## AB-160 Public safety trailer bill. (2021-2022)

| Date | Action |
| --- | --- |
| 08/31/22 | Enrolled and presented to the Governor at 9:30 p.m. |
| 08/31/22 | Senate amendments concurred in. To Engrossing and Enrolling. (Ayes 69. Noes 0.). |
| 08/30/22 | In Assembly. Concurrence in Senate amendments pending. |
| 08/30/22 | Read third time. Passed. Ordered to the Assembly. (Ayes 31. Noes 0.). |
| 08/30/22 | Senate rules suspended. (Ayes 31. Noes 9.). |
| 08/30/22 | Read second time. Ordered to third reading. |
| 08/29/22 | From committee: Do pass. (Ayes 15. Noes 0.) (August 29). |
| 08/26/22 | From committee chair, with author's amendments: Amend, and re-refer to committee. Read second time, amended, and re-referred to Com. on B. & F.R. |
| 02/16/22 | From committee chair, with author's amendments: Amend, and re-refer to committee. Read second time, amended, and re-referred to Com. on B. & F.R. |
| 08/16/21 | Re-referred to Com. on B. & F.R. |
| 07/15/21 | Senate Rule 29 suspended. (Ayes 28. Noes 7.) |
| 07/15/21 | Read second time. Ordered to third reading. |
| 07/14/21 | From committee: Do pass. (Ayes 14. Noes 3.) (July 14). |
| 07/11/21 | From committee chair, with author's amendments: Amend, and re-refer to committee. Read second time, amended, and re-referred to Com. on B. & F.R. |
| 03/11/21 | Referred to Com. on B. & F.R. |
| 02/25/21 | In Senate. Read first time. To Com. on RLS. for assignment. |
| 02/25/21 | Read third time. Passed. Ordered to the Senate. (Ayes 56. Noes 18. Page 491.) |
| 02/23/21 | Read second time. Ordered to third reading. |
| 02/22/21 | Ordered to second reading. |
| 02/22/21 | Withdrawn from committee. |
| 02/22/21 | Assembly Rule 96 suspended. (Ayes 53. Noes 17. Page 432.) |
| 02/22/21 | Re-referred to Com. on BUDGET. |
| 02/18/21 | From committee chair, with author's amendments: Amend, and re-refer to Com. on BUDGET. Read second time and amended. |
| 01/28/21 | Referred to Com. on BUDGET. |
| 01/11/21 | Read first time. |
| 01/09/21 | From printer. May be heard in committee February 9. |
| 01/08/21 | Introduced. To print. |