UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV22-4663-CAS(JCx) | Date | September 12, 2022 |
|---|---|---|---|
| Title | *JUNIOR SPORTS MAGAZINES, INC.; ET AL. v. ROB BONTA* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Anna Barvir<br>Donald Kilmer, Jr. | Kevin Kelly |

**Proceedings:** ZOOM STATUS CONFERENCE RE: CASE AND TO RESET MOTION HEARING

Hearing held by Zoom and counsel are present. The Court confers with counsel, as stated on the record. The Court orders supplemental briefing and resets the hearing on plaintiffs' Motion for Preliminary Injunction[12], as follows:

• Plaintiffs' Supplemental Brief shall be filed on or before September 28, 2022;
• Defendant's Supplemental Brief shall be filed on or before October 7, 2022; and
• Hearing is reset on **October 17, 2022**, at **10:00 A.M.** by Zoom.

Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures.

| | 00 | : | 14 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |