C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>            Plaintiffs,<br><br>      v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>            Defendant. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**SUPPLEMENTAL DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  October 17, 2022<br>Hearing Time:  10:00 a.m.<br>Courtroom:     8D<br>Judge:         Christina A. Snyder |

**SUPPLEMENTAL DECLARATION OF ALAN GOTTLIEB**

1. I, Alan Gottlieb, am the Executive Vice President and a founder of Plaintiff Second Amendment Foundation ("SAF"), a plaintiff in the above-entitled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. AB 2571, as adopted on June 30, 2022, and as currently enforced bars SAF from publishing and distributing any communications that may promote the use of firearm-related products directly to minors or in ways that are likely to be attractive to them. This prohibits SAF from actively advertising to and recruiting youth members into the organization, publishing Second Amendment materials depicting youth engaged in activities where they are using firearm-related products, promoting recreational and competitive shooting events that may be sponsored by SAF, and otherwise promoting youth shooting activities in California. It also restricts SAF's 2AGaming initiative, which seeks to grow the Second Amendment community by reaching out to people who play video games, especially minors and young adults who play games that focus on guns.

3. To prevent substantial civil liability under the new law, SAF has been forced to stop these communications to anyone under the age of 18 in California, thus limiting lawful speech to many young Californians who desire to learn more about live fire experience and membership in SAF. But for the adoption and enforcement of AB 2571, SAF would continue to sponsor these outreach communications to people of all ages as it has done for years. And if the law is enjoined, SAF will in fact resume these activities.

4. AB 2571, as passed on June 30, 2022, and currently enforced, bars SAF from distributing SAF-branded merchandise and giveaways (or "swag"), including but not limited to t-shirts, hats, other clothing, toys, games, pins, stickers, buttons, to promote the organization and solicit memberships and/or financial

support, as well as to spread pro-gun messages and slogans.

5. But for the adoption and enforcement of AB 2571, SAF would continue distributing SAF-branded merchandise and giveaways (or "swag"), including but not limited to t-shirts, hats, other clothing, toys, games, pins, stickers, buttons, to promote the organization and solicit memberships and/or financial support, as well as to spread pro-gun messages and slogans. And if the law is enjoined, CRPA would in fact resume engaging in these activities.

6. Even if AB 160 goes into effect, and some limited exemptions are made to California's ban on firearm-related speech, the AB 160 amendments to AB 271 do very little to address the vagueness and overbreadth concerns that plaintiffs identified in their complaint and moving papers. In fact, by adding *even more* unclear language rather than taking it away, the amendments make the law in many ways *more vague and more overbroad*. We thus remain unsure exactly what speech is prohibited or permitted going forward. That confusion chills SAF's speech.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on September 28, 2022.

*/s/ Alan Gottlieb*
Alan Gottlieb
Declarant

3
SUPPLEMENTAL DECLARATION OF ALAN GOTTLIEB

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:    2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**SUPPLEMENTAL DECLARATION OF ALAN GOTTLIEB IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 28, 2022.

_____
Laura Palmerin