UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV22-4663-CAS(JCx) | Date | October 17, 2022 |
|---|---|---|---|
| Title | *JUNIOR SPORTS MAGAZINES, INC.; ET AL. v. ROB BONTA* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Catherine Jeang | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Anna Barvir<br>Donald Kilmer, Jr.<br>Tiffany Cheuvront | Kevin Kelly |

**Proceedings:** ZOOM HEARING RE: PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION (Filed 07/20/22)[12]

  Hearing held by Zoom and counsel are present. Tentative Order provided. The Court confers with counsel and counsel argue, as stated on the record. The Court takes the matter under submission and the motion will stand submitted. The Court will issue a final order.

|   | 00 | : | 28 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |