C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>**PRELIMINARY INJUNCTION APPEAL**<br><br>Date Action Filed: July 8, 2022 |

PLAINTIFFS' NOTICE OF PRELIMINARY INJUNCTION APPEAL

NOTICE IS HEREBY GIVEN that all Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, Gun Owners of California, Inc., and Second Amendment Foundation, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Denying Plaintiffs' Motion for Preliminary Injunction entered in this action October 24, 2022 (ECF No. 35).

There has been one previous appeal in this case. The number assigned to the earlier appeal was No. 22-70185. In that matter, Appellants' requested writ was denied.

Plaintiffs' Representation Statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

Dated: November 21, 2022         **MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiffs Junior Sports Magazines, Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Dated: November 21, 2022         **LAW OFFICES OF DONALD KILMER, APC**

*s/ Donald Kilmer*
Donald Kilmer
Counsel for Plaintiff Second Amendment Foundation

1
PLAINTIFFS' NOTICE OF PRELIMINARY INJUNCTION APPEAL

**ATTESTATION OF E-FILED SIGNATURES**

    I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this **PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**. In compliance with Central District Local Rule 5-4.3.4 (a)(2)(i), I attest that counsel for Plaintiff Second Amendment Foundation, Donald Kilmer, has concurred in this filing.

Dated: November 21, 2022      *s/ Anna M. Barvir*
                                                  Anna M. Barvir

## REPRESENTATION STATEMENT

The undersigned represents Plaintiffs-Appellants, Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, Gun Owners of California, Inc., and Second Amendment Foundation, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| **PARTIES** | **COUNSEL OF RECORD** |
|---|---|
| Plaintiffs-Appellants Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, Gun Owners of California, Inc., | C.D. Michel – SBN 144258<br>Email: cmichel@michellawyers.com<br>Anna M. Barvir – SBN 268728<br>Email: abarvir@michellawyers.com<br>MICHEL & ASSOCIATES, P.C.<br>180 East Ocean Blvd., Suite 200<br>Long Beach, CA 90802<br>Telephone: (562) 216-4444<br>Facsimile: (562) 216-4445<br>Counsel is registered for Electronic Filing in the 9th Circuit |
| Plaintiff-Appellant Second Amendment Foundation | Donald Kilmer – SBN 179986<br>Email: don@dklawoffice.com<br>Law Offices of Donald Kilmer, APC<br>14085 Silver Ridge Road<br>Caldwell, Idaho 83607<br>Telephone: (408) 264-8489<br>Counsel is registered for Electronic Filing in the 9th Circuit |
| Defendant-Appellee Rob Bonta, in his official capacity as Attorney General of the State of California | Mark R. Beckington<br>Supervising Deputy Attorney General<br>Kevin J. Kelly – SBN 337425<br>Deputy Attorney General<br>Email: kevin.kelly@doj.ca.gov<br>300 S. Spring Street, Suite 9012<br>Los Angeles, CA 90013<br>Telephone: (213) 266-6615 |

|  | Facsimile: (213) 731-2124 |
|---|---|

Dated: November 21, 2022     **MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Plaintiffs Junior Sports Magazines, Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Dated:  November 21, 2022     **LAW OFFICES OF DONALD KILMER, APC**

*s/ Donald Kilmer*
Donald Kilmer
Counsel for Plaintiff Second Amendment Foundation

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.: 2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
  *Attorney for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed November 21, 2022.

_____
Laura Palmerin

CERTIFICATE OF SERVICE