# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California, et al.,<br><br>　　　　　Defendant. | CASE NO: 2:22-cv-04663-CAS (JCx)<br><br>**ORDER GRANTING STAY OF PROCEEDINGS PENDING APPEAL AND EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Upon stipulation of the parties and good cause having been shown, IT IS HEREBY ORDERED further proceedings in this matter, including discovery, pre-trial motions, and trial, are stayed until further order of this Court, pending resolution of Plaintiffs' appeal of this Court's interlocutory order denying Plaintiffs' motion for preliminary injunction.

IT IS FURTHER ORDERED that Plaintiffs' counsel shall file with this Court a copy of the Ninth Circuit's decision in Plaintiffs' interlocutory appeal in this matter within ten (10) days of its issuance.

1     IT IS FURTHER ORDERED that the deadline for Defendant Rob Bonta to
2 answer, move, or otherwise respond to the Complaint is extended until thirty (30)
3 days after the Ninth Circuit issues a decision in Plaintiffs' interlocutory appeal in
4 this matter.

*/s/ Christina A. Snyder*

6 Dated: 11/22/22

    Honorable Christina A. Snyder
7     United States District Court Judge

---

ORDER GRANTING STAY OF PROCEEDINGS