Case 2:22-cv-04663-CAS-JC   Document 40   Filed 11/22/22   Page 1 of 1   Page ID #:1269



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

November 22, 2022

| | |
|---|---|
| No.: | 22-56090 |
| D.C. No.: | 2:22-cv-04663-CAS-JC |
| Short Title: | Junior Sports Magazines Inc., et al v. Rob Bonta, et al |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Preliminary Injunction Appeal. Circuit Rule 3-3.**

**Briefing schedule will be set by future court order.**