UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 20 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC.; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of the State of California; DOES 1-10, <br><br> Defendants-Appellees. | No.   22-56090 <br><br> D.C. No. <br> 2:22-cv-04663-CAS-JC <br> Los Angeles <br><br> ORDER |

Before: LEE, SMITH, and VANDYKE Circuit Judges

Judges Lee and VanDyke voted to deny the petition for rehearing en banc. Judge Smith recommended denying the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. The petition for rehearing en banc is DENIED.