UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC.; et al.,<br><br>        Plaintiffs - Appellants,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California and DOES 1 - 10,<br><br>        Defendants - Appellees. | No. 22-56090<br><br>D.C. No. 2:22-cv-04663-CAS-JC<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered September 13, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                            FOR THE COURT:

                            MOLLY C. DWYER
                            CLERK OF COURT