| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | MARK R. BECKINGTON |
| | Supervising Deputy Attorney General |
| 3 | KEVIN J. KELLY |
| | Deputy Attorney General |
| 4 | State Bar No. 337425 |
| |   300 South Spring Street, Suite 1702 |
| 5 |   Los Angeles, CA  90013-1230 |
| |   Telephone:  (213) 269-6615 |
| 6 |   E-mail:  kevin.kelly@doj.ca.gov |
| | *Attorneys for Defendant Rob Bonta, in his official* |
| 7 | *capacity as Attorney General of the State of* |
| | *California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNIOR SPORTS MAGAZINES INC. et al.,** | 2:22-CV-04663-CAS-JCx |
| Plaintiffs, | **STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California et al.,** | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant Rob Bonta that the deadline for Defendant to respond to the Complaint, whether by answer or motion made under the Federal Rules of Civil Procedure, shall be extended until April 22, 2024.

This stipulation is made on the following grounds:

1. On July 8, 2022, Plaintiffs initiated this lawsuit by filing the complaint with the Court. ECF No. 1.

2. On July 20, 2022, Plaintiffs filed a motion for a preliminary injunction.

ECF No. 12. By stipulation of the parties, the Court issued an order extending the time for Defendant to respond to the complaint until 30 days after the Court ruled on the motion for preliminary injunction. ECF No. 17.

3. On October 24, 2022, this Court denied the motion for preliminary injunction. ECF No. 35. Plaintiffs filed a notice of appeal on November 21, 2022. ECF No. 37. By stipulation of the parties, the Court stayed further proceedings in this matter, including discovery, pre-trial motions, and trial, until further order of the Court pending resolution of Plaintiffs' interlocutory appeal. ECF No. 39. The Court also extended the time for Defendant to answer, move, or otherwise respond to the Complaint until 30 days after the Ninth Circuit issued a decision in Plaintiffs' appeal. *Id.*

4. On September 13, 2023, the Ninth Circuit issued an opinion reversing this Court's denial of a preliminary injunction and remanding this case to the Court for further proceedings consistent with its opinion. ECF No. 46. On February 20, 2024, the Ninth Circuit denied Defendant's petition for rehearing en banc. ECF No. 50.

5. Pursuant to the Court's order of November 22, 2022, Defendant's response to the Complaint is currently due March 21, 2024. In light of the Ninth Circuit's opinion and the denial of Defendant's petition for rehearing en banc, Defendant is considering his next steps in this litigation, up to and including seeking a potential early resolution of this case, and requires additional time to fully consider the matter.

6. Therefore, the parties stipulate to and hereby request that the deadline for Defendant to answer, move, or otherwise respond to the Complaint be extended an additional 30 days, until April 22, 2024.

| | | |
|---|---|---|
| 1 | Dated: March 20, 2024 | Respectfully Submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | MARK. R. BECKINGTON |
| 4 | | Supervising Deputy Attorney General |

/s/ Kevin J. Kelly
KEVIN J. KELLY
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

Dated: March 20, 2024        Respectfully Submitted,

MICHEL & ASSOCIATES, P.C.

/s/ Anna M. Barvir
ANNA M. BARVIR
*Attorney for Plaintiffs Junior Sports Magazines Incorporated, Raymond Brown, California Youth Shooting Sports Association, Inc. Redlands California Youth Clay Shooting Sports Inc., California Rifle & Pistol Association, Inc., The CRPA Foundation, and Gun Owners of California*

Dated: March 20, 2024        Respectfully Submitted,

LAW OFFICES OF DONALD KILMER, APC

/s/ Donald Kilmer
DONALD KILMER
*Attorney for Plaintiff Second Amendment Foundation*