IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNIOR SPORTS MAGAZINES INC. et al.,**<br><br>                    Plaintiffs,<br><br>            v.<br><br>**ROB BONTA, in his official capacity as Attorney General of the State of California et al.,**<br><br>                    Defendants. | 2:22-CV-04663-CAS-JCx<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT** |

Upon stipulation of the parties and good cause having shown, IT IS HEREBY ORDERED that the deadline for Defendant Rob Bonta to answer, move, or otherwise respond to the Complaint is extended until April 22, 2024.

Dated: _____          _____

Honorable Christina A. Snyder
United States District Court Judge