# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - APPEALS**  SEND/JS-5

| | |
|---|---|
| Case No. | LA22cv04663-CAS (JCx) |
| Court of Appeals Case No. | 22-56090 |
| Title | *JUNIOR SPORTS MAGAZINES, INC.; ET AL. v. ROB BONTA* |
| Present: The Honorable | CHRISTINA A. SNYDER |
| Date | March 19, 2024 |

| CATHERINE M. JEANG | NOT PRESENT | N/A |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| Attorneys for Plaintiff(s): | Attorney(s) for Defendant(s): |
|---|---|
| NOT PRESENT | NOT PRESENT |

**PROCEEDINGS:** (IN CHAMBERS): HEARING ON MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS

THE COURT REVIEWS the mandate (judgment or order) of the Ninth Circuit Court of Appeals:

___ Affirming   ___ Dismissing Appeal   ___ Affirming in part, reversing in part
_X_ Remanding   ___ Reversing and Remanding   ___ Other: _____

___ The record reflects that costs of the prevailing party were taxed by the Ninth Circuit Court of Appeals in the amount of:
   $ _____ on _____

_X_ Other:   The Court sets a Status Conference re: Filing and Spreading of the Ninth Circuit Mandate on **April 8, 2024**, at **11:00 A.M.**, by Zoom.  Zoom Webinar Information can be found on the Court's Website, under Judge Snyder's Procedures.

___ Make JS-5

00 : 00

Initials of Deputy Clerk   CMJ