C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

# IN THE UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>                    Defendant. | Case No.:  2:22-cv-04663-CAS (JCx)<br><br>**PLAINTIFFS' NOTICE OF ISSUANCE OF PRELIMINARY INJUNCTION IN** *SAFARI CLUB INTERNATIONAL V. BONTA* |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the Order Granting Plaintiffs' Motion for a Preliminary Injunction issued on April 12, 2024, in *Safari Club International v. Bonta*, a case that was coordinated with the above-entitled matter for oral argument in the Ninth Circuit. Order Granting Plaintiffs' Motion for a Preliminary Injunction, *Safari Club Int'l v. Bonta*, No. 2:22-cv-01395-DAD-JDP (E.D. Cal. April 12, 2024), ECF No. 33 (attached as **Exhibit A**). In view of the mandate issued in that case on February 28, 2024, the order declares that the plaintiffs are likely to succeed on their claims that California Business & Professions Code § 22949.80 is unconstitutional and preliminarily enjoins enforcement of the law. *Id.*

The trial court in *Safari Club* issued the order after the parties filed a Joint Status Report that included a proposed order as an exhibit. Joint Status Report, *Safari Club Int'l*, No. 2:22-cv-01395-DAD-JDP (E.D. Cal. Mar. 20, 2024), ECF No. 32 (attached as **Exhibit B**); Exhibit 1 to Joint Status Report, *Safari Club Int'l*, No. 2:22-cv-01395-DAD-JDP (E.D. Cal. Mar. 20, 2024), ECF No. 32-1 (attached as **Exhibit C**).

As directed by this Court at the April 8, 2024, case management conference, the parties in this matter are continuing to meet, confer, and exchange positions regarding Plaintiffs' request for a preliminary injunction, as well as exploring potential settlement of the entire matter.

Dated: April 18, 2024

**MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiffs Junior Sports Magazines, Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, and Gun Owners of California, Inc.

| | |
|---|---|
| Dated: April 18, 2024 | **LAW OFFICES OF DONALD KILMER, APC** |
| | *s/ Donald Kilmer* |
| | Donald Kilmer |
| | Counsel for Plaintiff Second Amendment Foundation |

**ATTESTATION OF E-FILED SIGNATURES**

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this PLAINTIFFS' NOTICE OF ISSUANCE OF PRELIMINARY INJUNCTION IN *SAFARI CLUB INTERNATIONAL V. BONTA*. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

| | |
|---|---|
| Dated: April 18, 2024 | *s/ Anna M. Barvir* |
| | Anna M. Barvir |

# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFARI CLUB INTERNATIONAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Defendant. | No. 2:22-cv-01395-DAD-JDP<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION |

In view of the ruling of the Ninth Circuit in *Safari Club International, et al. v. Bonta* (No. 23-15199) entered on September 22, 2023, and the mandate issued on February 28, 2024, the court finds as follows:

1. Plaintiffs are likely to succeed on the merits of their claims that California Business & Professions Code § 22949.80 is unconstitutional in violation of the First and Fourteenth Amendments to the United States Constitution;

2. Plaintiffs will suffer irreparable harm if a preliminary injunction is not issued;

3. The balance of the equities tips in plaintiffs' favor;

4. The issuance of a preliminary injunction is in the public interest; and

5. No bond is appropriate under these circumstances.

/////

1

1   Accordingly, the court **ORDERS** that pursuant to Rule 65 of the Federal Rules of Civil
2   Procedure, Defendant California Attorney General Rob Bonta and the California Department of
3   Justice, their officers, agents, servants, employees, and anyone else in active concert or
4   participation with any of the aforementioned people or entities, are hereby preliminarily enjoined
5   from enforcing California Business & Professions Code § 22949.80.

   It is **FURTHER ORDERED** that plaintiffs shall not be required to post a bond.

   IT IS SO ORDERED.

Dated:   **April 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2

# EXHIBIT B

Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Colin R. Higgins, Bar No. 268364
chiggins@swlaw.com
Cameron J. Schlagel, Bar No. 320732
cschlgel@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES SPORTSMEN'S ALLIANCE FOUNDATION, an Ohio nonprofit corporation; SAFARI CLUB INTERNATIONAL, an Arizona nonprofit corporation; and CONGRESSIONAL SPORTSMEN'S FOUNDATION, a Washington, D.C. nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01395- DAD-JDP<br><br>**Joint Status Report**<br><br>Courtroom: 4<br>Judge: Hon. Dale A. Drozd<br>Trial Date: None set<br>Action Filed: August 5, 2022 |

Plaintiffs and Defendant, by and through their undersigned counsel, respectfully submit this joint status report pursuant to this Court's May 17, 2023, Order Granting the Parties' Joint Motion for a Stay of Proceedings, ECF No. 29, and the Ninth Circuit's Mandate in *Safari Club International v. Bonta*, issued on February 28, 2024 (*see* Case No. 23-15199, Dkt. 39).

1  Counsel for the parties have conferred about next steps in this litigation. Defendant is actively considering its next steps in the litigation up to and including a potential resolution of the case.

Plaintiffs request that this Court immediately enter a preliminary injunction consistent with the Ninth Circuit's opinion and judgment, particularly considering that Defendant requires additional time to evaluate its position. Plaintiffs conferred with Defendant and Defendant takes no position regarding this request. Plaintiffs' [Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction is attached hereto as **Exhibit 1**. In the event the Court does not enter a preliminary injunction by April 2, 2024, Plaintiffs will move the Court for an order granting a preliminary injunction consistent with the opinion and judgment of the Ninth Circuit.

In light of these circumstances, the parties respectfully request that they file a further Joint Status Report with the Court no later than April 19, 2024, updating the Court of their proposed next steps.

DATED this 20th day of March, 2024.

SNELL & WILMER L.L.P.

By:   */s/ Cameron J. Schlagel*
Michael B Reynolds
Colin R. Higgins
Cameron J. Schlagel
Attorneys for Plaintiffs


ROB BONTA
Attorney General of California


By:   */s/ Gabrielle D. Boutin*
Gabrielle D. Boutin
Deputy Attorney General
*Attorneys for Defendants Attorney General Rob Bonta*

- 2 -                                                                                    (22-cv-01395)

Joint Rule 26(f) Case Management Report

# EXHIBIT C

# EXHIBIT 1

Michael B. Reynolds, Bar No. 174534
mreynolds@swlaw.com
Colin R. Higgins, Bar No. 268364
chiggins@swlaw.com
Cameron J. Schlagel, Bar No. 320732
cschlgel@swlaw.com
SNELL & WILMER L.L.P.
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES SPORTSMEN'S ALLIANCE FOUNDATION, an Ohio nonprofit corporation; SAFARI CLUB INTERNATIONAL, an Arizona nonprofit corporation; and CONGRESSIONAL SPORTSMEN'S FOUNDATION, a Washington, D.C. nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-01395- DAD-JDP<br><br>**[Plaintiffs' Proposed] Order Granting Plaintiffs' Motion for Preliminary Injunction** |

## ORDER

In view of the ruling of the Ninth Circuit in *Safari Club International, et al. v. Bonta* (No. 23-15199) entered on September 22, 2023, and the Mandate issued on February 28, 2024, the Court finds as follows:

1. Plaintiffs are likely to succeed on the merits of their claims that California Business & Professions Code section 22949.80 is unconstitutional in violation of the First and Fourteenth Amendments to the United States Constitution.

- 1 -  (22-cv-01395)

2. Plaintiffs will suffer irreparable harm if a preliminary injunction is not issued;

3. The balance of the equities tips in Plaintiffs' favor;

5. A preliminary injunction is in the public interest; and

6. No bond is appropriate under these circumstances.

Accordingly, the Court **ORDERS** that pursuant to Rule 65 of the Federal Rules of Civil Procedure, Defendant California Attorney General Rob Bonta and the California Department of Justice, their officers, agents, servants, employees, and anyone else in active concert or participation with any of the aforementioned people or entities, are hereby preliminarily enjoined from enforcing California Business & Professions Code section 22949.80.

It is **FURTHER ORDERED** that Plaintiffs shall not be required to post a bond.

**IT IS SO ORDERED.**

Dated: _____

Hon. Dale A. Drozd

# CERTIFICATE OF SERVICE
## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.: 2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF ISSUANCE OF PRELIMINARY INJUNCTION IN *SAFARI CLUB INTERNATIONAL V. BONTA***

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013
   *Attorney for Defendant*

    I declare under penalty of perjury that the foregoing is true and correct.

Executed April 18, 2024.

*/s/ Laura Palmerin*
Laura Palmerin