1  ROB BONTA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  GABRIELLE D. BOUTIN
   Deputy Attorney General
4  State Bar No. 267308
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone:  (916) 210-6053
     Fax:  (916) 324-8835
7    E-mail:  Gabrielle.Boutin@doj.ca.gov
   *Attorneys for Defendant Rob Bonta, in his official*
8  *capacity as Attorney General of the State of*
   *California*
9
                  IN THE UNITED STATES DISTRICT COURT
10
                  CENTRAL DISTRICT OF CALIFORNIA
11

12

13

14  **JUNIOR SPORTS MAGAZINES          2:22-cv-04663-CAS-JC
    INC. et al.,**
15                                     **NOTICE OF APPEARANCE**
                          Plaintiffs,
16                                     Judge:       Hon. Christina A. Snyder
                   v.
17                                     Action Filed: July 8, 2022

18  **ROB BONTA, in his official capacity
    as Attorney General of the State of
19  California et al.,**

20                          Defendants.

21

22       The California Attorney General, counsel for Defendant Rob Bonta, in his

23  official capacity as Attorney General of the State of California, hereby files this

24  Notice of Appearance to inform the Court of newly assigned counsel for Defendant

25  in this proceeding.

26

27

28

                                        1

1    Respondent hereby notifies the Court that the attorney now with principal

2  charge of the case is as follows:

3

4    Gabrielle D. Boutin, Deputy Attorney General
     1300 I Street, Suite 125
5    P.O. Box 944255
     Sacramento, CA 94244-2550
6    Telephone: (916) 210-6053
     E-mail: Gabrielle.Boutin@doj.ca.gov
7

8  Dated:  April 24, 2024                  Respectfully submitted,

9                                          ROB BONTA
                                           Attorney General of California
10                                         ANTHONY R. HAKL
                                           Supervising Deputy Attorney General
11

12

13                                         *s/ Gabrielle D. Boutin*
                                           GABRIELLE D. BOUTIN
14                                         Deputy Attorney General
                                           *Attorneys for Defendant Rob Bonta, in*
15                                         *his official capacity as Attorney*
                                           *General of the State of California*
16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name: **Junior Sports Magazines Inc.,**
            **et al. v. Rob Bonta, et al.**

No.   **2:22-cv-04663-CAS-JC**

I hereby certify that on <u>April 26, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 26, 2024</u>, at Los Angeles, California.

| Dora Mora | *Dora Mora* |
|-----------|-------------|
| Declarant | Signature   |

SA2022302966
66745051.docx