C.D. Michel-SBN 144258
Anna M. Barvir-SBN 268728
Tiffany D. Cheuvront-SBN 317144
MICHEL & ASSOCIATES, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Fax: (562) 216-4445
Email: cmichel@michellawyers.com

Attorneys for Plaintiffs Junior Sports Magazines Incorporated, Raymond Brown, California Youth Shooting Sports Association, Redlands California Youth Clay Shooting Sports Inc., California Rifle & Pistol Association, Inc., The CRPA Foundation, and Gun Owners of California

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorney for Plaintiff Second Amendment Foundation

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN; CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION; REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS INC.; CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED; THE CRPA FOUNDATION; GUN OWNERS OF CALIFORNIA; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | Case No.: 2:22-cv-04663-CAS (JCx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE THE MANDATE AND ISSUE PRELIMINARY INJUNCTION**<br><br>Hearing Date:  June 10, 2024<br>Hearing Time:  10:00 a.m.<br>Courtroom:  8D<br>Judge:  Christina A. Snyder |

1

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that on June 10, 2024, at 10:00 a.m. in Courtroom 8D of the above-captioned court, located at First Street Courthouse, 350 W. First Street, Los Angeles, California 90012, Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Redlands California Youth Clay Shooting Sports Inc., California Rifle & Pistol Association, Inc., The CRPA Foundation, Gun Owners of California, and the Second Amendment Foundation (collectively, "Plaintiffs") will move to enforce the Ninth Circuit's judgment and enter preliminary injunction under Rule 65(a) of the Federal Rules of Civil Procedure. Specifically, Plaintiffs will seek an order temporarily enjoining Defendant Attorney General Rob Bonta, employees, agents, successors in office, and all District Attorneys, County Counsel, and City Attorneys holding office in the state of California, as well as their successors in office, from Business & Professions Code section 22949.80 during the pendency of this action.

Plaintiffs bring this motion because the Ninth Circuit has already held in this case that section 22949.80 likely violates Plaintiffs' First Amendment right to free speech and that Plaintiffs have satisfied all the factors necessary for issuance of a preliminary injunction.

This application is made on the grounds set forth in the accompanying memorandum of points and authorities, the signed declaration of Anna M. Barvir and the exhibit attached thereto, all pleadings and papers filed in this action, the argument of counsel, and further evidence as the Court may consider at or before a hearing on this motion.

/ / /

/ / /

/ / /

/ / /

This motion is made following conferences of counsel pursuant to L.R. 7-3 which took place on April 4, 2024, and May 2, 2024. The need for the motion was also discussed in the presence of this Court during the case management conference on April 8, 2024.

Dated: May 2, 2024  **MICHEL & ASSOCIATES, P.C.**

*s/ Anna M. Barvir*
Anna M. Barvir
Counsel for Plaintiffs Junior Sports Magazines Incorporated, Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports Inc., California Rifle & Pistol Association, Inc., The CRPA Foundation, and Gun Owners of California

Dated: May 2, 2024  **LAW OFFICES OF DONALD KILMER, APC**

*s/ Donald Kilmer*
Donald Kilmer
Counsel for Plaintiff Second Amendment Foundation

**ATTESTATION OF E-FILED SIGNATURES**

I, Anna M. Barvir, am the ECF User whose ID and password are being used to file this PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE THE MANDATE AND ISSUE PRELIMINARY INJUNCTION. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: May 2, 2024  *s/ Anna M. Barvir*
Anna M. Barvir

# CERTIFICATE OF SERVICE
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:   2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE THE MANDATE AND ISSUE PRELIMINARY INJUNCTION**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Kevin J. Kelly, Deputy Attorney General
kevin.kelly@doj.ca.gov
300 South Spring Street, Suite 9012
Los Angeles, CA 90013

Gabrielle D. Boutin, Deputy Attorney General
gabrielle.boutin@doj.ca.gov
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
   *Attorneys for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed May 2, 2024.

Laura Palmerin