IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | Case No.: 2:22-cv-04663-CAS (JCx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENFORCE THE MANDATE AND ISSUE PRELIMINARY INJUNCTION**<br><br>Hearing Date:    June 10, 2024<br>Hearing Time:    10:00 a.m.<br>Courtroom:       8D<br>Judge:           Christina A. Snyder |

The motion of Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, Gun Owners of California, Inc., and Second Amendment Foundation came on regularly for hearing on June 10, 2024. Mr. Donald Kilmer

appeared on behalf of all Plaintiffs. Ms. Gabrielle Boutin appeared on behalf of the Attorney General. On proof made to the satisfaction of the court and good cause appearing:

IT IS ORDERED that during the pendency of this action, the named Defendant, his employees, agents, successors in office, and all District Attorneys, County Counsel, and City Attorneys holding office in the state of California, as well as their successors in office, are enjoined and restrained from engaging in, committing, or performing, directly or indirectly, by any means whatsoever, any enforcement of AB 2571, codified at Business & Professions Code section 22949.80;

The court reserves jurisdiction to modify this injunction as the ends of justice may require.

IT IS SO ORDERED.

Dated: _____    _____
　　　　　　　　　　　　　　　　　　　　Honorable Christina A. Snyder
　　　　　　　　　　　　　　　　　　　　United States District Court Judge