UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | LA22CV04663-CAS (JCx) | Date | June 10, 2024 |
|---|---|---|---|
| Title | Junior Sports Magazines Inc. et al v. Rob Bonta et al | | |

| Present: The Honorable | Christina A. Snyder, United States District Judge |
|---|---|

| Charles A. Rojas | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Anna Bavir<br>Donald Kilmer, Jr. | Gabrielle Boutin |

**Proceedings:**   ZOOM HEARING - PLAINTIFF'S MOTION TO ENFORCE THE MANDATE AND ISSUE PRELIMINARY INJUNCTION [59]

Hearing held by Zoom and counsel are present. Court and counsel confer with counsel argued re: Plaintiff's Motion to Enforce the Mandate and Issue Preliminary Injunction [59]. Tentative Rulings were provided to counsel by the Court. The Court is inclined to make the Tentative Ruling as its final ruling. The matter is taken under submission with a final order to issue.

:   .21

Initials of Preparer   cr