UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

1a. Contact Person for this Order: Laura Palmerin

2a. Contact Phone Number: (562) 216-4444

3a. Contact E-mail Address: lpalmerin@michellawyers.com

1b. Attorney Name (if different): Anna M. Barvir

2b. Attorney Phone Number: (562) 216-4444

3b. Attorney E-mail Address: abarvir@michellawyers.com

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Michel & Associates, P.C.
180 East Ocean Blvd., Suite 200
Long Beach, CA 90802

5. Name & Role of Party Represented: Plaintiffs Junior Sports Magazines, Inc., et al.

6. Case Name: Junior Sports Magazines, Inc. v. Rob Bonta

7a. District Court Case Number: 2:22-cv-04663-CAS-JC

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
☐ DIGITALLY RECORDED    ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Deborah Parker

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal  ☒ Non-Appeal  |  ☐ Criminal  ☒ Civil  |  ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. HEARING(S) OR PORTIONS OF HEARINGS *(Specify portion(s) and date(s) of proceedings(s) for which transcript is requested, format(s), and delivery type):*

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

b. SELECT FORMAT(S)

(CM/ECF access included with purchase of transcript.)

c. RELEASE OF TRANS. RESTRICTION DATE

*(Provide release date of efiled transcript, or check to certify (none yet on file.)*

d. DELIVERY TYPE
30-day, 14-day, 7-day, 3-day, Daily, Hourly

*(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")*

| HEARING DATE | Minute Order Docket (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders indicate if openings, closings, voir dire, or instructions requested | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/2024 | 65 | Snyder | Plaintiffs' Motion to Enforce Mandate & Issue Prelim. Inj. | ● | ○ | ○ | ○ | ○ | ○ | ● | ORDINARY (30-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: June 19, 2024    Signature: /s/ Anna M. Barvir

G-120 (06/18)