1  C.D. Michel-SBN 144258
   Anna M. Barvir-SBN 268728
2  Tiffany D. Cheuvront-SBN 317144
   MICHEL & ASSOCIATES, P.C.
3  180 East Ocean Blvd., Suite 200
   Long Beach, CA 90802
4  Telephone: (562) 216-4444
   Fax: (562) 216-4445
5  Email: cmichel@michellawyers.com

6  Attorneys for Plaintiffs Junior Sports Magazines Inc., Raymond Brown, California
   Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting
7  Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA
   Foundation, and Gun Owners of California, Inc.
8
   Donald Kilmer-SBN 179986
9  Law Offices of Donald Kilmer, APC
   14085 Silver Ridge Road
10 Caldwell, Idaho 83607
   Telephone: (408) 264-8489
11 Email: Don@DKLawOffice.com

12 Attorney for Plaintiff Second Amendment Foundation

13                **IN THE UNITED STATES DISTRICT COURT**

14                  **CENTRAL DISTRICT OF CALIFORNIA**

15 | JUNIOR SPORTS MAGAZINES | Case No.: 2:22-cv-04663-CAS (JCx) |
   | INC., RAYMOND BROWN, | |
16 | CALIFORNIA YOUTH SHOOTING | **PLAINTIFFS' NOTICE OF APPEAL** |
   | SPORTS ASSOCIATION, INC., | **AND REPRESENTATION** |
17 | REDLANDS CALIFORNIA | **STATEMENT** |
   | YOUTH CLAY SHOOTING | |
18 | SPORTS, INC., CALIFORNIA | **PRELIMINARY INJUNCTION** |
   | RIFLE & PISTOL ASSOCIATION, | **APPEAL RE: MOTION TO ENFORCE** |
19 | INCORPORATED, THE CRPA | **MANDATE IN** *JUNIOR SPORTS* |
   | FOUNDATION, AND GUN | *MAGS., INC., V. BONTA*, **80 F.4th 1109** |
20 | OWNERS OF CALIFORNIA, INC.; | **(9th Cir. 2023) AND ISSUE** |
   | and SECOND AMENDMENT | **PRELIMINARY INJUNCTION** |
21 | FOUNDATION, | |
   | | **This matter is a comeback case pursuant** |
22 | Plaintiffs, | **to Ninth Circuit General Orders 1.12,** |
   | | **3.6(d).** |
23 | v. | |
24 | ROB BONTA, in his official capacity | |
   | as Attorney General of the State of | |
25 | California; and DOES 1-10, | |
26 | Defendant. | |

27

28

PLAINTIFFS' NOTICE OF PRELIMINARY INJUNCTION APPEAL

1    NOTICE IS HEREBY GIVEN that Plaintiffs Junior Sports Magazines Inc.,

2   Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands

3   California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association,

4   Incorporated, The CRPA Foundation, Gun Owners of California, Inc., and Second

5   Amendment Foundation, hereby appeal to the United States Court of Appeals for the

6   Ninth Circuit from the Order granting in part and denying in part Plaintiffs' Motion

7   to Enforce the Ninth Circuit's Mandate and Issue Preliminary Injunction (ECF No.

8   69) filed on June 18, 2024, but not served on the parties until June 24, 2024.

9    There have been two previous appeals in this case. The number assigned to

10   the first appeal was No. 22-70185. In that matter, Appellants' requested writ was

11   denied. The second appeal, No. 22-56090, was briefed and argued with an opinion

12   issued on September 13, 2023. (ECF No. 39-1). A petition for en banc review (filed

13   by Defendant Appellee Rob Bonta) was denied on February 20, 2024, after no judge

14   requested a vote to rehear the matter en banc. (ECF No. 52). The mandate in that

15   appeal was issued on February 28, 2024. (ECF No. 51).

16    Plaintiffs' Representation Statement is attached to this Notice as required by

17   Ninth Circuit Rule 3-2(b).

18

19   Dated:  June 28, 2024          **MICHEL & ASSOCIATES, P.C.**

20                                 *s/ Anna M. Barvir*
                                   Anna M. Barvir
21                                 Counsel for Plaintiffs Junior Sports Magazines,
                                   Inc., Raymond Brown, California Youth
22                                 Shooting Sports Association, Inc., Redlands
                                   California Youth Clay Shooting Sports, Inc.,
23                                 California Rifle & Pistol Association,
                                   Incorporated, The CRPA Foundation, and Gun
24                                 Owners of California, Inc.

25

26   Dated:  June 28, 2024          **LAW OFFICES OF DONALD KILMER, APC**

27                                 *s/ Donald Kilmer*
                                   Donald Kilmer
28                                 Counsel for Plaintiff Second Amendment
                                   Foundation

1

PLAINTIFFS' NOTICE OF PRELIMINARY INJUNCTION APPEAL

1

**ATTESTATION OF E-FILED SIGNATURES**

2      I, Anna M. Barvir, am the ECF User whose ID and password are being used

3   to file this **PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION**

4   **STATEMENT**. In compliance with Central District Local Rule 5-4.3.4 (a)(2)(i), I

5   attest that counsel for Plaintiff Second Amendment Foundation, Donald Kilmer, has

6   concurred in this filing.

7

Dated: June 28, 2024          *s/ Anna M. Barvir*

8                             Anna M. Barvir

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF PRELIMINARY INJUNCTION APPEAL

## REPRESENTATION STATEMENT

The undersigned represents Plaintiffs-Appellants, Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, Gun Owners of California, Inc., and Second Amendment Foundation, and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiffs-Appellants Junior Sports Magazines Inc., Raymond Brown, California Youth Shooting Sports Association, Inc., Redlands California Youth Clay Shooting Sports, Inc., California Rifle & Pistol Association, Incorporated, The CRPA Foundation, Gun Owners of California, Inc., | C.D. Michel – SBN 144258<br>Email: cmichel@michellawyers.com<br>Anna M. Barvir – SBN 268728<br>Email: abarvir@michellawyers.com<br>MICHEL & ASSOCIATES, P.C.<br>180 East Ocean Blvd., Suite 200<br>Long Beach, CA 90802<br>Telephone: (562) 216-4444<br>Facsimile: (562) 216-4445<br>Counsel is registered for Electronic Filing in the 9th Circuit |
| Plaintiff-Appellant Second Amendment Foundation | Donald Kilmer – SBN 179986<br>Email: don@dklawoffice.com<br>Law Offices of Donald Kilmer, APC<br>14085 Silver Ridge Road<br>Caldwell, Idaho 83607<br>Telephone: (408) 264-8489<br>Counsel is registered for Electronic Filing in the 9th Circuit |
| Defendant-Appellee Rob Bonta, in his official capacity as Attorney General of the State of California | Gabrielle D. Boutin – SBN 267308<br>Email: gabrielle.boutin@doj.ca.gov<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (213) 266-6615<br>Facsimile: (213) 731-2124 |

3

PLAINTIFFS' NOTICE OF PRELIMINARY INJUNCTION APPEAL

1

Dated: June 28, 2024          **MICHEL & ASSOCIATES, P.C.**

2

3          *s/ Anna M. Barvir*
           Anna M. Barvir
           Plaintiffs Junior Sports Magazines, Inc.,
4          Raymond Brown, California Youth Shooting
           Sports Association, Inc., Redlands California
5          Youth Clay Shooting Sports, Inc., California
           Rifle & Pistol Association, Incorporated, The
6          CRPA Foundation, and Gun Owners of
           California, Inc.

7

8

9     Dated:  June 28, 2024          **LAW OFFICES OF DONALD KILMER, APC**

10          *s/ Donald Kilmer*
            Donald Kilmer
11          Counsel for Plaintiff Second Amendment
            Foundation

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

PLAINTIFFS' NOTICE OF PRELIMINARY INJUNCTION APPEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**
IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case Name: *Junior Sports Magazines, Inc., et al. v. Bonta*
Case No.:    2:22-cv-04663-CAS (JCx)

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 East Ocean Boulevard, Suite 200, Long Beach, California 90802.

I am not a party to the above-entitled action. I have caused service of:

**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Gabrielle D. Boutin, Deputy Attorney General
gabrielle.boutin@doj.ca.gov
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
   *Attorneys for Defendant*

I declare under penalty of perjury that the foregoing is true and correct.

Executed June 28, 2024.

_____
Laura Palmerin

CERTIFICATE OF SERVICE