IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUNIOR SPORTS MAGAZINES INC., RAYMOND BROWN, CALIFORNIA YOUTH SHOOTING SPORTS ASSOCIATION, INC., REDLANDS CALIFORNIA YOUTH CLAY SHOOTING SPORTS, INC., CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, THE CRPA FOUNDATION, AND GUN OWNERS OF CALIFORNIA, INC.; and SECOND AMENDMENT FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendant. | CASE NO: 2:22-cv-04663 CAS (JCx)<br><br>**ORDER ENTERING PRELIMINARY INJUNCTION** |

1

[PROPOSED] ORDER ENTERING PRELIMINARY INJUNCTION

1    Plaintiffs' Motion to Enforce Mandate and Issue Preliminary Injunction came on for hearing on June 10, 2024. *See* ECF No. 69 at 1. Anna M. Barvir and Donald Kilmer appeared for Plaintiffs, and Gabrielle Boutin appeared for Defendant Attorney General Bonta. On June 18, 2024, this Court issued an order granting in part and denying in part Plaintiffs' motion for a preliminary injunction. *Id.* at 12-13.

On July 7, 2025, the Ninth Circuit issued a memorandum opinion, reversing this Court's "order denying in part the motion for a preliminary injunction and REMAND[ing] with instructions to issue a preliminary injunction against the enforcement of the entirety of Cal. Bus. & Prof. Code § 22949.80." *Junior Sports Mags. Inc. v. Bonta*, No. 24-4050, 2025 WL 1863184, at *3 (9th Cir. July 7, 2025). The Ninth Circuit mandate issued on July 29, 2025. This Court thereafter ordered the Ninth Circuit mandate filed and spread on the record. ECF No. 81.

In accordance with the Ninth Circuit mandate, IT IS HEREBY ORDERED that during the pendency of this action, the named Defendant, his officers, agents, servants, employees, attorneys, and other persons in active concert with them, are hereby preliminarily enjoined and restrained from enforcing California Business & Professions Code § 22949.80, in its entirety.

The Attorney General is further directed to issue an alert notifying District Attorneys, County Counsels, and City Counsels in California that enforcement of Section 22949.80 has been preliminarily enjoined in its entirety.

IT IS SO ORDERED.

Dated: October 1, 2025

*Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE