# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:22-cv-04663-CAS-JC | Date | November 4, 2025 |
|---|---|---|---|
| Title | Junior Sports Magazines, Inc. v. Rob Bonta, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge |
|---|---|

| Kerri Hays | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorney Present for Defendant: |
|---|---|
| Donald E.J. Kilmer, Jr.<br>Anna M. Barvir<br>Tiffany D. Cheuvront | Gabrielle D. Boutin |

**Proceedings:**

### SETTLEMENT CONFERENCE VIA ZOOM

A Settlement Conference in this matter was held via ZOOM on November 4, 2025. Plaintiffs' attorneys Donald E.J. Kilmer, Jr., Anna M. Barvir and Tiffany D. Cheuvront appeared with client representative Richard Minnich. Defendant's attorney Gabrielle Boutin appeared.

Counsel and the parties conferred with the Court. Although a settlement was not finalized, significant progress was made. The parties will provide further information to the Magistrate Judge on Friday, November 7, 2025, and will update the District Judge in a Status Report to be filed on November 10, 2025. The Magistrate Judge remains available to conduct a further settlement conference if requested by the parties and authorized by the District Judge.

| | 2 | : | |
|---|---|---|---|
| Initials of Preparer | klh | | |