ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
State Bar No. 267305
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNIOR SPORTS MAGAZINES INC. et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **ROB BONTA, in his official capacity as Attorney General of the State of California et al.**, <br><br> Defendants. | 2:22-CV-04663-CAS-JCx <br><br> **JOINT STATUS REPORT** <br><br> Date: November 17, 2025 <br> Time: 11:00 a.m. <br> Dept: 8D (Status Conference by Zoom) <br> Judge: Hon. Christina A. Snyder <br> Trial Date: None set <br> Action Filed: July 8, 2022 |

Plaintiffs and Defendant respectfully submit this joint status report pursuant to the Court's minute order following the September 10, 2025 status conference. *See* ECF No. 81 (Status Conference Minutes).

As the parties previously advised the Court, the parties are actively engaged in settlement negotiations. Following the last status conference, the parties participated in a productive settlement conference with Magistrate Judge Jacqueline

1  Chooljian on November 4, 2025.  Although a settlement was not reached at the
2  settlement conference, as Magistrate Judge Chooljian recognized, "significant
3  progress was made."  *See* ECF No. 86 (Minutes of Settlement Conference).  Since
4  the settlement conference, the parties have continued to work towards a potential
5  settlement and that process is ongoing.
6      In light of the above, as well as the uncertainty regarding how much time the
7  parties will require to complete settlement discussions, the parties propose that the
8  Court order them to file a further joint status report within 60 days and continue the
9  status conference currently set for November 17, 2024. The parties ask the Court to
10 not set other case deadlines at this time.
11     If the Court is nevertheless inclined to set case deadlines, the parties propose
12 the following deadlines.

| Initial Expert Disclosures | July 17, 2026 |
| --- | --- |
| Fact Discovery Cut-off (including last day to file discovery motions) | July 29, 2026 |
| Rebuttal Expert Disclosures | August 12, 2026 |
| Sur-rebuttal Expert Reports (if necessary) | August 24, 2026 |
| Expert Discovery Cut-off (including last day to file motions related to expert discovery) | September 12, 2026 |
| Last day to file dispositive motions | November 12, 2026 |

| | | |
|---|---|---|
| 1 | Dated:  November 10, 2025 | Respectfully Submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | MARK. R. BECKINGTON<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | *s/ Gabrielle D. Boutin*<br>Deputy Attorney General |
| 7 | | *Attorneys for Defendant Rob Bonta, in his official capacity as Attorney* |
| 8 | | *General of the State of California* |
| 9 | | |
| 10 | Dated:  November 10, 2025 | Respectfully Submitted, |
| 11 | | MICHEL & ASSOCIATES, P.C. |
| 12 | | |
| 13 | | *s/ Anna M. Barvir* |
| 14 | | ANNA M. BARVIR<br>*Attorney for Plaintiffs Junior Sports* |
| 15 | | *Magazines Incorporated, Raymond Brown, California Youth Shooting* |
| 16 | | *Sports Association, Inc. Redlands California Youth Clay Shooting* |
| 17 | | *Sports Inc., California Rifle & Pistol Association, Inc., The CRPA* |
| 18 | | *Foundation, and Gun Owners of California* |

| | | |
|---|---|---|
| Dated: November 10, 2025 | | Respectfully Submitted, |
| | | LAW OFFICES OF DONALD KILMER, APC |
| | | *s/ Donald Kilmer* |
| | | DONALD KILMER |
| | | *Attorney for Plaintiff Second Amendment Foundation* |

**ATTESTATION OF E-FILED SIGNATURES**

I, Gabrielle D. Boutin, am the ECF User whose ID and password are being used to file this JOINT STATUS REPORT. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: November 10, 2025        *s/ Gabrielle D. Boutin*
                                 Gabrielle D. Boutin

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Junior Sports Magazines, Inc., et al. v. Rob Bonta** | No. | **2:22-CV-04663-CAS-JCx** |

I hereby certify that on <u>November 10, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>November 10, 2025</u>, at Los Angeles, California.

| | |
|---|---|
| Gabrielle D. Boutin | */s/ Gabrielle D. Boutin* |
| Declarant | Signature |