ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General
GABRIELLE D. BOUTIN
Deputy Attorney General
State Bar No. 267305
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone:  (916) 210-6053
  Fax:  (916) 324-8835
  E-mail:  Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official
capacity as Attorney General of the State of
California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNIOR SPORTS MAGAZINES INC. et al.,** | 2:22-CV-04663-CAS-JCx |
| Plaintiffs, | |
| **v.** | **JOINT STATUS REPORT** |
| **ROB BONTA, in his official capacity as Attorney General of the State of California et al.,** | Date: November 17, 2025 Time: 11:00 a.m. Dept: 8D (Status Conference by Zoom) Judge: Hon. Christina A. Snyder |
| Defendants. | Trial Date:   None set Action Filed: July 8, 2022 |

Plaintiffs and Defendant respectfully submit this joint status report ahead of the status conference scheduled for January 26, 2026.

Since the last status conference on November 17, 2025, the parties have continued to actively engage in settlement negotiations and have made significant progress.  In light of these ongoing settlement discussions and the uncertainty regarding how much time the parties will require to complete those discussions, the parties propose that the Court order them to file a further joint status report within

45 days and continue the status conference currently set for January 26, 2026. The parties ask the Court to not set other deadlines at this time.

The parties note for the Court's awareness that Defendant is also currently actively engaged in settlement discussions in the related case of *Safari Club v. Bonta*, No. 2:22-cv-01395-DAD-JDP (E.D. Cal) and, like here, significant progress has been made in those discussions.  *See* Joint Status Report, *Safari Club* (Jan. 12, 2026), ECF No. 59; Minute Order, *Safari Club* (Jan. 12, 2026), ECF. No. 60.

Dated:  January 16, 2026                    Respectfully Submitted,

                                            ROB BONTA
                                            Attorney General of California
                                            ANTHONY R. HAKL
                                            Supervising Deputy Attorney General



                                            *s/ Gabrielle D. Boutin*
                                            Deputy Attorney General
                                            *Attorneys for Defendant Rob Bonta, in
                                            his official capacity as Attorney
                                            General of the State of California*

Dated:  January 16, 2026                    Respectfully Submitted,

                                            MICHEL & ASSOCIATES, P.C.



                                            *s/ Anna M. Barvir*
                                            ANNA M. BARVIR
                                            *Attorney for Plaintiffs Junior Sports
                                            Magazines Incorporated, Raymond
                                            Brown, California Youth Shooting
                                            Sports Association, Inc. Redlands
                                            California Youth Clay Shooting
                                            Sports Inc., California Rifle & Pistol
                                            Association, Inc., The CRPA
                                            Foundation, and Gun Owners of
                                            California*

1  Dated:  January 16, 2026                  Respectfully Submitted,

2                                            LAW OFFICES OF DONALD KILMER,
                                             APC
3

4

5                                            s/ Donald Kilmer
                                             DONALD KILMER
6                                            Attorney for Plaintiff Second
                                             Amendment Foundation
7

8

9                    **ATTESTATION OF E-FILED SIGNATURES**

10          I, Gabrielle D. Boutin, am the ECF User whose ID and password are being

11   used to file this JOINT STATUS REPORT. In compliance with Central District of

12   California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers

13   and have concurred in this filing.

14   Dated: January 16, 2026                 s/ Gabrielle D. Boutin
                                             Gabrielle D. Boutin
15

16

17

18

19

20

21

22

23

24

25

26

27

28

# CERTIFICATE OF SERVICE

Case Name:  **Junior Sports Magazines, Inc.,**          No.    **2:22-CV-04663-CAS-JCx**
                        **et al.  v. Rob Bonta**

I hereby certify that on <u>January 16, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### JOINT STATUS REPORT

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>January 16, 2026</u>, at Los Angeles, California.

|                                   |                                   |
| :-------------------------------: | :-------------------------------: |
| Cecilia Apodaca                   | */s/ Cecilia Apodaca*             |
| Declarant                         | Signature                         |