| | |
|---|---|
| 1 | ROB BONTA |
| | Attorney General of California |
| 2 | ANTHONY R. HAKL |
| | Supervising Deputy Attorney General |
| 3 | GABRIELLE D. BOUTIN |
| | Deputy Attorney General |
| 4 | State Bar No. 267305 |
| |   1300 I Street, Suite 125 |
| 5 |   P.O. Box 944255 |
| |   Sacramento, CA 94244-2550 |
| 6 |   Telephone: (916) 210-6053 |
| |   Fax: (916) 324-8835 |
| 7 |   E-mail: Gabrielle.Boutin@doj.ca.gov |
| | *Attorneys for Defendant Rob Bonta, in his official* |
| 8 | *capacity as Attorney General of the State of* |
| | *California* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUNIOR SPORTS MAGAZINES INC. et al.,** | 2:22-CV-04663-CAS-JCx |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| **ROB BONTA, in his official capacity as Attorney General of the State of California et al.,** | Date: March 16, 2026 |
| | Time: 11:00 a.m. |
| | Dept: 8D (Status Conference by Zoom) |
| | Judge: Hon. Christina A. Snyder |
| Defendants. | Trial Date: None set |
| | Action Filed: July 8, 2022 |

    Plaintiffs and Defendant respectfully submit this joint status report ahead of the status conference scheduled for March 16, 2026.

    Since the parties' last Joint Status Report, they have continued to actively engage in settlement negotiations and have successfully negotiated all major settlement terms. The parties are now in the process of finalizing a proposed stipulated judgment, which they expect to file with the Court very soon.

In light of this progress, the parties respectfully request that the Court continue the currently scheduled status conference for 30 days. Once the proposed stipulated judgment has been filed, the parties believe the Court should be able to take the status conference off calendar.

The parties note for the Court's continuing awareness that Defendant has also made major progress in the settlement negotiations with separate plaintiffs in the related case of *Safari Club v. Bonta*, No. 2:22-cv-01395-DAD-JDP (E.D. Cal). *See* Joint Status Report, *Safari Club* (Feb. 27, 2026), ECF No. 61; Minute Order, *Safari Club* (Mar. 2, 2026), ECF. No. 62.

Dated: March 9, 2026

Respectfully Submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*s/ Gabrielle D. Boutin*
Gabrielle D. Boutin
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California*

Dated: March 9, 2026                Respectfully Submitted,

                                                  MICHEL & ASSOCIATES, P.C.

*s/ Anna M. Barvir*
ANNA M. BARVIR
*Attorney for Plaintiffs Junior Sports Magazines Incorporated, Raymond Brown, California Youth Shooting Sports Association, Inc. Redlands California Youth Clay Shooting Sports Inc., California Rifle & Pistol Association, Inc., The CRPA Foundation, and Gun Owners of California*

Dated: March 9, 2026                Respectfully Submitted,

                                                  LAW OFFICES OF DONALD KILMER, APC

*s/ Donald Kilmer*
DONALD KILMER
*Attorney for Plaintiff Second Amendment Foundation*

## ATTESTATION OF E-FILED SIGNATURES

I, Gabrielle D. Boutin, am the ECF User whose ID and password are being used to file this JOINT STATUS REPORT. In compliance with Central District of California L.R. 5-4.3.4, I attest that all signatories are registered CM/ECF filers and have concurred in this filing.

Dated: March 9, 2026                *s/ Gabrielle D. Boutin*
                                                                Gabrielle D. Boutin

# CERTIFICATE OF SERVICE

Case Name: **Junior Sports Magazines Inc., et al. v. Rob Bonta, et al.**  No. **2:22-cv-04663-CAS-JC**

I hereby certify that on <u>March 9, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 9, 2026</u>, at Los Angeles, California.

| Cecilia Apodaca | */s/ Cecilia Apodaca* |
|---|---|
| Declarant | Signature |

SA2022302966
68303343